UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE BASU GROUP INC.,

        Plaintiff,

v.

SEVENTH AVENUE, INC.,

        Defendant.
------------------------------------------------------------X

Civil Action No.
1:16-cv-00461-PGG

STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel, that the March 28, 2016 deadline for defendant Seventh Avenue, Inc. to answer the complaint or otherwise move is hereby extended by 30 days up to and including April 27, 2016.

Defendant has not previously requested an extension in this matter. The reason for this request is Defendant requires additional time to review and analyze the factual allegations and legal theories in the Complaint in order to prepare a response.

_____
Michael R. Gilman (MRG 7608)
**PERGAMENT & CEPEDA LLP**
163 Madison Avenue, Suite 110
Morristown, New Jersey 07960
Tel: (973) 998-7722
E-mail: mgilman@pgclawgroup.com

*Attorneys for Plaintiff The Basu Group Inc.*

Dated: March 21, 2016

_____
Ralph H. Cathcart (RHC 2350)
**LADAS & PARRY LLP**
1040 Avenue of the Americas
New York, New York 10018
Tel: (212)708-1920
E-mail: rcathcart@ladas.com

*Attorneys for Defendant
Seventh Avenue, Inc.*

Dated: March 17, 2016

**SO ORDERED:**

_____
Honorable Paul G. Gardephe

**Dated:**