UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------

THE BASU GROUP, INC.
                      Plaintiff,

    -against-
SEVENTH AVENUE, INC.
                      Defendant.
-----------------------------------------------------

Case No. 16-0461 (PGG)

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

__Michael Robert Gilman__
FILL IN ATTORNEY NAME

My SDNY Bar Number is: __MG 7608__    My State Bar Number is __2319002__

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: __Myers Wolin, LLC__
                    FIRM ADDRESS: __100 Headquarters Plaza, Morristown, NJ 07960__
                    FIRM TELEPHONE NUMBER: __973-401-7157__
                    FIRM FAX NUMBER: __866-864-3947__

NEW FIRM:    FIRM NAME: __Kaplan Breyer Schwarz & Ottesen LLP__
                      FIRM ADDRESS: __100 Matawan Rd., Ste 120, Matawan, NJ 07747__
                    FIRM TELEPHONE NUMBER: __732-578-0103 x233__
                    FIRM FAX NUMBER: __732-578-0104__

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 12-05-2016                /Michael R. Gilman/
                                        ATTORNEY'S SIGNATURE