# EXHIBIT B

Defendant's Exhibit 4



DEPOSITION EXHIBIT
4
11 / 21 / 16
Rich Germosen, CCR, CRCR, CRR, RMR

**PEACOCK FEATHERS - Inspirations**



TBG0001287



TBG0001288





TBG0001289



TBG0001290



TBG0001291



http://www.loupiote.com/burningman/photos/2832430572.shtml

Photo taken at the **burning man festival** 2008 (Black Rock Desert, Nevada).

Photo © Tristan Savatier - All Rights Reserved

TBG0001292



TBG0001293



TBG0001294