# EXHIBIT C

<-

TBG - 1623



TBG - 1624