UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/26/17

THE BASU GROUP, INC.,

        Plaintiff,

- against -

SEVENTH AVENUE, INC.,

        Defendant.

**ORDER**

16 Civ. 461 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that there shall be a conference in this matter on **February 9, 2017, at 12:30 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Any party seeking to file a dispositive motion will submit a pre-motion letter – in accordance with this Court's Individual Rules – by February 3, 2017. Responsive letters will be submitted by February 7, 2017.

Dated: New York, New York
       January 26, 2017

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge