```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/17/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE BASU GROUP, INC.,

                Plaintiff,

      -against-

SEVENTH AVENUE, INC.,

                Defendant.

**ORDER**

16 Civ. 461 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      As discussed at today's conference, Defendant will file any Amended Answer by February 27, 2017.

      Plaintiff will submit a letter to the Court by March 6, 2017, indicating whether it wishes to move to dismiss counterclaims in the Amended Answer, or to strike affirmative defenses and, if so, propose a briefing schedule. If Plaintiff does not intend to file a motion to dismiss or to strike, Plaintiff will inform the Court whether the parties wish to file cross-motions for summary judgment, and propose a briefing schedule.

Dated: New York, New York
       February 16, 2017

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge