# EXHIBIT A

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

VA 1-652-678

Effective date of registration:

February 10, 2009

---

**Title**
- Title of Work: Peacock Feather #1

**Completion/Publication**
- Year of Completion: 2007
- Date of 1st Publication: January 1, 2008
- Nation of 1st Publication: United States

**Author**
- Author: The Basu Group Inc.
- Author Created: 2-D artwork
- Work made for hire: Yes
- Domiciled in: United States

- Author: Societe Maison De Cuir
- Author Created: 2-D artwork
- Work made for hire: Yes
- Domiciled in: India

- Author: Soumitra Roy
- Author Created: 2-D artwork
- Work made for hire: No
- Domiciled in: India

**Copyright claimant**
- Copyright Claimant: The Basu Group Inc.
  2227 US Highway One, #162, North Brunswick, NJ, 08902, United States
- Transfer Statement: By written agreement

**Rights and Permissions**

Page 1 of 2

| | |
|---|---|
| Organization Name: | The Basu Group Inc. |
| Name: | To whom it may concern |
| Address: | 2227 US Highway One |
| | #162 |
| | North Brunswick, NJ 08902  United States |

## Certification

| | |
|---|---|
| Name: | Michael R. Gilman |
| Date: | February 6, 2009 |

Correspondence: Yes

