# EXHIBIT C



TBG - 1623



TBG - 1624