# EXHIBIT D

SA001229



COPY OF E-FILE
APPLICATION

NOTE: The attached Application Report and the attached Addendum are a true representation of the information submitted to the Copyright Office in association with the electronic application for registration of material identified as PEACOCK FEATHER # 1 service number SR 1–158379335. In the course of the Copyright Office's consideration of the application, the submitted information may have been amended in accordance with the wishes of the applicant. However any such amendments are not reflected in this Application Report. Any such amendments will be reflected via a comparison between the Application Report and the Registration Certificate. Amendments may also be reflected in the correspondence records associated with an application.

The attached Application Template is meant to reflect the fields that are available to be populated in the application process. The purpose of the Application Template is not to attempt to indicate the exact language used on the date upon which the application in question was submitted. Rather, the purpose is to portray, and in a general sense explain, the fields that may be populated in an online application.

SA001230
*APPLICATION*

# Title
Peacock Feather # 1

## Completion/Publication
**Year of Completion:** 2007
**Publication Date:** January 1, 2008
**Nation of Publication:** United States

## Author
**Author:** The Basu Group Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United States

**Author:** Societe Maison De Cuir
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** India

**Author:** Soumitra Roy
**Author Created:** 2-D artwork
**Work made for hire:** No
**Domiciled in:** India

## Copyright claimant
**Copyright Claimant:** The Basu Group Inc.
2227 US Highway One, #162, North Brunswick, NJ, 08902, United States
**Transfer Statement:** By written agreement

## Rights and Permissions
**Organization Name:** The Basu Group Inc.
**Name:** To whom it may concern
**Address:** 2227 US Highway One, #162, North Brunswick, NJ, 08902, United States

SA001231

## Certification
**Name:** Michael R. Gilman
**Date:** February 6, 2009

## Correspondent Name and Address
**Name:** Michael R. Gilman
**Email:** mgilman@kgplaw.com
**Company:** Kaplan Gilman & Pergament LLP
**Address:** 1480 Route 9 North, Suite 204, Woodbridge, NJ, 07095, United States
**Telephone:** (732) 636-4500
**Fax:** (732) 636 4550

**Registration #:** VA 1-652-678
**Service Request #:** 1-158379335

## Mail Certificate
Kaplan Gilman & Pergament LLP
Michael R. Gilman
1480 Route 9 North
Suite 204
Woodbridge, NJ 07095 United States

SA001232

# Addendum to Application Report

The following fields, while not traditionally viewed as part of an "application," were populated by the applicant at the time of submission of the electronically filed application:

## Certification:

APPLICANT'S INTERNAL TRACKING NUMBER (OPTIONAL) 847-002-Peacock Feather 1

# APPLICATION TEMPLATE FOR COPYRIGHT REGISTRATION

SA001233

*Designates Required Fields

## 1 WORK BEING REGISTERED

**1a.** *Type of work being registered (*Fill in one only*)
- ☐ Literary work
- ☐ Visual arts work
- ☐ Sound recording
- ☐ Performing arts work
- ☐ Motion picture/audiovisual work
- ☐ Single serial issue

**1b.** *Title of this work (*one title per space*) [____]

**1c.** For a serial issue: Volume [____] Number [____] Issue [____] ISSN [____]
Frequency of publication: [____] Other [____]

**1d.** Previous or alternative title [____]

**1e.** *Year of completion [____]

**Publication** (If this work has not been published, skip to section 2)

**1f.** Date of publication [____] (mm/dd/yyyy)   **1g.** ISBN [____]

**1h.** Nation of publication ☐ United States  ☐ Other   Other [____]

**1i.** Published as a contribution in a larger work entitled [____]

**1j.** If line 1i above names a serial issue Volume [____] Number [____] Issue [____] On pages [____]

**1k.** If work was preregistered   Number PRE- [____]

## 2 AUTHOR INFORMATION

**2a.** Personal name   *complete either 2a or 2b*
First Name [____]   Middle [____]   Last [____]

**2b.** Organization name [____]

**2c.** Doing business as [____]

**2d.** Year of birth [____]   **2e.** Year of death [____]

**2f.** * ☐ Citizenship   ☐ United States   ☐ Other   Other [____]
       ☐ Domicile       ☐ United States   ☐ Other   Other [____]

**2g.** Author's contribution: ☐ Made for hire   ☐ Anonymous
                              ☐ Pseudonymous   (Pseudonym is: [____])

**2h.** *This author created Fill in only the authorship that applies to this author)
Depending upon the type of work being registered, Applicant may select various types of authorship. The options, which have changed over time and which differ depending on the type of work being registered, have included:

- Editing/Editor
- Entire Motion Picture
- Direction/Director
- Production/Producer
- Script/Screenplay
- Cinematography/Cinematographer
- Sound Recording

- Music
- Lyrics
- Performance
- Production
- Remix
- Photograph(s)
- Artwork
- Compilation

- Text of Liner Notes
- Text
- 2-D Artwork
- Photograph(s)
- Sculpture/3-D Artwork
- Jewelry Design
- Architectural Work

- Map and/or Technical Drawing
- Musical Arrangement
- Translation
- Compilation
- Computer Program
- Other

Other: [____]

1

# 3 COPYRIGHT CLAIMANT INFORMATION

SA001234

**Claimant** *complete either 3a or 3b* - If you do not know the address for a claimant, enter "not known" in the Street address and City fields.

**3a.** Personal name   First Name   Middle   Last

**3b.** Organization name

**3c.** Doing business as

**3d.** Street address *

Street address (line 2)

City *   State   ZIP / Postal code   Country

Email   Phone number   *(Add "+" and country code for foreign numbers)*

**3e.** If claimant is **not** an author, copyright ownership acquired by:   ☐ Written agreement   ☐ Will or inheritance   ☐ Other

Other

# 4 LIMITATION OF COPYRIGHT CLAIM

**Skip section 4 if this work is all new.**

**4a.** Material excluded from this claim *(Material previously registered, previously published, or not owned by this claimant)* Depending upon the type of work being registered, Applicant may select various types of material. The options, which have changed over time and which differ depending on the type of work being registered, have included:

- Script/Screenplay
- Preexisting music
- Preexisting footage
- Preexisting photograph(s)
- Sound recording
- Production

- Performance
- Music
- Lyrics
- Text
- 2D Artwork
- Jewelry design

- Sculpture/3D Artwork
- Map and/or technical drawing
- Musical arrangement
- Artwork
- Computer program
- Editing

- Translation
- Compilation
- Other

**4b.** Previous registration(s)   Number   Year

**4c.** New material included in this claim *(The work contains new, additional, or revised material)* Depending upon the type of work being registered, Applicant may select various types of material. The options, which have changed over time and which differ depending on the type of work being registered, have included:

- Editing
- New narration
- Additional new footage
- Revisions/additions to script
- Production as a motion picture

- All other cinematographic material
- Sound recording
- Production
- Performance
- Music
- Lyrics
- Text

- 2D Artwork
- Photograph(s)
- Jewelry design
- Architectural work
- Sculpture/3D Artwork
- Map and/or technical drawing
- Musical arrangement

- Artwork
- Translation
- Compilation
- Computer program
- Other

Other:

# 5 RIGHTS AND PERMISSIONS CONTACT

First Name   Middle   Last

Name of organization

Street address

2

Street address (line 2)

City    State    ZIP / Postal code    Country    SA001235

Email    Phone number    *(Add "+" and country code for foreign numbers)*

## 6 CORRESPONDENCE CONTACT

First name *    Middle    Last *

Name of organization

Street address *

Street address (line 2)

City *    State    ZIP / Postal code    Country

Email *    Daytime phone number    *(Add "+" and country code for foreign numbers)*

\* Complete either 7a, 7b, or both

## 7 MAIL CERTIFICATE TO:

7a. First Name    Middle    Last

7b. Name of organization

7c. Street address *

Street address (line 2)

City *    State    ZIP / Postal code    Country

## 8 CERTIFICATION

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

I certify that I am the author, copyright claimant, or owner of exclusive rights, or the authorized agent of the author, copyright claimant, or owner of exclusive rights, of this work, and that the information given in this application is correct to the best of my knowledge.

8a. Signature

8b. Printed name    8c. Date signed

8d. Deposit account number    Account holder

3

9 Note to Copyright Office (Optional):

SA001236

10 Special Handling (Optional)

Complete this section only if you are applying for special handling of the case. The Application must be certified for Special Handling by the author/claimant of exclusive right(s), or by the authorized agent of any of the preceding.
**Warning: The special handling fee for a single claim is $760**

Special Handling (The information requested below is required for Special Handling claims) ☐

**Compelling Reason(s)** (At least one must be selected)

Pending or prospective ☐
Customs matters ☐
Contract or publishing deadlines that necessitate the expedited issuance of a certificate ☐

I certify that I am the author, copyright claimant of exclusive rights, or the authorized agent of the author, copyright claimant of exclusive rights of this work.  ☐

Explanation for Special Handling:

This is the place to give any comments/instructions regarding special handling specific to this claim.

4