**Kaplan Breyer Schwarz & Ottesen, LLP**
Intellectual Property Attorneys

Michael R. Gilman, Esq.
Of Counsel
NY & CT Bars ONLY, Reg. Patent Attorney
Email: mgilman@kbsolaw.com
Phone: 732-578-0103 x233

March 6, 2017

*Via ECF w/ Courtesy Copy by Facsimile to (212) 805-7986*
Honorable Judge Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Rm 2204
New York, NY 10007

    Re:    *The Basu Group, Inc. v. Seventh Avenue, Inc.*, 1:16-cv-00461 (PGG)
           Parties' Proposed Summary Judgment Briefing Schedule

Dear Judge Gardephe:

    We represent plaintiff in the above-referenced civil litigation. Defendant having filed its Amended Answer and Counterclaims (Doc 60 of this action), pursuant to Your Honor's Order of Doc 59, we herein write to inform the Court of the plaintiff's, and the parties', post Amended Answer and Counterclaims decisions on dispositive motions.

    Plaintiff will not move to dismiss counterclaims, nor will plaintiff move to strike affirmative defenses, of defendant's Amended Answer and Counterclaims.

    The parties will, however, file cross-motions for summary judgment, and propose to the Court the following alternative briefing schedule for such cross-motions for summary judgment:

1) The parties will be allowed the following summary judgment motions:
    1) Plaintiff to file a motion for summary judgment for infringement of its copyright;
    2) Plaintiff to file a motion for summary judgment of non-invalidity of its copyright registration;
    3) Defendant to file a motion for summary judgment on issues which may include non-infringement, invalidity of plaintiff's copyright registration, fraud, unclean hands and unenforceability and referral to the Copyright Office;
2) Plaintiff proposes the following briefing schedule:
    1) **March 31, 2017** - the parties' opening briefs due;
    2) **April 21, 2017** - the parties' briefs in opposition due;
    3) **May 5, 2017** - the parties' reply briefs due; and

NEW YORK OFFICE:
600 Third Avenue, 2nd floor
New York, New York 10016
Phone: (646) 571-2302
Fax: (646) 571-2301

NEW JERSEY OFFICE:
100 Matawan Road, Suite 120
Matawan, New Jersey 07747
Phone: (732) 578-0103
Fax (732) 578-0104

CALIFORNIA OFFICE:
530 Lytton Avenue, 2nd floor
Palo Alto, California 94301
Phone: (707) 658-4400
Fax (707) 658-4401

Please send all correspondence to the NJ office
www.kbsolaw.com

Ken Ottesen, a name partner, is admitted to the California Bar ONLY

Honorable Judge Gardephe
March 6, 2017
Page 2

3) Defendant proposes the following briefing schedule:
   1) **April 14, 2017** - the parties' opening briefs due;
   2) **April 28, 2017** - the parties' briefs in opposition due;
   3) **May 11, 2017** - the parties' reply briefs due; and

4) **May/June      , 2017, at              AM/PM, in Courtroom 705**, for the hearing on all summary judgment motions.

Plaintiff also requests that the Court **not** schedule the hearing on the summary judgment motions for any time during the period May 17, 2017 – June 7, 2017, inclusive. Defendant does not oppose this request.

Respectfully submitted,

Michael R. Gilman (MRG 7608)

c: Ralph H. Cathcart, Esq. and David Brezina, Esq. (via email)