```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/8/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE BASU GROUP,

                Plaintiff,

- against -

SEVENTH AVENUE, INC.,

                Defendant.

**ORDER**

16 Civ. 461 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the following briefing schedule will apply to the parties' cross motions for summary judgment:

1. The parties' opening briefs are due **March 31, 2017**;

2. The parties' oppositions are due **April 21, 2017**;

3. The parties' replies, if any, are due **May 5, 2017**.

Dated: New York, New York
       March 7, 2017

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge