# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
:
THE BASU GROUP INC.,                                   :
                                                       :
                              Plaintiff,               :        Civil Action No.
                                                       :        16-cv-00461-PGG
                 v.                                    :
                                                       :
SEVENTH AVENUE, INC.                                   :        <u>JURY DEMANDED</u>
                                                       :
                              Defendant.               :
-----------------------------------------------------------------X


**DEFENDANT'S CUMULATIVE APPENDIX IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**


**PAGES 1-127**

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE BASU GROUP INC.,              ) <br>                            ) <br>        Plaintiff,       ) <br>                            ) <br>      v.               ) <br>                            ) <br> SEVENTH AVENUE, INC.,     ) <br>                            ) <br>        Defendant.     ) <br>                            ) | Civil Action No. 16-cv-00461-PGG |

### DECLARATION OF DAVID C. BREZINA IN SUPPORT OF DEFENDANT SEVENTH AVENUE'S MOTION FOR SUMMARY JUDGMENT

I, David C. Brezina, hereby declare the following is true and correct pursuant to 28 U.S.C. §1746:

1.      I am an attorney with the firm Ladas & Parry, LLP, counsel for the defendant Seventh Avenue, Inc. ("Seventh Avenue"), a member of the Illinois bar and have been admitted *pro hac vice* in this action.  I submit this declaration in support of Seventh Avenue's Motion for Summary Judgment.

2.      Counterclaim Exhibit C, Dkt 60 - 3 pages 2 - 3 of 3, having Bates® numbers TBG0001623 -- TBG0001624 are copies of documents produced by The Basu Group, Inc. during discovery.

3.      Exhibit A to this Declaration is a copy of the contents of an envelope received by me from the Copyright Office, Library of Congress.

4.      The Bates® numbers SA001229 - SA001238 were applied by me electronically after scanning the original paper documents.

5.      Except for the added number noted above, Exhibit A hereto is a true and correct copy of the cover sheet with seal (SA001229), the signed transmittal and receipt (SA001237), with the contents of the application (SA00123 - SA001232) and template showing the instructions and blanks to be filled in with the application (SA001233 - SA001236).

6.      Exhibit B to this Declaration was prepared by me on a desktop computer by copying and pasting the images from the original documents identified above each image.

I declare under penalty of perjury that the foregoing is true and correct.


Dated:  _March 31, 2017_____           By:     /David C. Brezina/_____
                                       David C. Brezina
                                       DB4599 (*pro hac vice*)

                                       Ladas & Parry, LLP
                                       224 South Michigan Avenue, #1600
                                       Chicago, IL   60604
                                       312.427.1300
                                       Fax 312.427.6663
                                       dbrezina@ladas.net

Ralph H. Cathcart, Esq. (RHC 2350)
Ladas & Parry, LLP
1040 Avenue of the Americas
New York, NY 10018
Tel 212.708.1800
Fax 212.246.8959

Brezina Declaration Exhibit A

SA001229



COPY OF E-FILE
APPLICATION

NOTE: The attached Application Report and the attached Addendum are a true representation of the information submitted to the Copyright Office in association with the electronic application for registration of material identified as PEACOCK FEATHER # 1 service number SR 1–158379335. In the course of the Copyright Office's consideration of the application, the submitted information may have been amended in accordance with the wishes of the applicant. However any such amendments are not reflected in this Application Report. Any such amendments will be reflected via a comparison between the Application Report and the Registration Certificate. Amendments may also be reflected in the correspondence records associated with an application.

The attached Application Template is meant to reflect the fields that are available to be populated in the application process. The purpose of the Application Template is not to attempt to indicate the exact language used on the date upon which the application in question was submitted. Rather, the purpose is to portray, and in a general sense explain, the fields that may be populated in an online application.

SA001230
*APPLICATION*

## Title
Peacock Feather # 1

## Completion/Publication
**Year of Completion:** 2007
**Publication Date:** January 1, 2008
**Nation of Publication:** United States

## Author
**Author:** The Basu Group Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United States

**Author:** Societe Maison De Cuir
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** India

**Author:** Soumitra Roy
**Author Created:** 2-D artwork
**Work made for hire:** No
**Domiciled in:** India

## Copyright claimant
**Copyright Claimant:** The Basu Group Inc.
2227 US Highway One, #162, North Brunswick, NJ, 08902, United States
**Transfer Statement:** By written agreement

## Rights and Permissions
**Organization Name:** The Basu Group Inc.
**Name:** To whom it may concern
**Address:** 2227 US Highway One, #162, North Brunswick, NJ, 08902, United States

SA001231

## Certification

**Name:** Michael R. Gilman
**Date:** February 6, 2009

## Correspondent Name and Address

**Name:** Michael R. Gilman
**Email:** mgilman@kgplaw.com
**Company:** Kaplan Gilman & Pergament LLP
**Address:** 1480 Route 9 North, Suite 204, Woodbridge, NJ, 07095, United States
**Telephone:** (732) 636-4500
**Fax:** (732) 636 4550

**Registration #:** VA 1-652-678
**Service Request #:** 1-158379335

## Mail Certificate

Kaplan Gilman & Pergament LLP
Michael R. Gilman
1480 Route 9 North
Suite 204
Woodbridge, NJ 07095 United States

SA001232

## Addendum to Application Report

The following fields, while not traditionally viewed as part of an "application," were populated by the applicant at the time of submission of the electronically filed application:

## Certification:

APPLICANT'S INTERNAL TRACKING NUMBER (OPTIONAL) 847-002-Peacock Feather 1

# APPLICATION TEMPLATE FOR COPYRIGHT REGISTRATION

SA001233

* **Designates Required Fields**

## 1 WORK BEING REGISTERED

**1a.** * Type of work being registered (*Fill in one only*)

- ☐ Literary work
- ☐ Visual arts work
- ☐ Sound recording
- ☐ Performing arts work
- ☐ Motion picture/audiovisual work
- ☐ Single serial issue

**1b.** * Title of this work (*one title per space*)

**1c.** For a serial issue:  Volume ___  Number ___  Issue ___  ISSN ___

Frequency of publication: ___  Other ___

**1d.** Previous or alternative title ___

**1e.** * Year of completion ___

**Publication** (*If this work has not been published, skip to section 2*)

**1f.** Date of publication ___  (*mm/dd/yyyy*)  **1g.** ISBN ___

**1h.** Nation of publication  ☐ United States  ☐ Other  Other ___

**1i.** Published as a contribution in a larger work entitled ___

**1j.** If line 1i above names a serial issue  Volume ___  Number ___  Issue ___  On pages ___

**1k.** If work was preregistered  Number PRE- ___

## 2 AUTHOR INFORMATION

**2a.** Personal name  * **complete either 2a or 2b**

First Name ___  Middle ___  Last ___

**2b.** Organization name ___

**2c.** Doing business as ___

**2d.** Year of birth ___  **2e.** Year of death ___

**2f.** *  ☐ Citizenship  ☐ United States  ☐ Other  Other ___

☐ Domicile  ☐ United States  ☐ Other  Other ___

**2g.** Author's contribution:  ☐ Made for hire  ☐ Anonymous

☐ Pseudonymous  (Pseudonym is: ___)

**2h.** * **This author created** *Fill in only the authorship that applies to this author*)

Depending upon the type of work being registered, Applicant may select various types of authorship. The options, which have changed over time and which differ depending on the type of work being registered, have included:

| | | | |
|---|---|---|---|
| · Editing/Editor | · Music | · Text of Liner Notes | · Map and/or Technical |
| · Entire Motion Picture | · Lyrics | · Text | Drawing |
| · Direction/Director | · Performance | · 2-D Artwork | · Musical Arrangement |
| · Production/Producer | · Production | · Photograph(s) | · Translation |
| · Script/Screenplay | · Remix | · Sculpture/3-D Artwork | · Compilation |
| · Cinematography/Cinematographer | · Photograph(s) | · Jewelry Design | · Computer Program |
| · Sound Recording | · Artwork | · Architectural Work | · Other |
| | · Compilation | | |

Other: ___

# 3 COPYRIGHT CLAIMANT INFORMATION

SA001234

**Claimant** *complete either 3a or 3b* - If you do not know the address for a claimant, enter "not known" in the Street address and City fields.

**3a.** Personal name         First Name                    Middle                        Last

**3b.** Organization name

**3c.** Doing business as

**3d.** Street address *

Street address (line 2)

City *                                    State                            ZIP / Postal code                    Country

Email                                                        Phone number

(Add "+" and country code for foreign numbers)

**3e.** If claimant is **not** an author, copyright ownership acquired by:   ☐ Written agreement  ☐ Will or inheritance  ☐ Other

Other

# 4 LIMITATION OF COPYRIGHT CLAIM

**Skip section 4 if this work is all new.**

**4a.** Material excluded from this claim *(Material previously registered, previously published, or not owned by this claimant)* Depending upon the type of work being registered, Applicant may select various types of material. The options, which have changed over time and which differ depending on the type of work being registered, have included:

- Script/Screenplay
- Preexisting music
- Preexisting footage
- Preexisting photograph(s)
- Sound recording
- Production

- Performance
- Music
- Lyrics
- Text
- 2D Artwork
- Jewelry design

- Sculpture/3D Artwork
- Map and/or technical drawing
- Musical arrangement
- Artwork
- Computer program
- Editing

- Translation
- Compilation
- Other

**4b.** Previous registration(s)   Number         Year

**4c.** New material included in this claim *(The work contains new, additional, or revised material)* Depending upon the type of work being registered, Applicant may select various types of material. The options, which have changed over time and which differ depending on the type of work being registered, have included:

- Editing
- New narration
- Additional new footage
- Revisions/additions to script
- Production as a motion picture

- All other cinematographic material
- Sound recording
- Production
- Performance
- Music
- Lyrics
- Text

- 2D Artwork
- Photograph(s)
- Jewelry design
- Architectural work
- Sculpture/3D Artwork
- Map and/or technical drawing
- Musical arrangement

- Artwork
- Translation
- Compilation
- Computer program
- Other

Other:

# 5 RIGHTS AND PERMISSIONS CONTACT

First Name                                    Middle                        Last

Name of organization

Street address

**Def. Cum. App'x 8**

Street address (line 2)

City          State          ZIP / Postal code          Country   **SA001235**

Email          Phone number

*(Add "+" and country code for foreign numbers)*

# 6 CORRESPONDENCE CONTACT

First name *          Middle          Last *

Name of organization

Street address *

Street address (line 2)

City *          State          ZIP / Postal code          Country

Email *          Daytime phone number

*(Add "+" and country code for foreign numbers)*

**\* Complete either 7a, 7b, or both**

# 7 MAIL CERTIFICATE TO:

7a. First Name          Middle          Last

7b. Name of organization

7c. Street address *

Street address (line 2)

City *          State          ZIP / Postal code          Country

# 8 CERTIFICATION

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

I certify that I am the author, copyright claimant, or owner of exclusive rights, or the authorized agent of the author, copyright claimant, or owner of exclusive rights, of this work, and that the information given in this application is correct to the best of my knowledge.

**8a.** Signature

**8b.** Printed name          **8c.** Date signed

**8d.** Deposit account number          Account holder

# 9  Note to Copyright Office (Optional):

SA001236

# 10  Special Handling (Optional)

Complete this section only if you are applying for special handling of the case. The Application must be certified for Special Handling by the author/claimant of exclusive right(s), or by the authorized agent of any of the preceding.

**Warning: The special handling fee for a single claim is $760**

Special Handling (The information requested below is required for Special Handling claims) ☐

**Compelling Reason(s) (At least one must be selected)**

Pending or prospective ☐
Customs matters ☐

Contract or publishing deadlines that necessitate the expedited issuance of a certificate ☐

I certify that I am the author, copyright claimant of exclusive rights, or the authorized agent of the author, copyright claimant of exclusive rights of this work.   ☐

Explanation for Special Handling:

This is the place to give any comments/instructions regarding special handling specific to this claim.

FL
4c

**SA001237**

Date:    February 8, 2017

LIBRARY
OF
CONGRESS

Ladas & Perry LLP
Attn: David Brezina
224 S Michigan Avenue
Suite 1600
Chicago, IL 60604

COPYRIGHT
OFFICE

Type of remittance received:

check or money
order

deposit
account--description
number:

X    credit card
SR 1-4332716300

101 Independence
Avenue, S.E.

The Records Research and Certification Section has provided the following services and
applied fees as shown below.

Application Retrieval                                    $100.00

Application Copy                                         $12.00

Washington, D.C.
20559-6000

**Total fees charged**                                  **$112.00**

**Total remittance received**                           **$112.00**

Sincerely yours,
Tanisha Clark
RRC Technician

Enclosure: 1
Application Copy (VA 1-652-678)



US OFFICIAL MAIL — PENALTY FOR PRIVATE USE \$300

ZIP 20540 \$ 001.40⁰
02 1W
0004887201FEB 08 2017

**FIRST CLASS**

SA001238





IMPORTANT
ATT: DATED DOCUMENT ENCLOSED



**Def. Cumul. App'x 12**



101 Independence Avenue SE
Washington, DC 20559-6306

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, \$300

Return if not delivered within 5 days

Brezina Declaration Exhibit B

Basu's Work: Complaint Exh. A, Dkt 1, page 10 of 12; Counterclaim Exh. A, Dkt 60 - 1 page 4 of 4; Basu Dep. Exh. 2, page TBG000003



Original Document TBG0001287 (Rotated) ; Counterclaim Exh. B, Dkt 60 - 2 Page 3 of 10 Bottom Right (Rotated); Basu Dep. Exh. 4, page TBG0001287 Bottom Right (Rotated)



Counterclaim Exh. B, Dkt 60 - 2 Page 7 of 10; Basu Dep. Exh. 4, page TBG0001291



Accused Bag: Chokhany Dec. Exh. B, SA001229 - SA001238



**Def. Cumul. App'x 13**

CERTIFICATE OF SERVICE


I hereby certify that I have this 31st day of March, 2017, served a copy of the

foregoing by mailing, postage/shipping prepaid, in an envelope addressed to:

> Michael Robert Gilman
> Kaplan Breyer Schwarz & Ottesen LLP
> 100 Matawan Rd., Ste. 120
> Matawan, NJ 07747
> Email: mgilman@kbsolaw.com


Dated: March 31, 2017                                    /David C. Brezina/

                                                         David C. Brezina
                                                         DB4599 (*pro hac vice*)

Attorney Docket No.: C15675543

SA001239

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

THE BASU GROUP INC.,                    )
)
Plaintiff,                    )
)
v.                    )          Civil Action No. 16-cv-00461-PGG
)
SEVENTH AVENUE, INC.,                    )          Hon. Paul G. Gardephe
)
Defendant.                    )
)

## DECLARATION OF ANURAG CHOKHANY

1.  My name is Anurag Chokhany.

2.  I am a resident of the Republic of India and am more than 18 years old.

3.  I am Director at Shankar Produce Company Private Limited in India, sometimes later
    referred to as "Shankar".

4.  Shankar produced and sold to Seventh Avenue, Inc. the Red Peacock Feather Baga
    picture of which is attached hereto as Exhibit A.

5.  All our designs in hand painting as well as styles are developed for our buyers as per
    their demand and requirements.

6.  All the designs we offer that include Peacock feather have developed by us for our
    buyers since 2008.

7.  Our team of artists make graphic designs for bags as per requirement of our buyers.

8.  In the year 2012, one of our Australian customers had asked for a Peacock design,
    which became the design on the Hand-Painted Leather Peacock Book Bag as Exhibit B

Def. Cumul. App'x 15

(SA000393) (later "Peacock Book Bag").

SA001240

9.  The artist who created the Peacock Book Bag is named Sujit Das (later "Artist" or "The Artist").

10. Out of our team of artists with one artist namely Sujit Das, created the red peacock design in Shankar's factory on request of our Australian customer with red being one of the main colors on the Peacock Book Bags sometimes in the year 2012.

11. The Artist does not speak or write English. I have discussed the facts with him and I am accurately translating his description of his actions into English.

12. The Artist picked up an original feather and bought a fabric swatch from the market with peacock prints and developed the initial design for the Peacock Book Bag.

13. The design was sent to the Australian customer and then the Australian customer made some comments, and the Peacock Book Bag design was then developed accordingly.

14. The background abstract peacock portion of the Peacock Book Bag design was derived from fabric sold for dresses

15. The portion of the Peacock Book Bag design that most closely resembles a natural peacock feather was derived from a natural peacock feather.

16. The suggestion from the Australian customer to change the Peacock Book Bag design was to make the background and eye of the peacock feather including red as the dominant color.

17. The Peacock Book Bag design having the original peacock feather was used on the bag sold to Seventh Avenue with no suggested changes from Seventh Avenue to the Design, besides using the Peacock Book Bag design on a different item.

18. The Artist created the Peacock Book Bag and the Red Peacock Feather Bag

independently of Anushka items from an original peacock feather, a fabric swatch with SA001241 peacock prints and comments from the Australian customer.

19. The design on the Peacock Book Bag as Exhibit B (SA000393) was used for the Red Peacock Feather Bag attached hereto as Exhibit A.

20. The Peacock design was hand painted on each Red Peacock Feather Bag.

21. We never copy anyone else's designs.

22. Seventh Avenue and its affiliates did not provide any creative input used in creating either Peacock design.

23. I worked with a buyer's agent of Seventh Avenue to provide the red peacock handbag to Seventh Avenue, and the name of the buyer's agent is Manju Mittal, who does business as Anusha Marketing.

24. Regarding providing handbags for Seventh Avenue, Manju Mittal confirmed that we had a team of creative artists and that we never copy anyone else's designs.

25. The peacock feather is from the national bird of India and hence nobody can make it registered.

I declare under penalty of perjury under the laws of the United States, as provided in 28 U.S.C. § 1746, that paragraphs 1 – 11, 13, 16, 17, 19 - 24 are made based on my personal knowledge, including my personal knowledge as Director of Shankar based on personal observations and after review of business records, and paragraphs 12, 14, 15 and 18 are accurate translations of statements made by Sujit Das, and the statements so described are true and accurate to the best of my knowledge, information, and belief and are consistent with how Shankar operates as a business.

SA001242

Date: March 14, 2017       ANURAG CHOKHANY
Director
Shankar Produce Company Private Limited

SA001243

Chokhany Declaration Exhibit A

SA001244



**Def. Cumul. App'x 20**

SA001245

Chokhany Declaration Exhibit B

SA001246



**Def. Cumul. App'x 22**

BHASKAR BASU                                          November 21, 2016

```
                                                          Page 1
 1                UNITED STATES DISTRICT COURT

 2                SOUTHERN DISTRICT OF NEW YORK

 3    ----------------------------------------x

 4    THE BASU GROUP INC.,

 5                          Plaintiff,

 6        -against-                    Civil Action No.

 7    SEVENTH AVENUE, INC.,            16-cv-00461-PGG

 8                          Defendant.  ECF CASE

 9    ----------------------------------------x

10

11

12

13               DEPOSITION OF:  BHASKAR BASU
                  Monday, November 21, 2016
14                   New York, New York
                    9:49 a.m. - 2:16 p.m.
15

16

17

18

19

20

21

22               Reported in stenotype by:
                       Rich Germosen,
23         CCR, CRCR, CRR, RMR, NYACR, NYRCR
            NCRA/NJ/NY/CA Certified Realtime Reporter
24          NCRA Realtime Systems Administrator
                     Job No. 188789
25
```

Def. Cumul. App'x 23

BHASKAR BASU                                        November 21, 2016

Page 2

1          Deposition of BHASKAR BASU, taken in the

2    above-entitled matter before RICH GERMOSEN, Certified

3    Court Reporter, (License No. 30XI00184700), Certified

4    Realtime Court Reporter-NJ, (License No. 30XR00016800),

5    NCRA/NY/CA Certified Realtime Reporter, NCRA Registered

6    Merit Reporter, New York Association Certified Reporter,

7    NCRA Realtime Systems Administrator, taken at the

8    offices of LADAS & PARRY, LLP, 1040 Avenue of the

9    Americas, New York, New York  10018-3738, on Monday,

10   November 21, 2016, commencing at 9:49 a.m.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

BHASKAR BASU                                         November 21, 2016

Page 3

```
 1   A P P E A R A N C E S:

 2

 3

 4   MYERS WOLIN

 5   BY:  MICHAEL R. GILMAN, ESQ.

 6   100 Headquarters Plaza

 7   North Tower, 6th Floor

 8   Morristown, New Jersey  07960

 9   (973) 401.7157 / (866) 864.3947 (FAX)

10   michael.gilman@myerswolin.com

11   Attorneys for the Plaintiff

12

13   LADAS & PARRY, LLP

14   BY:  DAVID C. BREZINA, ESQ.

15   224 South Michigan Avenue

16   Suite 1600

17   Chicago, Illinois  60604

18   (312) 427.1300 / (312) 427.6663 (FAX)

19   david.brezina@ladas.net

20   Attorneys for the Defendant

21

22

23

24

25
```

BHASKAR BASU                                    November 21, 2016

```
                                                  Page 4
 1                  I N D E X

 2   WITNESS                        EXAMINATION

 3   BHASKAR BASU

 4     BY MR. BREZINA                 10,143

 5     BY MR. GILMAN                  134

 6

 7   AFTERNOON SESSION                78

 8

 9

10

11                  E X H I B I T S

12   DESCRIPTION                     PAGE

13   Exhibit 1, document entitled    14

14     Seventh Avenue, Inc.'s Rule

15     30(b)(6) Deposition Notice to

16     The Basu Group, Inc., not

17     Bates stamped

18

19   Exhibit 2, document bearing     18

20     Bates stamps TBG 000001

21     through 3

22

23   Exhibit 3, document bearing     22

24     Bates stamps SA 001210

25     through 1218
```

Def. Cumul. App'x 26

BHASKAR BASU                                    November 21, 2016

Page 5

1            E X H I B I T S  (CONT'D.)

2    DESCRIPTION                        PAGE

3    Exhibit 3A, document bearing       23

4      Bates stamps SA 001210

5      through 1218

6

7    Exhibit 4, document bearing        41

8      Bates stamps TBG 0001287

9      through 1294

10

11   Exhibit 5, document bearing        50

12     Bates stamp SA 001209

13

14   Exhibit 6, document bearing        51

15     Bates stamp TBG 1623

16

17   Exhibit 7, document bearing        53

18     Bates stamps TBG 000004

19     through 8

20

21   Exhibit 8, document bearing        64

22     Bates stamps TBG 9 through 31

23

24

25

BHASKAR BASU                                        November 21, 2016

Page 6

1                    E X H I B I T S  (CONT'D.)

2    DESCRIPTION                          PAGE

3    Exhibit 9, document entitled          84

4      Agreement and Assignment,

5      bearing Bates stamps TBG 32

6      through 45

7

8    Exhibit 10, document bearing          95

9      Bates stamp TBG 83

10

11   Exhibit 11, document bearing          98

12     Bates stamps TBG 86 and 87

13

14   Exhibit 12, document bearing         103

15     Bates stamps TBG 135 through

16     141

17

18   Exhibit 13, document bearing         107

19     Bates stamps G 173 through

20     216

21

22   Exhibit 14, document entitled        115

23     Anuschka License Agreement,

24     bearing Bates stamps TBG 509

25     through 520

Def. Cumul. App'x 28

BHASKAR BASU                                    November 21, 2016

```
 1              E X H I B I T S   (CONT'D.)

 2   DESCRIPTION                      PAGE

 3   Exhibit 15, document bearing      117

 4     Bates stamp SA 001219

 5

 6   Exhibit 16, multipage document    118

 7     bearing Bates stamps TBG

 8     0001116 through 0001159

 9

10   Exhibit 17, document bearing      120

11     Bates stamp TBG 1791

12

13   Exhibit 18, document depicting    132

14     photographs

15

16   Exhibit 50, feather               137

17

18   Exhibit 51, feather               138

19   **original exhibits 1-18 returned with original
     transcript by U.S. LEGAL SUPPORT to LADAS &
20   PARRY, LLP.  Exhibits 50 and 51 were not
     tendered to the reporter for inclusion.
21

22           (exhibit index concluded)

23

24

25
```

BHASKAR BASU                                    November 21, 2016

Page 8

```
 1   PRODUCTION OF DOCUMENTS AND/OR INFORMATION

 2                     Page Line

 3                     76    14

 4

 5   DIRECTION TO WITNESS NOT TO ANSWER

 6                     Page Line

 7                       (none)

 8

 9   QUESTIONS MARKED FOR LATER RULING

10                     Page Line

11                       (none)

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 9

1                    IT IS HEREBY STIPULATED AND AGREED, by

2     and between the attorneys for the respective parties

3     herein, that filing and sealing be and the same are

4     hereby waived.

5                    IT IS FURTHER STIPULATED AND AGREED

6     that all objections, except as to the form of the

7     question, shall be preserved to the time of trial.

8                    IT IS FURTHER STIPULATED AND AGREED

9     that the within deposition may be signed and sworn

10    to before any officer authorized to administer an

11    oath, with the same force and effect as if signed

12    and sworn to before the officer before whom the

13    within deposition was taken.

14

15

16

17

18

19

20

21

22

23

24

25

```
                                                    Page 10
 1   ---------------------------------------------------
 2                    P R O C E E D I N G S
 3                        9:49 a.m.
 4                    New York, New York
 5   ---------------------------------------------------
 6                 (Whereupon, the court reporter
 7   administered the oath to the witness.)
 8
 9   B H A S K A R   B A S U,
10   residing at 440 Timber Creek Drive, N.W., Issaquah,
11   Washington  98027, having been first duly sworn or
12   affirmed, was examined and testified as follows:
13   EXAMINATION BY MR. BREZINA:
14         Q.      Good morning, Mr. Basu.  My name is
15   David Brezina.  I am the attorney for defendant
16   Seventh Avenue.
17         A.      Okay.
18         Q.      I want to just ask you some
19   background questions for the record.
20                 You appear to speak English fluently;
21   is that correct?
22         A.      Yes, I do.
23         Q.      Are you under any medical condition
24   that limits your ability to answer the questions?
25         A.      No.
```

BHASKAR BASU                                    November 21, 2016

Page 11

1          Q.       I'm going to ask you questions.  The
2     court reporter is going to take down the answers.
3     We both will need to speak clearly and verbally.  No
4     nodding or indications so that the recorder can get
5     down all the words.
6          A.       I understand.
7          Q.       Let me know if you don't hear the
8     questions.  Let me know if you don't understand any
9     of the questions.  Let us know if you need to take a
10    break, and if you remember something later on that
11    you think needs to be corrected, please consult with
12    your counsel so that we can make sure we have an
13    accurate record.
14               Would you -- I know you just gave it
15    to the reporter, but for the record, would you spell
16    your name.
17         A.       Sure.  It's B-h-a-s-k-a-r.  Last name
18    is B-a-s-u, Basu.
19         Q.       Your residence is?
20         A.       440 Timber Creek Drive, Northwest.
21    That's in Issaquah, Washington State 98027.
22         Q.       And you are president of The Basu
23    Group?
24         A.       That is correct.
25         Q.       What's the address of The Basu Group?

BHASKAR BASU                                            November 21, 2016

```
 1        A.       The Basu Group is currently in 1003
 2   Berkshire Drive in South Brunswick, New Jersey.
 3   That's the registered address for that business
 4   right now, and we are moving it to a different
 5   address in the coming months.
 6        Q.       You're going to be in this
 7   neighborhood or are you going to be in Washington
 8   State?
 9        A.       I personally will be in Washington.
10   That's why I gave you my residence in Washington,
11   but I'll have a registered address here in New
12   Jersey.
13        Q.       All right.  How long have you been
14   president of The Basu Group?
15        A.       Since 2005.
16        Q.       And what was your employment before
17   then?
18        A.       Until 2003, I was employed by Novell
19   Technology.  That was out of Cambridge,
20   Massachusetts.
21        Q.       That's the computer company?
22        A.       Right.
23        Q.       And before that?
24        A.       Before that, it was the Cambridge
25   Technology Partners because they changed names to
```

Page 13

1    Novel Technologies, and prior to that it was the

2    Telluride Group.

3           Q.      Also a tech company?

4           A.      Yes, I was always in tech out of

5    college.

6           Q.      And where did you go to college?

7           A.      Boston University.

8           Q.      I need to ask for the record:  Have

9    you ever been convicted of a crime?

10          A.      No.

11          Q.      Have you personally ever been a party

12   to litigation, not the company, just you?

13          A.      No.

14          Q.      Have you ever been a witness in any

15   legal matter?

16          A.      No.  Not that I recollect.

17          Q.      So this is your first deposition?

18          A.      Yes.

19          Q.      I've marked these -- premarked the

20   exhibits with cover sheets.  We can take them off,

21   but while we're shuffling them, we'll be able to

22   keep track.

23                  MR. GILMAN:  Okay.

24                  MR. BREZINA:  I ask the reporter to

25   mark as exhibit one a copy of the deposition notice.

BHASKAR BASU                                    November 21, 2016

Page 14

```
 1                    (Whereupon, document entitled Seventh

 2      Avenue, Inc.'s Rule 30(b)(6) Deposition Notice to

 3      The Basu Group, Inc., not Bates stamped, is received

 4      and marked as Basu Exhibit 1 for Identification.)

 5                    COURT REPORTER:  Number one.

 6      BY MR. BREZINA:

 7           Q.       Have you seen exhibit one or a copy

 8      of exhibit one before?

 9           A.       Yes, I have.

10           Q.       Have you read the subjects in that

11      exhibit?

12           A.       Yes, I have.

13           Q.       And you are speaking here today as a

14      representative of plaintiff, The Basu Group?

15           A.       Yes, I am.

16           Q.       All right.  When I ask questions, as

17      a general rule I'm asking you in your capacity as a

18      representative of the company.  If it comes up that

19      I want to know what your personal knowledge is, I'll

20      try to make that clear, but generally, you're here

21      to speak on these subjects on behalf of the company.

22                    You gave us the current office of the

23      company, your company.

24           A.       Right.

25           Q.       Are there any other offices?
```

Page 15

 1        A.        No, there aren't any other offices.

 2        Q.        What's the relationship of The Basu

 3   Group to your parents' business?

 4        A.        My parents' business is a

 5   manufacturing business out of India.  So The Basu

 6   Group is an importer from that factory out of India.

 7        Q.        What's the name of the factory in

 8   India?

 9        A.        Societe Maison de Cuir.

10        Q.        And that's French for company of the

11   house of leather?

12        A.        Something along those lines, yes.

13        Q.        All right.  Does -- I'll just call

14   them Societe --

15        A.        Sure.

16        Q.        -- because that's the first word.

17        A.        Sure.

18        Q.        Does Societe sell to anyone other

19   than The Basu Group?

20        A.        No.  They're all selling their goods

21   to The Basu Group.

22        Q.        All right.  So any purchase by any

23   retailer --

24        A.        Is through us.

25        Q.        -- is through -- and The Basu Group?

BHASKAR BASU                                          November 21, 2016

Page 16

```
 1        A.       Correct.  None of our customers are

 2   going directly to the factory.

 3        Q.       All right.  How long has your

 4   parents' business been operating?

 5        A.       Almost 30 years.

 6        Q.       And when did you first start working

 7   for -- I'll withdraw the question.

 8                 When were you first involved in any

 9   sales or import activities regarding your parents'

10   products?

11        A.       So just to clarify the question,

12   you're asking this is prior to when I became the

13   president of this company if I was involved, is that

14   the question?

15        Q.       Yes.

16        A.       Okay.  So in '95, which was the year

17   when I was a freshman in college, I interned with my

18   parents.  So I went back to India from Boston

19   University and I interned that summer with my

20   parents, and they did send me to different countries

21   on a sales trip to gain experience.

22        Q.       And after that, your relationship

23   with their company?

24        A.       After that, my relationship with that

25   company was pretty much not there in any technical
```

Page 17

1   sense because I was a student in college, and right

2   when I finished college, I got a job in the IT

3   sector, which I mentioned earlier.  So it took me a

4   while to get back into, you know, the family

5   business.

6          Q.      I seem to recall one of the documents

7   early on showing an address in Massachusetts in

8   2000?

9          A.      Correct.  Correct.

10         Q.      Can you explain that?

11         A.      Yes.  So in 2000, my dad traveled to

12  the U.S. and actually I did get involved at that

13  time to register the business in the U.S. to, you

14  know, kind of get to know the market, introduce the

15  brand name, which we've created over the years, but

16  never -- we were never directly marketing for the

17  U.S. customer before that.  So we did that

18  registration, and then initially my -- a friend of

19  mine was helping me run that operation because I

20  couldn't work in that business.  I could legally own

21  it, but I couldn't do anything else, and after that

22  my first wife was involved in running the operation.

23         Q.      And that was in around 2001 as I

24  recall?

25         A.      2001, '02 and '03, and after that,

Page 18

1    once I was out of my job for a bit, I got laid off,

2    and then I was off for a bit, and then I decided, Do

3    you know what?  This is what I will get into

4    full-time.

5          Q.     Who are the owners of The Basu Group?

6          A.     I am.

7          Q.     You're the sole owner?

8          A.     Absolutely, yeah.

9                 MR. BREZINA:  I'll ask the court

10   reporter to mark this as exhibit two.  Copyright

11   registration VA 1-652-678.

12                (Whereupon, document bearing Bates

13   stamps TBG 000001 through 3, is received and marked

14   as Basu Exhibit 2 for Identification.)

15                COURT REPORTER:  Number two.

16   BY MR. BREZINA:

17         Q.     Can you identify exhibit two?

18         A.     Yes, I can.  It's a peacock feather

19   that we had designed.

20         Q.     And you've looked at the last page,

21   that's the peacock feather?

22         A.     Yeah, that's the last page.

23         Q.     And what are the first two pages

24   after the cover sheet?

25         A.     That's the registration certificate,

Page 19

1    the copyright registration certificate.

2         Q.       And listed on the certificate as the

3    second author, that's the Societe, your parents'

4    factory; correct?

5         A.       Correct.

6         Q.       Who is Soumitra, S-o-m-u-i-t-r-a,

7    Roy, R-o-y?

8         A.       He is an artisan who has been working

9    with my -- with that factory and my mother for the

10   last almost 30 years.

11            He's an external contractor, but he

12   is hundred percent dedicated to working with us, but

13   he's always preferred being an independent

14   contractor versus an employee.  That's why we've

15   always named him as a separate author.

16        Q.       And we've used the term author and

17   artisan.  Can you describe more generally what he

18   does?

19        A.       Sure.  And especially with respect to

20   this work that we are discussing, his role was

21   everything from the process of drawing the works on

22   paper, because based on the way we decided what

23   artworks we're going to create, we typically would

24   direct him to draw certain elements, use certain

25   colors, and he actually did that physical work of

Page 20

1  applying that paint or applying that drawing on

2  paper or leather as the case may be.  So he was

3  involved with every aspect of the drawing process

4  and the coloring process along with us.

5       Q.      And when you said us, how does that

6  relate between the manufacturing by Societe and the

7  sales by your company?

8       A.      So as a child, I've been exposed to

9  this business since I was ten years old, I've

10  watched the process.  I've known the system behind

11  creating art, and I've been a witness to the

12  relationship that my mother has had with the artisan

13  who is creating the art with her, with her

14  assistance, and when I got involved -- as a child,

15  I've also always enjoyed art, so when I got

16  involved, that was one of the key areas where I got

17  involved, because as a part of selling the brand and

18  selling the product, I have to think about what

19  artworks I wanted to create and design for my market

20  and my audience.

21              So that's where my involvement came

22  in terms of how to create art, what artworks to

23  create, what colors, what color stories, what

24  pallets, trying to understand the taste of my

25  consumer and bringing it back to my design team,

BHASKAR BASU                                          November 21, 2016

 1    which is in collaboration with Societe Masion de

 2    Cuir, which is where my mother was designing and

 3    then Soumitra, who was also one of the team members.

 4    Together, the three of us designed all the works.

 5    In other words, they weren't independently designing

 6    anything.  I was involved in every aspect of the

 7    designs.

 8          Q.      We spoke generally about your

 9    education.  Could you just -- what was the

10    discipline in which you got your degree?

11          A.      International management and MIS.

12    Bachelor's degree in international management and

13    MIS.  It was a business degree.

14          Q.      Okay.  As an aside, I learned my

15    parents' business when I was ten too.

16                  MR. GILMAN:  As an aside, I wish my

17    parents had a business that I could have learned.

18                  MR. BREZINA:  Well, my father was a

19    patent and trademark and copyright lawyer.

20                  MR. GILMAN:  Oh, good for you.

21    That's nice.

22                  MR. BREZINA:  I have an exhibit three

23    which I've produced to you, Mike, and I have also --

24    this is the dictionary pages and I have also marked

25    up myself with red arrows pointing to the words I

Page 31

1        Q.      And I'm not sure if we established

2   this, but if you follow that quill up, there is a

3   generally egg-shaped figure at the end of the quill.

4   That's the eye; correct?

5        A.      That is the eye of the feather, yes.

6               MR. GILMAN:  Objection.

7        Q.      Can you describe that for the record

8   what you see there of the eye?

9               MR. GILMAN:  Objection.

10              I'd like you to point out what you

11  think is the eye since you're the one who is

12  defining it.

13              MR. BREZINA:  Well, I think Mr. Basu

14  said he thinks there is an eye.  Let me read the

15  testimony.

16              MR. GILMAN:  That's fair.  I recall

17  that.

18              MR. BREZINA:  That is the eye;

19  correct?  That is the eye of the feather?  Yes.

20  BY MR. BREZINA:

21       Q.      So that bit that you were referring

22  to, that's the eye of the feather?

23       A.      Yeah, that is our interpretation of

24  what the eye of the feather looks like in our

25  drawing of a peacock feather.

Page 32

```
 1          Q.      All right.  And considering the shape
 2   and the color and the black lines and the color, can
 3   you just describe for the court reporter to take
 4   down what you see there in terms of shapes and
 5   colors and lines?
 6                  MR. GILMAN:  As what is the eye?
 7                  MR. BREZINA:  Yes.
 8          A.      So if I understand this correctly,
 9   you're asking me to describe our interpretation of
10   the eye of a peacock feather as we have drawn in
11   this image?
12          Q.      Yes.
13          A.      Okay.  So we have done -- we've
14   started with an outer circle or it's not exactly a
15   perfect circle.  We've kind of -- it's almost like
16   an oval shape.  Then we've done another line after
17   that on the inner side of that outer line.  And then
18   we have done another round shape, which, again, it's
19   more like -- it's not a perfect circle.  Again, it's
20   more like an oblong, but much shorter than the first
21   two, and then finally there is a fourth line which
22   is kind of cut in the center, which kind of goes
23   into that oblong like kind of cuts into the oblong
24   shape.
25                  So anyway, so we've got those four
```

Page 33

```
 1   lines, and then in terms of colors, we've used
 2   everything from purple to yellow to blue to green.
 3   We've used metallic gold.  We have used black.
 4   We've used different colors, but again, for us, when
 5   we were drawing it, the lines were the most
 6   important part to kind of how we interpreted the
 7   look of that eye, and the colors were more of a
 8   secondary thing, because we can keep changing those
 9   colors, we can -- because it is kind of using
10   artistic liberty, we can have fun with using
11   different colors to create different expressions of
12   the same element.
13                   So the most important part of when we
14   were drawing it were those four lines so that we
15   could separate our coloring and create an effect
16   that has a good impact.
17          Q.       All right.  And I don't necessarily
18   want to define this and patent lawyers define things
19   oddly anyway, but the outer, generally, circular
20   line and the one just inside, to me it looks like
21   it's a little bit of a smaller diameter on the top
22   than the bottom, so it's kind of like what I would
23   say is an egg shape.  Does that -- would you agree?
24   Could we call it egg-shaped?
25                   MR. GILMAN:  Objection.
```

BHASKAR BASU                                    November 21, 2016

Page 34

```
 1          A.       You know --
 2                   MR. GILMAN:  Objection.  He's already
 3    defined what he thought the shape was so.
 4                   MR. BREZINA:  All right.
 5          Q.       The two inner shapes, also an oval --
 6    the first one inner, it's kind of an oval, but the
 7    long axis is horizontal; is that correct?
 8          A.       Yeah, it is.
 9          Q.       And at the top of that shape, there
10    are four projecting lines that touch the outer round
11    line of the eye shape; correct?
12                   MR. GILMAN:  Objection.  Which --
13    again, can you point to the thing?  Is that not
14    allowed for some reason?  It would make life a lot
15    easier.
16                   MR. BREZINA:  I will point and
17    describe where I'm pointing.
18                   MR. GILMAN:  That's fine.  It seems
19    to be clearer this way.
20                   MR. BREZINA:  All right.
21    BY MR. BREZINA:
22          Q.       We have the, generally, circular
23    shape which we've been talking about as an eye.  On
24    the top of that, there are four black lines
25    extending upwardly from there; correct?
```

BHASKAR BASU                                    November 21, 2016

1        A.        There are, yes.

2        Q.        Are those generally also barbs?

3                  MR. GILMAN:  Objection.

4        Q.        You may answer.

5        A.        So when we were drawing the peacock

6    feather, they were -- you know, I defined these

7    lines that were coming out of the quill as, you

8    called it, the stem.

9        Q.        Yeah.

10       A.        So we -- those branches were supposed

11   to go around this central figure, which we are

12   referring to as the eye of the peacock feather.

13       Q.        Right.

14       A.        So because there are these gaps,

15   there was a gap on the top, so we kind of -- as a

16   continuation of these branches, yes, we kind of

17   pulled those lines out there to kind of show it more

18   complete and tight.

19       Q.        In the picture in exhibit two, there

20   is no red color, is there?

21       A.        No.  I mean, again, the picture that

22   you see, the color is -- like I said earlier as well

23   is something -- for us it's like, you know, we can

24   put different colors there to create a

25   representation, because this, these colors by

Page 36

1   themselves are not a real feather, you know, as is.

2             So in our view, in the world of

3   drawing and coloring, you know, the drawing itself,

4   as in the black lines, the way we have defined this

5   peacock feather so that we can place colors along

6   it, along the sides of those black lines or within

7   the framework of those black lines is what allows us

8   to create our art.  So -- no, I mean, specifically

9   this one has no red color, but we can use any color

10  we want to.

11            Q.      The picture we've been talking about

12  in exhibit two, that's actually a photograph of a

13  piece of leather that had hand-painted art on it;

14  correct?

15            A.      That is correct, yes.

16            Q.      If you know, did you send the piece

17  of leather to the copyright office or did you just

18  send a photograph?

19            A.      We just submitted the photograph.

20            Q.      All right.  Your bags are all hand

21  painted; correct?

22            A.      Yes, they are.

23            Q.      So there are no two alike?

24            A.      There is always going to be little

25  differences because when you're hand painting a bag,

Page 37

```
1    you're using brush and paint and you're applying
2    that paint in different ways, and just like your own
3    personal signature, no two bags can be exactly the
4    same.  There will be subtle differences.
5         Q.      All right.
6                 MR. BREZINA:  I'll ask the court
7    reporter --
8                 MR. GILMAN:  Want to take a quick
9    break?
10                MR. BREZINA:  Yeah.  Off the record.
11                (Whereupon, a recess is taken.)
12                MR. BREZINA:  Let's go back on the
13   record.
14   BY MR. BREZINA:
15        Q.      Mr. Basu, during the break you spoke
16   with Mr. Gilman; correct?
17        A.      Yes.
18        Q.      And you now have some things you
19   wanted to correct about the testimony?
20        A.      Yes, I do.  Yes, I do.  So one of the
21   things I wanted to correct was you asked me the
22   question if the factory associate Maison de Cuir
23   supplies to anybody else.  At the time of creation
24   of this art, we were the only -- The Basu Group in
25   the United States was the only company.
```

BHASKAR BASU                                    November 21, 2016

Page 41

1    as defendant's exhibit four a document starting at

2    TBG 0001287.  And I apologize, I had single printed

3    pages, but I printed them in black and white and I

4    see that the color copy that was just made for me is

5    two-sided copies, so I'll let the reporter mark as

6    he deems fit.

7                (Whereupon, document bearing Bates

8    stamps TBG 0001287 through 1294, is received and

9    marked as Basu Exhibit 4 for Identification.)

10               COURT REPORTER:  Number four.

11               THE WITNESS:  Thank you.

12   BY MR. BREZINA:

13         Q.     Can you tell me what exhibit four is?

14         A.     Exhibit four has different images of

15   peacock feathers and generally these are all images

16   of real peacock feathers, except for I think maybe

17   the shoe.

18         Q.     Whose document was this?

19         A.     A lot of these pictures are very

20   familiar to me because I think we've used this in

21   the past as inspiration for our work.

22         Q.     And can you explain how use for

23   inspiration occurs?

24         A.     So when I'm designing anything, and

25   since we are talking about the peacock feather, I'm

Page 42

1    going to speak to the peacock feather, for me it is

2    about creating an interpretation that can be

3    reproduced on a leather handbag and replicated

4    several times by our artists and artisans so that

5    there is a consistency in the look and feel of that

6    element that we are taking inspiration from.

7              So with instance, the images that we

8    use for inspiration here were the peacock feathers.

9    We were looking for all the key elements of a

10   peacock feather to understand what would -- what

11   would make our drawing look as close or -- how could

12   I get it to closely resemble that look so that when

13   people look at it at a first glance, they will know

14   that, Oh, this is a peacock feather, while

15   understanding that I cannot possibly draw it or

16   color it or create it exactly the same way that the

17   real peacock feather is.  So we took some of the

18   general lines that we could see from these various

19   images and placed them in our diagram here, which is

20   the exhibit --

21              MR. GILMAN:  Two.

22        A.         -- exhibit two and use that as our

23   guidelines to arrange, you know, different colors

24   around them to create various images of peacock

25   feathers.

BHASKAR BASU                                        November 21, 2016

Page 43

1          Q.      If we look at the first page of
2    pictures and I'll just use the last four digits,
3    1287 at the lower left.
4          A.      Okay.
5          Q.      Where do those pictures come from?
6          A.      You know, some came from the
7    internet.  There was a few that we found in a
8    magazine cutting.  So, yeah, I mean, typically we
9    get all our images from publications, like magazines
10   or the internet, and, I mean, back then there was a
11   limited number of images online, but compared to
12   today, I mean, today there is a lot more I guess.
13         Q.      If we look down in the first column,
14   third row.
15         A.      Yes.
16         Q.      That image has red color in the eye;
17   correct?
18         A.      I see that, yeah.  If you're pointing
19   to this one; right?
20         Q.      Yeah, yeah.
21         A.      Okay.
22         Q.      First row, third column for the
23   record.
24         A.      Yeah, that's reddish or orangish, you
25   know.

Page 44

1        Q.        Do you know was that the natural

2    color of a peacock feather or was the photo

3    retouched?

4        A.        I wouldn't know.

5        Q.        Okay.

6        A.        I really wouldn't have an idea.  We

7    did have a real peacock feather that was our primary

8    inspiration.

9        Q.        All right.

10       A.        In addition to all these photographs,

11   we did have a real peacock feather at the time of

12   creation.

13       Q.        And if we go to the next page, the

14   second picture has the red.  Is that just an

15   enlargement of the one we were talking about?

16       A.        It seems like it, yes.  Yeah, it

17   seems to me that it's just an enlarged version of

18   the first one that you pointed out.

19       Q.        All right.  If we skip ahead to the

20   picture of the necklace on a woman, the page has

21   1292 at the bottom.

22       A.        Right.  I see that.

23       Q.        The source of that is in the words

24   indicated there?

25       A.        Yeah, I actually don't recall the

BHASKAR BASU                                    November 21, 2016

Page 45

1    specifics to be honest, but let's see, yeah, if we

2    got this photo, it would have been from the

3    internet, because we did not go to the Burning Man

4    Festival that's mentioned over here.

5         Q.      Was this inspiration used to create

6    the art in exhibit two?

7         A.       No, not entirely.  So what we did

8    was, yeah, we got a lot of photographs and images

9    that we could find, but then we also had the real

10   feather, and typically when I'm creating an artwork,

11   what I do is I glance across all these images to try

12   and capture, you know, the image that forms in my

13   mind.

14              So, you know, as a child, whenever

15   I've drawn, and I did a lot of it when I was in

16   school and high school, etc., my approach to drawing

17   and my approach to art has always been from an angle

18   of interpretation or an angle of perception.  So I

19   use these images mostly for -- less for technical

20   accuracy and more for kind of like an interpretation

21   value.  What is the look and feel of that feather?

22   What's catching my attention?

23              And so once I've looked at all these

24   different feathers and then I've got the real

25   feather, which was the primary guidance for us,

BHASKAR BASU                                    November 21, 2016

Page 46

1    that's when we started drawing and creating these

2    different guidelines to kind of create the feather,

3    and we didn't get to something like this at our

4    first attempt because we attempted various different

5    types of, you know, or methods of drawing the

6    feather and applying color to it to see what made it

7    look more realistic, and there was a lot of trial

8    and error before we actually ended up with this

9    version.

10          Q.      When you say this --

11          A.      This version, the one that we

12   copyrighted.

13          Q.      Okay.  In exhibit two?

14          A.      In exhibit two, yes.

15          Q.      You mentioned the shoe in exhibit

16   four.  That's page 1293.  That was not your

17   company's shoe in 2007?

18          A.      No, no, no, not at all.  This wasn't

19   created by us.

20          Q.      Do you sell shoes now?

21          A.      We have sold some shoes in the past

22   and that is one of the various products that we

23   continue to explore.

24          Q.      But that's recent.  It's not --

25          A.      It's a recent past.

BHASKAR BASU                                    November 21, 2016

                                                              Page 47
 1            Q.        Not leading to the creation of --

 2            A.        No, the shoes were not involved at

 3     the time when this feather was created.  This

 4     feather was created specifically for bags and

 5     wallets.

 6            Q.        Do you recall, did you have an actual

 7     shoe in your studio?

 8            A.        No, we did not have an actual shoe,

 9     and like I mentioned earlier, we had the photographs

10     and we had the real feather.

11            Q.        And skipping to the next page, 1294,

12     those look to me to be earrings?

13            A.        1294, yes, those are earrings, yes.

14            Q.        And do you recall did you have actual

15     earrings or is this a photograph?

16            A.        No, this is a photograph of an

17     earring.  We didn't have any actual earrings with

18     us, but having done, you know, trade shows, I had

19     attended trade shows prior to this creation where I

20     had noticed that there was a lot of earrings being

21     sold with feathers, and I had noticed that, you

22     know, that's something that women were gravitating

23     towards.  So I figured that could be a fashion

24     element that could be added to our painted

25     collection, and that was one of the many triggers of

Page 48

1    my inspiration.

2          Q.      Those earrings you saw, those were

3    like cut pieces from actual peacock feathers?

4          A.      I don't -- it appears -- it appeared

5    to be because -- but I didn't actually walk up to

6    them and touch them or feel them per se, but they

7    did appear to be realistic from a distance.

8          Q.      All right.  And you used all the

9    inspiration in exhibit four to inspire you to create

10   the art in exhibit two?

11         A.      Yeah.

12                 MR. GILMAN:  Objection.

13         A.      So, you know, it's hard for me to say

14   that I used all of them.  So the way we design is

15   when we focus on a subject, we try to gather as much

16   information as in pictures that we can.  We're

17   not -- from your earlier question, you were asking

18   me about the definition, etc.  For us, we're

19   creating art.  So the definition wasn't the

20   important thing.  For us, it was kind of getting the

21   look and feel of what we want to draw.

22                 So we get a lot of different pictures

23   and we kind of glance over them, and sometimes two

24   or three of them will catch more of our attention

25   than others.  So it's -- you know, it's hard for me

Page 49

1    to define after all these years, you know, that's --

2    you know, which of these photographs had a bigger

3    impact on me, but I do remember walking through

4    trade shows and noticing earrings being sold and

5    looking -- you know, looking at people wearing

6    something like that and thinking, you know, This is

7    something we should draw, we should paint, and then

8    going back and looking for more photographs, looking

9    for a real feather and then, you know, sitting with

10   the drawing board and trying to create that art.

11            Q.      Was the art in exhibit four shared

12   with your mother or Soumitra Roy?

13            A.      The art in -- I'm sorry, I'm not --

14            Q.      We were talking about photos.

15            A.      Oh, the photos?

16            Q.      Yeah.

17            A.      All the photographs in exhibit four.

18   Yeah, I mean, it was on the same table.  We were all

19   working together.  So, you know, when we're working

20   together, the photographs are -- you know, whatever

21   material we gather, we have it available to

22   everybody.  So the three of us, when we were

23   working, it's lying on the table.  I'm sure

24   everybody looked at it.

25            Q.      Just physically you were in a same

Page 50

1    room, in the same place?

2          A.      Yes, I was.

3          Q.      All right.

4          A.      I was in Calcutta in India when we

5    were designing this feather.

6          Q.      All right.

7                  MR. BREZINA:  I'll ask the court

8    reporter to mark -- off the record.

9                  (Whereupon, a discussion is held off

10   the record.)

11                 MR. BREZINA:  Let's go back on the

12   record.

13                 I'll ask the reporter to mark exhibit

14   five.  This is also a two-sided copy.

15                 MR. GILMAN:  Thank you.

16                 (Whereupon, document bearing Bates

17   stamp SA 001209, is received and marked as Basu

18   Exhibit 5 for Identification.)

19                 COURT REPORTER:  Number five.

20                 THE WITNESS:  Thank you.

21   BY MR. BREZINA:

22         Q.      And it is my belief that this is also

23   a plaintiff exhibit 33.

24                 MR. GILMAN:  It's one of those, yeah.

25   I don't remember which.

Page 51

```
 1          Q.      Looking at the picture in exhibit
 2    five that has the number SA 001209 on the top, does
 3    that look like a photo of an actual peacock feather?
 4          A.      Yes, it appears to be so.
 5          Q.      And is there anything that strikes
 6    you as being inauthentic looking at that exhibit?
 7                  MR. GILMAN:  Objection.
 8          A.      I'm not an expert, so I can't tell
 9    you whether it's authentic or not authentic.
10          Q.      All right.  But nothing jumps out at
11    you to say it's fake?
12          A.      You know, honestly as a layman --
13          Q.      Yeah.
14          A.      -- you know, I would say, yeah, it
15    looks realistic.
16          Q.      All right.
17          A.      But again, I'm not an expert to be
18    able to determine whether it was fake or not.
19          Q.      All right.
20                  MR. BREZINA:  And we'll mark exhibit
21    six.
22                  (Whereupon, document bearing Bates
23    stamp TBG 1623, is received and marked as Basu
24    Exhibit 6 for Identification.)
25                  COURT REPORTER:  Number six.
```

Page 52

1  BY MR. BREZINA:

2       Q.      Exhibit six down at the bottom has

3  the letters and numbers TBG 1623.

4       A.      Yes.

5       Q.      Is that a photo of the peacock

6  feather that you had in your possession?

7       A.      Yes, this appears to be a photo of

8  that peacock feather.

9       Q.      And you had that before you and

10  Mr. Roy and your mother created exhibit -- the art

11  in exhibit two?

12       A.      We physically had the peacock feather

13  in front of us.

14       Q.      If you know, is that feather shown in

15  exhibit four?

16       A.      No, it can't be because this was the

17  real feather that we had, and what you're looking at

18  in exhibit four are images that were either

19  downloaded from the internet or cutouts from

20  magazines and newspapers.

21       Q.      All right.

22            MR. BREZINA:  I'm going to ask the

23  court reporter to mark as exhibit eight --

24            MR. GILMAN:  What happened to seven?

25            MR. BREZINA:  Oh, I'm sorry.  Oh,

Page 53

1    yes.  Sorry.  Thank you.

2              I ask the reporter to mark as exhibit

3    seven a document beginning with TBG 000004.

4              (Whereupon, document bearing Bates

5    stamps TBG 000004 through 8, is received and marked

6    as Basu Exhibit 7 for Identification.)

7              COURT REPORTER:  Number seven.

8    BY MR. BREZINA:

9         Q.     Can you tell me what exhibit seven

10   is?

11        A.     Exhibit seven shows us the different

12   diagrams that we did of the peacock feather and how

13   we used it on different bags.

14        Q.     What did you do when you used it to

15   create different bags?

16        A.     So when we are designing any artwork,

17   when I'm sitting and thinking and planning what that

18   artwork is going to look like, a bag, a handbag is

19   not the same as a -- you know, a canvass literally.

20   A canvass is rectangular in shape typically and

21   you've got, you know, several inches on one side and

22   a few inches on the other side.  It's a flat

23   surface.  You can plan the artwork in a certain way.

24              When you're planning artwork on a

25   bag, you've got to think about a 360 degrees all

Page 54

1   around the bag representation of your story, and

2   we're trying to create a story with our elements, of

3   course.

4                So for me to plan that art, what I do

5   is first I create an element that I want to work

6   with, and once I have my elements created, I place

7   that along the bag and I try different combinations,

8   different sizes to figure out what would look best.

9   The leather might wrinkle in certain parts.  The bag

10  might fold in certain areas.  The art might get

11  hidden, etc.  So I've got to be careful of all of

12  those things when placing my artwork so that when

13  the bag is being carried by a customer in its true

14  form and the leather is in its natural form against

15  that bag, the artwork still stands out.

16               So what you're seeing in this -- in

17  these images is us placing that artwork in a certain

18  fashion so that the story comes across on the bag's

19  surface the way we intended it to be represented.

20       Q.      Can you generally describe the

21  process of manufacturing -- once you've decided how

22  all those elements have been laid out, Societe has

23  45 or so artists, and the quality control at the end

24  when it's signed and approved, how does the process

25  work to get consistency in the finished product?

Page 55

1        A.        So during the creation process, it's

2    a closely guarded secret, whatever new artwork we're

3    creating.  So it's a small team that is involved,

4    and at the time of this peacock feather, it was

5    Soumitra, my mother and myself.  I was there in the

6    room creating this artwork with them, and once the

7    artwork was created and we were satisfied with what

8    we created, we created samples of bags that we

9    wanted to launch in the market, and once that bag

10   goes into production, we then share that sample, the

11   initial sample with our artisans and they go ahead

12   and recreate that art on those bags.  They color the

13   bags just by looking at the samples.

14                So that process, you know, like

15   basically sometimes we are painting the bag before

16   it is constructed.  Sometimes we're painting the bag

17   after it is constructed.  The different aspects of

18   this artwork that -- you know, that takes place

19   before and after based on the construction because

20   the leather is getting folded or pleated, you can't

21   draw on that or do anything with that, or rather it

22   gets very complicated if you try to do it after it

23   is stitched and pleated.

24                So there is before and after stages

25   when we are applying the artworks and the colors and

Page 56

1  the painting to the bag and they -- again, when

2  they're working, they always have that sample in

3  front of them, the original sample, and once all of

4  those things are done, we inspect it and then we

5  sign every bag.

6          Q.      So just generally, do you have

7  artists who specialize in peacock bags and artists

8  who specialize in other bags?

9          A.      With some artworks today I can say

10 that, yes, that kind of thing exists, but the

11 peacock feathers have been a part of our collection

12 for a very long time, so it's safe to say that all

13 of our artisans can color this in every different

14 colorways that we have created since because this is

15 not the only color that we paint the peacock feather

16 in.

17         Q.      I just want to get a handle on the

18 process, and the art I do is not very creative.

19 It's things like patent drawings, and if I were to

20 be drawing something, it would be entirely intended

21 to be realistic.

22              How many product samples would you

23 have at any one time that are being used by one or

24 more artists to do a peacock themed bag?  Is it just

25 one sample and a few artists or is it multiple?

BHASKAR BASU                                        November 21, 2016

 1          A.        Well, see these are all handmade

 2    products we're talking about.  So when somebody

 3    is -- when we create these bags, we create them in

 4    very, very small batches.  So at any given point it

 5    could be ten.  It could be 15.  It could be -- but

 6    no more than 25 pieces being created at a time.

 7                    So each of the bags, the painting is

 8    done from start to finish by the same person, so we

 9    give them that sample.  And we have done this

10    peacock feather on several different bags.  So we do

11    have more than one sample, but it may not be of that

12    exact same bag.

13          Q.        All right.

14          A.        So they can get the colors of what we

15    want represented from other bags as well, if needed.

16          Q.        And it might actually be a different

17    peacock feather, the stem is curved the other way or

18    it has a different number of bags?

19          A.        Right.  I mean, this is hand drawn.

20    You know, when we create these artworks, we

21    generally try to create a look and feel, and as you

22    can see from this diagram in exhibit seven, they

23    have different number of stems and/or branches --

24    sorry, different number of branches coming from the

25    sides, and they all -- each of these feathers that

Page 58

1   we have drawn over here have subtle differences, but

2   generally they look the same.

3        Q.      Referring back to the picture in

4   exhibit two, was this -- was the original from which

5   the photo was taken a sample on a flat piece of

6   leather that was photographed?

7        A.      That is correct, because, you know,

8   when we created this artwork, we first tried it on

9   paper several times trying different methods of

10  doing it.  We even tried a couple of different

11  leather swatches trying the different techniques of

12  drawing or of representation that we tried, but none

13  of those representations or interpretations appeared

14  to me the way I wanted it to look.  So we kept

15  trying until we came to this specific like what

16  you're seeing in exhibit two.

17              So once we did the drawing in this

18  specific fashion where our application of a certain

19  color and then the highlighting that color with that

20  black line, the way it made the feather pop out is

21  where we zoned in on and said, Yes, that's the look

22  we want to move forward with, and that became our

23  initial guideline to how we wanted to do the

24  feather.  From then on, we started recreating that

25  for the different bags that you have or rather the

BHASKAR BASU                                        November 21, 2016

Page 71

1    with the use of colors, typically all of our bags

2    have more than one color.  So it's very easy for the

3    customer to mix and match shoes, jewelry, prints, or

4    different colors of outfits and, therefore, it

5    becomes more versatile versus, you know, I'm wearing

6    a brown bag and, therefore, everything has to match

7    the brown.

8            Q.      We were talking about exhibit eight

9    and I just want to ask you some general questions.

10   And I'm only going to ask about the existence of

11   documents, and I'm going to ask you and it may

12   relate to what Mr. Gilman might have had, so don't

13   tell me what he told you.

14           A.      Sure.

15           Q.      I only want to get to what you're

16   aware of.

17           A.      Okay.

18           Q.      Have you personally or on behalf of

19   The Basu Group signed any copyright applications

20   either electronically or with a handwritten

21   signature?

22           A.      Yes, I have.  I have done electronic

23   applications myself in the past.

24           Q.      Did you fill those out yourself?

25           A.      Yes, I did.

1  TBG 28, those are the black and whites of the two

2  deposits, but 29, 30 and 31 have nothing to do with

3  exhibit eight.

4           MR. BREZINA:  Oh, thank you for

5  clarifying.

6           MR. GILMAN:  These had to do with

7  other colorways that the peacock feather has

8  appeared in that Basu Group sold, I think, but these

9  had nothing to do with this, yeah.  They just

10 happened to be produced in sequence.

11          MR. BREZINA:  All right.  Thank you

12 for that clarification.

13 BY MR. BREZINA:

14      Q.    Going back to exhibit two, number

15 two, the first page of the copyright application,

16 peacock feather number one, registration number VA

17 1, hyphen, 652, hyphen, 678.

18          Looking at that document, top half,

19 and I'll indicate with my finger and describe, there

20 is a line to the right of the word title.  Then

21 there is a line to the right of the words

22 completion, slash, publication.  Do you see that

23 location?

24      A.    Yes, I do.

25      Q.    And the year of completion just under

Page 78

1    that line is 2007; correct?

2           A.        That is correct.

3           Q.        All right.  And to the best of your

4    knowledge, that's the year that was put in when you

5    submitted your copyright application; correct?

6           A.        Yes, it was.

7           Q.        All right.  Under that is date of

8    first publication, January 1, 2008?

9           A.        Correct.

10          Q.        What was published January 1, 2008?

11          A.        So what we did was we created our

12   catalogs and all the photo images of our bags,

13   samples, etc., and we e-mailed those catalogs or

14   shared those catalogs with our sales team in the

15   United States, across the United States by December

16   of 2007.  So they had access to all our images and

17   all our information.  We started sharing that with

18   customers at that point as well.

19                     In January, we used to do a trade

20   show in Florida very early on in January.  So we

21   were making sure that all our samples are

22   distributed in time.  So by January 1, 2008, our

23   customers, who we typically wholesale to, started

24   gaining access to our images and our bags that we

25   intended to sell that season obviously through our

Page 81

1   that easy?

2          A.      There is a name for it which I cannot

3   recall at the moment.

4          Q.      Okay.

5          A.      There are several names that I do

6   recall, but none of them are the ones in Florida.

7          Q.      Okay.

8          A.      So it wouldn't -- I don't think I

9   would be able to help.

10         Q.      While you mention it, which ones do

11  occur to you?

12         A.      Magic which is the one in Vegas.

13  There is WSA which we used to do.  It's a shoe show

14  in Vegas.  We've done Industrial 212, Fame, I mean,

15  I can go on and on.  There are ones in New York,

16  ones in Vegas, etc.

17         Q.      All right.  Let's go back to that

18  same page, down more towards the bottom there is a

19  line to the right, and to the left of it is the

20  words copyright claimant and then it lists your

21  company name and address and a transfer statement.

22              Under that line is another line to

23  the right with the words rights and permissions on

24  the left.  In between those there is nothing, but

25  your name and address and the transfer statement;

BHASKAR BASU                                          November 21, 2016

Page 82

1    correct?

2          A.      And I'm going to point to it just to

3    make sure that I'm understanding it correctly.

4          Q.      Yeah.

5          A.      So this is where it says:  Rights and

6    permissions?

7          Q.      Right.

8          A.      And between that line --

9          Q.      And the line immediately above.

10         A.      Oh, the immediately above?

11         Q.      Yeah.

12         A.      Where it says:  Copyright claimant?

13         Q.      Yeah.

14         A.      So that's our company name and

15   address.

16         Q.      Right.

17         A.      That's our mailing address.

18         Q.      And the transfer statement refers to

19   the way you got all rights?

20         A.      Correct.

21         Q.      And there is no section that says

22   limitation of copyright claim, correct, in between

23   those?  Or anywhere?

24         A.      Not that I can see any, no.

25         Q.      All right.  And there is no section

Page 83

1   indicated material excluded from this claim, that's
2   not there; correct?
3          A.      No.
4          Q.      And there is no section that says new
5   material included in claim, that's not there either;
6   correct?
7          A.      No.
8          Q.      All right.  There is nothing in
9   defendant's exhibit two that shows that you told the
10  copyright office about any of the images in exhibit
11  four.  Is that a correct statement?
12         A.      That is correct.
13         Q.      All right.  Do you recall if you
14  submitted any of the images in exhibit four to the
15  copyright office at any time?
16         A.      No, I did not.
17         Q.      Do you recall describing the images
18  in exhibit four in any sense --
19         A.      No, I do not --
20         Q.      -- in any copyright application?
21         A.      No, I do not recall that.
22         Q.      All right.  So do you recall ever
23  telling the copyright office about your inspiration
24  for the peacock feathers?
25         A.      No.  What I do recall is submitting

Page 84

1    the image that was -- that's presented right here in

2    exhibit two.  That's what I sent to the copyright

3    office and that's it.

4           Q.      By the way, was exhibit two, was that

5    one of the ones you filled out yourself or did you

6    have someone else do it?

7           A.      I had the assistance of my counsel.

8                   MR. BREZINA:  I'll mark exhibit --

9    have the reporter mark exhibit nine.  This is black

10   and white, but I think the originals are just an off

11   color.  Should be fine.

12                  (Whereupon, document entitled

13   Agreement and Assignment, bearing Bates stamps TBG

14   32 through 45, is received and marked as Basu

15   Exhibit 9 for Identification.)

16                  COURT REPORTER:  Number nine.

17                  THE WITNESS:  Thank you.

18   BY MR. BREZINA:

19          Q.      You've seen the documents in exhibit

20   nine before; correct?

21          A.      Yes, I have.

22          Q.      By the way, I don't know if I said

23   for the record TBG 32 through 45.

24                  And this includes three agreements

25   that were signed by you; correct?

Page 85

1      A.      So --

2      Q.      34, 37 and 40.

3      A.      There is the first one, then there is

4  the second one.  Yes.  Yes, there are.

5      Q.      And at the end, beginning at 42, is

6  schedule A and that's all of the works that were

7  involved in the three agreements; correct?

8      A.      At that point in time, yes.

9      Q.      Yes.

10     A.      But the way, if I recall correctly,

11  we worded the agreement such that anything that we

12  created subsequently is also covered by this

13  agreement.

14     Q.      Okay.  And one of the three

15  agreements is with Societe, the company we were

16  talking about before?

17     A.      The company, yes.

18     Q.      It does describe your mother Roma as

19  proprietor.  What kind of legal entity is Societe

20  Maison de Cuir, if you know?

21     A.      It is -- to the best of my

22  understanding, it is very similar to a d/b/a in the

23  United States.  So my mother Roma is doing business

24  as Societe Maison de Cuir.

25     Q.      Okay.  So your mother or your mother

Page 86

1   and your father basically own it and they don't have

2   a corporation or Societe --

3          A.       No, it's not a limited liability --

4          Q.       Okay.

5          A.       -- company.

6          Q.       Earlier -- and I'm only giving this

7   as background.  Earlier, we talked about the

8   creative process that led to peacock feather number

9   one and you described how you met with your mother

10  and Soumitra Roy personally.

11               These contracts use specific language

12  to describe what people did for the legal documents.

13  To the best of your understanding, is the purpose of

14  these documents simply to get ownership of those

15  joint works that you created in one place?

16         A.       So --

17               MR. GILMAN:  Objection.  Calls for a

18  legal conclusion.

19               Go ahead.

20         A.       So to the best of my understanding,

21  when I am creating art, I was doing it in

22  collaboration with my coauthors and together we were

23  creating the specific designs for the purpose of use

24  exclusively by my company, and I obviously did not

25  want that artwork to end up or my ideas to end up

Page 87

1  elsewhere.  So the purpose of this agreement, again
2  to the best of my understanding, was, number one,
3  that this artwork will not be sold or distributed to
4  anybody else without my authorization.  It's because
5  I want to own it.  I want to control the
6  distribution of this art because it greatly impacts
7  the survival of our brand and our company that we
8  have created here in the United States.
9              Also, I am bringing the new ideas and
10 concepts and direction in terms of trend,
11 whatever -- I mean, in the world of fashion, you can
12 refer to it as trend of what I want to create as a
13 collection for each season.  So again, I need to
14 protect that idea of mine that I'm bringing to the
15 table that I'm creating as a collection for our
16 company and also, of course, from a legal standpoint
17 for the purpose of being able to copyright that work
18 and protect ourselves.
19             At the end of the day if I -- you
20 know, these are the works based on which my entire
21 business operates.  All the ideas, all the
22 collections that I've designed prior to that date,
23 during that time and since then from season to
24 season is stuff that I'm constantly exposing myself
25 to in terms of whether it's research, whether it's

Page 88

1   something that catches my attention and coming up

2   with ideas and then going back and working with the

3   team to design those ideas and making them into a

4   reality.

5                So that idea, that is -- I mean, from

6   our company's point of view, that is our asset.  I

7   mean, that's -- without being able to protect it,

8   you know, our business would not exist.  So that's

9   how I perceived this agreement.  So the copyright

10  registration is just one aspect of the entire thing.

11       Q.      How many trips do you make back to

12  India to have collaborative sessions to design new

13  product say in a year?

14       A.      In a year, I make anywhere from six

15  to seven trips to India.  In total, I spent anywhere

16  from three to four months in India, where it could

17  be seven days, ten days, one month, like that.  It's

18  broken up into several trips.  So I spend a

19  tremendous amount of time going back and forth.

20       Q.      I've heard from people in the retail

21  business, retail gift business that 90 percent of

22  the sales occur on like ten days out of the year.

23  So some businesses are highly seasonal.  I'm just

24  wondering are there seasonal aspects of your

25  business where there is sometime when you're more

U.S. Legal Support, Inc.
(312) 236-8352

Page 93

1   overlaps as well.

2          Q.      I want to refer back to exhibit two

3   and this is just to clarify.  I think I can infer

4   the answers, but it might be clearer if we get them

5   on the record.

6                  In the middle of that first page, in

7   the section marked author, the first listed author

8   is The Basu Group, Inc.  That's your company;

9   correct?

10         A.      That is correct, yes.

11         Q.      And the contribution is said to be a

12  work made for hire.  It says:  Work made for hire,

13  yes; correct?

14         A.      Correct.

15         Q.      And without getting into the details,

16  were you the employee of your company that did the

17  creative input?

18         A.      Yes, I was.

19         Q.      Did anyone else?

20         A.      No.

21         Q.      All right.  The next author is your

22  mother's company, Societe Maison de Cuir?

23         A.      Correct.

24         Q.      And it also says:  Work made for

25  hire, yes?

BHASKAR BASU                                          November 21, 2016

Page 94

```
 1        A.       Correct.
 2        Q.       And it's a d/b/a, so she made the
 3   contributions; correct?
 4        A.       That is also a correct assumption,
 5   yes.
 6        Q.       Did anyone employed by your mother's
 7   company make contributions?
 8        A.       No.
 9        Q.       And then the third listed author is
10   Soumitra re --
11                 MR. GILMAN:  Roy.
12        Q.       Roy.  Sorry.  And there it says:
13   Work made for hire, no; correct?
14        A.       Right.  He wasn't an employee.
15        Q.       Yeah, and I believe you testified --
16   and I just want to get it down here.
17        A.       Right.
18        Q.       He was an independent contractor?
19        A.       Right, he is an independent
20   contractor.
21        Q.       Does he get royalties for designs?
22        A.       In our method of compensation, we
23   have different aspects built into it where he is
24   paid against the product that we produce.  So he
25   gets commission based on the volume of all the works
```

BHASKAR BASU                                    November 21, 2016

Page 95

```
 1   that we're doing.

 2        Q.      I'm looking at my exhibits and I have

 3   that color copy issue.  That stupid printer was not

 4   behaving when I printed these out.  Let's go off the

 5   record.

 6               (Whereupon, a recess is taken.)

 7               MR. BREZINA:  Let's go back on the

 8   record.

 9               I'll ask the reporter to mark as

10   defendant's exhibit ten.

11               (Whereupon, document bearing Bates

12   stamp TBG 83, is received and marked as Basu Exhibit

13   10 for Identification.)

14               COURT REPORTER:  Number ten.

15               MR. BREZINA:  The last page of which

16   is TBG 883.

17   BY MR. BREZINA:

18        Q.      And just for clarification, the first

19   page, which is mostly black, was the cover page from

20   a magazine or publication in which the second page

21   appeared; is that correct?

22        A.      That is correct.  That is correct.

23        Q.      And the Bates number didn't come out

24   because it was printed in black.

25               MR. GILMAN:  It did.  I see 82 down
```

BHASKAR BASU                                              November 21, 2016

Page 103

1                   Was peacock floral influenced by

2    fashion and color trends?

3         A.        I wouldn't say that the peacock

4    floral was influenced by color trends per se because

5    I cannot think of anything specifically in fashion

6    that had that color grouping.  It was just an

7    artwork that we created, but prior to that, as I

8    said, during the creation of peacock feathers

9    itself, there are many things that inspired me,

10   including seeing earrings with peacock feathers, so

11   logically there was a fashion inspiration from some

12   angle.

13        Q.        All right.

14                  MR. BREZINA:  I'll ask the court

15   reporter to mark exhibit 12.

16                  (Whereupon, document bearing Bates

17   stamps TBG 135 through 141, is received and marked

18   as Basu Exhibit 12 for Identification.)

19                  COURT REPORTER:  Number 12.

20   BY MR. BREZINA:

21        Q.        Can you identify exhibit 12?

22        A.        It's a printout of one of our

23   catalogs.

24        Q.        Can you tell when this catalog was

25   put out and there is some really small letters in

U.S. Legal Support, Inc.
(312) 236-8352

BHASKAR BASU                                                November 21, 2016

Page 104

1    the right margin?

2         A.      Yeah, it says:  Reprint July 2009.

3    So we put it out in July and August of 2009.  So

4    based on that date that's printed physically right

5    here, the July 2009 that we just talked about, so

6    this definitely is going to be then our fall and

7    holiday catalog for 2009.

8         Q.      All right.  So you had to give --

9         A.      Yeah, but --

10        Q.      -- enough lead time to get the things

11   in the store?

12        A.      But the fact that it says reprint

13   potentially means that we were probably circulating

14   the same thing earlier as well.

15        Q.      All right.  Is there anyone --

16   actually, let me withdraw that question.

17               Was this all the bags you were

18   offering at that time?

19        A.      I don't have a recollection.  There

20   could have been more.

21        Q.      All right.  Your more recent catalogs

22   are a lot thicker; correct?  A lot more pages?

23        A.      Our most recent catalog is also

24   designed differently, therefore, it is thicker.

25        Q.      All right.  You have more products

Page 105

1   now than you had in 2009?

2        A.        Well, that is correct, but also not

3   all our products are in our catalog.

4        Q.        Does exhibit 12 have any bag that has

5   a single peacock feather by itself without another

6   peacock feather?

7        A.        Yes, on the last page.  Bottom right.

8   The item number is 1078 COL.  That's the item number

9   for that specific wallet and that has a single

10  feather.

11       Q.        All right.  And it's opposite of

12  butterfly and on the other side; correct?

13       A.        That would be correct, yes.

14       Q.        Let's refer back to exhibit two, the

15  picture at the bottom.  Exhibit two has the barbs or

16  branches at the bottom with green and blue

17  coloration; correct?

18       A.        Yes.

19       Q.        Black lines and on top --

20       A.        There are green lines, yeah.

21       Q.        And the picture you identified in

22  page 141 has a reddish or pink at the bottom and

23  then a greenish blue, the ones above it; correct?

24       A.        Yes, it's a different coloration.

25       Q.        And the curve of the quill or stem is

BHASKAR BASU                                    November 21, 2016

Page 106

1   different in exhibit two and in item number 1078;

2   correct?

3         A.      Well, yeah, it's slightly different.

4   This is curving in one direction.  That's curving in

5   the other.

6         Q.      And the coloration of the eye is

7   different; correct?

8         A.      Yes, it is different, and like I was

9   telling you earlier, for me it was more about the

10  drawing itself of the peacock feather that

11  represented our creation and giving us the liberty

12  to fill those gaps with any color we wanted to.

13        Q.      All right.

14                MR. BREZINA:  I have exhibit 13 and

15  it's thick and the staple on the last page is coming

16  apart, so I'm going to give the reporter exhibit 13,

17  TBG 173, and the last page is TBG 216, so when we're

18  handling those, let's be sure to keep all of those

19  together.

20                MR. GILMAN:  Can we clip it?  It's

21  probably in those drawings there.

22                MR. BREZINA:  Let me have the

23  reporter mark this and I will rummage through the

24  drawers.

25                (Whereupon, document bearing Bates

1   stamps TBG 173 through 216, is received and marked

2   as Basu Exhibit 13 for Identification.)

3                   COURT REPORTER:  Number 13.

4                   MR. GILMAN:  Do you have a copy for

5   me or not?

6                   MR. BREZINA:  Oh, sorry.  With the

7   same -- I misplaced it while looking for a clip, but

8   I'll --

9                   MR. GILMAN:  Thank you.  Thank you.

10  BY MR. BREZINA:

11      Q.      Is exhibit 13 a copy of a catalog of

12  yours from 2012?

13      A.      Yes, it is.

14      Q.      How often do you put out catalogs?

15      A.      Twice a year.

16      Q.      Who would get a catalog like -- or

17  who got a catalog like exhibit 13 in 2012?

18      A.      While I can't tell you exactly who

19  got it, but I can generally tell you that almost all

20  of our resellers get a copy of this catalog whether

21  it's in print format or digital format.  In many

22  instances the end consumer who purchases our bags or

23  collects our bags, they also reach out to us for

24  catalogs.  People attending trade shows pick up our

25  catalogs whether they buy from us or not.  So it's a

Page 108

1    pretty vast group of individuals, those who qualify

2    as current customers, those who qualify as potential

3    customers, those who qualify as consumers, etc.

4          Q.     So, for example, if you have a retail

5    customer, we talked about shoe stores, but you might

6    also have a brick and mortar boutique, that might be

7    one of your customers?

8          A.     Potentially, yes, yes.

9          Q.     And if they're on your list, they'll

10   get a catalog?

11         A.     Yeah, I mean, what we do is sometimes

12   we'll send out catalogs when a customer actively

13   requests for the catalog.  Sometimes our sales reps

14   would send one out, you know, when they're

15   soliciting their business.

16                In some instances where we have a

17   regular customer, we will send them a catalog with

18   their order just so that they knew what the new

19   collection is going to look like, etc.

20         Q.     Do you differentiate between classes

21   of resellers who get -- who got a catalog such as

22   exhibit 13?  For example, there are some things that

23   only went to a certain channel or other things to a

24   different channel?

25         A.     No.  So when it comes to this

Page 112

1          Q.        If you skip ahead, and I think on the

2     catalog it has page number -- catalog page number

3     24.  It's the TBG 197.  There is a photograph of a

4     model with a peacock handbag and in the top right

5     there is a box that has verbiage.

6                    Do you see that?

7          A.        Yes, I do.

8          Q.        And the first sentence reads:  With

9     its iridescent plumage and dazzling beauty, the

10    gorgeous peacock has been a muse for our designers

11    for years.

12                   Do you see that?

13         A.        Yes, I do.

14         Q.        And then it continues:  We combine

15    the shimmering feathers with glowing tangerine

16    lilies to add glamor to a classic art.

17                   What is the classic art referred to

18    there?

19         A.        Well, first of all, this is marketing

20    verbiage.  The classic art in this instance is being

21    referred to as a peacock feather story that we

22    created with flowers.  So the peacock feather being

23    a very key element of this specific artwork and over

24    the years we have seen that customers come to us for

25    our peacock feathers.

Page 113

1        Q.      What does has been a muse for our
2    designers mean?
3        A.      I guess the marketing team was trying
4    to refer to our -- you know, our inspiration.  You
5    know, again, it's marketing verbiage.  So the
6    consumer who is looking at this image reading this
7    text it romanticizes the process of how we get
8    inspired by elements of nature.
9        Q.      So that would be the peacock
10   inspiration in exhibit -- I think it was four that
11   we were talking about?  Is that the muse for the
12   designers?
13       A.      I've got to look.  That's exhibit
14   four; right?
15               MR. GILMAN:  Yes.
16       Q.      Is that the inspiration, the muse for
17   your designers, exhibit four?
18       A.      Well, as we have discussed earlier
19   today that I am one of those authors, so yeah, I
20   mean, those feathers have definitely been an
21   inspiration to me.
22               MR. BREZINA:  Let's mark this as
23   exhibit 14.
24       Q.      Before we get to that, let's go back
25   to 13.  I do see follow-up on something else you

Page 114

1  talked about.

2          Back in 13, if you go to page 205,

3  there is a model with a red blouse?

4      A.      Yeah, I see that.

5      Q.      And the bag to me has tan and a lot

6  of pastel colors in it.  Is that an example of what

7  we described -- what you described earlier about the

8  customer would perceive the importance of some of

9  the design colors in the bag greater than others?

10     A.      Again, it's very difficult for me to

11 speak to the perception of a consumer or of an

12 unknown person.  A bag like that personally I could

13 place different colors against it and make it look

14 good.

15     Q.      All right.  But the bag isn't a red

16 bag to go with the red blouse?

17     A.      Well, I mean, this is a bag that I

18 can -- I mean, there is a lot of red in this

19 definitely, but I can also see somebody wearing this

20 with a pair of jeans.

21     Q.      Okay.  Let's go to 14 now.

22             MR. GILMAN:  David, could you just

23 reread into the record the last sentence on page 197

24 of exhibit 13 because you didn't really end it the

25 right way if I recall.

U.S. Legal Support, Inc.
(312) 236-8352

Page 115

1              MR. BREZINA:  Oh, all right.  The

2   only sentence regarding which I meant to elicit

3   answers -- oh, wait.  No.  All right.  I'll read the

4   whole thing for the record.

5              MR. GILMAN:  Okay.

6              MR. BREZINA:  It speaks for itself,

7   but with its iridescent plumage and dazzling beauty

8   the gorgeous peacock has been a muse for our

9   designers for years, period.  We combined the

10  shimmering feathers with a glowing -- I'm sorry,

11  with glowing tangerine lilies to transform a classic

12  art into a glamorous accessory.  I think I may have

13  missed the tangerine part.

14             MR. GILMAN:  Thank you.

15             MR. BREZINA:  Oh, I'm sorry, yeah.

16  It is written slightly different elsewhere.  All

17  right.

18  BY MR. BREZINA:

19       Q.    Let's go to 14.

20             (Whereupon, document entitled

21  Anuschka License Agreement, bearing Bates stamps TBG

22  509 through 520, is received and marked as Basu

23  Exhibit 14 for Identification.)

24             COURT REPORTER:  Number 14.

25

U.S. Legal Support, Inc.
(312) 236-8352

Page 132

1                    MR. BREZINA:  Let's identify exhibit

2     18.

3                    MR. GILMAN:  Do you think you have a

4     lot more?

5                    MR. BREZINA:  No.

6                    MR. GILMAN:  Because then after that,

7     I still have to do some cross.

8                    MR. BREZINA:  Well, let me wrap it up

9     and then you can check your notes and we'll decide.

10                    MR. GILMAN:  Okay.

11                    MR. BREZINA:  Oh, yeah.  Well, let's

12    do exhibit 18 and then I think I'll conclude.  I'll

13    ask the reporter to mark as exhibit 18 --

14                    MR. GILMAN:  Oh, 17 is the one I

15    didn't get a copy of.

16                    THE WITNESS:  Yes, 17 was the sales

17    report.

18                    MR. GILMAN:  Yeah, that's it.

19                    MR. BREZINA:  Exhibit 18 has document

20    number SA 0007 at the top and it's two pages.

21                    (Whereupon, document depicting

22    photographs, is received and marked as Basu Exhibit

23    18 for Identification.)

24    BY MR. BREZINA:

25          Q.     I'll just ask you if you've ever seen

Page 133

1   any of the images in exhibit 18 before?

2           COURT REPORTER:  Number 18.

3      A.      I have seen on page two it says --

4   actually, it's stapled.  I can't -- I can't read

5   this number.

6      Q.      Yeah, it's the second page.  We'll be

7   able to figure it out.

8      A.      Yeah, the second page of the exhibit

9   on the second line, the second image.

10     Q.      Okay.

11     A.      I've seen that image before.

12     Q.      And what is shown in that image?

13     A.      It's a bag with a peacock sitting on

14  a branch.

15     Q.      Any idea who sold that bag?

16     A.      No.  I have no idea.  I haven't ever

17  explored the creator of that bag.

18     Q.      Any idea when, just generally, you

19  saw that the first time, that image, the one you

20  just talked about?

21     A.      It seems to me that I've seen it some

22  time back.  I cannot pinpoint a date or time or a

23  year, but definitely before 2016.

24     Q.      Could it have been 2012?

25     A.      I can't answer that because I really

Page 134

1  don't recollect unfortunately.

2      Q.     Let me just run through my paper

3  notes and see if there is something I missed on my

4  computer.

5              MR. BREZINA:  No further questions.

6              MR. GILMAN:  Give me just two

7  minutes.

8              Can I just see you outside?

9              THE WITNESS:  Sure.

10              (Whereupon, a recess is taken.)

11              MR. GILMAN:  Let's go back on the

12  record.

13

14  EXAMINATION BY MR. GILMAN:

15      Q.     Just to clarify some stuff, Soumitra

16  Roy, in addition to coloring the art, does he also

17  do something other than that?

18      A.     Yes.  So Soumitra Roy, he is involved

19  in the process of drawing and coloring, which means

20  when we are going through the process of creating

21  that artwork, he will draw it to our specification

22  and guidance as many times as we tell him to until

23  we get to the idea that we all agree on.

24              So he literally would draw the lines

25  and then I would schedule it and say, No, I want

Page 135

1    this shorter or I want this bigger, and then he

2    would do a fresh one with a better representation of

3    my thoughts or ideas or that was sharing so that it

4    can be converted into a representative diagram that

5    we can then use as our element or artwork, etc.

6         Q.       And as part of that process, does he

7    also make suggests that add to the creation?

8         A.       He definitely adds suggestions too.

9    He will share things like, you know, if I do it like

10   this, it will be easier to, you know, repeat it on

11   bags.

12        Q.       Okay.

13        A.       So he does add that aspect of the

14   value.

15        Q.       As to the definitions that were

16   discussed earlier, I just want to clarify for the

17   record, are you an expert on feather structure or

18   feather anatomy?

19        A.       No, I'm not.

20        Q.       So other than I think you had

21   mentioned on the record that you used the term eye,

22   but then other than that, those other terms, do you

23   ever use any of those other terms when you were

24   creating your feathers?

25        A.       No.  We didn't use any of the other

Page 136

1    terms.

2         Q.       Did you ever look up any of those

3    terms in the dictionary?

4         A.       No, I did not.

5         Q.       On exhibit four, are we positive that

6    this is the right colorization on exhibit four or is

7    it possible from multiple color copies that it's not

8    accurate any longer?

9         A.       So just from our experience with

10   printing catalogs and printing images of our bags,

11   we know that color printers distort the color.  So

12   every time we're printing something, we get

13   different colors and there is a high probability

14   when I'm getting images off the internet that the

15   color there isn't accurate either.

16        Q.       Do you recall specifically that the

17   red that you discussed earlier with Mr. Brezina on

18   these feathers is really there and really red as

19   opposed to a different color?

20        A.       So when I was looking at it, one of

21   the things I remember saying that it's like reddish

22   at the same time orangish in color, but I don't

23   recall that specifically when I was -- I mean, this

24   is something I last looked at in 2007.

25        Q.       And when you were creating the work

BHASKAR BASU                                              November 21, 2016

Page 137

1    with your mom and Mr. Roy, were there two feathers

2    you had in front of you?

3           A.      Yes, we did.

4           Q.      Okay.

5                   MR. GILMAN:  I would like to mark --

6    do we want to just do -- how do we want to do this?

7    Plaintiff's exhibit or defendant's?  No, they

8    wouldn't be yours.

9                   MR. BREZINA:  Well, no, they would be

10   yours --

11                  MR. GILMAN:  Yeah.

12                  MR. BREZINA:  -- because you're

13   introducing them.

14                  MR. GILMAN:  We don't have any

15   recollection what my numbering -- why don't we start

16   at 50 because I have no recollection what I ended

17   at.

18                  MR. BREZINA:  That's fine.  Yeah,

19   yeah.

20                  MR. GILMAN:  Absolutely none.

21                  Can we mark this one as plaintiff's

22   50 and then this one as plaintiff's 51.

23                  (Whereupon, feather, is received and

24   marked as Plaintiff's Exhibit 50 for

25   Identification.)

BHASKAR BASU                                       November 21, 2016

Page 138

```
 1                    (Whereupon, feather, is received and

 2      marked as Plaintiff's Exhibit 51 for

 3      Identification.)

 4                    COURT REPORTER:  50 and 51.

 5                    MR. GILMAN:  For the record, after

 6      the deposition, plaintiff's counsel, Mike Gilman, is

 7      going to maintain P50 and P51 in his possession.

 8                    Is that okay with defendant's

 9      counsel?

10                    MR. BREZINA:  Yeah.  I think just to

11      keep track, maybe we should share some photos

12      contemporaneously.  I can take a shot on my phone.

13                    MR. GILMAN:  Oh, you want to do a

14      selfie with the two of these?

15                    MR. BREZINA:  No, no, no.

16                    MR. GILMAN:  Okay.

17                    MR. BREZINA:  And we believe they

18      also correspond to TBG 1623 --

19                    MR. GILMAN:  Right.  I was just going

20      to put that in the record.

21                    MR. BREZINA:  -- and one different,

22      but I didn't have the second one.

23                    MR. GILMAN:  Right.

24      BY MR. GILMAN:

25          Q.    P50 corresponds to plaintiff's --
```

Def. Cumul. App'x 99

BHASKAR BASU                                    November 21, 2016

1   defendant's exhibit six which was produced by

2   plaintiff as 1623, TBG 1623.  And even here you can

3   see the coloration differences in the -- that's

4   besides the point.  And I believe P51 was produced

5   by plaintiff as TBG 1624 in its production.  It's

6   either 1624 or 1622.  Just not sure which one.  I'm

7   pretty sure it's four though.

8            Mr. Basu, were both of these feathers

9   the ones -- well, describe what these feathers are.

10       A.       These are peacock feathers.

11       Q.       And when did you use these, if at

12   all?

13       A.       So, yeah, I mean, these were the

14   feathers that we used back in 2007 when we were

15   designing the peacock feather.

16       Q.       Okay.  So back in 2007, you didn't

17   have just one peacock feather.  You had these two

18   plus those other images of exhibit four?

19       A.       That would be accurate, yes.

20       Q.       Okay.  So I'll leave that there.

21            Have you ever used or has your

22   company ever used red in your peacock feather bags?

23       A.       We have painted the red color against

24   the peacock feathers in some of our bags.

25       Q.       At one point during the deposition

BHASKAR BASU                                                    November 21, 2016

1    you were throwing out the term idea and I just want

2    to make sure and you're saying it was your ideas or

3    your assets I believe?

4          A.       Yeah, what I was trying to say is

5    that, you know, when I'm designing, I get -- you

6    know, I have the idea, okay, I'm going to create

7    something with a peacock feather.  Then I have to

8    create that, actually create that to represent the

9    way I want it to be painted or drawn on my bags.  So

10   that takes shape into a physical form.  So, for

11   example, let's say with this peacock feather, I

12   looked at the real peacock feathers.  I looked at

13   images of peacock feathers and then we drew it

14   several times until we got it to a shape and form

15   that best represented the look that I wanted to

16   create with the peacock feather and then use that

17   look in the rest of my subsequent creations.

18         Q.       And that look that you ended up

19   creating was from the picture of exhibit two?

20         A.       That is correct.

21         Q.       Were there any other channels of

22   sales that you use?

23         A.       Yeah, apart from internet and brick

24   and mortar, we also use TV channels that is direct

25   to home shopping networks.

Def. Cumul. App'x 101

BHASKAR BASU                                    November 21, 2016

Page 143

     1        Q.        -- of exhibit four or of the

     2   original --

     3        A.        No, they were irrelevant at that

     4   point.

     5        Q.        Okay.

     6                  MR. GILMAN:  That's all I have.

     7

     8   EXAMINATION BY MR. BREZINA:

     9        Q.        Having read those definitions of

    10   feathers and feather components, and looking at PX

    11   50 and 51, the actual peacock feathers, it looks to

    12   me like the barbs, barbules, barbicels and hamulli

    13   are interlocked to show what people see as the eye.

    14   A feather grows so that the eye is formed by all

    15   these interlocking things, and if it was a bird that

    16   flew, that interlocking would be important because

    17   that's what helps it fly.  They don't just flop

    18   loose.  With that observation in mind and if you

    19   want to correct me with anything in the dictionary,

    20   let me know, looking at the image in exhibit two,

    21   that's the copyright, the last page, the coauthors

    22   decided to draw the eye as a unit with space between

    23   what we call the branches that go all the way around

    24   above the eye and then you added those four lines in

    25   the top for better graphics.

Page 144

 1                    Is that an accurate summary?

 2        A.        It -- generally, that would kind of

 3   summarize our thinking process, and the only thing I

 4   would add to that is that we deliberately maintained

 5   certain spacing.  We deliberately maintained, you

 6   know, the visibility of the black line to add more

 7   definition to how the peacock feather looked and,

 8   yes, all of the -- the way we represented the

 9   feather in this diagram, we deliberately wanted it

10   to be represented in this fashion because like I was

11   also earlier mentioning, Soumitra's input was key

12   where he said that yes, this can be --

13                    (Reporter clarification.)

14        A.        Soumitra, he was one of the authors,

15   his input was key that, you know, this can be drawn

16   again, number one.  Number two, it captured the look

17   and feel of the concept of a peacock feather, and it

18   was a good representation of what I had initially

19   brought to the table as just an idea of painting

20   peacock feathers.  So from that, once it took the

21   shape and when we added these specific lines to kind

22   of create barriers around colors or give us guidance

23   of how to color it, etc., it became what we wanted

24   it to be as a peacock feather.

25        Q.        All right.  Now, if it were more

BHASKAR BASU                                          November 21, 2016

Page 145

```
1    anatomically correct in comparison to 50 and 51, you

2    wouldn't have those separate branches from around

3    the eye.  You'd actually have them projecting out of

4    the eye?

5         A.       Anatomical correctness wasn't our

6    priority.  We were -- we are creating artworks and

7    what artworks allow us to do it gives us some

8    artistic liberty to create anything we want and

9    represent it the way we want to.  So this was how we

10   decided and chose to represent the feather.

11        Q.       Which is to not have the barbules or

12   branches extending directly --

13        A.       That would be correct.

14        Q.       All right.

15                 (Continued on next page to make room

16   for jurat.)

17

18

19

20

21

22

23

24

25
```

BHASKAR BASU                                        November 21, 2016

```
                                                  Page 146
 1                    MR. BREZINA:  No further questions.

 2                    MR. GILMAN:  Nothing further.

 3                    MR. BREZINA:  Off the record.

 4                    (Time noted:  2:16 p.m.)

 5

 6                    _____
                     BHASKAR BASU
 7

 8    Subscribed and sworn to before me

 9    this _____ day of _____ 2016.

10

11    _____
12    Notary Public
      My Commission Expires:
13

14    /

15    /

16

17

18

19

20

21

22

23

24

25
```

Def. Cumul. App'x 105

BHASKAR BASU                                              November 21, 2016

```
                                                          Page 147
 1    STATE OF NEW JERSEY    )          Job No. 537935

 2                           ) ss.:

 3    COUNTY OF MIDDLESEX    )

 4         I wish to make the following changes, for the

 5    following reasons:

 6    PAGE LINE

 7    _____ _____    CHANGE: _____

 8                   REASON: _____

 9    _____ _____    CHANGE: _____

10                   REASON: _____

11    _____ _____    CHANGE: _____

12                   REASON: _____

13    _____ _____    CHANGE: _____

14                   REASON: _____

15    _____ _____    CHANGE: _____

16                   REASON: _____

17    _____ _____    CHANGE: _____

18                   REASON: _____

19    _____ _____    CHANGE: _____

20                   REASON: _____

21    _____ _____    CHANGE: _____

22                   REASON: _____

23    _____ _____    CHANGE: _____

24                   REASON: _____

25    Signature: _____  Date:_____
```

BHASKAR BASU                                    November 21, 2016

```
                                                   Page 148
 1    STATE OF NEW JERSEY    )        Job No. 537935

 2                          ) ss.:

 3    COUNTY OF MIDDLESEX    )

 4         I wish to make the following changes, for the

 5    following reasons:

 6    PAGE LINE

 7    _____ _____    CHANGE: _____

 8                   REASON: _____

 9    _____ _____    CHANGE: _____

10                   REASON: _____

11    _____ _____    CHANGE: _____

12                   REASON: _____

13    _____ _____    CHANGE: _____

14                   REASON: _____

15    _____ _____    CHANGE: _____

16                   REASON: _____

17    _____ _____    CHANGE: _____

18                   REASON: _____

19    _____ _____    CHANGE: _____

20                   REASON: _____

21    _____ _____    CHANGE: _____

22                   REASON: _____

23    _____ _____    CHANGE: _____

24                   REASON: _____

25    Signature: _____ Date:_____
```

U.S. Legal Support, Inc.
(312) 236-8352

BHASKAR BASU                                    November 21, 2016

                                                    Page 149
 1                  C E R T I F I C A T E

 2   STATE OF NEW JERSEY    )
                            ) :ss.
 3   COUNTY OF MIDDLESEX    )

 4              I, RICH GERMOSEN, a New Jersey

 5   Certified Court Reporter, New Jersey Certified

 6   Realtime Court Reporter, California Certified

 7   Realtime Reporter, NCRA Certified Realtime Reporter

 8   and NCRA Registered Merit Reporter, do hereby

 9   certify:

10              That BHASKAR BASU, the witness whose

11   deposition is hereinbefore set forth, having been

12   duly sworn, and that such deposition is a true

13   record of the testimony of said witness.

14              I further certify that I am not related

15   to any of the parties to this action by blood or

16   marriage, and that I am in no way interested in the

17   outcome of this matter.

18              IN WITNESS WHEREOF, I have hereunto set

19   my hand this 5th day of December 2016.

20

21   _____
     RICH GERMOSEN, CCR, CRCR, CRR, RMR, CCRR
22   LICENSE NO. 30XI00184700
     LICENSE NO. 30XR00016800
23   California CRR No. 198

24

25

Def. Cumul. App'x 108

BHASKAR BASU

November 21, 2016
Index: $45..51

---

## Exhibits

**EX 0001 B. Basu 112116**
4:13 14:4

**EX 0002 B. Basu 112116**
4:19 18:14

**EX 0003 B. Basu 112116**
4:23 22:10

**EX 3A B. Basu 112116**
5:3 23:3

**EX 0004 B. Basu 112116**
5:7 41:9

**EX 0005 B. Basu 112116**
5:11 50:18

**EX 0006 B. Basu 112116**
5:14 51:24

**EX 0007 B. Basu 112116**
5:17 53:6

**EX 0008 B. Basu 112116**
5:21 64:5

**EX 0009 B. Basu 112116**
6:3 84:15

**EX 0010 B. Basu 112116**
6:8 95:12,13

**EX 0011 B. Basu 112116**
6:11 98:18,22,25
101:22 102:7,14

**EX 0012 B. Basu 112116**
6:14 103:15,18,21
105:4

**EX 0013 B. Basu 112116**
6:18 106:14,16
107:2,11,17 108:22
114:24 118:21
142:6

**EX 0014 B. Basu 112116**
6:22 113:23 115:23
116:2

**EX 0015 B. Basu 112116**
7:3 117:19,22

**EX 0016 B. Basu 112116**
7:6 118:8,11,15

**EX 0017 B. Basu 112116**
7:10 119:20 120:3

**EX 0018 B. Basu 112116**
7:13 132:1,2,12,13,
19,22,23 133:1

---

## $

**$45** 122:20 123:10,
23,24

---

## 0

**000001** 18:13
**000004** 53:3,5
**000006** 60:21
**00004** 59:13
**0001116** 118:10
**0001159** 118:10
**0001287** 41:2,8
**0007** 132:20
**001209** 50:17
51:2
**001210** 22:9 23:2

**001216** 26:20
**001218** 28:3
**001219** 117:21
**02** 17:25
**03** 17:25

---

## 1

**1** 14:4 77:17 78:8,
10,22 79:2
**1-652-678** 18:11
**10** 95:13
**100** 96:7 97:6
**1003** 12:1
**1078** 105:8 106:1
**11** 98:18,22,23,25
101:22 102:7,14
**1140** 119:15
**12** 103:15,18,19,21
105:4 142:23
**1218** 22:9 23:2
**1287** 43:3
**1292** 44:21
**1293** 46:16
**1294** 41:8 47:11,
13
**13** 106:14,16
107:2,3,11,17
108:22 113:25
114:2,24 118:21
142:2,6
**130** 23:22
**135** 103:17
**14** 113:23 114:21
115:19,23,24 116:2
**141** 103:17 105:22
**15** 57:5 117:19,22,
23
**16** 118:8,11,13,15
**1622** 139:6

**1623** 51:23 52:3
138:18 139:2
**1624** 139:5,6
**17** 119:20 120:3,4
132:14,16
**173** 106:17 107:1
**1791** 120:2
**18** 132:2,12,13,19,
23 133:1,2
**197** 112:3 114:23

---

## 2

**2** 18:14
**2000** 17:8,11
38:11,12,25
**2001** 17:23,25
38:25 39:1
**2002** 39:1
**2003** 12:18
**2005** 12:15
**2007** 46:17 78:1,
16 90:8 136:24
139:14,16 141:8
**2007/2008** 90:7
**2008** 78:8,10,22
96:13 97:1 101:12
**2009** 104:2,3,5,7
105:1
**2010** 100:11
101:13 102:9
**2012** 107:12,17
109:14 118:15
119:6 133:24 142:1
**2016** 69:21 89:8
133:23
**205** 114:2
**212** 81:14
**216** 106:17 107:1
**24** 112:3
**25** 57:6

**28** 77:1
**29** 77:2
**2:16** 146:4
**2A** 27:25
**2B** 28:6

---

## 3

**3** 18:13 22:10
**30** 16:5 19:10 77:2
**30(b)(6)** 14:2
**31** 64:4 77:2
**32** 84:14,23
**33** 50:23
**34** 85:2
**360** 53:25
**37** 85:2
**3A** 22:5,22 23:3,4

---

## 4

**4** 41:9
**40** 85:2
**42** 85:5
**440** 10:10 11:20
**442** 24:22
**45** 54:23 84:14,23
**45-dollar** 123:8
**453** 25:22

---

## 5

**5** 50:18
**50** 89:17 137:16,
22,24 138:4 143:11
145:1
**509** 115:22
**51** 137:22 138:2,4
143:11 145:1

BHASKAR BASU

**520** 115:22 116:14

**6**

**6** 51:24
**652** 77:17
**678** 77:17

**7**

**7** 53:6
**70** 80:22

**8**

**8** 53:5 64:5 90:8
**82** 95:25
**83** 95:12
**86** 98:19,21
**865** 26:18
**87** 98:21 99:11
**883** 95:16

**9**

**9** 63:12 64:4 84:15
**90** 88:21
**95** 16:16
**960** 27:19
**967** 27:13 28:2
**98027** 10:11 11:21
**9:49** 10:3

**A**

**A-N-U-S-C-H-K-A** 97:8
**A-N-U-S-H-A** 129:12

**a.m.** 10:3
**ability** 10:24 91:15
**Absolutely** 18:8 39:6 99:25 122:11 124:20 130:2 137:20
**abstract** 101:23
**abuts** 62:6
**acceptable** 28:12
**access** 78:16,24 79:7
**accessible** 80:13
**Accessories** 96:7,9,11
**accessory** 115:12
**account** 130:19 131:14,18,22,24
**accounted** 121:10
**accounts** 130:7,14
**accuracy** 45:20
**accurate** 11:13 26:9 27:5 102:8 136:8,15 139:19 144:1
**action** 72:22
**actively** 108:12
**activities** 16:9
**actual** 47:6,8,14, 17 48:3 51:3 59:3 110:14 143:11
**add** 38:8 65:17 67:10 112:16 135:7, 13 144:4,6
**added** 47:24 66:18 143:24 144:21
**addition** 44:10 74:2 134:16

**additional** 66:16 67:13
**address** 11:25 12:3,5,11 17:7 81:21,25 82:15,17
**adds** 135:8
**adjacent** 26:7
**administered** 10:7
**adornment** 66:16
**advertise** 125:14
**advertisement** 96:17 125:16
**advertorial** 96:13,16 99:3,8,10
**advise** 117:7
**affirmed** 10:12
**agree** 25:13 29:5 33:23 74:9 134:23
**agreement** 84:13 85:11,13 87:1 88:9 115:21 116:3, 12,23 117:12
**agreements** 84:24 85:7,15 116:17,20,21
**ahead** 23:21 24:21 28:16 44:19 55:11 64:18,20 68:3,22 73:8 86:19 97:22 112:1 119:14
**alike** 36:23
**allocated** 80:10
**allowances** 125:9 130:21
**allowed** 34:14
**altogether** 74:20
**Amazon** 92:20 109:13,19,23 110:2, 3,4,6,10,12,13,20 111:3
**Amazon's** 109:17 110:5

**Amazon.com** 91:6
**amount** 80:10 88:19 124:22
**analysis** 66:8
**Anatomical** 145:5
**anatomically** 145:1
**anatomy** 30:20 135:18
**and/or** 57:23
**angle** 45:17,18 96:4 103:12
**answers** 11:2 93:4 115:3 131:6
**Anuschka** 97:8, 12,14,15,24 115:21
**Anusha** 129:12
**anymore** 101:24
**apologize** 41:2
**appearance** 25:5 68:1
**appeared** 48:4 58:13 77:8 95:21 141:7
**appears** 25:14 48:4 51:4 52:7
**application** 58:18 65:8 72:14 74:24 76:3,21 77:15 78:5 80:11 83:20
**applications** 71:19,23 72:21 73:2,5
**apply** 28:22 29:1 67:25 90:6
**applying** 20:1 37:1 46:6 55:25
**approach** 45:16, 17 102:8
**approaches** 92:3

**approval** 111:16
**approved** 54:24
**approving** 111:15
**area** 125:18
**areas** 20:16 54:10
**arithmetic** 124:17
**arrange** 42:23
**arrangement** 99:20
**arrow** 23:24 24:6, 25 25:1,22 26:22
**arrows** 21:25 22:23 23:14,17 27:14
**art** 20:11,13,15,22 27:10 36:8,13 37:24 45:6,17 48:10,19 49:10,11,13 52:10 54:4,10 55:12 56:18 60:5 66:19 86:21 87:6 90:4 100:21 112:16,17,20 115:12 134:16
**article** 96:22 99:1, 4
**artisan** 19:8,17 20:12
**artisans** 42:4 55:11 56:13 126:9, 14 127:5,6,13
**artistic** 33:10 145:8
**artists** 42:4 54:23 56:7,24,25 126:11, 20 127:20 142:23
**artwork** 38:7 45:10 53:16,18,23, 24 54:12,15,17 55:2,6,7,18 58:8 62:12,23 65:21 69:17,18 70:24 74:19 86:25 87:3 101:5,21,23 102:3 103:7 112:23 122:3

134:21 135:5

**artworks** 19:23
20:19,22 55:25 56:9
57:20 69:6,21
100:24,25 101:6,17,
25 109:12 116:8,10
117:4 145:6,7

**aspect** 20:3 21:6
88:10 89:10 135:13

**aspects** 55:17
88:24 89:5 94:23

**asset** 88:6

**assets** 140:3

**Assignment**
84:13

**assistance**
20:14 84:7

**assisted** 75:6

**associate** 37:22

**assumption**
94:4

**attached** 76:25

**attempt** 46:4

**attempted** 46:4

**attended** 47:19

**attending**
107:24

**attention** 45:22
48:24 88:1

**attorney** 10:15

**audience** 20:20

**August** 100:10
104:3

**authentic** 51:9

**author** 19:3,15,16
93:7,21 94:9

**authorization**
87:4

**authors** 113:19
144:14

**automatically**
124:14,21

**Avenue** 10:16
14:2 126:7

**aware** 71:16
127:8

**axis** 34:7

---

**B**

**b-a-r-b-i-c-e-l-s**
26:5

**b-a-r-b-u-l-e**
24:8

**B-A-S-U** 11:18

**B-H-A-S-K-A-R**
11:17

**Bachelor's**
21:12

**back** 16:18 17:4
20:25 29:6,14 37:12
38:22 40:24 43:10
49:8 50:11 58:3
65:13,20 74:13
75:25 76:18 77:14
81:17 88:2,11,19
90:12 93:2 95:7
101:4 105:14
113:24 114:2 121:2,
20 133:22 134:11
139:14,16 142:7,17

**background**
10:19 73:7 86:7
89:4 91:16

**bad** 40:8,11,15

**bag** 36:25 53:18,
25 54:1,7,9,13,15
55:9,15,16 56:1,5,
24 57:12 60:10 61:9
62:18 66:15,17 68:1
69:2,3,4,5,11,14
70:4,20 71:6 99:19,
22,24 101:9,23
105:4 114:5,9,12,
15,16,17 119:16
128:25 133:13,15,
17

**bag's** 54:18

**bags** 36:20 37:3
47:4 53:13,15 55:8,
12,13 56:7,8 57:3,7,
10,15,18 58:25 60:7
63:19 68:15,18,25
69:1,21 70:3,9,15,
16,17,18 71:1
78:12,24 96:25
101:10 104:17
107:22,23 125:20
135:11 136:10
139:22,24 140:9
141:10

**barb** 23:7,25
24:11 26:7 30:12

**barbicels** 26:5,
15 143:12

**barbs** 24:12,16
26:4,7,14 29:15
30:9,23 35:2 105:15
143:12

**barbule** 24:7

**barbules** 24:17
26:4,7,14 143:12
145:11

**barely** 39:2

**barrel** 27:15

**barriers** 144:22

**based** 19:22
28:23 29:3 55:19
62:13 70:16 87:20
94:25 104:4 110:5
123:21 124:13
128:8

**basically** 55:15
86:1 117:12 126:13

**basis** 131:25

**Basu** 10:14 11:18,
22,25 12:1,14 14:3,
4,14 15:2,5,19,21,
25 18:5,14 22:10,13
23:3 31:13 37:15,24
38:2 39:9 41:9
50:17 51:23 53:6
64:5 71:19 77:8
84:14 93:8 95:12
98:21 103:18 107:2
115:22 117:21

118:11 120:2
132:22 139:8

**Basu's** 75:16

**batches** 57:4

**Bates** 14:3 18:12
22:8 23:1 26:19
41:7 50:16 51:22
53:4 64:3 84:13
95:11,23 98:20
103:16 106:25
115:21 117:20
118:10 120:1

**bear** 26:4

**bearing** 18:12
22:8 23:1 26:3 41:7
50:16 51:22 53:4
64:3 84:13 95:11
98:20 103:16
106:25 115:21
117:20 118:10
120:1

**bears** 28:7

**beauty** 112:9
115:7

**bedding** 117:12,
16

**beginning** 53:3
63:12 85:5 121:22

**behalf** 14:21
71:18

**behaving** 95:4

**belief** 50:22

**belong** 109:7

**bent** 131:13

**Berkshire** 12:2

**Bhaskar** 97:24

**big** 110:24 131:17
141:14

**bigger** 49:2
128:25 135:1

**bird** 97:5 143:15

**birds** 26:2

**bit** 18:1,2 28:4
31:21 33:21 89:14

90:13

**black** 29:24 30:1,
7 32:2 33:3 34:24
36:4,6,7 41:3 58:20
59:19 63:13 69:4
70:9,17 77:1 84:9
95:19,24 105:19
117:18 118:3 144:6

**blank** 61:25

**blouse** 114:3,16

**blue** 33:2 105:16,
23

**bluish** 99:14

**Blush** 99:15

**board** 38:14,15
49:10

**body** 26:2

**book** 121:4

**Boston** 13:7
16:18

**bottom** 24:25
28:4 33:22 44:21
52:2 81:18 102:22
105:7,15,16,22

**boundary** 66:12

**boutique** 108:6

**box** 112:5 128:20

**boxes** 79:7

**branch** 62:5
133:14

**branched** 29:25

**branches** 24:3
30:18,22 35:10,16
57:23,24 59:22 60:1
105:16 143:23
145:2,12

**branching** 30:6

**brand** 17:15
20:17 40:19 60:6
67:15 87:7 92:12
97:11 99:2

**brands** 40:16

BHASKAR BASU

November 21, 2016
Index: break..color

**break** 11:10 37:9, 15

**Brezina** 10:13,15 13:24 14:6 18:9,16 21:18,22 22:3,12 23:5,15,17,20 28:17 29:22 31:13,18,20 32:7 34:4,16,20,21 37:6,10,12,14 40:20,24 41:12 50:7,11,21 51:20 52:1,22,25 53:8 63:10,16,21,24 64:6 67:17 73:6 75:11, 14,17,20,25 76:10, 17,23 77:4,11,13 84:8,18 95:7,15,17 96:2,5,6 98:17,24 102:19 103:14,20 106:14,22 107:6,10 113:22 115:1,6,15, 18 116:1 118:1,8,14 119:19,24 120:6 132:1,5,8,11,19,24 134:5 136:17 137:9, 12,18 138:10,15,17, 21 143:8 146:1,3

**brick** 91:8,20 92:17 108:6 140:23

**briefly** 126:17

**bring** 101:4

**bringing** 20:25 87:9,14

**broad** 92:23

**broaden** 69:24

**broken** 39:24 88:18

**brought** 144:19

**brown** 61:16,22 68:10 69:5 70:20 71:6,7

**brownish** 68:7

**Brunswick** 12:2

**brush** 37:1

**building** 62:17

**built** 94:23

**bump** 89:24

**Burning** 45:3

**business** 12:3 15:3,4,5 16:4 17:5, 13,20 20:9 21:13, 15,17 38:19 39:5 40:9,12 68:13 80:15 85:23 87:21 88:8, 21,25 89:5,11,17,19 92:7,9,15 102:9 108:15 109:4 111:2 124:10,11 131:9

**businesses** 80:14 88:23 89:16

**busy** 89:2

**butterfly** 105:12

**buy** 91:15 101:8 107:25

**buyer** 129:16

**buyer's** 129:22, 24

**buying** 80:15 101:10 110:16 128:9

## C

**Calcutta** 50:4

**call** 15:13 30:16 33:24 68:7 130:7 142:3 143:23

**called** 35:8 38:2 96:11 100:3 101:4 116:4 125:25 129:11 141:2,3

**Calls** 66:7,20 86:17

**Cambridge** 12:19,24

**Canada** 39:25

**canvass** 53:19, 20

**capacity** 14:17

**capture** 39:7 45:12

**captured** 144:16

**care** 131:24

**careful** 54:11 91:24 130:20

**Carolina** 80:21

**carried** 54:13

**carry** 70:15

**carrying** 70:8

**case** 20:2 67:7

**catalog** 91:2 100:2 103:24 104:7, 23 105:3 107:11,16, 17,20 108:10,13,17, 21 109:1,5,7 112:2 118:15,17 119:3,9 141:22 142:23

**catalogs** 78:12, 13,14 79:12,17 103:23 104:21 107:14,24,25 108:12 118:25 121:19,21 136:10 141:19,23 142:4

**catch** 48:24 101:1

**catches** 88:1

**catching** 45:22

**categories** 68:18 92:3

**categorize** 70:3

**category** 117:9

**celebrating** 96:10

**center** 25:16 32:22 61:2,3,6 63:3

**central** 29:14 30:1 35:11 62:4,15, 19

**certificate** 18:25 19:1,2

**change** 124:25 125:1,2 128:1

**changed** 12:25

**changing** 33:8

**channel** 90:25 91:7 92:7,11,13 108:23,24 109:8

**channels** 89:21 90:5,10,11 91:2,18 92:9 140:21,24

**characterize** 118:23

**check** 132:9

**child** 20:8,14 45:14

**China** 40:14

**choose** 67:11 110:16 117:3

**choosing** 68:8

**chose** 145:10

**Christmas** 89:13,24

**circle** 32:14,15,19

**circular** 25:8 33:19 34:22

**circulating** 104:13

**circumstances** 116:5 130:16

**claim** 82:22 83:1, 5 89:16 120:10

**claimant** 81:20 82:12

**clarification** 77:12 95:18 144:13

**clarified** 73:10, 12

**clarify** 16:11 92:6 93:3 129:18 134:15 135:16

**clarifying** 77:5

**clashes** 68:14,16

**classes** 108:20

**classic** 112:16, 17,20 115:11

**clear** 14:20 75:3

**clearer** 34:19 93:4

**client** 91:3

**clip** 106:20 107:7

**close** 25:10 42:11

**closed** 80:13

**closely** 42:12 55:2

**closest** 70:11 99:23

**clothing** 80:8

**clubs** 123:20

**coauthors** 86:22 143:21

**COL** 105:8

**collaboration** 21:1 86:22

**collaborative** 88:12

**collage** 61:11 122:3

**collect** 100:24

**collection** 47:25 56:11 87:13,15 101:10,13 108:19 141:14,15

**collections** 87:22 90:15

**collectors** 101:6,7

**collects** 107:23

**college** 13:5,6 16:17 17:1,2

**colon** 24:11 25:6 121:21

**color** 20:23 27:4 30:8 32:2 35:20,22 36:9 41:4 42:16 43:16 44:2 46:6 55:12 56:13,15 58:19 59:20,24 67:21,22,23 68:25

69:7,12,22,25 70:3,
8 71:2 84:11 95:3
102:24 103:2,4,6
106:12 136:7,11,15,
19,22 139:23
144:23

**coloration**
68:10,13,14,15
105:17,24 106:6
139:3

**coloring** 20:4
33:15 36:3 134:16,
19

**colorization**
136:6

**colors** 19:25
20:23 32:5 33:1,4,7,
9,11 35:24,25 36:5
42:23 55:25 57:14
63:14,17 68:7,8
69:2,9,15 71:1,4
114:6,9,13 136:13
144:22

**colorway** 64:22
65:8 67:18,23 72:10
76:4,7

**colorways**
56:14 67:25 70:11
77:7

**column** 24:7 25:7
27:14 28:3 43:13,22
99:11 102:23
121:13

**columns** 120:19

**combination**
30:8 111:13

**combinations**
54:7

**combine** 112:14

**combined** 115:9

**combines** 99:13

**comfortable**
110:16

**comforters**
117:13

**comment** 40:21

**commission**
94:25 131:20

**commonly** 26:5

**companies**
39:18 91:2,18,20,23
130:4 131:3

**company** 12:21
13:3,12 14:18,21,23
15:10 16:13,23,25
20:7 37:25 38:2,11,
15 67:15 81:21
82:14 85:15,17
86:5,24 87:7,16
91:11 92:2,12 93:8,
16,22 94:7 96:14
102:7,14 109:3
111:1,12,18 116:4
118:16 125:25
126:18 127:12
129:11,17 130:1,8,
13,18 131:23
139:22

**company's** 38:9
46:17 88:6

**compared** 43:11
124:6

**Comparing**
118:21

**comparison**
145:1

**compelled** 29:4

**compensation**
94:22 96:24

**competing**
91:19

**competition**
91:23

**complete** 35:18

**completion**
77:22,25

**complicated**
55:22

**components**
143:10

**composition**
74:2

**compositions**
73:21

**computer** 12:21
134:4

**concentrate**
90:17,18

**concept** 70:2,5,7
144:17

**concepts** 87:10

**conclude** 132:12

**conclusion**
66:4,21 86:18

**condition** 10:23

**conduct** 96:22
111:24

**confess** 68:5

**confidently**
127:15

**considerations**
129:2

**consistency**
42:5 54:25

**consistent**
89:19 128:20

**consists** 26:3

**constantly**
87:24

**constructed**
55:16,17

**construction**
55:19

**consult** 11:11

**consulted** 64:24

**consumer** 20:25
69:23 89:22 90:12,
21 91:5 107:22
109:22 110:2,18
113:6 114:11
124:24 125:1
128:23

**consumers**
69:11 89:21 90:23
91:12,14 108:3
127:25

**consumes**
128:22

**contemporane
ously** 138:12

**context** 23:8
126:3

**continuation**
35:16

**continue** 46:23
100:24 102:24

**continued** 62:25
145:15

**continues**
112:14

**continuous**
26:8

**contractor**
19:11,14 94:18,20
127:19

**contractors**
39:12,14 127:21

**contracts** 86:11

**contribution**
93:11

**contributions**
94:3,7

**control** 54:23
60:12 87:5

**conversations**
125:5

**converted** 135:4

**convicted** 13:9

**copies** 41:5 136:7

**copy** 13:25 14:7
41:4 50:14 76:12
95:3 107:4,11,20
119:22 120:9
132:15

**copyright** 18:10
19:1 21:19 36:17

**copyrighted**
46:12 142:13

**copyrights**
65:25

**corporate**
109:10 131:4

**corporation**
86:2

**correct** 10:21
11:24 16:1 17:9
19:4,5 24:4,15
26:15 27:10 31:4,19
34:7,11,25 36:14,
15,21 37:16,19,21
43:17 58:7 59:20,21
60:14,18 61:17 62:6
70:21 73:17 76:8,9
78:1,2,5,9 82:1,20,
22 83:2,6,11,12
84:20,25 85:7 92:18
93:9,10,13,14,23
94:1,3,4,13 95:21,
22 96:14,15 97:9
102:9 104:22 105:2,
12,13,17,23 106:2,7
116:15,16 118:16
119:17 120:15
122:6 140:20
143:19 145:1,13

**corrected** 11:11
68:6

**correcting**
99:17

**correction**
119:11

**corrections**
119:8

**correctly** 28:5
32:8 82:3 85:10

**correctness**
145:5

**correspond**
138:18

**corresponden
ce** 64:11

**corresponds**
138:25

**cost** 122:15 128:9,
10,11

**costing** 129:2

**counsel** 11:12
63:13 64:25 65:6
75:5,6 76:5,8 84:7
119:21 129:6,9,14
138:6,9

**count** 59:22
121:11

**countries** 16:20
40:1,14

**country** 40:3
129:19,21

**couple** 58:10
60:1 80:4 124:7

**court** 10:6 11:2
14:5 18:9,15 22:11
23:4 32:3 37:6
40:25 41:10 50:7,19
51:25 52:23 53:7
64:1 84:16 95:14
98:17,23 103:14,19
107:3 115:24
117:23 118:13
120:4 133:2 138:4

**cover** 13:20 18:24
39:21 72:2 95:19
118:23

**covered** 74:1
85:12

**covering** 26:2

**covers** 117:13

**coverts** 26:25

**create** 19:23
20:19,22,23 33:11,
15 35:24 36:8
42:16,24 45:5 46:2
48:9 49:10 53:15
54:2,5 57:3,20,21

60:3 61:8,13 62:12,
14,23 70:5 87:12
140:6,8,16 144:22
145:8

**created** 17:15
38:7 46:19 47:3,4
52:10 54:6 55:7,8
56:14 57:6 58:8
62:15 67:14 73:23
78:11 85:12 86:15
87:8 103:7 112:22
119:13 142:12

**creating** 20:11,
13 42:2 45:10 46:1
48:19 55:3,6 61:11
69:20 86:21,23
87:15 119:9 134:20
135:24 136:25
140:19 145:6

**creation** 37:23
44:12 47:1,19 55:1
61:24 67:6,7 103:8
106:11 135:7

**creations**
140:17

**creative** 56:18
86:8 93:17

**creator** 133:17

**Creek** 10:10
11:20

**crest** 26:24

**crime** 13:9

**cross** 132:7

**Cuir** 15:9 21:2
37:22 38:5 85:20,24
93:22 127:6 128:10

**Cuir's** 127:20

**culture** 98:1

**cultures** 98:2

**curating** 131:7

**curious** 79:18

**current** 14:22
100:13 108:2

**curve** 105:25

**curved** 29:24
30:6 57:17

**curving** 106:4

**custom** 130:21,
24

**customer** 17:17
54:13 70:19 71:3
108:5,12,17 109:3
111:10 114:8 122:1
131:17

**customers** 16:1
69:25 78:18,23
91:25 92:25 101:7,
8,24 108:2,3,7
112:24 124:14

**cut** 32:22 48:3
61:12

**cutouts** 52:19

**cuts** 32:23

**cutting** 43:8

---

**D**

**d-i-s-t-a-l** 28:6

**d/b/a** 85:22 94:2

**dad** 17:11

**database** 121:8,
15,23

**date** 70:15 78:7
79:6,10 87:22 104:4
118:19 120:21,22
122:12 123:17,18,
20,21 133:22

**David** 10:15
114:22

**day** 79:3,13 87:19
120:23

**day-to-day**
131:22,24

**days** 70:14 88:17,
22 124:7

**dazzling** 112:9
115:7

**de** 15:9 21:1 37:22
38:4 85:20,24 93:22
127:6,20 128:10

**deal** 91:22 131:4

**dealers** 91:23,25

**dealing** 126:6

**dealings** 129:24
130:2

**death** 102:2

**December** 78:15
79:17

**decide** 128:16
132:9

**decided** 18:2
19:22 38:13 54:21
62:22,23 143:22
145:10

**decreases**
127:23

**dedicated** 19:12

**deems** 41:6

**defendant** 10:15

**defendant's**
41:1 74:13 83:9
95:10 137:7 138:8
139:1

**define** 33:18 49:1
69:16 90:24

**defined** 34:3 35:6
36:4 74:22 91:4

**defining** 31:12

**definition** 25:4,
23,25 26:13 27:6
28:6 30:3,5,12,22
48:18,19 66:12 74:9
144:7

**definitions**
23:12 24:2,10,18
25:2 27:15 28:11,
13,21 135:15 143:9

**degree** 21:10,12,
13

**degrees** 53:25

**deliberately**
144:4,5,9

**depending**
80:10 92:9

**depends** 125:10

**depicting**
132:21

**deponent** 29:18

**deposit** 76:6,7

**deposition**
13:17,25 14:2 138:6
139:25

**deposits** 77:2

**describe** 19:17
27:9 31:7 32:3,9
34:17 54:20 68:17
72:6 77:19 79:18
85:18 86:12 89:6,10
90:21 98:25 99:19
100:17 116:5
130:16 139:9

**describes** 68:15

**describing**
83:17

**description**
30:21 90:6 99:23
100:1 102:8 121:24

**deserving** 66:19

**design** 20:19,25
25:16 48:14 66:3,5
88:3,12 114:9 118:6
130:24 142:12

**designate** 100:2

**designation**
121:18

**designed** 18:19
21:4 66:17 67:4
87:22 104:24

**designers**
112:10 113:2,12,17
115:9

**designing** 21:2,
5 41:24 50:5 53:16
90:14 139:15 140:5

BHASKAR BASU

November 21, 2016
Index: designs..ESP

**designs** 21:7
86:23 94:21 99:12
116:9 117:1 118:4
142:22

**detail** 70:20
123:14

**details** 93:15
131:15

**determine** 51:18
111:24

**develop** 130:18

**developed** 89:8

**developing**
89:1 90:4

**development**
90:13,16,17

**diagram** 42:19
57:22 135:4 144:9

**diagrams** 53:12

**dialect** 97:13,18

**diameter** 33:21

**dictionary** 21:24
22:18 23:21 24:19,
22 25:21 26:17
28:3,20,24 29:4
30:22 136:3 143:19

**died** 102:2

**difference** 90:1

**differences**
36:25 37:4 58:1
60:10 139:3

**differentiate**
108:20

**differently** 69:8,
10 92:11 98:11
104:24

**difficult** 69:6
100:19 114:10

**difficulty** 91:19

**digital** 107:21

**digitally** 119:4

**digits** 43:2

**dimensionally**
63:7

**dimensions**
128:21

**direct** 19:24
110:21 111:2,3,11
130:7 140:24

**direction** 87:10
106:4

**directly** 16:2
17:16 62:6 91:11,15
130:3 131:5,23
145:12

**discipline** 21:10

**discontinued**
100:14 101:5

**discount** 111:9,
14,22 123:5 125:6

**discounts**
124:18 125:8 128:5
130:22

**discuss** 75:15

**discussed** 65:2,
4 113:18 120:9
128:5 135:16
136:17

**discussing**
19:20 125:4 141:18

**discussion**
40:22 50:9 75:23
76:5 117:3 142:6

**distal** 28:6

**distance** 48:7

**distinguished**
26:23

**distort** 136:11

**distributed**
78:22 87:3

**distributing**
79:5

**distribution**
87:6 128:11

**divided** 122:16

**document** 14:1
18:12 22:8 23:1
28:14 41:1,7,18
50:16 51:22 53:3,4
60:22 64:3 77:18
84:12 95:11 98:20
103:16 106:25
109:10 115:20
117:20 118:9 120:1
132:19,21

**documentation**
76:15

**documents**
17:6 63:11 71:11
84:19 86:12,14
119:21

**dominant** 68:9

**downloaded**
52:19

**downwardly**
29:24

**draw** 19:24 42:15
48:21 49:7 55:21
63:6 134:21,24
143:22

**drawers** 106:24

**drawing** 19:21
20:1,3 26:13,16
31:25 33:14 35:5
36:3 42:11 45:16
46:1,5 49:10 56:20
58:12,17 59:19,25
60:9 61:21,23
106:10 134:19

**drawings** 56:19
59:1,10 106:21

**drawn** 32:10
45:15 57:19 58:1
59:7,8,9 140:9
144:15

**drew** 140:13

**Drive** 10:10 11:20
12:2

**drop** 124:22

**duly** 10:11

**E**

**e-mail** 79:7

**e-mailed** 78:13

**earlier** 17:3
28:10,18 35:22
38:20 47:9 48:17
61:8 79:9 86:6,7
90:25 104:14 106:9
113:18 114:7
119:17 125:5
135:16 136:17
144:11

**early** 17:7 78:20
79:17

**earring** 47:17

**earrings** 47:12,
13,15,17,20 48:2
49:4 103:10

**easier** 34:15
135:10

**easy** 70:6 71:2
81:1

**editing** 119:8

**editorial** 96:18
99:4

**editors** 96:19

**edits** 119:3

**education** 21:9

**effect** 33:15

**effective** 120:21

**egg** 33:23

**egg-shaped**
31:3 33:24

**electronic** 71:22
79:10

**electronically**
71:20

**element** 33:12
42:6 47:24 54:5
61:8,14 62:2,15,16
67:5,7,13 74:1,2
112:23 135:5

**elements** 19:24
42:9 54:2,6,22
61:14 67:10 73:22,
23 113:8

**elicit** 115:2

**elongated** 26:25

**employed** 12:18
94:6

**employee** 19:14
93:16 94:14 130:8

**employees**
39:9,11 111:19
127:21

**employment**
12:16

**empowered**
111:16

**emulate** 59:16

**enable** 92:15

**end** 31:3 38:25
54:23 85:5 86:25
87:19 90:12,21,22
91:4 107:22 114:24

**ended** 46:8
137:16 140:18
142:12

**ending** 26:5

**English** 10:20

**enjoyed** 20:15

**enlarged** 44:17

**enlargement**
44:15

**enlighten** 68:19

**entire** 87:20 88:10

**entitled** 14:1
72:23 84:12 115:20

**entity** 85:19

**epidermal** 26:1

**erected** 27:2

**error** 46:8

**ESP** 24:11

BHASKAR BASU

November 21, 2016
Index: essentially..found

**essentially** 60:2
117:16 121:25
125:22 131:7,23

**established**
31:1

**ethics** 40:16

**events** 80:13

**Evine** 141:3,6

**evolved** 69:19

**ex-wife** 39:2

**exact** 57:12 59:6,
8 60:17 61:6 67:21
128:15,20

**EXAMINATION**
10:13 134:14 143:8

**examined** 10:12

**examples** 91:6

**excluded** 83:1

**exclusively**
86:24

**exhibit** 13:25
14:4,7,8,11 18:10,
14,17 21:22 22:10,
13 23:3 29:7,23
35:19 36:12 41:1,9,
13,14 42:20,22 45:6
46:13,14,15 48:9,10
49:11,17 50:13,18,
23 51:1,6,20,24
52:2,10,11,15,18,23
53:2,6,9,11 57:22
58:4,16 59:1,4,12
60:17,20 61:15
62:7,9,10 63:11
64:5,7,12 65:22
71:8 72:1 74:14,16
76:4,8,18,25 77:3,
14 83:9,10,14,18
84:2,4,8,9,15,19
93:2 95:10,12
98:18,22,25 101:22
102:7,14 103:15,18,
21 105:4,14,15
106:1,14,16 107:2,
11,17 108:22
113:10,13,17,23
114:24 115:23
116:2 117:19,22

118:8,11,15,21
119:20 120:3 132:1,
12,13,19,22 133:1,8
136:5,6 137:7,24
138:2 139:1,18
140:19 142:1,6,7,
10,15,18 143:1,20

**exhibits** 13:20
95:2

**exist** 88:8

**existence** 71:10
127:9

**exists** 56:10

**experience**
16:21 136:9

**experiences**
101:3

**experiment**
70:2,13

**expert** 51:8,17
135:17

**explain** 17:10
41:22

**explained** 76:6

**explaining** 61:7

**explanation**
120:19

**explore** 46:23

**explored** 133:17

**exposed** 20:8

**exposing** 87:24

**expression**
141:12

**expressions**
33:11

**extending** 29:24
34:25 145:12

**extent** 38:22

**external** 19:11
26:2

**extract** 120:16

**Extreme** 116:4,6
117:1

**eye** 24:25 25:1,4,5,
14,16 30:17 31:4,5,
8,11,14,18,19,22,24
32:6,10 33:7 34:11,
23 35:12 43:16
106:6 135:21
143:13,14,22,24
145:3,4

**eyes** 69:14

—————

**F**

—————

**face** 39:8

**fact** 104:12 122:4
123:6 142:3

**factory** 15:6,7
16:2 19:4,9 37:22

**fair** 31:16 92:10

**fake** 51:11,18

**fall** 104:6

**Fame** 81:14

**familiar** 30:12
41:20 70:4

**families** 70:1,8

**family** 17:4 69:7
70:11

**fan** 27:3

**fashion** 47:23
54:18 58:18 80:8
87:11 91:1 100:21,
22 102:24 103:2,5,
11 144:10

**father** 21:18 86:1

**feather** 18:18,21
22:18 23:8 24:3,4,
12 25:17,23,25
26:14 27:10,16 28:7
29:10,12,13 30:9,
14,20 31:5,19,22,
24,25 32:10 35:6,12
36:1,5 41:25 42:1,
10,14,17 44:2,7,11
45:10,21,25 46:2,6
47:3,4,10 49:9 50:5
51:3 52:6,8,12,14,
17 53:12 55:4 56:15

57:10,17 58:20,24
59:6,8,14,17 60:5,
21,24,25 61:3,6,7,
17 62:4,5,6,8,10,16,
19,24 63:2 65:9
66:16,18 67:8 72:10
76:4,6 77:7,16 86:8
102:4 105:5,6,10
106:10 112:21,22
135:17,18 137:23
138:1 139:15,17,22
140:7,11,16 143:10,
14 144:7,9,17,24
145:10

**feathers** 25:13
28:22 29:2 41:15,16
42:8,25 45:24 47:21
48:3 56:11 57:25
62:11 63:1,4 64:23
83:24 97:3 99:14
101:14 103:8,10
112:15,25 113:20
115:10 135:24
136:18 137:1 139:8,
9,10,14,24 140:12,
13 141:17 142:20
143:10,11 144:20

**feel** 40:17 42:5
45:21 48:6,21 57:21
59:15 60:2 62:25
67:5 69:11 110:16
117:6 144:17

**feeling** 40:9,11

**Festival** 45:4

**figure** 31:3 35:11
54:8 133:7

**figured** 47:23

**filed** 73:2

**fill** 71:24 106:12

**filled** 84:5 109:19

**filling** 89:2

**filters** 124:9

**final** 119:7

**finally** 32:21

**find** 45:9 101:14

**fine** 34:18 75:21
84:11 137:18

**finger** 77:19

**finish** 57:8

**finished** 17:2
54:25

**fit** 41:6

**fits** 61:9

**fixed** 128:15

**flat** 53:22 58:5

**flew** 143:16

**flop** 143:17

**floral** 99:13 100:5
103:1,4

**Florida** 78:20
80:2,5 81:6

**flower** 66:18
67:12 100:3

**flowers** 112:22

**fluently** 10:20

**fly** 143:17

**focus** 48:15

**focusing** 69:22

**fold** 54:10

**folded** 55:20

**follow** 31:2

**follow-up**
113:25

**Footwear** 99:2

**form** 26:1 54:14
140:10,14

**format** 96:18
107:21

**formats** 79:8
124:9

**formed** 38:2,11,
15 143:14

**forms** 45:12

**formula** 128:15

**forward** 58:22

**found** 43:7

BHASKAR BASU

**fourth** 32:21

**frame** 110:8

**framework** 36:7

**free** 96:23

**French** 15:10

**frenzy** 89:14

**fresh** 135:2

**freshman** 16:17

**friend** 17:18

**friends** 38:12,17

**fringe** 24:12

**front** 52:13 56:3 137:2

**fulfillers** 110:19

**fulfilling** 109:25

**full-time** 18:4

**fun** 33:10

**furniture** 80:18, 19

**G**

**gain** 16:21

**gained** 79:7

**gaining** 78:24

**gap** 35:15 38:16, 17

**gaps** 35:14 106:12

**gather** 48:15 49:21

**gave** 11:14 12:10 14:22 22:22 67:12 100:9

**general** 14:17 42:18 71:9 90:6 100:16 111:7 119:25 128:12 129:20 131:10

**generally** 14:20 19:17 21:8 28:22 31:3 33:19 34:22

35:2 38:23 39:20 41:15 54:20 56:6 57:21 58:2 73:1 79:19 90:22 102:20 107:19 117:9 133:18 144:2

**generate** 124:8

**generated** 123:17

**generic** 74:8

**get all** 43:9

**gift** 88:21

**Gilman** 13:23 21:16,20 22:2,7 23:11,16,19 28:14 29:16 30:10 31:6,9, 16 32:6 33:25 34:2, 12,18 35:3 37:8,16 39:7 42:21 48:12 50:15,24 51:7 52:24 60:13 61:19 62:21 63:15,19,22 64:8 65:3,15 66:7,20,24 67:1 68:2,20 71:12 73:4,8,14 75:9,12, 15,18 76:5,9,12,16, 22,24 77:6 86:17 94:11 95:25 96:3 97:21 102:10,16 106:20 107:4,9 113:15 114:22 115:5,14 117:24 118:19 119:23 132:3,6,10,14,18 134:6,11,14 137:5, 11,14,20 138:5,6, 13,16,19,23,24 143:6 146:2

**give** 23:13 38:20 57:9 60:1 92:24 104:8 106:16 117:5 131:19 134:6 144:22

**giving** 86:6 106:11

**glamor** 112:16

**glamorous** 115:12

**glance** 42:13 45:11 48:23

**glowing** 112:15 115:10,11

**gold** 33:3

**good** 10:14 21:20 22:2 33:16 102:20 114:14 117:7 144:18

**goods** 15:20

**gorgeous** 112:10 115:8

**graphically** 63:2

**graphics** 143:25

**gravitating** 47:22 101:25

**great** 111:21

**greater** 114:9

**greatly** 26:25 87:6

**green** 33:2 67:22 70:17 105:16,20

**greenish** 105:23

**grossly** 68:13

**group** 11:23,25 12:1,14 13:2 14:3, 14 15:3,6,19,21,25 18:5 37:24 38:3 39:10 71:19 77:8 93:8 101:22 108:1 109:6 119:21 121:23

**grouping** 103:6

**groups** 70:3

**grow** 92:15

**grown** 38:19

**grows** 143:14

**growths** 26:1

**guarded** 55:2

**guess** 29:4 43:12 75:4 98:1 113:3

**guessing** 119:2

**guidance** 45:25 134:22 144:22

**guideline** 58:23

**guidelines** 42:23 46:2

**guiding** 38:18

**guy** 68:5

**H**

**h-a-m-u-l-l-i** 26:6

**half** 28:4 39:2 77:18

**hamulli** 26:6 143:12

**hand** 36:20,25 57:19 59:25

**hand-created** 69:17

**hand-painted** 36:13 69:2,16

**handbag** 42:3 53:18 59:5 60:18 62:14 112:4

**handbags** 80:8 92:17,20 100:18 109:23 110:18 122:7

**handle** 56:17 131:11

**handles** 130:9

**handling** 106:18

**handmade** 57:1

**handwritten** 71:20

**handy** 119:22

**happen** 70:23

**happened** 38:6 52:24 75:3 77:10

**happening**

90:19

**hard** 48:13,25 69:16 119:12

**hear** 11:7

**heard** 23:7 25:17 88:20 125:25 126:2, 3,5,9,17 129:3,5,9, 10,11 130:9,11

**held** 40:22 50:9 75:23 80:5,22

**helped** 38:13

**helping** 17:19

**helps** 22:5 143:17

**hidden** 54:11

**high** 45:16 80:19, 20 136:13

**higher** 123:2,15

**highlighting** 58:19

**highly** 88:23

**hire** 93:12,25 94:13 127:5,15

**hired** 127:13

**hires** 127:6

**historically** 70:14

**history** 102:7,14

**holiday** 79:2 90:15 104:7

**holidays** 89:18, 25

**hollow** 27:15,23

**home** 117:15 140:25

**honest** 45:1 60:16 61:20 66:9 73:11 99:6

**honestly** 51:12 127:2

**hooked** 26:6

**hope** 89:12

**horizontal** 34:7

**horny** 26:1 27:15

**house** 15:11
130:7,14 131:14,18

**hundred** 19:12
96:10

**hyphen** 77:17

---

**I**

**i-r-i-d-e-s-c-e-**
**n-t** 27:4

**ID** 72:11

**idea** 44:6 60:12
87:14 88:5 111:21
133:15,16,18
134:23 140:1,6
144:19

**ideas** 86:25 87:9,
21 88:2,3 135:3
140:2

**Identification**
14:4 18:14 22:10
23:3 41:9 50:18
51:24 53:6 64:5
84:15 95:13 98:22
103:18 107:2
115:23 117:22
118:12 120:3
132:23 137:25
138:3

**identified** 74:24
105:21

**identify** 18:17
30:23 64:7,10 80:25
103:21 116:2 132:1

**identifying**
110:25

**illustration**
24:4,13

**image** 29:10
32:11 43:16 45:12
59:13 60:17 62:8,9
84:1 99:22 113:6
133:9,11,12,19
143:20

**images** 41:14,15
42:7,19,24 43:9,11
45:8,11,19 52:18
54:17 78:12,16,24
83:10,14,17 133:1
136:10,14 139:18
140:13 142:24

**imagination**
62:13

**immediately**
82:9,10

**impact** 33:16
49:3

**impacts** 87:6

**import** 16:9

**importance**
114:8

**important** 33:6,
13 48:20 143:16

**importer** 15:6

**importing**
128:10

**impression**
66:5

**inaccurate**
24:18 28:20 102:13

**inauthentic**
51:6

**Inc.'s** 14:2

**inches** 53:21,22

**included** 83:5

**includes** 84:24

**including** 73:23
103:10

**incorrect** 60:19

**independent**
19:13 39:12,14,16,
21 40:2 94:18,19
111:23 127:19,20
129:23 130:6 131:2,
5,13,16,20

**independently**
21:5

**India** 15:5,6,8
16:18 38:5 40:5,7,9,
12,14 50:4 88:12,
15,16 97:5 98:1
122:4,6,8

**Indian** 97:13,18

**Indicating** 65:15

**indication**
110:15

**indications**
11:4

**individuals**
80:14 108:1

**industrial** 80:6
81:14

**industries** 130:5
131:12

**industry** 80:18,
19,20 91:1 130:12

**infer** 93:3

**influenced**
102:23 103:1,4

**information**
38:9 48:16 75:5
76:15 78:17 96:21
129:6,8

**initial** 55:11 58:23

**initially** 17:18
144:18

**input** 93:17
144:11,15

**inputs** 38:21

**inside** 33:20

**inspect** 56:4

**inspiration**
41:21,23 42:6,8
44:8 45:5 48:1,9
83:23 103:11 113:4,
10,16,21 142:8

**inspirational**
142:18

**inspire** 48:9

**inspired** 103:9
113:8

**instance** 42:7
73:19,25 112:20

**instances** 92:21,
22 98:9 107:22
108:16 109:9 117:6
131:19

**instantly** 110:5

**intended** 54:19
56:20 78:25

**interest** 40:19
72:4 101:20

**interested** 116:7

**interlocked**
143:13

**interlocking**
26:6 143:15,16

**international**
21:11,12

**interned** 16:17,
19

**internet** 43:7,10
45:3 52:19 91:5,7,
13,22 136:14
140:23

**interpretation**
31:23 32:9 42:2
45:18,20 60:4
62:13,22

**interpretations**
58:13

**interpreted** 33:6

**interrupt** 64:19
76:22

**interview** 96:22

**introduce** 17:14

**introduced**
101:12

**introduces**
131:16

**introducing**
109:3 137:13

**introduction**
131:12

**inventoried**
121:12

**inventory** 121:9

**invoice** 120:23
122:1

**invoiced** 121:1
123:3

**invoices** 122:19
123:20

**involved** 16:8,13
17:12,22 20:3,14,
16,17 21:6 38:18
39:4 47:2 55:3 85:7
111:9,15 122:25
130:23 134:18

**involvement**
20:21 38:22 131:21

**iridescence**
99:13

**iridescent** 27:3,
8 112:9 115:7

**irrelevant** 97:22
143:3

**Issaquah** 10:10
11:21

**issue** 95:3

**item** 105:8 106:1
120:24 121:6,8,9,
12,14,24 122:2
123:1,13,22,24,25
124:21 128:20

**items** 109:6

---

**J**

**January** 78:8,10,
19,20,22 79:2 80:4

**jeans** 114:20

**Jersey** 12:2,12

**jewelry** 71:3 80:7

**job** 17:2 18:1

**joint** 86:15

**July** 104:2,3,5

**jumps** 51:10
**jurat** 145:16
**justice** 40:18

**K**

**key** 20:16 42:9
62:16 112:23
144:11,15
**kind** 17:14 25:18
30:4,16,18 32:15,
22,23 33:6,9,22
34:6 35:15,16,17
45:20 46:2 48:20,23
56:10 67:3 69:24
85:19 100:22
101:19 102:1
116:11 128:14
130:10 144:2,21
**kinds** 125:18
**Kingdom** 38:3
**knew** 108:18
**knocking** 40:15
**knowledge**
14:19 67:3,4 78:4

**L**

**label** 68:24
**lack** 40:16
**laid** 18:1 54:22
**language** 86:11
98:3
**large** 61:4
**larger** 131:3
**launch** 55:9
70:13 101:18
**launched** 97:2
**launching** 102:1
**lawsuit** 97:22
**lawyer** 21:19

**lawyers** 33:18
**layman** 51:12
67:2
**layman's** 67:15
**layperson** 66:18
**lead** 104:10
123:19
**leading** 47:1
**leaf** 67:22,24
**learned** 21:14,17
25:18
**leather** 15:11
20:2 36:13,17 42:3
54:9,14 55:20 58:6,
11 60:7 61:22 69:4,
5 122:2 128:19,23,
25
**leathers** 128:21
**leave** 127:9
139:20
**led** 86:8 116:6,11
**left** 24:25 43:3
59:20 60:23 61:1,5,
16 62:4,20 81:19,24
**left-hand** 27:14
**legal** 13:15 66:4,8,
21 67:3 85:19
86:12,18 87:16
**legally** 17:20
**letters** 52:3
63:23,25 103:25
**level** 131:18
**liability** 86:3
**liberty** 33:10
106:11 145:8
**license** 115:21
116:3,6,12,17,21,22
**licensing** 116:19
**lies** 66:12
**life** 34:14 100:17
**lifespan** 100:22
102:4

**light** 26:1
**lilies** 99:14 112:16
115:11
**limitation** 22:5
82:22
**limited** 43:11
86:3
**limiting** 70:25
**limits** 10:24
**Linen** 116:4,6
117:1
**lines** 15:12 22:6
30:1,6,15 32:2,5
33:1,5,14 34:10,24
35:7,17 36:4,6,7
42:18 63:7 105:19,
20 134:24 143:24
144:21
**link** 26:7
**list** 72:3,9 74:25
108:9
**listed** 19:2 72:10
93:7 94:9
**lists** 81:20
**literally** 53:19
120:23 127:15
134:24
**literature** 27:9
**litigation** 13:12
**location** 77:23
**logically** 103:11
**long** 12:13 16:3
34:7 56:12 68:21
100:7,24 120:8
141:5
**long-term** 40:18
**longer** 24:6 39:4
136:8
**looked** 18:20
45:23 49:24 136:24
140:12 144:7
**loose** 143:18

**loosely** 26:25
**lost** 120:10
**lot** 22:24 24:24
34:14 41:19 43:12
45:8,15 46:7 47:20
48:22 68:24 69:19,
20 90:8 104:22
114:5,18 128:25
130:20 132:4
**love** 69:13
**lower** 43:3 61:1
**lying** 49:23

**M**

**M-A-N-J-U**
129:4
**M-I-T-T-A-L**
129:4
**made** 41:4 46:6
58:20 93:12,24
94:2,13 100:7
122:4,5,7 131:12
**magazine** 43:8
95:20 96:8,9,10,11,
18 99:2
**magazines** 43:9
52:20 99:9
**Magic** 81:12
**mailing** 82:17
**maintain** 62:25
138:7
**maintained**
144:4,5
**Maison** 15:9
37:22 85:20,24
93:22 127:6,20
**make** 11:12 14:20
29:20 34:14 40:21
42:11 82:3 88:11,14
94:7 101:24 109:23
111:16 114:13
119:1,19 129:1
135:7 140:2 145:15

**makes** 60:10
**making** 78:21
88:3 91:24 101:21
131:8
**male** 26:23
**Man** 45:3
**management**
21:11,12 130:20
131:22
**Manju** 129:4
**manufactured**
116:8
**manufacturing**
15:5 20:6 40:17
54:21
**March** 116:14,16
**margin** 104:1
**mark** 13:25 18:10
22:22 40:25 41:5
50:8,13 51:20 52:23
53:2 63:11 84:8,9
95:9 98:18 103:15
106:23 113:22
117:19 119:20
132:13 137:5,21
**marked** 13:19
14:4 18:13 21:24
22:10 23:3 41:9
50:17 51:23 53:5
64:4 84:14 93:7
95:12 98:21 103:17
107:1 115:22
117:21 118:11
120:2 132:22
137:24 138:2
**market** 17:14
20:19 40:8,18 55:9
80:20 91:2 116:10
**marketed** 70:16
97:10
**marketing** 17:16
110:5 112:19 113:3,
5 128:11
**marketplace**
110:25 131:1

**marking** 25:9

**markup** 128:13

**married** 38:25

**Masion** 21:1 38:4 128:9

**Massachusetts** 12:20 17:7

**match** 30:5 68:8 71:3,6

**matches** 121:20

**material** 49:21 83:1,5

**matter** 13:15 67:4 89:17

**Matthew** 118:4

**meaning** 98:12

**means** 28:25 67:20 97:8 104:13 110:6 117:13 121:10 122:9 123:17 128:22 134:19

**meant** 115:2

**medical** 10:23

**meet** 127:7

**members** 21:3

**mention** 81:10 126:9

**mentioned** 17:3 45:4 46:15 47:9 92:16 135:21

**mentioning** 144:11

**mentions** 99:12

**merchandise** 38:4

**met** 86:9 126:19

**metallic** 33:3

**method** 91:4,8,9 94:22

**methods** 46:5 58:9 90:11,20,22

91:3

**middle** 27:13 60:25 93:6

**Mike** 21:23 138:6

**mind** 45:13 143:18

**mine** 17:19 22:6 87:14

**minimize** 91:21

**minute** 24:11

**minutes** 134:7

**MIS** 21:11,13

**misplaced** 107:7

**missed** 27:18 115:13 134:3

**mix** 71:3

**mixture** 127:21, 22

**model** 112:4 114:3 119:16

**mom** 91:8 137:1

**moment** 30:13 81:3

**month** 88:17

**months** 12:5 88:16 89:18

**morning** 10:14

**mortar** 91:9,21 92:17 108:6 140:24

**mother** 19:9 20:12 21:2 49:12 52:10 55:5 85:18, 23,25 86:9

**mother's** 93:22 94:6

**move** 22:24 58:22

**moved** 119:6

**movements** 127:4,11

**moving** 12:4

**multi** 68:25

**multipage** 118:9

**multipart** 68:21

**multiple** 56:25 73:21 136:7

**muse** 112:10 113:1,11,16 115:8

---

**N**

**N.W.** 10:10

**named** 19:15 129:3

**names** 12:25 81:5 98:4

**national** 79:2 97:4

**natural** 44:1 54:14 102:2

**nature** 113:8 116:20,22 131:4

**navy** 69:5

**necessarily** 33:17 111:21

**necklace** 44:20

**needed** 57:15

**negotiate** 129:17

**negotiated** 111:9

**negotiation** 111:11 125:11

**negotiations** 125:19

**neighborhood** 12:7

**network** 141:9

**networks** 140:25

**newer** 101:25

**newspapers** 52:20 99:9

**nice** 21:21

**nodding** 11:4

**nondevelopme nt** 90:3

**North** 80:21

**Northwest** 11:20

**noted** 146:4

**notes** 102:6 132:9 134:3

**notice** 13:25 14:2

**noticed** 47:20,21

**noticing** 49:4

**Novell** 12:18

**number** 14:5 18:15 22:11 25:2 27:20 41:10 43:11 50:19 51:2,25 53:7 57:18,23,24 59:18, 22 64:1 72:10,11 76:4,7 77:14,16 84:16 86:8 87:2 95:14,23 98:23 103:19 105:8 106:1 107:3 112:2 115:24 117:23 118:13 120:4 121:16 122:2, 11 132:20 133:2,5 142:23 144:16

**numbering** 137:15

**numbers** 26:19 52:3

---

**O**

**o-c-e-l-l-a-t-e-d** 27:2

**oath** 10:7

**object** 68:20 97:21

**Objection** 28:14 29:16 30:10 31:6,9 33:25 34:2,12 35:3 48:12 51:7 60:13

**nice** 21:21

**nodding** 11:4

**nondevelopme nt** 90:3

**North** 80:21

**Northwest** 11:20

**noted** 146:4

**notes** 102:6 132:9 134:3

**notice** 13:25 14:2

**noticed** 47:20,21

**noticing** 49:4

**Novell** 12:18

61:19 62:21 64:8 66:7,20 68:2 73:4 86:17 102:10

**oblong** 32:20,23

**observation** 143:18

**obvious** 69:23

**occasion** 22:17

**occur** 81:11 88:22

**occurs** 41:23

**ocellated** 27:1

**October** 80:22

**oddly** 33:19

**offer** 131:7

**offering** 104:18

**office** 14:22 36:17 65:10,23 72:22 73:25 83:10,15,23 84:3 131:23

**offices** 14:25 15:1

**older** 123:13

**online** 43:11

**operates** 87:21 92:11

**operating** 16:4

**operation** 17:19, 22 38:5,13

**opportunity** 102:17

**opposed** 68:16 92:4 136:19

**opposite** 105:11

**orange** 70:18

**orangish** 43:24 136:22

**order** 26:21 108:18 109:25 110:19 117:18

**orders** 80:12 89:2 109:18,19

**organize** 91:17
120:11

**origin** 98:3

**original** 56:3
58:4 142:12,20
143:2

**originals** 84:10

**outer** 32:14,17
33:19 34:10 62:5

**outfits** 71:4

**oval** 32:16 34:5,6

**overlapping** 63:5

**overlaps** 93:1

**owner** 18:7

**owners** 18:5
126:18

**ownership** 38:7
86:14

**P**

**p-l-u-m-u-l-e-s** 26:24

**p.m.** 146:4

**P50** 138:7,25

**P51** 138:7 139:4

**pages** 18:23
21:24 41:3 104:22
120:8 124:16
132:20

**paid** 94:24

**paint** 20:1 37:1,2
49:7 56:15

**painted** 36:21
47:24 61:22 69:1,11
70:10 100:21 101:9
139:23 140:9

**painting** 36:25
55:15,16 56:1 57:7
60:7,9 69:21 70:25
144:19

**pair** 114:20

**pallet** 69:23

**pallets** 20:24

**paper** 19:22 20:2
58:9 61:4,23 134:2

**parentheses** 25:9,10

**parents** 16:18,20
21:17

**parents'** 15:3,4
16:4,9 19:3 21:15

**part** 20:17 28:6
33:6,13 56:11 62:2
90:17,18 110:9
115:13 135:6
141:15

**participate** 96:19

**participates** 96:19

**Partners** 12:25

**parts** 22:18 54:9
61:9

**party** 13:11

**past** 38:1 41:21
46:21,25 71:23
73:10 80:22

**pastel** 114:6

**patent** 21:19
33:18 56:19

**path** 70:6

**peacock** 18:18,
21 22:18 25:13,16,
17 26:23 27:10
29:1,11 30:9,14
31:25 32:10 35:5,12
36:5 41:15,16,25
42:1,8,10,14,17,24
44:2,7,11 48:3 51:3
52:5,8,12 53:12
55:4 56:7,11,15,24
57:10,17 60:21,24,
25 61:3,6,7,16 62:3,
5,6,8,10,11,16,19,
24 63:2,4 64:23
65:9 66:16,17 72:10

76:4,6 77:7,16
83:24 86:8 96:25
97:3,4 99:12,13
100:3,5 101:11,14
102:4 103:1,3,8,10
105:5,6 106:10
112:4,10,21,22,25
113:9 115:8 118:3,6
119:16 133:13
139:10,15,17,22,24
140:7,11,12,13,16
141:10,11,14,17
142:20 143:11
144:7,17,20,24

**peacock's** 25:9

**peafowl** 26:23

**people** 42:13
49:5 79:6 80:6,11
86:12 88:20 98:4
100:24 101:1,4,19
107:24 127:15
141:19,23 142:3
143:13

**perceive** 68:13
114:8 116:22,24

**perceived** 69:7,
10 88:9

**perceiving** 69:15

**percent** 19:12
88:21 89:17 97:7

**perception** 45:18 67:16 114:11

**perfect** 32:15,19

**period** 25:8 90:2,
3 115:9

**periods** 90:16

**permissions** 81:23 82:6

**person** 39:25
57:8 69:14 70:7
111:1 114:12 129:3,
25

**personal** 14:19
37:3 60:8 127:10

**personally** 12:9
13:11 40:7 71:18

86:10 114:12

**phone** 138:12

**photo** 44:2 45:2
51:3 52:5,7 58:5
78:12

**photograph** 36:12,18,19 47:15,
16 62:7 112:3

**photographed** 58:6 59:4

**photographs** 44:10 45:8 47:9
49:2,8,17,20 132:22

**photos** 49:14,15
138:11

**physical** 19:25
140:10

**physically** 49:25
52:12 104:4 125:20

**pick** 70:19 107:24

**picture** 29:10,23
35:19,21 36:11
44:14,20 51:1 58:3
76:20 99:19 105:15,
21 140:19

**pictures** 41:19
43:2,5 48:16,22
121:18,21 142:18

**piece** 36:13,16
58:5 61:4

**pieces** 48:3 57:6
61:12 142:8

**pillow** 117:13

**pink** 99:14,15
105:22

**pinpoint** 69:6
133:22

**place** 36:5 50:1
54:6 55:18 61:8,12,
13 62:23 79:22
86:15 114:13

**placement** 119:5

**placing** 54:12,17

**plain** 61:25

**plaintiff** 14:14
50:23 139:2,5

**plaintiff's** 137:7,
21,22,24 138:2,6,25

**plan** 53:23 54:4

**planning** 53:17,
24

**play** 90:10

**pleated** 55:20,23
128:21,22

**plumage** 112:9
115:7

**plumules** 26:24

**plurality** 29:25

**point** 27:14,20
29:18 31:10 34:13,
16 57:4 64:24 65:6,
25 66:11 72:5,7,15
78:18 80:19,21 82:2
85:8 88:6 119:4
139:4,25 143:4

**pointed** 30:4
44:18

**pointing** 21:25
23:24 25:22 34:17
43:18

**points** 24:7 25:1
26:22

**pop** 58:20 91:8

**portion** 119:20

**portrays** 29:10,
11

**position** 118:22

**positive** 136:5

**possession** 52:6 138:7

**possibility** 64:16

**possibly** 42:15

**potential** 108:2

**potentially** 70:23 104:13 108:8

**practices** 131:15

**predominantly** 69:12,22

**preferred** 19:13

**premarked** 13:19

**prepared** 74:23 75:1

**presence** 75:16 91:13

**presentation** 109:10

**presented** 84:1 96:17

**president** 11:22 12:14 16:13

**pretty** 16:25 26:11 59:8,15 60:25 63:22 79:17 108:1 139:7 141:13

**previous** 65:18

**price** 111:6,8,24 122:17,20,21,22 123:2,11,14,15,25 124:3,24 125:1,2 127:23 128:4,7,8,17 129:1

**prices** 124:4 125:13 127:24,25

**primary** 44:7 45:25

**Prime** 110:4,6

**principles** 68:17

**print** 79:12 107:21 119:7

**printed** 41:2,3 79:17 95:4,24 104:4 122:1

**printer** 95:3

**printers** 136:11

**printing** 136:10, 12

**printout** 103:22

**prints** 71:3

**prior** 13:1 16:12 47:19 87:22 103:7

**priority** 145:6

**probability** 136:13

**process** 19:21 20:3,4,10 40:17 54:21,24 55:1,14 56:18 86:8 96:20 113:7 134:19,20 135:6 144:3

**processes** 24:11

**produce** 94:24 126:1

**produced** 21:23 22:4 26:19 63:17 77:10 119:4 139:1,4

**product** 20:18 54:25 56:22 88:13 89:1 92:24 94:24 100:13,17 117:7,10, 14 121:23 122:2,21 128:5,9,16,19 129:12,17,25

**production** 55:10 76:14 139:5

**products** 16:10 40:5 46:22 57:2 92:25 104:25 105:3 109:18 116:8,11 122:5 130:21,24

**profits** 120:10

**projecting** 34:10 145:3

**pronunciation** 28:5 99:17

**proper** 98:5

**proprietor** 85:19

**protect** 87:14,18 88:7 91:18

**protected** 131:2

**protection** 67:9

**provide** 91:25

**provided** 75:5

**publication** 77:22 78:8 79:10 95:20

**publications** 43:9

**publish** 96:23 99:9

**published** 78:10

**publishing** 96:21

**pulled** 35:17

**purchase** 15:22 109:22 129:25

**purchases** 107:22 129:15

**purchasing** 110:2

**purple** 33:2

**purples** 69:13

**purpose** 86:13, 23 87:1,17 117:5

**put** 35:24 78:4 103:25 104:3 107:14 109:9 118:24 138:20

**putting** 75:6

**PX** 143:10

**Q**

**qualification** 22:21 118:2

**qualified** 74:6

**qualify** 89:25 108:1,2,3

**quality** 54:23

**Quantities** 122:9

**quantity** 122:14, 17 124:18

**question** 16:7, 11,14 23:7 37:22 48:17 60:16 64:10 66:10,14 68:4,21 76:10 89:3,7 91:17 92:6 102:11 104:16 110:1,23 128:2 129:18

**questioning** 76:2 142:7

**questions** 10:19,24 11:1,8,9 14:16 65:5 71:9 73:9 96:20 119:25 134:5 146:1

**quick** 37:8

**quill** 26:14 27:14 29:13,19 30:2,7,16 31:2,3 35:7 105:25

**quoted** 102:23 119:17

**R**

**r-a-c-h-i-s** 28:4

**R-O-Y** 19:7

**rachis** 28:4

**raised** 120:23

**reach** 89:20,22 90:22 107:23

**reaching** 90:12, 21

**read** 14:10 24:5 31:14 102:17 115:3 133:4 143:9

**reading** 26:9,18 27:5,20 28:5 30:3 113:6

**reads** 112:9

**real** 36:1 41:16 42:17 44:7,11 45:9, 24 47:10 49:9 52:17 140:12

**realistic** 46:7 48:7 51:15 56:21

**reality** 88:4

**reason** 24:18,20 28:11,19 34:14 61:21

**reasonable** 30:24

**recall** 17:6,24 31:16 44:25 47:6,14 64:21 65:7,21 72:13,16,20 73:11 74:23 80:2 81:3,6 83:13,17,21,22,25 85:10 99:5 114:25 118:3,5 127:12 136:16,23

**received** 14:3 18:13 22:9 23:2 41:8 50:17 51:23 53:5 64:4 84:14 95:12 98:21 103:17 107:1 115:22 117:21 118:11 120:2 132:22 137:23 138:1

**receiving** 72:21

**recent** 38:1 46:24,25 104:21,23

**recently** 129:6, 14

**recess** 37:11 95:6 134:10

**recognize** 99:24

**recollect** 13:16 64:13,15,17 134:1

**recollection** 65:12 75:3 104:19 137:15,16

**record** 10:19 11:13,15 13:8 26:20 31:7 37:10,13 40:20,21,23,24 43:23 50:8,10,12 72:7 75:10,22,24 76:1 84:23 93:5 95:5,8 114:23 115:4 116:14 120:12 134:12 135:17,21 138:5,20 146:3

BHASKAR BASU

**recorder** 11:4

**recreate** 55:12
59:16 117:4

**recreating** 58:24

**rectangular**
53:20

**red** 21:25 22:6,23
35:20 36:9 43:16
44:14 67:23 68:11
69:4 70:19 114:3,
15,16,18 136:17,18
139:22,23

**reddish** 43:24
105:22 136:21

**redesign** 117:5

**reduce** 127:24,25

**reduced** 128:4
131:20

**refer** 29:6,14
87:12 93:2 101:7
105:14 113:4

**reference**
121:15

**referred** 25:15,19
62:10 112:17,21

**referring** 31:21
35:12 58:3 61:21
79:23

**refers** 72:1 82:18

**reflected** 123:5
124:19

**reflective** 122:21

**reflects** 122:11
123:21

**regard** 76:24

**regional** 39:22,
23

**regions** 39:24

**register** 17:13

**registered** 12:3,
11 38:11 59:24 67:6

**registration**
17:18 18:11,25 19:1

29:7 64:22 65:23
66:6 69:19 72:23
76:19 77:16 88:10

**regular** 108:17

**rejected** 65:9
73:3 74:7

**rejection** 73:11

**relate** 20:6 69:25
71:12

**related** 117:12
125:16,17

**relationship**
15:2 16:22,24 20:12
127:17 130:9,10,17

**relationships**
130:14

**remember** 11:10
49:3 50:25 65:12,24
72:25 73:25 80:3
100:8 109:15
123:14 136:21

**remembered**
73:18

**rep** 40:4 111:20,23
131:5,13,16,20

**repeat** 135:10

**repeated** 123:18

**rephrase** 68:4
102:12

**replicated** 42:3

**report** 120:8,14,
17 122:23 123:17,
19 124:11 132:17

**reporter** 10:6
11:2,15 13:24 14:5
18:10,15 22:11,22
23:4 32:3 37:7
40:25 41:5,10 50:8,
13,19 51:25 52:23
53:2,7 63:11 64:1
84:9,16 95:9,14
98:18,23 103:15,19
106:16,23 107:3
115:24 117:19,23
118:13 119:20
120:4 132:13 133:2

138:4 144:13

**reports** 124:8,13

**represent** 39:17
40:5 60:3 80:14
120:7 122:14 140:8
145:9,10

**representation**
35:25 54:1 58:12
67:14 102:21 135:2
141:11 144:18

**representation
s** 39:19 58:13

**representative**
14:14,18 111:13
129:22 135:4

**representative
s** 39:17 129:16,23

**represented**
54:19 57:15 106:11
140:15 144:8,10

**representing**
30:9

**represents**
39:25

**reprint** 104:2,12

**reproduced**
42:3

**reps** 39:21 40:3
79:1 108:13 130:5,6

**reputation**
40:15

**request** 76:14
117:4 141:21,23
142:4

**requests** 108:13

**require** 131:17

**requirements**
92:13

**requires** 130:19

**reread** 114:23

**research** 29:18
87:25

**researched**
30:20

**resell** 111:1

**reseller** 125:10,
11,12

**resellers** 68:24
80:12 107:20
108:21 111:4,5,7
125:7 130:3

**resemble** 42:12

**residence** 11:19
12:10

**residing** 10:10

**respect** 19:19
89:7 124:12

**respond** 101:1

**rest** 59:17 131:9
140:17

**restricted**
102:25

**restriction**
116:25 117:2

**results** 122:15

**retail** 40:10 88:20,
21 91:18 108:4
122:25 123:14,22,
25 124:1,10,15

**retailer** 15:23

**retailers** 92:3
127:25

**retouched** 44:3

**returns** 125:16

**revenue** 122:13,
16 123:16 124:18,
22

**revived** 101:6

**right-hand** 24:7
25:7 28:3 99:21

**rights** 81:23 82:5,
19

**risk** 40:13

**role** 19:20

**Roma** 85:18,23

**romanticizes**
113:7

**room** 50:1 55:6
145:15

**Roughly** 126:20

**round** 32:18
34:10

**row** 43:14,22

**Roy** 19:7 49:12
52:10 86:10 94:11,
12 127:18 134:16,
18 137:1

**royalties** 94:21

**rule** 14:2,17
100:16 128:12

**rummage**
106:23

**run** 17:19 38:13
134:2

**running** 17:22

**runways** 102:25

**Russian** 98:1

---

**S**

---

**S-H-A-N-K-A-R**
126:1

**S-O-M-U-I-T-R-
A** 19:6

**SA** 22:9 23:2 26:20
28:3 50:17 51:2
117:21 132:20

**safe** 56:12

**sale** 121:1 122:25
123:5,22,23 124:21,
24

**sales** 16:9,21 20:7
27:9 39:16 40:3,4
78:14 79:1 88:22
89:13,24 108:13
111:12,20,23
120:15,17,21 121:5
123:21 128:1

129:23 130:5,6,7
131:5,13,16,20
132:16 140:22

**sample** 55:10,11
56:2,3,25 57:9,11
58:5 59:3

**samples** 55:8,13
56:22 78:13,21
80:11

**satisfied** 55:7

**scan** 60:23,24
61:4,5

**scanned** 60:22

**schedule** 85:6
134:25

**scheduled**
79:20

**scholar** 25:16

**school** 45:16

**scope** 69:24

**scratch** 127:16

**search** 101:13

**season** 78:25
87:13,23,24

**seasonal** 88:23,
24 89:5,10 90:9,14

**seasons** 101:18

**secondary** 33:8

**secret** 55:2

**section** 82:21,25
83:4 93:7

**sector** 17:3

**sees** 69:12

**segment** 127:24

**selection** 92:23

**selfie** 138:14

**sell** 15:18 40:7
46:20 78:25 91:11,
20 92:3,17,20
141:5,10

**sellable** 128:17

**seller** 110:10,11,
13,14,17

**selling** 15:20
20:17,18 90:2,18
109:13 123:7
124:13 141:6,8

**semicircular**
99:20

**send** 16:20 36:16,
18 108:12,14,17
109:10

**sense** 17:1 39:19
70:7,18 74:8 83:18
119:1

**sensitive** 92:12

**sentence** 112:8
114:23 115:2

**separate** 19:15
33:15 109:6 124:9,
14 130:23 145:2

**separation**
121:22 130:25

**sequence** 77:10

**series** 26:3

**service** 131:18

**sessions** 88:12

**set** 128:7,8

**Seventh** 10:16
14:1 126:7

**shaft** 24:3 26:3
27:23,24 28:7

**Shankar** 126:1,
12 127:13

**shape** 32:1,16,18,
24 33:23 34:3,9,11,
23 53:20 131:14
140:10,14 144:21

**shapes** 32:4 34:5

**share** 55:10 109:5
116:9 119:22 135:9
138:11

**shared** 49:11
78:14 129:6,14

**sharing** 78:17
135:3

**sheet** 18:24

**sheets** 13:20

**shimmering**
27:3,8 112:15
115:10

**shipped** 79:15

**shipping** 110:6
125:17

**shoe** 41:17 46:15,
17 47:7,8 81:13
91:7,21 92:16,17
108:5 125:21

**shoes** 46:20,21
47:2 71:3 80:8

**Shopnbc** 141:4,
6,7

**shopping**
140:25

**short** 24:25 80:17

**shorter** 23:24
32:20 135:1

**shot** 138:12

**show** 35:17 78:20
79:18 80:1,5,11
81:13 143:13

**showing** 17:7
26:14 72:25

**shown** 52:14 59:1
133:12

**shows** 47:18,19
49:4 53:11 62:8
79:1,21 80:6 83:9
107:24 121:18

**shuffling** 13:21

**side** 24:3 26:3
30:7 32:17 53:21,22
60:23,24 61:5 62:4
90:19 99:21 105:12
129:24

**sides** 36:6 57:25

**sign** 56:5

**signature** 37:3
60:8 71:21

**signed** 54:24
71:19 84:25 116:4

**significant**
89:15 90:1

**signing** 72:13,20

**similar** 85:22

**similarly** 124:6

**simply** 86:14

**single** 41:2 62:8
66:15 80:9 105:5,9
123:13

**site** 109:17

**sitting** 49:9 53:17
133:13

**size** 119:10 128:24

**sizes** 54:8

**skip** 23:21 24:21
44:19 112:1 119:14

**skipping** 47:11

**SKU** 121:16 123:7,
8

**SKUS** 124:12

**slash** 77:22

**slightly** 106:3
115:16

**small** 55:3 57:4
103:25

**smaller** 33:21
131:1

**Societe** 15:9,14,
18 19:3 20:6 21:1
38:4 54:22 85:15,
19,24 86:2 93:22
127:6,19 128:9

**sold** 46:21 47:21
49:4 60:18 77:8
87:3 109:18 110:12,
13 122:9,12,17,20
124:1 133:15

**sole** 18:7

**solicit** 109:4

**soliciting** 108:15

**sort** 29:14 99:20
129:22

**Soumitra** 19:6
21:3 49:12 55:5
86:10 94:10 127:18
134:15,18 144:14

**Soumitra's**
144:11

**sound** 97:16

**sounding** 40:13

**sounds** 30:23,24
122:10

**source** 44:23

**South** 12:2

**space** 61:16,22,
24,25 62:3,20 80:10
111:2 143:22

**spacing** 144:5

**speak** 10:20 11:3
14:21 42:1 114:11

**speaking** 14:13
90:25

**speaks** 28:15
115:6

**special** 130:21

**specialize** 56:7,
8

**specific** 58:15,18
60:6 68:25 72:24
73:11,24 80:10
86:11,23 90:16 98:3
100:8 105:9 109:1,
8,11 111:10 112:23
120:24 121:5,11,16
124:21 129:19
144:21

**specifically**
36:8 47:4 103:5
109:15 124:12
126:18 136:16,23

**specification**
134:21

**specifics** 45:1
65:24 98:15 99:5

**speed** 23:18

**spell** 11:15

**spelled** 97:25
98:11

**spelling** 119:8

**spend** 88:18

**spent** 88:15
110:25

**spike** 89:12,14

**spoke** 21:8 37:15

**spot** 118:20

**spots** 27:2

**spread** 27:3

**spring** 90:14

**stages** 55:24

**stamp** 50:17
51:23 95:12 117:21
120:2

**stamped** 14:3

**stamps** 18:13
22:9 23:2 41:8 53:5
64:4 84:13 98:21
103:17 107:1
115:21 118:10

**standpoint** 66:3
87:16

**stands** 54:15

**staple** 106:15

**stapled** 133:4

**start** 16:6 57:8
101:9 137:15

**started** 32:14
38:4 46:1 58:24
78:17,23 79:5

**starting** 41:1

**starts** 98:18

**State** 11:21 12:8

**stated** 28:24 29:4

**statement**
81:21,25 82:18
83:11

**states** 37:25
78:15 85:23 87:8
110:12,14

**stem** 30:17 35:8
57:17 105:25

**stems** 57:23

**stereotypical**
40:14

**stipulate** 75:19

**stitched** 55:23

**stop** 101:21

**stopped** 126:14

**store** 91:7,8
104:11 125:21

**stores** 91:21,22
92:16,17 108:5
110:20 131:2

**stories** 20:23

**storing** 128:11

**story** 54:1,2,18
61:10,13 62:12,14,
17 69:13 102:6,21
112:21

**strategic** 92:2

**strategies** 92:8

**strategy** 92:7,14

**stretched**
128:24

**strikes** 51:5

**structure** 135:17

**student** 17:1

**studio** 47:7

**stuff** 87:24 134:15

**stupid** 95:3

**style** 100:7

**styles** 109:11

**subcategory**
25:6

**subconsciousl
y** 25:19

**subject** 48:15
62:17 65:6

**subjects** 14:10,
21

**submitted** 36:19
65:22 73:19,20,22
78:5 83:14

**submitting**
73:20 83:25

**subsequent**
140:17

**subsequently**
85:12

**subsequents**
23:14

**subtle** 37:4 58:1
60:9

**successfully**
92:15

**suddenly** 126:15

**suggestions**
135:8

**suggestive** 25:5

**suggests** 135:7

**summarize**
144:3

**summary** 144:1

**summer** 16:19

**suppliers** 126:7

**supplies** 37:23

**support** 91:25

**supporting**
92:14

**supposed** 35:10

**surface** 53:23
54:19

**surrounding**
27:24

**survival** 87:7

**swatches** 58:11

**sworn** 10:11

**system** 20:10

———

**T**

**table** 49:18,23
87:15 144:19

**tail** 25:10 26:25

**takes** 55:18
140:10

**taking** 38:4 42:6
131:24

**talk** 22:1 24:16
63:25 76:19,20

**talked** 86:7 104:5
108:5 114:1 127:18
133:20

**talking** 34:23
36:11 38:24 41:25
44:15 49:14 57:2
71:8 74:23,25 85:16
113:11 130:22

**tan** 68:11 69:12
114:5

**tangerine**
112:15 115:11,13

**target** 109:8

**taste** 20:24

**taupe** 68:7

**TBG** 18:13 41:2,8
51:23 52:3 53:3,5
59:13 60:21 63:12
64:4 77:1 84:13,23
95:12,16 98:18,21
99:11 103:17
106:17 107:1 112:3
115:21 116:14
118:10 120:2
138:18 139:2,5

**team** 20:25 21:3
55:3 78:14 88:3
113:3

**tech** 13:3,4

**technical** 16:25
45:19 66:11 67:3

**technically**
30:19

**techniques**
58:11

**Technologies**
13:1

**Technology**
12:19,25

**telling** 38:20
72:22 73:25 83:23
106:9

**tells** 61:10 110:5,7

**Telluride** 13:2

**ten** 20:9 21:15 57:5
88:17,22 95:10,14

**tend** 40:15 101:8

**term** 19:16 67:18
90:20 135:21 140:1

**termed** 90:2

**terminology**
130:11

**terms** 20:22 32:4
33:1 59:7 68:9,14
70:22 87:10,25
91:22 119:5 135:22,
23 136:1,3

**territories** 39:20

**testified** 10:12
94:15

**testimony** 31:15
37:19 118:24

**text** 113:7

**Thanksgiving**
89:13

**themed** 56:24

**thick** 106:15

**thicker** 104:22,24

**thing** 24:5 33:8
34:13 38:10 48:20
56:10 67:16,21
88:10 102:18

104:14 115:4 120:9
144:3

**things** 23:18
33:18 37:18,21
38:21 54:12 56:4,19
65:13 68:9 89:2
103:9 104:10
108:22,23 125:9
135:9 136:21
143:15

**thinking** 49:6
53:17 73:18 144:3

**thinks** 31:14

**thought** 34:3

**thoughts** 135:3

**thousand** 120:8

**throwing** 140:1

**thumb** 128:12

**tight** 35:18

**Timber** 10:10
11:20

**time** 17:13 22:15
37:23 38:12 44:11
47:3 55:4 56:12,23
57:6 66:1 70:1 72:4,
15 78:22 83:15 85:8
87:23 88:19 97:3
100:7,14,25 104:10,
18 110:8,25 111:14
119:5 126:6 129:5
133:19,22 136:12,
22 141:7 142:4
146:4

**times** 42:4 58:9
97:20 134:22
140:14

**tipped** 27:1

**title** 72:3,9,10
74:25 77:20

**today** 14:13 43:12
56:9 89:8,9 90:10
101:14 113:19

**told** 71:13 73:15,
16 83:9

**top** 25:7 33:21
34:9,24 35:15 51:2

61:2,3 77:18 99:12,
22 105:19 112:4
132:20 143:25

**total** 88:15 122:13,
15,16 123:16 124:2,
22

**touch** 34:10 48:6
63:8

**touching** 63:3
69:15

**track** 13:22 127:4
138:11

**tracking** 127:9,
10

**trade** 47:18,19
49:4 78:19 79:1,18,
21 80:1,5,6 107:24

**trademark** 21:19

**traditionally**
70:9

**train** 127:16

**trained** 127:8

**transaction**
111:25

**transfer** 81:21,25
82:18

**transform**
115:11

**transpired**
65:13 72:19

**traveled** 17:11

**tremendous**
88:19

**trend** 87:10,12

**trends** 100:23
102:24 103:2,4

**trial** 46:7

**triggers** 47:25

**trip** 16:21

**trips** 88:11,15,18

**true** 54:13 123:12

**trust** 40:8

**turn** 26:4 96:3

**turns** 131:16

**TV** 140:24

**two-sided** 41:5
50:14

**type** 121:6,8

**types** 46:5 67:20
111:8

**typical** 80:6
100:17

**typically** 19:23
43:8 45:10 53:20
71:1 78:23 79:20
80:12 99:8 117:2
121:17 130:19
131:2

**typos** 119:10

**U**

**U.S.** 17:12,13,17
39:21,23 79:3

**UK** 38:5

**unclear** 66:21
68:2

**understand**
11:6,8 20:24 23:12
32:8 42:10 64:10
70:6 109:21 128:2

**understanding**
42:15 60:16 68:12
82:3 85:22 86:13,20
87:2

**Understood**
22:7

**unique** 60:10
67:6,7

**uniquely** 69:3

**unit** 121:11 128:1
143:22

**United** 37:25 38:3
78:15 85:23 87:8

**units** 120:24
122:12,19

**University** 13:7
16:19

**unknown** 114:12

**unlike** 100:22

**upper** 26:25

**upright** 26:24

**upwardly** 34:25

**USU** 25:7

**V**

**VA** 18:11 77:16

**vague** 102:11

**vane** 26:8,14

**variables** 109:24
110:21

**variation** 66:2,4

**variations** 64:22
65:8 109:20

**vast** 108:1 110:24
125:18

**Vegas** 81:12,14,
16

**venue** 80:9

**verbally** 11:3

**verbiage** 24:24
102:5 112:5,20
113:5 119:16

**versatile** 71:5

**version** 44:17
46:9,11 59:24
118:25

**versus** 19:14
68:25 71:5 90:3
124:10,15

**view** 36:2 66:11
88:6

**visibility** 144:6

**visiting** 127:7

**volume** 94:25
111:9 125:5,8
130:23

**W**

**wait** 115:3

**walk** 48:5

**walking** 49:3

**wallet** 105:9
122:3

**wallets** 47:5
122:7

**wanted** 20:19
37:19,21 38:8 40:5
55:9 58:14,23 60:2
106:12 116:9
140:15 144:9,23

**warehouse**
110:7

**Washington**
10:11 11:21 12:7,9,
10

**watched** 20:10

**ways** 37:2 67:21
89:20 97:25 109:18
131:1

**wearing** 49:5
71:5 114:19

**web** 28:7

**webbed** 26:25

**website** 70:13
91:14 110:11
141:16,20,24

**Webster's** 28:19

**week** 80:22

**weeks** 80:4

**white** 41:3 59:19
61:24,25 63:13
84:10 117:18 118:3

**whites** 77:1

**wholesale** 78:23
122:22 123:4,11,23,
24,25 124:3,10,15

BHASKAR BASU

November 21, 2016
Index: wife..zoned

125:2

**wife** 17:22 38:15,
16 39:2 68:6,8 69:9

**Williamson**
118:4

**win/win** 131:8

**winter** 90:15

**withdraw** 16:7
89:3 104:16

**woman** 44:20

**women** 47:22

**wondering**
88:24

**word** 15:16 23:7,
25 72:3 74:8 77:20
90:24 97:12,13,18
98:3 99:9

**worded** 85:11

**words** 11:5 21:5,
25 22:24 44:23 72:9
77:21 81:20,23
99:18

**work** 17:20 19:20,
25 39:12 41:21
54:5,25 59:17 73:24
80:16 87:17 89:8
90:5 93:12,24 94:13
126:15,16 127:13
136:25 141:2
142:13

**working** 16:6
19:8,12 49:19,23
56:2 79:3 88:2

**works** 19:21 21:4
73:20 85:6 86:15
87:20 94:25 131:1

**world** 36:2 60:5
61:24 69:16 70:10
80:7 87:11 100:21

**wrap** 132:8

**wrinkle** 54:9

**write** 96:22

**written** 24:19
99:1 115:16 123:15

**wrote** 73:13 119:6

**WSA** 81:13

---

**Y**

**year** 16:16 38:2,6
39:1 69:19,20 77:25
78:4 88:13,14,22
89:19 90:4 97:2
107:15 116:14,16
118:22,25 121:1,2,5
133:23

**Year's** 79:13

**years** 16:5 17:15
19:10 20:9 38:23
49:1 80:23 96:7,10
101:15 102:1
112:11,24 115:9
123:7

**yellow** 33:2

**York** 10:4 81:15

---

**Z**

**Zappos.com**
91:6

**zoned** 58:21