UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
                                                      :
THE BASU GROUP INC.,                                  :
                                                      :
                              Plaintiff,              :          Civil Action No.
                                                      :          16-cv-00461-PGG
             v.                                       :
                                                      :
SEVENTH AVENUE, INC.                                  :          <u>JURY DEMANDED</u>
                                                      :
                              Defendant.              :
-----------------------------------------------------------------X


**DEFENDANT'S CUMULATIVE APPENDIX IN SUPPORT OF DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

**PAGES 128-158**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VA 1-652-678

**Effective date of
registration:**

February 10, 2009

---

## Title

**Title of Work:** Peacock Feather #1

## Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** January 1, 2008     **Nation of 1st Publication:** United States

## Author

**Author:** The Basu Group Inc.

**Author Created:** 2-D artwork

**Work made for hire:** Yes

**Domiciled in:** United States

**Author:** Societe Maison De Cuir

**Author Created:** 2-D artwork

**Work made for hire:** Yes

**Domiciled in:** India

**Author:** Soumitra Roy

**Author Created:** 2-D artwork

**Work made for hire:** No

**Domiciled in:** India

## Copyright claimant

**Copyright Claimant:** The Basu Group Inc.

2227 US Highway One, #162, North Brunswick, NJ, 08902, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Def. Cumul. App'x 128**

DEPOSITION EXHIBIT
2
11 /21 / 1C
Rich Germosen, CCR, CRCR, CRR, RMR

Page 1 of 2

TBG000001

**Organization Name:** The Basu Group Inc.

**Name:** To whom it may concern

**Address:** 2227 US Highway One

#162

North Brunswick, NJ 08902  United States

## Certification

**Name:** Michael R. Gilman

**Date:** February 6, 2009

**Correspondence:** Yes

**Def. Cumul. App'x 129**

TBG000002



Def. Cumul. App'x 138

TBG000003

t>1

Defendant's Exhibit 4

**Def. Cumul. App'x 131**



DEPOSITION EXHIBIT
4
11 / 21 / 16
Rich Germosen, CCR, CRCR, CRR, RMR

**PEACOCK FEATHERS - Inspirations**



**Def. Cumul. App'x 132**



TBG0001288

**Def. Cumul. App'x 133**





**Def. Cumul. App'x 134**

TBG0001289



**Def. Cumul. App'x 135**

TBG0001290



**Def. Cumul. App'x 136**



http://www.loupiote.com/burningman/photos/2832430572.shtml

Photo taken at the **burning man festival** 2008 (Black Rock Desert, Nevada).

Photo © Tristan Savatier - All Rights Reserved

**Def. Cumul. App'x 137**



TBG0001293

**Def. Cumul. App'x 138**



**Def. Cumul. App'x 139**

TBG0001294

Defendant's Exhibit 5

**Def. Cumul. App'x 140**



DEPOSITION EXHIBIT
5
11 / 21 /16
Rich Germosen, CCR, CRCR, CRR, RMR



SA001209

Defendant's Exhibit 6

**Def. Cumul. App'x 142**





Def. Cumul. App'x 143

TBG - 1623