Defendant's Exhibit 9

Def. Cumul. App'x 144



DEPOSITION EXHIBIT
9
11/21/16
Rich Germosen, CCR, CRCR, CRR, RMR

## AGREEMENT AND ASSIGNMENT

THIS AGREEMENT AND ASSIGNMENT (hereinafter "Agreement") is made this 29th day of November, Two Thousand and Eight BETWEEN MRS. ROMA BASU wife of Swapan Basu residing at 10/1, Gurusaday Road, Kolkata – 700 019 and carrying on business under the name and style of SOCIETE MAISON DE CUIR as sole proprietor having its registered office at 75, Topsia Road South, 'Millat Nagar', Kolkata 700 046, West Bengal, India which expression shall unless excluded by or repugnant to the meaning and context herein shall deem to include her heirs, executors, nominees and assigns hereinafter referred to as the party of the FIRST PART and THE BASU GROUP, INC. having its registered office at C/O Access Storage 534, Milltown Road, Unit-220, North Brunswick, New Jersey 08902, USA which expression shall unless excluded by or repugnant to the meaning and context herein be deemed to include its officers in interest hereinafter referred to as party of the SECOND PART.

WHERE AS: The party of the First Part is a manufacture, designer and exporter of leather goods who has for many years worked for the party of the Second Part in the task of creating new works of art for use by the party of the Second Part in the party of the Second Part's business under an oral agreement which made all such works, and any contributions thereto, created or developed by the party of the First Part works made for hire and/or the property of the party of the Second Part.

WHERE AS: The party of the Second Part is engaged in trading, designing, distribution, hirer and sale of leather goods throughout the world, and in particular, in the United States of America and the European Union.

CONFIDENTIAL                    TBG - 32

**NOW, THEREFORE**, in consideration of the foregoing, and of the mutual covenants hereinafter set forth, the receipt and sufficiency of which are hereby acknowledged, and to memorialize the party of the First Part's above obligations under her oral agreement with the party of the Second Part, the parties agree as follows:

1. The party of the First Part does hereby *nun pro tunc* transfer all her right, title and interest in the artworks, designs and colour schemes related to the artworks and designs, including all contributions thereto and/or derivatives thereof (hereinafter collectively "the Works") as of the day of there individual creations, which are listed in the Schedule attached hereto, including all copyright rights to the Works in any and all countries.

2. The party of the First Part agrees to transfer to the party of the Second Part all right, title and interest she has in future contributions to any artworks and/or designs she creates at the request of the party of the Second Part (hereinafter "the Future Works") including all copyright rights in the Future Works.

3. The party of the First Part further agrees herein to execute all additional documents, if any, deemed by the party of the Second Part to be needed to effectuate any of the above transfers in the Works or the Future Works to the party of the Second Part, in any country.

**CONFIDENTIAL**                    **TBG - 33**

4. The party of the First Part herein represents and warrants, that to the best of her knowledge and belief, the Works are original to her and were created by her and do not infringe upon any copyright of others, and she has not previously granted any rights in the Works to any other person, firm or corporation.

5. The Works are accordingly hereby transferred infavour of the party of the Second Part, who accepts and acknowledges said transfer and the party of the First Part shall hereinafter have no claim for copyright ownership or infringement in any of the Works as against the party of the Second Part or its agents, nominees or assigns.

PARTY OF THE FIRST PART:

Signature:

Name: Roma Basu, Proprietor, Societe Maison De Cuir

Date: November 29, 2008

PARTY OF THE SECOND PART:

Signature:

Name: Bhaskar Basu, President, The Basu Group, Inc.

Date: November 29, 2008

CONFIDENTIAL                                    TBG - 34

## AGREEMENT AND ASSIGNMENT

THIS AGREEMENT AND ASSIGNMENT (hereinafter "Agreement") is made this 29th day of November, Two Thousand and Eight BETWEEN MRS. ROMA BASU wife of Swapan Basu residing at 10/1, Gurusaday Road, Kolkata – 700 019 and carrying on business under the name and style of SOCIETE MAISON DE CUIR as sole proprietor having its registered office at 75, Topsia Road South, 'Millat Nagar', Kolkata 700 046, West Bengal, India which expression shall unless excluded by or repugnant to the meaning and context herein shall deem to include her heirs, executors, nominees and assigns hereinafter referred to as the party of the FIRST PART and THE BASU GROUP, INC. having its registered office at C/O Access Storage 534, Milltown Road, Unit-220, North Brunswick, New Jersey 08902, USA which expression shall unless excluded by or repugnant to the meaning and context herein be deemed to include its officers in interest hereinafter referred to as party of the SECOND PART.

WHERE AS: The party of the First Part is a manufacture, designer and exporter of leather goods who has for many years worked for the party of the Second Part in the task of creating new works of art for use by the party of the Second Part in the party of the Second Part's business under an oral agreement which made all such works, and any contributions thereto, created or developed by the party of the First Part works made for hire and/or the property of the party of the Second Part.

WHERE AS: The party of the Second Part is engaged in trading, designing, distribution, hirer and sale of leather goods throughout the world, and in particular, in the United States of America and the European Union.

CONFIDENTIAL

**NOW, THEREFORE**, in consideration of the foregoing, and of the mutual covenants hereinafter set forth, the receipt and sufficiency of which are hereby acknowledged, and to memorialize the party of the First Part's above obligations under her oral agreement with the party of the Second Part, the parties agree as follows:

1. The party of the First Part does hereby *nun pro tunc* transfer all her right, title and interest in the artworks, designs and colour schemes related to the artworks and designs, including all contributions thereto and/or derivatives thereof (hereinafter collectively "the Works") as of the day of there individual creations, which are listed in the Schedule attached hereto, including all copyright rights to the Works in any and all countries.

2. The party of the First Part agrees to transfer to the party of the Second Part all right, title and interest she has in future contributions to any artworks and/or designs she creates at the request of the party of the Second Part (hereinafter "the Future Works") including all copyright rights in the Future Works.

3. The party of the First Part further agrees herein to execute all additional documents, if any, deemed by the party of the Second Part to be needed to effectuate any of the above transfers in the Works or the Future Works to the party of the Second Part, in any country.

**CONFIDENTIAL**

4.  The party of the First Part herein represents and warrants, that to the best of her knowledge and belief, the Works are original to her and were created by her and do not infringe upon any copyright of others, and she has not previously granted any rights in the Works to any other person, firm or corporation.

5.  The Works are accordingly hereby transferred infavour of the party of the Second Part, who accepts and acknowledges said transfer and the party of the First Part shall hereinafter have no claim for copyright ownership or infringement in any of the Works as against the party of the Second Part or its agents, nominees or assigns.

PARTY OF THE FIRST PART:

Signature:
Name:     Roma Basu, Proprietor, Societe Maison De Cuir
Date:     November 29, 2008

PARTY OF THE SECOND PART:

Signature:
Name:     Bhaskar Basu, President, The Basu Group, Inc.
Date:     November 29, 2008

CONFIDENTIAL

# AGREEMENT AND ASSIGNMENT

THIS AGREEMENT AND ASSIGNMENT (hereinafter "Agreement") is made this 29th day of November, Two Thousand and Eight BETWEEN SOUMITRA ROY son of Kalipada Roy by occupation Professional Artist residing at CO 174 Narayantala (East) Baguihati, Kolkata – 700 059, West Bengal, India hereinafter referred to as the "TRANSFEROR" which expression shall unless excluded by or repugnant to the meaning and context herein shall deem to include his heirs, executors, nominees and assigns of the FIRST PART and MRS ROMA BASU wife of Swapan Basu residing at 10/1, Gurusaday Road, Kolkata – 700 019 and carrying on business under the name and style of SOCIETE MAISON DE CUIR as sole proprietor having its registered office at 75, Topsia Road South, 'Millat Nagar', Kolkata 700 046, West Bengal, India hereinafter referred to as the "TRANSFEREE" which expression shall unless excluded by or repugnant to the meaning and context herein shall deem to include her heirs, executors, nominees and assigns of the SECOND PART and THE BASU GROUP INC., having its registered office at C/O Access Storage, 534 Milltown Road, Unit-220, North Brunswick, New Jersey 08902, USA hereinafter referred to as the "CONFIRMING PARTY" which expression shall unless excluded by or repugnant to the meaning and context herein be deemed to include its officers in interest of the THIRD PART.

CONFIDENTIAL                    TBG - 38

WHERE AS:  The Transferor is a professional artist, designer, sample developer, and creator, inter alia, contributing his expertise to the Transferee and who has for many years worked for Transferee in the task of creating new works of art for use by Transferee in Transferee's business under an oral agreement of employment which made all such works, and any contributions thereto, created or developed by Transferor works made for hire and/or the property of Transferee.

WHERE AS:  The Transferee is engaged in manufacturing, designing, and exporting Leather goods.

WHERE AS:  The Confirming Party is engaged in trading, designing, distributing, hirer and sale of leather goods throughout the world, and in particular, in the United States of America and the European Union.

**NOW, THEREFORE**, in consideration of the foregoing, and of the mutual covenants hereinafter set forth, the receipt and sufficiency of which are hereby acknowledged, and to memorialize Transferee's above obligations under his oral agreement with Transferor, the parties agree as follows:

1. The Transferor does hereby *nun pro tunc* transfer all his right, title and interest in the artwork, designs and colour schemes related to the artwork or designs including all contributions thereto and/or derivatives thereof (hereinafter collectively "the Works") as of the day of there individual creations, which Works and creation dates are listed in the Schedule attached hereto, including all copyright rights to the Works in any and all countries.

2. The Transferor agrees to transfer to the Confirming Party all right, title and interest he has in future artworks, designs and colour schemes related to the artworks or designs, including all contributions thereto and/or derivatives thereof he creates at the request of either the Transferee or the Confirming Party (hereinafter collectively "the Future Works") including all copyright rights in the Future Works in any and all countries.

3. The Transferor further agrees herein to execute all additional documents, if any, deemed by the Confirming Party to be needed to effectuate any of the above transfers in the Works or the Future Works to either the Transferee or the Confirming Party, respectively, in any country.

4. In case the Transferee transfers the Works to the Confirming Party or its nominees or assigns, the Transferor will have or make no abjection or assert any form of infringement.

CONFIDENTIAL    TBG - 40

5. Transferor herein represents and warrants, that to the best of his knowledge and belief, the Works are original to him and were created by him and do not infringe upon any copyright of others, and he has not previously granted any rights in the Works to any other person, firm or corporation.

TRANSFEROR:

Signature: _____

Name: Soumitra Roy

Date: November 29, 2008

TRANSFEREE:

Signature: _____

Name: Roma Basu, Proprietor, Societe Maison De Cuir

Date: November 29, 2008

CONFIRMING PARTY:

Signature: _____

Name: Bhaskar Basu, President, The Basu Group, Inc.

Date: November 29, 2008

**Def. Culuml.Appl4x 154**

**CONFIDENTIAL**                    **TBG - 41**

**Schedule A**

| Art Title | Creation Date | Offer for Sale | Reference/Remarks |
|---|---|---|---|
| Abstract Twilight # 1 | June 15, 2000 | September 25, 2000 | 272 |
| Premium Native Rose # 1 | June 15, 2000 | September 25, 2000 | |
| Premium Orchid | June 15, 2000 | September 25, 2000 | |
| Abstract Wheel | June 15, 2000 | September 25, 2000 | 1006-A, 1013-A |
| Abstract Arrow | June 15, 2000 | September 25, 2000 | 257-A |
| Abstract Martini | June 15, 2000 | September 25, 2000 | 338-A |
| Open Butterfly # 1 | June 15, 2000 | September 25, 2000 | 292, 1013 |
| Spotted Butterfly | June 15, 2000 | September 25, 2000 | 1008, 1006 |
| Garden Rose # 1 | June 15, 2000 | September 25, 2000 | 319 |
| Wild Flower # 1 | June 15, 2000 | September 25, 2000 | 247, 288 |
| Wild Flower # 2 | June 15, 2000 | September 25, 2000 | 338 |
| Wild Flower # 3 | June 15, 2000 | September 25, 2000 | 292 |
| Ancient Egyptian # 1 | June 14, 2002 | August 1, 2002 | 1024, 330 |
| Ancient Egyptian # 2 | June 14, 2002 | August 1, 2002 | 247 |
| Abstract Floral Butterfly | June 14, 2002 | August 1, 2002 | 204, 255 |
| Abstract Twilight # 2 | June 14, 2002 | August 1, 2002 | 343 |
| Twilight | June 14, 2002 | August 1, 2002 | 343 |
| Eight formation for Twilight | June 14, 2002 | August 1, 2002 | 343 |
| Abstract Butterfly | November 10, 2002 | January 1, 2003 | 354 |
| Abstract Tornado | November 10, 2002 | January 1, 2003 | 355 |
| Abstract Still Life # 1 | November 10, 2002 | January 1, 2003 | 342 |
| Abstract Still Life # 2 | November 10, 2002 | January 1, 2003 | 330 |
| Abstract Still Life # 3 | November 10, 2002 | January 1, 2003 | 255 |
| Abstract Still Life # 4 | November 10, 2002 | January 1, 2003 | 202 |
| Floral China | November 10, 2002 | January 1, 2003 | 335 |
| Abstract Smoke | November 10, 2002 | January 1, 2003 | 260, 382 |
| Premium Hibiscus | June 25, 2003 | August 1, 2003 | 363, 319, 1035 |
| Hibiscus # 1 | June 25, 2003 | August 1, 2003 | |
| Garden Rose # 2 | June 25, 2003 | August 1, 2003 | 332 |
| Premium Marine # 1 | June 25, 2003 | August 1, 2003 | 247 |
| Premium Marine # 2 | June 25, 2003 | August 1, 2003 | 356 |
| Paisley # 1 | June 25, 2003 | August 1, 2003 | 354, 365 |
| Premium Paisley | June 25, 2003 | August 1, 2003 | 354 |
| Premium Safari with Leopard | June 25, 2003 | August 1, 2003 | 369 |
| Leopard | June 25, 2003 | August 1, 2003 | 369 |
| Abstract Still Life # 5 | June 25, 2003 | August 1, 2003 | 366 |
| Abstract Mixed Color # 1 | June 25, 2003 | August 1, 2003 | 363 |
| Premium Native Rose # 2 | June 25, 2003 | August 1, 2003 | 333, 331 |
| Abstract Arab Dancer | June 25, 2003 | August 1, 2003 | 370 |
| Retro Stripes # 1 | October 15, 2003 | January 1, 2004 | 372 |
| Retro Stripes # 2 | October 15, 2003 | January 1, 2004 | 358 |
| Retro Stripes # 3 | October 15, 2003 | January 1, 2004 | 1035 |
| Retro Stripes # 4 | October 15, 2003 | January 1, 2004 | 381 |
| Retro Stripes # 5 | October 15, 2003 | January 1, 2004 | 365 - RSB |
| Retro Polka # 1 | October 15, 2003 | January 1, 2004 | 1029, 368 |
| Retro Flower # 1 | October 15, 2003 | January 1, 2004 | 2035 |

CONFIDENTIAL

## Schedule A

| | | | |
|---|---|---|---|
| Retro Flower # 2 | October 15, 2003 | January 1, 2004 | 354 |
| Retro Lotus # 1 | October 15, 2003 | January 1, 2004 | 371, 380 - RSB |
| Retro Butterfly # 1 | October 15, 2003 | January 1, 2004 | 355 |
| Retro Butterfly # 2 | October 15, 2003 | January 1, 2004 | 376 |
| Side Butterfly # 1 | October 15, 2003 | January 1, 2004 | 355 |
| Side Butterfly # 2 | October 15, 2003 | January 1, 2004 | 376 |
| Open Butterfly # 2 | October 15, 2003 | January 1, 2004 | 376 |
| Retro Hibiscus # 1 | October 15, 2003 | January 1, 2004 | 375 |
| Premium Xmas | October 15, 2003 | January 1, 2004 | |
| Retro Square # 1 | October 15, 2003 | January 1, 2004 | 379 |
| Retro Stripes # 6 | January 15, 2004 | May 1, 2004 | 362, 381 |
| Retro Stripes # 7 | January 15, 2004 | May 1, 2004 | 365-RSP |
| Retro Polka # 2 | January 15, 2004 | May 1, 2004 | 363 |
| Retro Lotus # 2 | January 15, 2004 | May 1, 2004 | 371-RSP |
| Cat # 1 | June 15, 2004 | August 1, 2004 | |
| Cat # 2 | June 15, 2004 | August 1, 2004 | |
| Dog # 1 | June 15, 2004 | August 1, 2004 | |
| Dog # 2 | June 15, 2004 | August 1, 2004 | |
| Safari Leaf # 1 | October 10, 2004 | January 1, 2005 | 355. 382 |
| Abstract Tumbler # 1 | October 10, 2004 | January 1, 2005 | 363-AC |
| Abstract Window | October 10, 2004 | January 1, 2005 | 387, 386 |
| Retro Premium Paisley | October 10, 2004 | January 1, 2005 | 383, 1029 |
| Open Butterfly # 3 | October 10, 2004 | January 1, 2005 | 357 |
| Open Butterfly # 4 | October 10, 2004 | January 1, 2005 | 386 |
| Open Dragon Fly # 1 | October 10, 2004 | January 1, 2005 | 386 |
| Open Butterfly # 5 | October 10, 2004 | January 1, 2005 | 1037 |
| Premium Paisley Green | June 1, 2005 | August 1, 2005 | |
| Premium Paisley Orange | June 1, 2005 | August 1, 2005 | |
| Retro Butterfly # 3 | June 1, 2005 | August 1, 2005 | |
| Retro Lotus # 3 | June 1, 2005 | August 1, 2005 | orange |
| Retro Lotus # 4 | June 1, 2005 | August 1, 2005 | blue |
| Retro Polka # 3 | June 1, 2005 | August 1, 2005 | 331-orange |
| Retro Stripes Antique # 1 | June 1, 2005 | August 1, 2005 | Flower |
| Retro Stripes Antique # 2 | June 1, 2005 | August 1, 2005 | Butterfly |
| Retro Butterfly # 3 | June 1, 2005 | August 1, 2005 | 355, 357 in purple |
| Open Butterfly # 6 | June 1, 2005 | August 1, 2005 | 355-Purple |
| Side Butterfly # 3 | June 1, 2005 | August 1, 2005 | 355 |
| Premium Paisley Pink | October 1, 2005 | January 1, 2006 | |
| Premium Paisley Blue | October 1, 2005 | January 1, 2006 | |
| Abstract Pearl | October 1, 2005 | January 1, 2006 | 390, 389 |
| Abstract Pyramid | October 1, 2005 | January 1, 2006 | 391 |
| Floral Safari # 1 | May 1, 2006 | July 15, 2006 | 390 |
| Floral Safari # 2 | May 1, 2006 | July 15, 2006 | 382 |
| Wild Flower # 4 | May 1, 2006 | July 15, 2006 | main flower in PFS (390) |
| Wild Flower # 5 | May 1, 2006 | July 15, 2006 | 2nd flower in PFS (390) |
| Premium Paisley Pewter | May 1, 2006 | July 15, 2006 | |

**Def. Cumul. App'x 156**

CONFIDENTIAL

**Schedule A**

| | | | |
|---|---|---|---|
| Premium Paisley Bronze | May 1, 2006 | July 15, 2006 | |
| Retro Lotus # 5 | May 1, 2006 | July 15, 2006 | antique |
| Retro Lotus # 6 | May 1, 2006 | July 15, 2006 | pewter |
| Premium Rose Antique | September 25, 2006 | January 1, 2007 | 257, 357 etc. |
| Rose # 4 | September 25, 2006 | January 1, 2007 | 349 - orange |
| Rose # 5 | September 25, 2006 | January 1, 2007 | 357 - red rose |
| Rose # 6 | September 25, 2006 | January 1, 2007 | 349 - blue |
| Premium Safari Collage # 1 | September 25, 2006 | January 1, 2007 | 400, 395 |
| Bamboo Print | September 25, 2006 | January 1, 2007 | 400 |
| Tiger Print | September 25, 2006 | January 1, 2007 | 400 |
| Giraffe Print # 1 | September 25, 2006 | January 1, 2007 | 400 |
| Abstract Twilight # 3 | September 25, 2006 | January 1, 2007 | 411 |
| Zig Zag Circle | September 25, 2006 | January 1, 2007 | 411 |
| Premium Orchid on Chocolate | April 15, 2007 | July 1, 2007 | 349 |
| Orchid # 1 | April 15, 2007 | July 1, 2007 | 349 |
| Tattoo Butterfly on Butterfly | April 15, 2007 | July 1, 2007 | 394 |
| Open Butterfly # 7 | April 15, 2007 | July 1, 2007 | 394 |
| Side Butterfly # 4 | April 15, 2007 | July 1, 2007 | 408 POC |
| Abstract Lava | April 15, 2007 | July 1, 2007 | 407 |
| Tattoo Rose on Denim | April 15, 2007 | July 1, 2007 | |
| Garden Rose # 3 | April 15, 2007 | July 1, 2007 | orange rose on 400 |
| Premium Hibiscus Antique # 1 | September 15, 2007 | January 1, 2008 | 371 |
| Hibiscus # 2 | September 15, 2007 | January 1, 2008 | 371, 363 - Blue |
| Peacock Feather # 1 | September 15, 2007 | January 1, 2008 | |
| Peacock Safari # 1 | September 15, 2007 | January 1, 2008 | 430 |
| Peacock Safari # 2 | September 15, 2007 | January 1, 2008 | 414 |
| Peacock Flower # 1 | September 15, 2007 | January 1, 2008 | 419 |
| Peacock Flower # 2 | September 15, 2007 | January 1, 2008 | 431 |
| Collage # 1 | September 15, 2007 | January 1, 2008 | 417 |
| Collage # 2 | September 15, 2007 | January 1, 2008 | 415 |
| Collage # 3 | September 15, 2007 | January 1, 2008 | 424 |
| Collage # 4 | September 15, 2007 | January 1, 2008 | 425 |
| Collage # 5 | September 15, 2007 | January 1, 2008 | 1043 |
| Abstract Tumbler # 2 | September 15, 2007 | January 1, 2008 | 422 |
| Abstract Half Circle | September 15, 2007 | January 1, 2008 | 430 |
| Etherial Butterfly | April 1, 2008 | July 1, 2008 | EBF |
| Angel Wings | April 1, 2008 | July 1, 2008 | AGW |
| Open Butterfly # 8 | April 1, 2008 | July 1, 2008 | EBF - Orange Yellow |
| Open Butterfly # 9 | April 1, 2008 | July 1, 2008 | EBF - Green |
| Open Butterfly # 10 | April 1, 2008 | July 1, 2008 | EBF - Blue Purple |
| Open Butterfly # 11 | April 1, 2008 | July 1, 2008 | EBF - Pink Orange |
| Open Butterfly # 12 | April 1, 2008 | July 1, 2008 | AGW - Blue / Orange |
| Open Butterfly # 13 | April 1, 2008 | July 1, 2008 | PKB |
| Open Butterfly # 14 | April 1, 2008 | July 1, 2008 | TRP - 4007 |
| Open Butterfly # 15 | April 1, 2008 | July 1, 2008 | TRP - 4003 - Dragob Butterfly |
| Side Butterfly # 5 | April 1, 2008 | July 1, 2008 | EBF |
| Side Butterfly # 6 | April 1, 2008 | July 1, 2008 | AGW |

Def. Cumill App. 8157

CONFIDENTIAL

# Schedule A

| Side Butterfly # 7 | April 1, 2008 | July 1, 2008 | PKB |
|---|---|---|---|
| Side Butterfly # 8 | April 1, 2008 | July 1, 2008 | TRP - Blue, Red Purple |
| Peacock Feather # 2 | April 1, 2008 | July 1, 2008 | PKB |
| Peacock Butterfly # 1 | April 1, 2008 | July 1, 2008 | PKB |
| Tropical Paradise | April 1, 2008 | July 1, 2008 | 4003/7 |
| Wild Flower | April 1, 2008 | July 1, 2008 | 4003 |

**Def. Cumul. App'x 158**

CONFIDENTIAL   TBG - 45