**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **THE BASU GROUP INC.,** | : | |
| **Plaintiff,** | : | **Civil Action No. 16-cv-00461-PGG** |
| **v.** | : | |
| **SEVENTH AVENUE, INC.** | : | **<u>JURY DEMANDED</u>** |
| **Defendant.** | : | |

**DEFENDANT'S CUMULATIVE APPENDIX IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

**PAGES 159-166**

# Defendant's Exhibit 12






The Basu Group, Inc
2227 U.S. Highway One # 162
North Brunswick, NJ 08902, USA
T: 866.403.1314 (US only)/ 908.517.9138
F: 908.926.2343 / 908.325.0436
w: anuschkaleather.com
E: customerservice@anuschkaleather.com
*THIS CATALOG IS NOT FOR SALE
Re-print July 2009 . anderson (info@andersonindia.com) +91 98317 78971
TBG - 135

ANUSCHKA HANDPAINTED GENUINE LEATHER





**371 PKF** (Peacock Flower)
**Medium Hobo**
Top zip entry. Inner zip pocket. Multi-function pocket. Rear zip pocket. Short handle. 11" Handle Drop. 12" x 8.25 x 4"



**433 SSW** (Spirit of South West)
**Hobo with Side Pockets**
Top zip entry. Inner zip pocket, cell and multipurpose pockets and key holder. Rear zippered pocket. Two , open deep side pockets. Adjustable shoulder strap. 10" to 17" Handle Drop.9"x 8.25"x 4.75"



**443 JPP** (Jaipur Paisley)
**Mini Multipocket Flap Satchel**
Top zip entry to central compartment. Two full length outer compartments with magnetic closure. Full length front pocket with magnetic fl ap closure. Two inside zippered pockets, cell and multipurpose pockets and key fob. Double rope handle. Handle drop 6.5". 12.25" x 5" x 5"



**444 TRL** (Tribal Lily)
**Draw String Shoulder Bag**
Top entry with magnetic closure. Inner zippered pocket, cell and multipurpose pockets and key fob. Double rope handle. 10.5" Handle Drop. 17.25"x10.5"x8"



**448 SSW** (Spirit of South West)
**Mini Travel Companion**
Main compartment with magnetic closure and key holder. Two full length zipped pockets in front. Front pocket has ID holder on interior wall. Large open rear slip pocket. Cross shoulder strap with 24" drop. Removable optical case. 6.5"x9"



**449 COL** (Collage)
**Large Shopper**
Two large compartments with top zip entry. Two inside zippered pockets,4 multipurpose pockets, one ID holder. Large, deep front pocket with magnetic closure and a vertical zipped pocket. Rear zippered pocket and slip in cell pocket. Double shoulder straps. Handle drop 12" Removable optical c[illegible] pouch. 15"x10"x4"

TBG - 136








**450 HWH(Hawaiian Hibiscus)**
**Medium Hobo**
Top zip entry to central compartments. Two zippered pockets in front. One inside zippered pocket with key fob. 5 multipurpose pockets. 4 CC pockets and pen holders. Handle drop 14.5"-17". Removable optical case and cosmetic pouch. 12"x7"x4"



**453 WHB (Wild Hibiscus)**
**Medium Shopper**
Top zip entry. Inside open wall pocket, zippered pocket, cell and multipurpose pocket, key fob. Rear zippered pocket. Handle drop 12.5". Brass feet at base.17"x11.25"x3.25"



**457 HWH (Hawaiian Hibiscus)**
**Medium Tote**
Top zip entry to large central compartment. Inside cell & multipurpose pockets. Zippered wall pocket. Detachable optical case & cosmetic pouch. Two full length outer compartments with magnetic closure. Two slip in side pockets. Rear zippered pocket & slip in cell pocket. Brass feet at base. Handle drop – 11.5". 14.75"x10.75"x4.25"



**458 COL (Collage)**
**Cross-Shoulder Organizer Satchel**
Top zip entry to central compartment with extended zipper. Inside zippered wall pocket. Cell & multipurpose pocket. Detachable optical case & cosmetic pouch. Front has a full length open pocket and an organizer compartment with all round zippered closure. Rear pocket with magnetic closure. Adjustable shoulder strap. Handle drop – 17" – 19.25"; 9.25"x10"x3"



**459 PFS (Premium Floral Safari)**
**Expandable Tote**



**459 WHB (Wild Hibiscus)**
**Expandable Tote**

Top entry with magnetic closure. Two full length side zippers for wider opening. Inside zippered wall pocket; zippered partition pocket; cell & multipurpose pocket; detachable optical case. Zippered pocket at the back. Double rope handle. Handle drop – 14.5". 9"x10"x5.5"

**TBG - 137**



**460 JPP**(Jaipur Paisley)
**Medium Hobo**
Top entry with magnetic closure. Inside zippered wall pocket. Cell & multipurpose pocket. Detachable optical case & cosmetic pouch. Front pocket with magnetic closure, rear zippered pocket. Detachable shoulder strap. Handle drop – 13" to 14". 11.5"x9"x3.5"



**463 PKF** (Peacock Floral)
**Half Moon Wristlet Clutch**



**463 TRL** (Tribal Lily)
**Half Moon Wristlet Clutch**

Top zip entry to central compartment. Inside 1 full length wall pocket and a small multipurpose pocket. Handle with detachable clip. Hand Held Strap drop – 6.5". 12"x6"x1.5"

**468 PFS** (Premium Floral Safari)
**Cross-Shoulder Small Organizer**
**Dimensions - 8" x 7" x 1.5"**



**468 SSW** (Spirit of SouthWest)
**Cross-Shoulder Small Organizer**
**Dimensions - 8" x 7" x 1.5"**



**470 PKF** (Peacock Floral)
**Large Bowling Bag**
**Dimensions - 15.5" x 11.5" x 6"**

**TBG - 138**








**4005 TRB** (Tribal Bloom)
**Pleated Hobo**
Top zip entry. Inside zippered wall pocket. Cell and multipurpose pocket. Key hook. Braided handle, drop 14". 19"X6.5X3.5"



**4001 TRB** (Tribal Bloom)
**Asymmetric Flap Bag**
Front flap with magnetic snap closure. Full length zip pocket at flap edge. 8" zip pocket on flap top. Top zip entry under flap. Inside zippered wall pocket. Multi purpose pocket. ID & Pen holders. Key hooks, rear zip pocket. Metal feet at base. Shoulder strap length 49.5". Handle drop 12"-24". 12.5"X9.25"X2.75".



**4000 IRB** (Irish Bliss)
**Shoulder Bag**
Top zip closure, Inside zip, wall cell phone & multipurpose pockets. Key hook. Rear zip pocket. Metal feet at base. Shoulder strap length 44". Handle drop 9.5"-20". 13.5"x12"x3.25"



**4006 IRB** (Irish Bliss)
**Draw String Tote**
Magnetic snap closure. Inside zippered partition pocket. Open wall pocket. Cell and multipurpose pocket. Key hook, metal feet at base. Handle drop 11.5". 12.5" x 10" x 5.5"

TBG - 139









471 HWH (Hawaiian Hibiscus)
Dimensions - 11" x 9" x 3"



472 AS (Abstract Sunset)
Dimensions - 12" x 9" x 5.5"



467 AS (Abstract Sunset)
Dimensions - 11.25" x 6" x 2.5"

TBG - 140








1077 TRB (Tribal Bloom)



1077 JPP (Jaipur Paisley)



1077 SSW (Spirit of SouthWest)



1078 HWH (Hawaiian Hibiscus)



1078 WHB (Wild hibiscus)



1078 PKF (Peacock Floral)



1078 COL (Collage)

TBG - 141