UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
:
THE BASU GROUP INC.,                        :
:
             Plaintiff,                        :        Civil Action No.
:        16-cv-00461-PGG
      v.                                          :
:
SEVENTH AVENUE, INC.                        :        **JURY DEMANDED**
:
             Defendant.                        :
---------------------------------------------------------------X

**DEFENDANT'S CUMULATIVE APPENDIX IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

**PAGES 167-211**

Defendant's Exhibit 13

Def. Cumul. App'x 167



Case 1:16-cv-00461-PGG   Document 79-5   Filed 05/05/17   Page 3 of 15

Def. Cumul. App'x 168



# The Five Stages to Crafting Designer Anuschka Accesssories



1. Anuschka leather accessories are carefully hand cut and exquisitely hand crafted from fine grain cowhide.



2. Our Quality team conducts meticulous production checks through all stages of fabrication.

**BEWARE OF COUNTERFEIT.** See page 6 for details.

3. Our trained artisans sketch each piece before painting the entire bag with exotic and original Anuschka art.



4. After each bag has been individually hand painted, it is inspected again to ensure that our high quality standards have been met.

5. A family member personally signs 'Anuschka' on each accessory as a reflection of our commitment towards the highest standard of quality before it leaves our workshop.

**Def. Cumul. App'x 169**

Copyright © 2000-2012, The Basu Group, Inc. All rights reserved.

TBG - 174



257 AT

257 PRA

257 SSW

257 DNP (NEW)

**SMALL ASYMMETRIC FLAP BAG - $177.00**
Magnetic snap closure. Front zip pocket under flap. 1 zippered compartment. Inner zip pocket. Adjustable shoulder strap. 20" handle drop. 8.5"x7.5"x3"



349 AC

349 PKL (NEW)

349 AGW

349 HFL

349 TRB

**SMALL MULTI COMPARTMENT ALL-ROUND ZIP - $172.00**
All-round zip entry. 4 open compartments with 1 zippered partition pocket. Inner zip pocket. Front zip pocket & rear open pocket. Sling handle with 21" handle drop. 10.5"x7"x2.5"

Def. Cumul. App'x 170

TBG - 175



357 AT         357 PFS         357 PKF

357 PS                        357 PRA

**MEDIUM V-TOP HOBO - $197.00**
Two top zip entry compartments. 1 magnetic snap entry compartment. 1 small open pocket and 1 vertical zip pocket in front. Inner zip pocket. Adjustable shoulder strap. 14.5" handle drop. 10.5"x10"x2"



382 AC         382 COL         382 PFS

**CLASSIC HOBO LARGE 171 - $190.00**
Top zip entry. Inner zip pocket & multi-purpose pocket. Rear zip pocket. Two, open deep side pockets. Wide shoulder strap. 11.5" handle drop. 9"x8.25"x4.75"

Copyright © 2000-2012, The Basu Group, Inc. All rights reserved.

ANUSCHKA | HANDPAINTED GENUINE LEATHER                                    3



371 AT             371 PHA

371 LPD            371 PKF

**MEDIUM TOP-ZIP HOBO - $179.00**
Top zip entry. Inner zip pocket. Multi-purpose pocket. Rear zip pocket.
Short handle with 11" handle drop. 12"x6.25"x4"



412 PKS       412 PRA       412 TGR       412 OPEN VIEW

**MINI SLING ORGANIZER - $185.00**
Flap over entry with magnetic closure. Expandable gusset opens wide to two compartments and a zippered partition pocket. Inside 8 CC pockets. Detachable key fob. Mirror under flap. Rear framed coin pocket.
Detachable shoulder strap. 5"x6"x2.5"

Def. Cumul. App'x 172

Copyright © 2000-2012, The Basu Group, Inc. All rights reserved.                TBG - 177

**ANUSCHKA | HANDPAINTED GENUINE LEATHER**   4


**419 TGR**


**419 HBF**


**419 PKF**

**EXTRA LARGE SHOPPER - $529.00**
Top zip entry. Inside zippered wall pocket, cell and multipurpose pocket.
Rear zip pocket. Handle drop 9.5". Metal feet at base. 19"x14"x4.5"


**421TRL**


**426 COL**

**LAPTOP ORGANIZER - $428.00**
All round zip entry. Inside zippered back wall pocket. 3 full length gusset pockets. ID and pen holders. Cell and multipurpose pockets. Removable padded laptop cushion. Front gusset pocket with magnetic flap entry. Inside pullout CC holder. Metal feet at base. Handle drop 12.5". 15.75"x12"x3.25".

**MULTI POCKET CONVERTIBLE SHOPPER - $495.00**
Flap open entry with magnetic closure. Inside zippered wall pocket. One wide open wall pocket, cell and multipurpose pocket. Front has two small flap pockets with magnetic closure. Two large flap pockets, with push lock closure. Small handle drop 5". Detachable shoulder strap. Metal feet at base. 16.75"x11"x4.25"


**430 PKS**


**430 MST**

**TWIN TOP STUDDED SHOPPER - $378.00**
Double zip entry to two large compartments. Back wall has zippered pocket. Inside front wall has cell and multi-purpose pocket. Rear zip pocket. Handle drop 12.25". Metal feet at base. 14.25"x9.25"x4"

Def. Cumul. App'x 173

Copyright © 2000-2012, The Basu Group, Inc. All rights reserved.

TBG - 178

**ANUSCHKA | HANDPAINTED GENUINE LEATHER**                                            5



432 AS   432 HBF   432 PKS   432 WHA   432 JPP

**MEDIUM ASYMMETRIC FLAP BAG – $241.00**
Top zip entry under magnetic flap closure. Front zip pocket under flap. Inside zippered wall pocket, cell and multipurpose pocket and key holder. Rear zippered pocket. Adjustable shoulder strap. 20.5" to 22.5" handle drop. 10.5"x9.5"x3.75"

*Testimonials*

"I started my obsession with Anuschka handbags maybe 2 weeks ago. I purchased two of them. One vintage Abstract and a newer Abstract Twilight. You cannot pry them from my hands! I think my next move is the Butterfly collection. My other designer bags have now taken a backseat. The artwork and vibrant colors are just brilliant!" – Laurie M.

"The artwork is gorgeous and original. The quality of the leather and craftmanship is the best I have ever seen – and I am comparing it to bags at least twice the price. No wonder I am hooked. I just found your leather protection spray which I will be ordering to protect my new Mermaid Tote and the others in my "artwork" collection. Thank you and please keep up the good work!" – Vivian C

**Def. Cumul. App'x 174**

Share your experience on facebook.com/anuschkaleather!

Copyright © 2000-2012, The Basu Group, Inc. All rights reserved.

TBG - 179

**ANUSCHKA | HANDPAINTED GENUINE LEATHER**  6



433 HFL   433 PKF   433 MST (NEW)

433 JPP   433 LMM   433 SSW

**CLASSIC HOBO WITH STUDDED SIDE POCKETS - $215.00**
Top zip entry. Inner zip pocket, cell and multipurpose pockets, key holder. Rear zippered pocket. Two open, deep side pockets. Adjustable shoulder strap. 10" to 17" handle drop. 9"x 8.25" x 4.75"



435AGW   435 LPD

**SMALL SHOULDER BAG $175.00**
Top zip entry. Inside zippered wall pocket, cell and multipurpose pocket and key holder. Rear zippered pocket. Double rope handle. 9.25" Handle Drop. 13.5"x6.75"x2.5"

Def. Cumul. App'x 175

Copyright © 2000-2012, The Basu Group, Inc. All rights reserved.

TBG - 180



Enchanted Forest Fairy- There are thousands of fascinating legends around the world about these fascinating, supernatural creatures. Some believe they are fallen angels while some believe they are wandering souls. We imagined our mythical fairy as a spirit of nature- sitting alone in a magical forest surrounded by enchanted plants and shimmering dragonflies.

Def. Cumul. App'x 176

TBG - 181

Case 1:16-cv-00461-PGG   Document 79-5   Filed 05/05/17   Page 12 of 15

**ANUSCHKA** | HANDPAINTED GENUINE LEATHER

8

  

| 436 HBF | 436 LMM (NEW) | 436 SFS (NEW) |

**SLIM CROSS SHOULDER BAG - $177.00**
Top zip entry. Inside zippered wall pocket, cell and multipurpose pocket and key holder. Front slip pocket. Rear zippered pocket. Adjustable shoulder strap. 21.5" to 27" Handle Drop. 9"x10.5"

  

| 437 COL | 437 DNP (NEW) | 437 TRL |

**VINTAGE FOLD OVER SLOUCH - $250.00**
Top entry with dog clip closure. Inside zippered pocket, cell and multipurpose pocket and key holder. Front slip pocket. Rear zippered pocket. Short shoulder strap. Handle drop 9.5". 15.5" x 6.75" x 4.25"



**ANUSCHKA LEATHER PROTECTOR $15**

The Anuschka Leather Protector™ is a non-silicon and non-CFC based spray which has been specially developed to preserve the rich colors and the suppleness of the leather. It protects the vibrant art while allowing the leather to breathe. Can be used on our unique hand painted leather accessories and any other fine leather items.

**Def. Cumul. App'x 177**

Copyright © 2000-2012, The Basu Group, Inc. All rights reserved.

TBG - 182

ANUSCHKA | HANDPAINTED GENUINE LEATHER

9



440 COL

440 LPD

440 SFS (NEW)

**BRAIDED HANDLE LARGE RUCHED HOBO - $316.000**
Wide top entry with double magnetic closure. Inside two zippered pockets, cell and multipurpose pockets, an open pocket and key holder. Double twisted rope handle. 8" handle drop. 21"x9"x4.25"



443 HFL

443 JPP

443 PKF

**MINI MULTI POCKET FLAP SATCHEL $204.00**
Top zip entry to central compartment. Two full length outer compartments with magnetic closure. Full length front pocket with magnetic flap closure. Two inside zippered pockets, cell and multipurpose pockets and key holder. Double rope handle. Handle drop 6.5". 12.25" x 5" x 5"

Copyright © 2000-2012, The Basu Group, Inc. All rights reserved.

ANUSCHKA | HANDPAINTED GENUINE LEATHER                                   10



447 AS          447 PKS          447 PRA          447 WHA

**SMALL DOUBLE ZIP TRAVEL CROSSBODY - $141.00**
Top zip entry to main compartment. Inside zippered wall pocket, 3 multipurpose pockets. Two full length front zippered pockets. Rear optical case and slip in cell pocket. Adjustable shoulder strap with 21" - 23" handle drop. 9.5"x9.5"x2"

Def. Cumul. App x 179



448 AC          448 PKS          448 SSW

448 HFL                         448 FLJ

**MINI DOUBLE ZIP TRAVEL CROSSBODY - $91.00**
Main compartment with magnetic closure and key holder. Two full length zipped pockets in front. Front pocket has ID holder on interior wall. Large open rear slip pocket. Cross shoulder strap with 24" drop. Removable optical case. 6.5"x9"

Copyright © 2000-2012, The Basu Group, Inc. All rights reserved.                TBG - 184



449 AC  449 COL  449 TRL

**LARGE DOUBLE ENTRY SHOPPER - $275.00**

Two large compartments with top zip entry. Two inside zippered pockets, 4 multipurpose pockets, one ID holder, key holder. Large deep front slip pocket with magnetic closure and a vertical zipped pocket (Can be used for umbrellas). Rear zippered pocket and slip in cell pocket. Double shoulder straps. Handle drop 12". Removable optical case and cosmetic pouch. 15"x10"x4"



450 AS  450 FLJ (NEW)

450 PRA  450 HWH

**MEDIUM ZIPPERED HOBO - $192.00**

Top zip entry to central compartments. Two zippered pockets in front. One inside zippered pocket. Key holder. 5 multipurpose pockets. 4 CC pockets and pen holders. Rear zip pockets and slip in cell pocket. Adjustable shoulder strap. Handle drop 14.5" - 17". Removable optical case and cosmetic pouch. 12"x7"x4"

**Def. Cumul. App'x 180**

Copyright © 2000-2012, The Basu Group, Inc. All rights reserved.