

452 HFL  452 TRL  452 FLJ

**MINI X-BODY – $119.00**
Top zip closure. Inside zippered wall & cell phone pocket. Key holder. Front zip pocket and rear slip pocket. Sling shoulder strap. Can be worn cross body. Handle drop 23". 8.5"x9"x2.5"



457 HWH  457 TRP

**LARGE MULTI COMPARTMENT SHOPPER – $366.00**
Top zip entry to large central compartment. Inside cell & multipurpose pockets; zippered wall pocket; removable optical case & cosmetic pouch. Two full length outer compartments with magnetic closure. Two slip in side pockets. Rear has a zippered pocket & a slip in cell pocket. Metal feet at base. Double rope handle. Handle drop 11.5". 14.75"x10.75"x4.25



458 COL  458 HFL  458 LPD

**CROSS-SHOULDER ORGANIZER SATCHEL – $204.00**
Top zip entry to central compartment with extended zipper. Inside zippered wall pocket; cell & multipurpose pocket; removable optical case & cosmetic pouch. Front has a full length open pocket and an organizer compartment with all round zippered closure. Rear pocket with magnetic closure. Adjustable shoulder strap. Handle drop – 21.5" – 25". 9.25"x10"x3"

Def. Cumul. App'x 181

Copyright © 2000-2012, The Basu Group, Inc. All rights reserved.




**460 JPP**                **460 COL**

### MEDIUM HOBO WITH FRONT POCKET - $215.00

Top entry with magnetic closure. Inside zippered wall pocket; cell & multipurpose pocket. Removable optical case & cosmetic pouch. Front pocket with magnetic closure, rear zippered pocket. Detachable shoulder strap. Handle drop 13"-14". 11.5"x 9"x 3.5





**462 TRP**           **462 FAIRY (NEW)**           **462 FLJ**

### U-TOP CROSSBODY HOBO - $250.00

Double top zip entry to two large compartments. One central compartment with magnetic closure. Inside cell and multipurpose pocket. Second zippered compartment has a zippered wall pocket. Rear vertical zippered pocket and slip in cell pocket. Adjustable cross body straps. Handle drop 15" to 25". 14.5" x 13.75"



The Anuschka Leather Protector™ is a non-silicon and non-CFC based spray which has been specially developed to preserve the rich colors and the suppleness of the leather. It protects the vibrant art while allowing the leather to breathe. Can be used on our unique hand painted leather accessories and any other fine leather items.

**Def. Cumul. App'x 182**

*This lifestyle is being used for illustrative purposes only and should not be considered as an endorsement by the model.

Def. Cumul. App'x 183

TBG - 188





**464 WHA**     **464 SIDE VIEW**     **464 TRB**

### EXPANDABLE SLOUCH HOBO – $378.00

Top zip entry to central compartment. Inside 1 zippered wall pocket, cell & multipurpose pocket. Removable optical case & cosmetic pouch. Zippered gusset expandable up to 4.5". Short handle drop – 12.5". Detachable and adjustable shoulder strap with drop – 25" to 39.5". 17.5"x12.75"x4.5"






**468 PFS**     **468 SSW**     **468 COL**     **468 JPP**

### CROSSBODY SMALL FLAP ORGANIZER - $164.00

Magnetic flap entry to main compartment. Inside zippered wall pocket and cell phone pocket. Organizer under flap with CC holders, zippered partition pocket and multi-purpose pocket. Full length rear pocket. Adjustable shoulder strap 21.5"-23.5"  .8"x7"x1.5"





**469 TGR**     **469 DNP**     **469 JPP (NEW)**

### TRIPLE COMPARTMENT MEDIUM SATCHEL - $255.00

Top extended zip entry to central compartment. Inside zippered wall pocket, cell and multipurpose pocket. Two full length outer compartments with magnetic closure. Removable optical case and cosmetic pouch. Rear has zippered pocket. Double handle with handle drop of 12". 10.5" x  8.5" x  5.25"

Def. Cumul. App'x 184

Copyright © 2000-2012, The Basu Group, Inc. All rights reserved.                   TBG - 189

**ANUSCHKA | HANDPAINTED GENUINE LEATHER**   16



471 AS    471 FLJ    471 HWH    471 SFS (NEW)

**MEDIUM BUCKET HOBO - $206.00**

Top zip entry. Inside zippered wall pocket. Cell and multipurpose pocket. Rear zippered pocket, slip pocket for cell phone. Detachable optical case and cosmetic pouch. Adjustable shoulder strap with handle drop 15.5"-16.5". 13"x8.75"x3.25".



473 LMM    **TOP ZIP LARGE TOTE - $336.00**    473 PKS

Top zip entry. Large interior compartment with open wall pocket, zippered wall pocket, cell and multipurpose pocket. Rear zippered pocket. Slip in cell pocket. Removable optical case and cosmetic pouch. Double rope handle with 9.5" drop. 14.5"x13.5"x2.75"

*Testimonials*

we took a trip to Ireland this spring - i used my Anuschka overshoulderl bag - worked perfect - my friend took a 3 ton purse and was amazed that i could have all the important things tucked into mine! :) - Verna Bennett

I have to tell you....I bought the Nirvana Multipocket bag, which was my gift to myself, at Christmas. I use it ALL the time, can't find a reason to ever trade it out! Everywhere I go, I get comments on how beautiful it is...from everyone...women, men, teenage guys, 7eleven checkers...everyone's gotta tell me. Love, Love, LOVE IT!! - Kathy Millay Howe

Def. Cumul. App'x 185

**ANUSCHKA | HANDPAINTED GENUINE LEATHER**  17



475 MST (NEW)

475 FLJ

475 WHA

**VINTAGE MEDIUM CONVERTIBLE SHOPPER - $468.00**
Top entry with magnetic closure. Large interior compartment with cell pocket, multipurpose pocket and zippered wall pocket. Rear zippered pocket. Slip in cell pocket. Metal feet at base. Removable optical case and cosmetic pouch. Small handle drop 7.5". Detachable cross body shoulder strap. 10.5"x10"x4.75".



478 PFS

478 IKT

478 LMM (NEW)

**MEDIUM CONVERTIBLE & EXPANDABLE HOBO - $265.00**
Top zip entry to central compartment. Inside zippered wall pocket, cell and multipurpose pocket. Rear zippered pocket and slip in cell pocket. Zippered gusset expandable up to 2.5". Double handle with 4.5" drop. Detachable shoulder strap with handle drop 11.5"-23". 13"x 9.5" x 2.5".

Copyright © 2000-2012, The Basu Group, Inc. All rights reserved.

Def. Cumul. App'x 186

TBG - 191





**479 PRA**          **479 PKS**          **479 SFS (NEW)**

**TWIN-TOP EAST-WEST ORGANIZER - $290.00**

Double top zip entry to two compartments. Inside zippered wall pocket, slip in pocket, cell and multipurpose pocket. Front has an organizer with all round zippered entry. Inside two full length slip in pocket, cell pocket, 4 CC holders and 1 ID holder. Removable optical case and cosmetic pouch. Rear zippered pocket and slip in cell pocket. Adjustable shoulder strap with handle drop 9.5"-18". 12" x 8" x 3.5"




**480 PRA**                     **480 DNP**

**LARGE MULTI-POCKET SHOPPER - $316.00**

Top zip entry to central compartment. Inside zippered wall pocket, cell and multipurpose pocket. Two horizontal zippered pockets in front. Rear zippered pocket and slip in pocket. Removable optical case and cosmetic pouch. Double rope handles with handle drop 8.5". 12" x 12" x 3.5"




**481 TRP**                     **481 DNP**

**COMPACT CROSSBODY TRAVEL ORGANIZER - $157.00**

Top zip entry to central compartment. Inside zippered wall pocket, cell and multipurpose pocket and detachable key fob. All round zip entry to mini organizer in front. Inside full length slip in wall pocket, ID window, zipper partitioned pocket and 4 CC holders. Rear zippered pocket. Adjustable cross body shoulder strap with handle drop 24"-26". 8" x 5.5" x 2.5"

Def. Cumul. App'x 187

Copyright © 2000-2012, The Basu Group, Inc. All rights reserved.



**482 TGR**     **482 DNP**     **482 JPP (NEW)**

**LARGE FLAP-OVER CONVERTIBLE - $351.00**

Full length zippered pocket around flap edge. Flap opens with a magnetic snap closure to main compartment. Open slip pocket in front under flap. Inside zippered wall pocket, cell and multipurpose pocket. Removeable optical case and cosmetic pouch. Rear zippered pocket and slip in cell pocket. Adjustable shoulder strap with handle drop 11" to 22.5". 15" x 13"



**483 TGR**     **483 SIDE VIEW**     **483 IKT**

**TRIPLE COMPARTMENT CROSSBODY ORGANIZER - $225.00**

All round zippered entry to two compartments. Two inside zippered wall pockets, 2 full length slip in pocket, 6 CC holders, 1 ID window and 2 pen holders. Flap opens to a central compartment. Inner cell phone pocket. Rear full length slip-in pocket. Adjustable shoulder strap with handle drop 13"-26". 7.5"x 8.5"x 3"



**484 MST (NEW)**     **484 TRP (NEW)**

**MEDIUM CONVERTIBLE SATCHEL - $0.00**

Top zip entry to main compartment. Inside open wall pocket, zippered pocket, cell and multi-purpose pocket, 3 pen holders, 4 CC holders. Rear zippered pocket and slip-in cell pocket. Short double rope handles with 5" drop. Detachable, adjustable cross body leather strap measuring 13"-27". 11"x10"x5"

Def. Cumul App'x 188

Copyright © 2000-2012, The Basu Group, Inc. All rights reserved.

TBG - 193



**487 TRB**



**487 DNP**

**SLING-OVER TRAVEL BACKPACK - $245.00**

All round zip entry to central compartment. Inside zippered wall pocket, cell and multipurpose pocket. Zippered gusseted compartment in the front. Rear zippered pocket. Removable eyeglass case & cosmetic pouch. Adjustable zippered shoulder straps (may be used as a single or double strap) and quick grip handle. 9" x 12" x 3.5"



**489 FLJ (NEW)**     **489 OPEN**     **489 TRB (NEW)**

**TABLET/ E-READER/ BOOK/ BIBLE COVER - $0.00**

All round zip entry. Inside sleeve for Bible. 2 pen holders and a zippered pocket. Full length outer open pocket at the back. Small handle with drop 3". 10.25" x 8" x 2"



**Def. Cumul. App'x 189**





**490 JPP (NEW)**         **490 OPEN**         **490 PHA (NEW)**

### E-READER COVER - $.00

Designed to fit the Kindle Keyboard™, Kindle Fire, BeBook Neo™, Sony Reader Daily Edition™ and other similar e-readers. 4 point mounting to securely hold reader. Soft suede interior. Slip in pocket and 2 CC holders. Secured with slip in loop. 8.5" x 5.5" x 0.75". Fits devices from 7.5" x 4.8" x 0.34" to 7.9" x 5" x 0.4". Kindle Keyboard™, Kindle Fire™, BeBook Neo™ and Sony Reader Daily Edition™ are registered trademarks of their respective companies.





**491 TRB (NEW)**                                   **491 FLJ (NEW)**

### TABLET SLEEVE - $.00

Designed to fit the iPad™ and other similar tablets. Inside faux suede lining. Secured with slip in loop. 8" x 11.25". The iPad™ is a registered trademark of Apple Inc™.




**493 PKL (NEW)**                                   **493 EFF (NEW)**

### TWO SIDED ZIP TRAVEL ORGANIZER - $.00

Top to side zippered entry to main compartment. Inside zippered partition pocket, zippered back wall pocket, multi-purpose pocket, 2 penholders and pullout CC/ ID holder. Side gusset expands to 5". Full length front and back pockets with magnetic closure. Additional rear zippered pocket. Adjustable cross-body shoulder strap measuring 13"-27". 9"x10.5"x3"

Def. Cumul. App'x 190

Copyright © 2000-2012, The Basu Group, Inc. All rights reserved.





494 PKL (NEW)          494 INSIDE VIEW          494 PTS (NEW)

TABLET/ ORGANIZER BACKPACK - $
DES



496 PKL (NEW)          496 SIDE VIEW          496 EFF (NEW)

**LARGE CONVERTIBLE & EXPANDABLE SHOPPER - $**
Top zip entry to main compartment. Inside zippered wall pocket and multi-purpose pocket. Rear zippered pocket and cell phone pocket. Zippered gusset expandable up to 3". Small double rope handle with 6" drop. Detachable, adjustable cross-body strap with 13.5"-27" handle drop. 18"x14"x3.25"

*Testimonials*

"Thank you so much Dear Anuschka Family! I appreciate the fine work of your amazing team of fantastic artists and the vision of your family to bring these works of art to people like me, that love them so much!" Cay J

Def. Cumul. App'x 191



Case 1:16-cv-00461-PGG   Document 79-6   Filed 05/05/17   Page 13 of 15

ANUSCHKA | HANDPAINTED GENUINE LEATHER                                                                 24





497 FLJ (NEW)                                              497 EFF (NEW)

**FRINGED FLAP SADDLE BAG - $**

Fringed flap over entry to zippered main compartment. Zippered pocket under flap. Inside zippered wall pocket, cell and multi-purpose pocket. Rear zippered pocket and slip-in cell pocket.
Adjustable shoulder strap with 26" handle drop. 15"x10.5"x2.5"





498 PTS (NEW)                                              498 IKT (NEW)

**MEDIUM ZIP AROUND SATCHEL -**

All round zip entry to central compartment. Inside zippered partition pocket, zippered wall pocket, cell and multi-purpose pocket. Inside 6 full length open pockets. Rear zippered pocket and slip-in cell phone pocket. Adjustable shoulder strap with 12"-26" handle drop. 11"x8.5"x4"

*Testimonials*



My Anuschka bag is definitely a one of a kind piece of artwork--adore it! I have my sights set on a few others. This is only my first of many! - Ellen B.

**Def. Cumul. App'x 193**

Share your experience on facebook.com/anuschkaleather!

Copyright © 2000-2012, The Basu Group, Inc. All rights reserved.

TBG - 198

**ANUSCHKA | HANDPAINTED GENUINE LEATHER**   25



BEWARE OF COUNTERFEIT. See page 34 for details.




499 FLS (NEW)   499 IKT (NEW)

**SMALL RUCHED FLAP HANDBAG - $**
Magnetic flap entry to main compartment. Inside zippered wall pocket, cell and multi-purpose pocket. Rear zippered pocket. Adjustable strap with handle drop of 10"-11". 12.5" X 8" x 1.5"




500 FLS (NEW)   500 IKT (NEW)

**MEDIUM ZIP TOP HOBO - $.00**
Top zip entry to main compartment. Inside open wall pocket, zippered pocket, cell and multi-purpose pocket. Rear zippered pocket and slip-in cell pocket, short shoulder strap. Adjustable handle with 12.5"- 21" handle drop 10.5".  13"x7"x4"




4005 TRB   4005 TRP

**COMBINATION PLEATED HOBO - $265.00**
Top zip entry. Inside zippered wall pocket. Cell and multipurpose pocket. Key hook. Braided handle, drop 14". 19"x6.5"x3.5"

Def. Cumul. App'x 194

Copyright © 2000-2012, The Basu Group, Inc. All rights reserved.



| 1006 AC | 1006 PRA | 1006 PS |
| 1006 HBF | 1006 OPEN VIEW | 1006 TGR |

**CHECK BOOK WALLET - $87.00**

Flap open entry with magnetic snap closure. Rear zippered gusset pocket. 2 open bill compartments. 1 zippered compartment. 13 card slots and one inner ID window. Slit for side bound check book. Removable side or top bound check book holder. 6.75"x4"



| 1009 DNP (NEW) | 1009 INSIDE VIEW | 1009 PHA (NEW) |

**DOUBLE EYEGLASS CASE - $**

Framed opening to double eyeglass compartment. Inside faux suede lining. 7"x4"X2"

*Testimonials*

"I have just received my Wild Mustang Shopper. This bag is so much more beautiful than the picture with all the metallics shades of the horses manes - the leather is even softer than my other Anuschkas and I have 10 now!!!! Love the new colour inside lining - wonderful bag and as I part own 3 thoroughbred fillies - I call it my "3 Fillies Bag" lol - this bag will be going to their next race in Melbourne - thanks Anuschka - looking forward to next years bags with great anticipation." - Wendy W

**Def. Cumul. App'x 195**

Share your experience on facebook.com/anuschkaleather!

Copyright © 2000-2012, The Basu Group, Inc. All rights reserved.