**ANUSCHKA** | HANDPAINTED GENUINE LEATHER  27



1013 AC  |  1013 AS  |  1013 PRA  |  1013 TRL

1013 SIDE VIEW

### HANGING FRENCH PURSE - $95.00
Flap open entry with magnetic snap closure. Rear framed coin compartment. 2 expandable gusset compartments with zippered partition pocket and 8 card slots. Detachable shoulder strap. 5"x6"x1.25"



1015 PRA  |  1015 SIDE VIEW  |  1015 TRL

### WALLET ON A STRING - $77.00
2 open bill compartments and 6 card slots under outer flap with magnetic snap closure. 2 gusset compartments with zippered partition coin pocket and front open pocket under inner flap with snap closure. Rear open pocket and Belt loop & optional shoulder string. 5"x3.5".



1029 FLJ  |  1029 OPEN VIEW  |  1029 PS

### ORGANIZER WALLET ON A STRING - $102.00
Flap open entry with magnetic snap closure. 2 open and 1 zippered full length bill compartments. 4 multipurpose compartments and zippered-gusset coin pocket. 5 card slots & 1 ID window. A pen holder. Rear eye glass case and detachable sling strap. 4.5"x7.5".

Def. Cumul. App'x 196

Copyright © 2000-2012, The Basu Group, Inc. All rights reserved.

TBG - 201

**ANUSCHKA | HANDPAINTED GENUINE LEATHER**  28


1031 AC


1031 P


1031 PKF


1031 ORL


1031 SSW


1031 PS

**COIN POUCH - $19.00**
Top zip entry coin pouch. 4"x2.75"


1032 A


1032 PHA


1032 TRL


1032 PS

**CREDIT CARD CASE - $19.00**
1 open pocket. 4 card slots. 4.25"x3"


1037 AC


1037 SSW


1037 PRA


1037 PKS


1037 OPEN VIEW

**PDA/CELL PHONE/ iPhone™/ BLACKBERRY™ CASE - $62.00**
Flap entry closes with Velcro. Penholder inside. Strap with dog-leash clip. Rear pocket. 2.75"x4.75".
iPhone™ and Blackberry™ are registered trademarks of their respective companies.

Def. Cumul. App'x 197

Copyright © 2000-2012, The Basu Group, Inc. All rights reserved.

TBG - 202

   

1039 AC    1039 PKF    1039 PRA    1039 PFS



1039 OPEN VIEW

**THREE FOLD WALLET  $77.00**

Flap open entry with snap closure. Bill compartment. Three multipurpose pockets. Seven credit card pockets. One ID window. Rear flap-over coin pocket with snap closure. 4.25"x4"

  

1042 AC    1042 LPD    1042 PFS

  

1042 PKF    1042 INSIDE VIEW    1042 LMM

**CHECK BOOK WALLET / CLUTCH - $114.00**

Flap open entry with adjustable snap closure. 3 full-length pockets. One zip pocket. 13 card slots. 2 ID windows. One pen loop. Rear full-length zip pocket. Removable check book cover with extra slit pocket. 6 card slots & one ID window. 7.25"x4.25"



The Anuschka Leather Protector™ is a non-silicon and non-CFC based spray which has been specially developed to preserve the rich colors and the suppleness of the leather. It protects the vibrant art while allowing the leather to breathe. Can be used on our unique hand painted leather accessories and any other fine leather items.

**Def. Cumul. App'x 198**

Copyright © 2000-2012, The Basu Group, Inc. All rights reserved.    TBG - 203



1043 AGW     1043 SFS (NEW)     1043 COL

1043 PHA     1043 OPEN VIEW     1043 EFF (NEW)

**MULTI-POCKET WALLET / CLUTCH - $114.00**
Flap open entry with adjustable snap closure. 4 full-length slit pockets. 2 full-length zip pockets. 12 card slots. One ID window. One gusset compartment. Rear full-length zip pocket & slit pocket combo. 7.25"x4.25"



1050 FLJ     1050 HBF

1050 OPEN VIEW

1050 PKS     1050 PHA

**ZIP AROUND CLUTCH WALLET - $85.00**
Front pocket opens with snap closure. Rear zippered pocket. All round zip opens to two compartments with two full length wall pockets, 8 CC pockets and a zippered partition pocket. 8"x4.25"

Def. Cumul. App'x 199

Copyright © 2000-2012, The Basu Group, Inc. All rights reserved.

TBG - 204



Def. Cumul. App'x 200


1052 AT


1052 OPEN


1052 FLS (NEW)

**PASSPORT COVER - $45.00**
Passport holder with a slip pocket at the back. 4"x5.25"


1056 PKS


1056 TRL

**CHECK BOOK COVER - $39.00**
Check book holder with ID window. 3.25"x6.75"


1057 COL


1057 PKF


1057 INSIDE VIEW


1057 JPP (NEW)


1057 PHA

**CREDIT AND BUSINESS CARD WALLET - $52.00**
Single bill fold, 2 CC pockets, 1 business card compartment, 1 ID window, 1 receipt pocket, rear slip pocket. 4"x3.25"x0.5"

Copyright © 2000-2012, The Basu Group, Inc. All rights reserved.


**1070 HBF**


**1070 PKS**


**1070 AS**


**1070 OPEN VIEW**

### LADIES THREE FOLD WALLET $95.00
Three fold wallet with snap button closure. Double bill pockets, 6 Credit card pockets, 1 ID window, 2 multi-purpose pockets, 1 gusset compartment with zippered partitioned pocket. Rear zippered coin pocket. 5.5"x4.25"


**1071 AGW**


**1071 OPEN VIEW**


**1071 HFL**

**1071 TRP**


**1071 TRL**

### LADIES TWO FOLD WALLET - $69.00
Two fold wallet with snap button closure. 12 CC pockets. 1 ID window.
2 full length open pockets. Rear zippered coin pockets. 7.5"x3.5"

*Testimonials*

"This is the first creative and unusual wallet I have ever owned. When I take it out to pay for something, I usually get a compliment as to how beautiful my wallet is. Vibrant colors and very unique! Love the Anuschka Brand!!!!"
Lisa M, Long Beach, NY

**Def. Cumul. App'x 202**

Share your experience on facebook.com/anuschkaleather!

Copyright © 2000-2012, The Basu Group, Inc. All rights reserved.



1077 JPP   1077 SSW   1077 TRB
1077 WHA   1077 OPEN VIEW

**PLEATED MINI WALLET - $63.00**
Snap button closure with loop. 2 bill compartments. 3 multipurpose pockets, 3 CC holders and 1 ID window. Rear zippered coin pocket. 4.5"X3.75"



1078 AS   1078 COL   1078 JPP(NEW)
1078 HWH   1078 MST (NEW)   1078 PKF



1078 OPEN VIEW

**LADIES 2 FOLD SLIM WALLET - $88.00**
Snap button closure. 3 full length multipurpose pockets. 1 full length gusset pocket. 9 CC holders. 1 ID window. Rear full length zippered pocket. 7.5"X4"

**Def. Cumul. App'x 203**

Copyright © 2000-2012, The Basu Group, Inc. All rights reserved.

TBG - 208

**BEWARE OF COUNTERFEIT.** See page 34 for details.


1081 COL


1081 WHA

**COIN/ KEY POUCH - $44.00**
Top zip entry. Inside double key ring with chain. Rear zippered pocket. 5.75"x3.25 coin pocket. 5.75"x3.25"


1082 PKF


1082 HFL


1082 PRA


1082 OPEN VIEW

**POCKET MIRROR - $0.00**
Leather framed mirror with slip in leather protective case. 4.25" x 3.5"


1084 COL


1084 JPP


1084 PKF


1084 BACK VIEW


1084 DNP (NEW)

**COSMETIC POUCH - $45.00**
Top zip entry. Rear has clear transparent window. 7.5"x4.5"

Def. Cumul. App'x 204

Copyright © 2000-2012, The Basu Group, Inc. All rights reserved.

**ANUSCHKA | HANDPAINTED GENUINE LEATHER**  36


1086 AT


1086 TRB


1086 PFS

**BELT BAG/FANNY PACK - $121.00**
Top zip entry to central compartment with 3 CC holders inside. Front pocket with all round zip entry with 3 CC holders inside. Rear has a zippered pocket. Adjustable waist belt with a maximum length of 39" and minimum length of 27.5". Extra 7" detachable belt for further expansion. 12.5" x 5" x 1.5"


1087 PK


1087 COL

**BELT - $98.00**
Waist belt with front buckle of 1.5" width. Available in four sizes: Small - 27.5"- 31.5", Medium - 31"- 35", Large - 34"-38" and X-Large - 36.5"- 40.5".


1088 DNP FRONT VIEW


1088 IKT OPEN VIEW


1088 IKT FRONT VIEW


1088 DNP BACK VIEW


1088 IKT BACK VIEW


1088 FLJ (NEW) FRONT VIEW


1088 FLJ (NEW) BACK VIEW

**LADIES CLUTCH WALLET - $129.00**
Def. Gumul App'x 205
Two fold wallet with double snap button closure. 17 CC holders and 2 ID windows. Zippered multipurpose pockets and 4 slip in multipurpose pockets. Full length bill fold. 7.5" x 4"

Copyright © 2000-2012, The Basu Group, Inc. All rights reserved.

TBG - 210


1090 PRA


1090 OPEN VIEW


1090 PKS

**JEWELRY BOX - $106.00**
Opens with snap button under loop. Inside mirror under lid of box. 8" x 4.5" x 3.5"



1091 PRA


1091 OPEN VIEW


1091 PKS

**WATCH/ JEWELRY BOX - $119.00**
Snap button closure under loop. Removable partitioned compartments with cushions. 7.5" x 7.5" x 3.25"


1092 PRA


1092 PKS

Def. Cumul. App'x 206

**PHOTO FRAME - $98.00**
Rectangular frame with an outer edge of 8" x 10". The inner photo area is 5" x 7".

Copyright © 2000-2012, The Basu Group, Inc. All rights reserved.


**1095 FLS (NEW)**


**1095 INSIDE**


**1095 PKL (NEW)**

**ACCORDIAN FLAP WALLET - $**

Flap open entry with adjustable snap closure. Inside 6 full length slip pockets, 5 full length zippered pockets, 2 zippered pockets, 12 CC holders and ID window. Accordion style gusset opens 5.5" wide. 7.5"X4"


**8000 PKF (NEW)**


**8000 PFS (NEW)**



**8000 PKF BACK**  **8000 PFS BACK**

**HAND PAINTED LADIES DENIM JACKET - $175 .00**
Women's long sleeve denim jacket with front button down closure, two slip-in front pockets/ hand-warmers, back yoke, button cuffs, painted front panels and shoulders. Premium 100% Cotton. Available in 6 sizes- S, M, L, 1X, 2X, 3X

Measurement Chart

|        | S    | M    | L    | 1X | 2X   | 3X   |
|--------|------|------|------|----|------|------|
| Length | 25   | 25.5 | 26   | 27 | 27.5 | 28   |
| Bust   | 40.5 | 42   | 44.5 | 49 | 53   | 57.5 |
| Hip    | 39   | 40.5 | 43   | 48 | 52   | 56.5 |

**Def. Cumul. App'x 207**

Copyright © 2000-2012, The Basu Group, Inc. All rights reserved.

TBG - 212

# Anuschka in the Press

39



Magazine:
Harpers Bazaar
Date:
November 2011
Location:
USA



Magazine:
Footwear Plus
Date:
Oct/Nov 2011
Location:
USA

 

Magazine:
Canadian Footwear Journal
Date:
August 2011
Location:
Canada

  

Magazine:
Footwear Plus
Date:
August 2011
Location:
USA

 

Magazine:
Harpers Bazaar
Date:
September 2011
Location:
USA



Magazine:
Harpers Bazaar
Date:
April 2011
Location:
USA

 

Magazine:
Harpers Bazaar
Date:
May 2011
Location:
USA

Def. Cumul. App'x 208

Copyright © 2000-2012, The Basu Group, Inc. All rights reserved.

TBG - 213

# About Anuschka

Anuschka /an-ush-ka / n. like no other.
Anuschka™ is a unique creation that blends art and functionality with élan. Anuschka is the premier, original hand painted brand available at select boutiques across the world. Anuschka™ original art styles have been setting industry trends for decades. Founded by Swapan Basu and his wife, Roma, Anuschka™ continues to be the only family owned, designed, manufactured and distributed one-of-a-kind hand painted collection. Their son, Bhaskar, joined the family business over a decade ago and continues to bring the same passion and commitment to the family tradition. With all of its global expansion, Anuschka™ has remained true to its core values and is dedicated to employing craftsmen and artisans who would otherwise struggle with unemployment and economic hardship.

## The Founders

Back in the early 80's when Swapan Basu chanced upon the opportunity to make hand painted accessories, he was quick to seek help from his best friend and life partner, Roma. In 1988, Roma started designing hand painted bags while developing the process and refining the method of painting over the years. Today it is a closely guarded family tradition. We are not a typical factory churning out a million black bags- we are small, intimate and we work together as a family. Even today, Roma and Swapan are in the workshop every day, overseeing the production and ensuring that every Anuschka™ that leaves the workshop lives up to the integrity of the brand.

## The Art

Anuschka™ bags are a feast for the eyes with their vibrant colors and elegant Anuschka™ bags are a feast for the eyes with their vibrant colors and elegant design elements. The wide range of abstracts and natural scenes depicted in all shades and hues transforms each handbag into an object of timeless art. By combining the beauty of nature with the latest in runway fashion, Anuschka™ has Redefined Wearable Art. Every Anuschka™ creation is unique and truly a contemporary masterpiece on leather. The casual, bohemian and comfortable styling complements the sophisticated woman who appreciates one-of-a-kind designs and exceptional craftsmanship. The commercial production of the artwork translates to one accessory at a time, as the personalized and individual workmanship is an integral part of each creation. The artisans take pride in the creation of every piece and view them as distinctive works of art, like no other. The rich and supple cowhide is specially created and carefully selected, allowing for the art to age like fine wine while getting enriched and attracting even more compliments over the years.

## The Features

We approach fashion through intelligent creativity and try to strike the right balance between functionality and art - making every Anuschka accessory qualified 'wearable art'! The Anuschka™ story doesn't end with its original art or its fine leather, but simply begins with it. To add sense to sophistication, Anuschka™ pays attention to the intricate details such as practical features, compartments and adjustable shoulder straps, key fobs, cell phone pockets and security pockets, precise handcrafted workmanship, signature lining, custom made hardware and branded sliders. Anuschka accessories are always elegant and handmade lovingly with thoughtful detailing.

## Finding Artisans

During the early days, Roma had to overcome the hurdle of finding capable During the early days, Roma had to overcome the hurdle of finding capable artisans to paint her designs on the handbags. A real artist would never agree to spending hours in a factory painting the same design over and over again. Therefore, when faced with the challenge of recruiting talented artisans to hand paint handbags individually and in large quantities to meet market demand, Roma set out to hire unemployed and economically challenged young adults with a basic sense of art and an eagerness to learn.
They were taught leather painting skills by Roma at the family's workshop. Over the years, these skills helped them earn an honest living and provide for their families. It also helped them establish a sustainable career with the company. Today, Roma's success is proven by these very same dedicated artisans who are still working with the company and giving back to their communities by recruiting others who are facing the same income challenges in their lives. Roma is still in the workshop every day interacting with

the senior artisans as well as their apprentices and coaching them to develop their skills. Our fair trade policies ensure that our artisans are paid higher rates than similar skilled workers in other industries. We support their efforts with health insurance for their families and retirement benefits. All this goes a long way to inspire them to work hard and build a better future. They are happy to be able to afford the simple things that we take for granted- to have electricity in their homes, to send their children to school and to save for their retirement. The original business challenge has evolved into a unique community engagement which is continuously giving back to the people and the families that make this unique product possible. Swapan and Roma could not have hoped for a better reward.

## Next Generation Designer

Swapan and Roma's son, Bhaskar, grew up watching his parents working hard to build their business. He spent many summers working with them, watching his mother design and train artisans and his father select the leathers and coordinate the process flow. When it was time for Bhaskar to pursue his college education, he chose to look outside of India in order to get a more global perspective on how businesses were run outside of Asia. He received a degree in Business Administration from Boston University's School of Management. During his very first year in school, he was asked to write about his career goals in one of his management classes. His response was inspired by the decision his father took early in his career to quit his job and get into business. His father's approach towards 'working for himself and building a successful and fulfilling business' left a lasting impression on Bhaskar. Bhaskar dreamt of taking the business started by his parents to greater heights after completing university, and growing it on a global scale. In 2000, with Swapan's assistance, Bhaskar gathered enough funds to start The Basu Group. The Basu Group sold its first Anuschka™ handbag in USA in September 2000. Soon Bhaskar started travelling across America and Europe, researching the market and learning more about fashion trends. Initially, Anuschka™ defied mainstream fashion norms and Bhaskar realized that he would have to tap deeper into his talents and expand into a wider arena of art. He inspired his mother to be bold with her designing and also started contributing his own art concepts. As Anuschka™ started to grow, Bhaskar's involvement in designing grew deeper. Today, the mother and son duo work as a team and have succeeded in consistently creating exotic and original designs inspired by nature as well as latest fashion trends across the globe. After a modest start with a couple of artisans in a tiny workshop, today Anuschka™ is being individually hand painted by over 75 highly skilled artisans working under the guidance of Roma and Bhaskar. You can find their one-of-a-kind designs across USA, Canada, Bahamas, Great Britain, Australia, Mexico, France, Germany, Spain, Italy, Switzerland, Netherlands, Belgium, Cyprus, Lebanon and Russia.

## Counterfeit Warning

Anuschka™ wants to help protect you from buying counterfeit products and knockoffs. The presence of knockoffs in the market is an unfortunate reality for almost any high-end and innovative brand including Anuschka. Anuschka is taking action on multiple fronts to counter companies that are selling cheap imitations of our products. We urge you to pay attention to the details of the product to ensure you are buying an original Anuschka™.

## How to buy an Authentic Anuschka:

- When shopping online, buy directly from www.anuschkaleather.com or one of our authorized e-retailers.
- If your Anuschka™ is not purchased at an authorized reseller, the warranty is voided.
- Contact cs@anuschkaleather.com to confirm if a store is an authorized Anuschka™ reseller.
- You can also email us to find an authorized store near you.
- If the leather feels soft, supple and luxurious, it's probably an Anuschka™
- There will be a leather tag stitched to the lining of the bag with the logo.
- The lining will have the Anuschka™ logo woven into it.
- The quality of Anuschka™ art is a great way to tell if the product is genuine. The colors should be rich and vibrant- reflecting the passion behind the art.
- Each original Anuschka™ is signed by a member of the family.
- All Anuschka™ bags come with branded YKK sliders and a dust bag.

Def. Cumul. App'x 209

## Protecting Our Artisans

We are proud of our traditions and our original designs. Most of all, we have

the utmost appreciation for the artisans who spend long hours to passionately paint each handbag. So we copyright each of our works and strive to protect it from being infringed. Please call or email us if you see a store or website selling an Anuschka™ knockoff. It always helps if you include a picture with your email. Please protect our artisans by buying original Anuschka™.

## CARE:

If your hand painted Anuschka™ bag requires cleaning, use a slightly damp cloth to gently wipe over the painted areas. You may also use the Anuschka™ Leather Protector which is a non-silicon based spray which has been specially developed to preserve the rich colors and the suppleness of the leather. Please do not use any other chemicals or cleaning solutions as they have not been tested on our unique hand painted leathers!

## CALIFORNIA PROPOSITION 65:

California Proposition 65 requires special product labeling for products containing certain chemicals known to the State of California to cause cancer, birth defects or other reproductive harm if the product will expose the consumer to such chemicals. Lead levels in these products comply with FDA standards and are often less than common household items like electronics and even door knobs. California requires the following separate notice: Prop 65 Warning: This product may contain lead, a chemical known to the State of California to cause cancer, birth defects, and other reproductive harm.

## RETAIL TERMS AND CONDITIONS:

These terms and conditions don't apply to resellers. If you are a reseller (wholesale customer), please check your wholesale line sheet for a copy of the 'Terms & Conditions-Wholesale'. You may also contact the Customer Service team at cs@anuschkaleather.com for a copy. When you receive an Anuschka™ Handbag as a gift or you purchase an Anuschka™ handbag for personal use or for the purpose of gifting it to someone else, you are considered a retail customer.

## AS A RETAIL CUSTOMER, YOU ARE SUBJECT TO THE FOLLOWING TERMS AND CONDITIONS:

### 1. Payment Terms:
a. Payments may be made using VISA, MasterCard, Diners, Discover or American Express.
b. No other form of payment is supported for any form of retail sale by Anuschka™
c. All payment charges will appear as Anuschka™/The Basu Group, Inc.

### 2. Shipping & Handling for all orders:
a. Shipping and handling will be charged extra on all orders.
b. All orders will be shipped using UPS/ FedEx.
c. Shipping charges will be calculated automatically at check out.
d. Please allow up to 3 weeks for all order deliveries. In the event of a back order, you will be notified via email.

### 3. Sales Tax:
a. NJ Residents are subject to a 7% NJ Sales Tax.

### 4. Back Orders
a. If the item you ordered is not available immediately, we will hold your order on back order for up to 30 days.
b. After 30 days, if we still cannot fill your order, your order will be cancelled. You have the option to purchase something else from our inventory at any time.

### 5. Returns:
a. Returns will be allowed only if requested within 30 days of original ship date.
b. Prior to returning any item, customer must contact The Basu Group, Inc. by emailing cs@anuschkaleather.com or by calling 866.403.1314 / 908.517.9138 to obtain a Return Authorization (RA) Number. Any return without RA # will not be processed and may be returned to the customer.
c. After 30 days, items may be returned for exchange for equal or higher value for a period of 90 days from original ship date. RA# is still required.
d. The item must be unused and returned with original packaging and a copy of the receipt in order for the return to be accepted.
e. Customer is responsible for all freight charges. Shipping and handling is non-refundable.
f. If the item is damaged due to improper packaging by the customer, the damaged item will be returned to the customer and the RA will be void.

### 6. Warranty Claims:
a. All items are covered under a limited warranty for one year from date of
a. All items are covered under a limited warranty for one year from date of purchase.
b. All Sale items are covered under a limited warranty for 30 days from date of purchase.
c. Warranty is void without original receipt.
d. Natural wear and tear is not covered under warranty.
e. Warranty is void in the case of product abuse or extraordinary damages.
f. The Basu Group, Inc. reserves the right to decide the validity of any claim.
g. Return Authorization required for Warranty claims as well. See Return policy (Point 5).
h. Improper packaging when shipping, resulting in additional damage to the item will void the Warranty.

If you have any questions about the terms & conditions, please write to us at cs@anuschkaleather.com

### ANUSCHKA HANDBAG FEATURES:
1. Cellphone pocket and dog hook key fob for women on the go.
2. YKK Sliders and signature lining add life to your investment.
3. Dust Bag for the handbag connoisseur.
4. All bags are personally signed 'Anuschka' by a family member.

### ART CODE:

| Code | Name | Code | Name |
|------|------|------|------|
| A | Abstract | NRV | Nirvana |
| AC | Abstract Classic | ORP | Oriental Lotus |
| AGW | Angel Wings | P | Premium Floral |
| AMG | American Geisha | PFS | Premium Floral Safari |
| AS | Abstract Sunset | PHA | Premium Hibiscus Antique |
| AT | Abstract Twilight | PKL | Peacock Lily |
| COL | Collage | PKS | Premium Peacock Safari |
| EFF | Enchanted Forest Fairy | PKF | Premium Peacock Flower |
| FLJ | Flying Jewels | PRA | Premium Rose Antique |
| HBF | Henna Butterfly | PTS | Python Safari |
| HFL | Henna Floral | PS | Premium Safari |
| HWH | Hawaiian Hibiscus | SFS | Sunflower Safari |
| IRB | Iris Bliss | SSW | Spirit of the Southwest |
| JPP | Jaipur Paisley | TRL | Tribal Lily |
| LMM | Little Mermaid | TRP | Tropical Paradise |
| LPD | Leopard in Paradise | WHA | Wild Hibiscus Antique |

### WE ACCEPT:

   

*This catalog is not for sale.

facebook.com/anuschkaleather
twitter.com/anuschkaleather

Def. Cumul. App'x 210

Copyright © 2000-2012, The Basu Group, Inc. All rights reserved.                                       TBG - 215



This lifestyle is being used for illustrative purposes only and should not be considered as an endorsement by the model.