# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                       :

**THE BASU GROUP INC.,**         :

                                         :

                  **Plaintiff,**      :       **Civil Action No.**

                                         :      **16-cv-00461-PGG**

                **v.**                   :

                                         :

**SEVENTH AVENUE, INC.**         :      <u>**JURY DEMANDED**</u>

                                         :

                  **Defendant.**      :
------------------------------------------------------------------X

**DEFENDANT'S CUMULATIVE APPENDIX IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

**PAGES 260-279**

CONFIDENTIAL

| | |
|---|---|
| **From:** | Ludwig, Paula |
| **To:** | manjumittal@anushamerchandising.com |
| **Cc:** | Derendinger, Stephanie |
| **Subject:** | RE: Mail 3/3 with more designs and styles |

Noted. I will see what she has an interest in and then get pricing before requesting a sample.  THANK YOU!

**From:** manjumittal@anushamerchandising.com [mailto:manjumittal@anushamerchandising.com]
**Sent:** Wednesday, September 12, 2012 11:18 AM
**To:** Ludwig, Paula
**Cc:** Derendinger, Stephanie
**Subject:** Re: Mail 3/3 with more designs and styles

Paula,

You cud consider prx range and MOQ similar to previous quotes.

Thank you,

Regards,

Maanju
Sent from BlackBerry® on Airtel

**From:** "Ludwig, Paula" <Ludwig@sccompanies.com>
**Date:** Wed, 12 Sep 2012 16:07:02 +0000
**To:** manjumittal@anushamerchandising.com<manjumittal@anushamerchandising.com>
**Cc:** Derendinger, Stephanie<Derendinger_S@sccompanies.com>
**Subject:** RE: Mail 3/3 with more designs and styles

Hi Maanju, thank you for sending all the emails, please provide an FOB price or at least an FOB price range and moq.

**From:** Manju Mittal [mailto:manjumittal@anushamerchandising.com]
**Sent:** Wednesday, September 12, 2012 10:46 AM
**To:** Ludwig, Paula
**Cc:** Derendinger, Stephanie
**Subject:** FW: Mail 3/3 with more designs and styles

FOR REVIEW AND COMMENTS.

REGARDS,

MAANJU



**Def. Cumul. App'x 260**

CONFIDENTIAL

**From:** Ludwig, Paula
**To:** manjumittal@anushamerchandising.com
**Cc:** Derendinger, Stephanie
**Subject:** FW: Hand painted leather bags
**Attachments:** 1913_001.pdf

Just checking on the status of these handbags, have they been sent?

**From:** Ludwig, Paula
**Sent:** Monday, September 24, 2012 8:19 AM
**To:** manjumittal@anushamerchandising.com
**Cc:** Derendinger, Stephanie
**Subject:** FW: Hand painted leather bags

Maanju, noted the pricing, although you have listed item #'s below, I don't know which handbag they correspond to. At any rate, this pricing is ok, so please send handbags, please also make sure the handbags are each marked with price and moq.

Regards,
Paula

**From:** Manju Mittal [mailto:manjumittal@anushamerchandising.com]
**Sent:** Monday, September 24, 2012 5:04 AM
**To:** Ludwig, Paula
**Subject:** Hand painted leather bags

Dear Paula,

Please find hereunder the prices in USD FOB, Kolkata for the styles selected.  The price includes paper stuffed packing.
# 3179 - US$ 21.20,
# 3378 - US$ 16.70,
# 3375 - US$ 24.95,
# 3385 - US$ 27.50,
# 3387 - US$ 28.10,
# 3346 - US$ 21.80,
# 3284 - US$ 21.25,
# 3331 - US$ 21.50.

MOQ per style is 150pcs.

Delivery time depends upon the quantity of order, initial delivery time would be from 8 to 10 weeks .

Pls review and adv workability or I need to recheck on anything with buyer.

Best regards,

Maanju
....

**Def. Cumul. App'x 261**





**Def. Cumul. App'x 262**

CONFIDENTIAL



Def. Cumul. App'x 263

CONFIDENTIAL

SA000398



**Def. Cumul. App'x 264**

SA000399

SA000400

CONFIDENTIAL







**Def. Cumul. App'x 265**

SA000387

CONFIDENTIAL

From:       Ludwig, Paula
To:         manjumittal@anushamerchandising.com
Subject:    RE: Hand painted leather bags - selection

Thank you Maanju, yes please send these samples.

Paula

**From:** Manju Mittal [mailto:manjumittal@anushamerchandising.com]
**Sent:** Tuesday, September 25, 2012 5:03 AM
**To:** Ludwig, Paula
**Subject:** FW: Hand painted leather bags - selection

Dear Paula,

We attach the pictures with style nos. on them.  I repeat the fob prices as below :

# 3179 - US$ 21.20,
# 3378 - US$ 16.70,
# 3375 - US$ 24.95,
# 3385 - US$ 27.50,
# 3387 - US$ 28.10,
# 3346 - US$ 21.80,
# 3284 - US$ 21.25,
# 3331 - US$ 21.50.

Wl mention style numbers when we are sending samples.


Warm regards,

Maanju



EXHIBIT

P13

11-28-16





**Def. Cumul. App'x 268**



**Def. Cumul. App'x 269**



**Def. Cumul. App'x 270**



# 3375

SA000392

2012 05 16

**Def. Cumul. App'x 271**



**Def. Cumul. App'x 272**



# 3385

SA000394

2012 07 31

**Def. Cumul. App'x 273**



**Def. Cumul. App'x 274**

SA000425

CONFIDENTIAL

| | |
|---|---|
| **From:** | Ludwig, Paula |
| **To:** | manjumittal@anushamerchandising.com |
| **Cc:** | Nofsinger, Darcia |
| **Subject:** | Handbag placed in Fall 2015 Midnight Velvet catalog |
| **Attachments:** | F15 MV placements (Manju).xlsx |

Hi Manju, please note that Tisha has placed a hand painted handbag in the fall 2015 version of Midnight Velvet.

I have assigned **F15013-GA, red peacock feather handbag**

Your item # is 3378, price is $16.70.  This bag has received quite a few seasons back <u>so please confirm price and advise of the moq</u>.

While she likes the hand painted design, she does not like the shape of the bag.  She would like this design on the shape of the sundance bag

we are offering in the spring 15 catalog............item # 3346.

A photo sample in this shape will be needed by April 1, 2015. <u>Please advise if this date can be met.</u>

-

<u>Please take a look at the attached and confirm that you recognize the style.  Please advise of who the vendor will be.</u>


Once I hear back from you I will send the appropriate paperwork.


Regards,
Paula


Paula Ludwig
SC Global Sourcing, Inc.
Sr. Domestic Sourcing Coordinator
102 W. 8th Street
Monroe, WI 53566
608-324-3007
Ludwig@sscompanies.com


**Def. Cumul. App'x 275**



SA000426

| Fall 2015 Midnight Velvet | | |
|---|---|---|
| Side 1 | Side 2 | We like the shape of the S15033-GA sundance bag |
|  |  |  |
| item # 3378, price $~~16.70~~ $22.00 | | item # 3346 |
| Red Peacock Feather Handbag | | |
| Keep red lining | | |
| Keep silver hardware | | |
| Shape similar to spring '15 handbag | | |
| F15033-GA | | |
| Photo sample due 4/1/2015 | | |
| pack 1724955 | | |

Def. Cumul. App'x 276

CONFIDENTIAL                                                                SA000427

| | |
|---|---|
| **From:** | Ludwig, Paula |
| **To:** | Barrett, Tisha; Kroeger, Amy |
| **Cc:** | Nofsinger, Darcia |
| **Subject:** | Handbag placed from Maanju |
| **Attachments:** | F15 MV placements (Manju).xlsx |

Tisha, I sent the attached to Manju to confirm that she recognized the style (it was from a few seasons ago), and that she could put this red painting on the style/shape of the sundance bag. She has confirmed she can do, but noted the $16.70 price is a few years old, and the actual price today is $22.00.

Note you are paying $22.00 for the sundance bag.

Paula

P.S. – Amy I was able to find the pack # for this and the hat in FLEX.

Paula Ludwig
SC Global Sourcing, Inc.
Sr. Domestic Sourcing Coordinator
102 W. 8th Street
Monroe, WI 53566
608-324-3007
Ludwig@sscompanies.com

Def. Cumul. App'x 277



SA000428

## Fall 2015 Midnight Velvet

| Side 1 | Side 2 | We like the shape of the S15033-GA sundance bag |
|---|---|---|
|  |  |  |
| item # 3378, price $16.70 $22.00 | | item # 3346 |
| Red Peacock Feather Handbag | | |
| Keep red lining | | |
| Keep silver hardware | | |
| Shape similar to spring '15 handbag | | |
| F15033-GA | | |
| Photo sample due 4/1/2015 | | |
| pack 724955 | | |

Def. Cumul. App'x 278

CONFIDENTIAL

| | |
|---|---|
| **From:** | Barrett, Tisha |
| **To:** | Ludwig, Paula; Kroeger, Amy |
| **Cc:** | Nofsinger, Darcia |
| **Subject:** | RE: Handbag placed from Maanju |

That's fine, as we saw that was from 2012.
Thanks!

**From:** Ludwig, Paula
**Sent:** Friday, December 19, 2014 1:06 PM
**To:** Barrett, Tisha; Kroeger, Amy
**Cc:** Nofsinger, Darcia
**Subject:** Handbag placed from Maanju

Tisha, I sent the attached to Manju to confirm that she recognized the style (it was from a few seasons ago), and that she could put this red painting on the style/shape of the sundance bag.  She has confirmed she can do, but noted the $16.70 price is a few years old, and the actual price today is $22.00.

Note you are paying $22.00 for the sundance bag.

Paula

P.S. – Amy I was able to find the pack # for this and the hat in FLEX.

Paula Ludwig
SC Global Sourcing, Inc.
Sr. Domestic Sourcing Coordinator
102 W. 8th Street
Monroe, WI 53566
608-324-3007
Ludwig@sscompanies.com

**Def. Cumul. App'x 279**

