# EXHIBIT D

## AFFIDAVIT OF SERVICE

State of New York                    County of                    Circuit Court

Index Number: 16CV461
Date Filed: _____

Plaintiff:
**The Basu Group, Inc.**

vs.

Defendant:
**Seventh Avenue, Inc.**

Received by APS International Ltd to be served on **Seventh Avenue, Inc., 1112 Seventh Avenue, Monroe, WI, WI 53566.**

I, Robert Mellom, being duly sworn, depose and say that on the **7th day of March, 2016 at 2:25 pm, I:**

**BUSINESS:** served by delivering a true copy of the **Summons in a Civil Action, Complaint, Report on the Filing of an Action Regarding a Copyright, Individual Rules of Judge Paul G. Gardephe, Individual Rules of Magistrate Judge Andrew J. Peck** with the date and hour of service endorsed thereon by me, to: **Kris Gallagher Lindholm as Authorized Agent**, a person employed therein and authorized to accept service for **Seventh Avenue, Inc.** at the address of: **1112 Seventh Avenue, Monroe, WI, WI 53566,** the within named person's usual place of **Work**, in compliance with State Statutes.

**Description** of Person Served:  Age: -,  Sex: F,  Race/Skin Color: White,  Height: 5'3,  Weight: 130,  Hair: Brown,  Glasses: N

I certify that I am an adult over the age of 18, I am a resident of the State of Wisconsin, and I have no interest in the above action.  I also certify that at the time of said service, I endorsed upon the copy so served, the date upon which the same was served, the time, place, manner of service and upon whom service was made and signed my name thereto.

Subscribed and sworn to before me on the 8th day
of March, 2016 by the affiant who is personally
known to me.

_____
NOTARY PUBLIC
STATE OF WISCONSIN/ILLINOIS
MY COMMISSION EXPIRES: _____

_____
Robert Mellom
Process Server

**APS International Ltd**
**Aps International Plaza**
**7800 Glenroy Road**
**Minneapolis, MN 55439-3122**
**(952) 831-7776**
Our Job Serial Number: GWK-2016002170

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n