**EXHIBIT G**







seventhavenue.com

Lili H | Ha | Build your A... | Business Us... | Files - OneD... | Files - OneD... | Kay Unger S... | J Renee Sho... | @jreneeshoe... | Anuschka, P... | Hand-Painte...

My Account    Customer Service    Order Status    Shopping 🛒 Cart:
800-218-3945                                    0  item(s)

# SEVENTH AVENUE®
Always Fun • Always Unique • Always Within Your Reach

Choose 'n Charge
Buy Now, Pay Later ▶

Search:    Keyword or Item #    Go

| Bed & Bath | Furniture | Home Store | Electronics | Outdoor | Jewelry | Women's | Men's | Kids' | Health & Beauty | Gifts | Sale |

Black Friday Countdown: **Roscoe's DAILY DEALS**    **16 Days** of Exclusive Holiday Deals
Guaranteed lowest prices of the season—one new deal added daily!    **Start Saving**

Home Page ▸ **Hand-Painted Leather Peacock Bag**



## Hand-Painted Leather Peacock Bag
**$71.99**

**$20.00 per month**

★★★★★    Read Review (0) | Write a review

An accessory that adds instant wow to your look, this one-of-a-kind hand-painted bag is covered front and back with a fantasy representation of peacock feathers. Three compartments, 2 side pockets and 2 interior pockets make organization easy. Two zip closure compartments, one magnetic snap compartment. Adjustable shoulder strap. 10" l x 3 1/2" w x 7" h.

| Hand-Painted Leather Peacock Bag | #D7724955 | $71.99 |
|---|---|---|



**Quantity:** 1    **Ship to:** Me ⌄

You May Also Like



**Animal Stripes Handbag by Marc Chantal**

$109.95

SA001146



MIDNIGHT VELVET®

# TRENDS
## FALL 2015
Confident Style, Beautiful You

MISSES & PLUS SIZES

MORE THAN **390** NEW ITEMS!

Leaf Jewelry,
sold on Page 2

MidnightVelvet.com   800-383-5283

SA001147



# PAINT YOUR WORLD IN
# COLOR

**A**

*SAVE*
Caftan
Pant Set
from
$89.95

**A. NEW Cowl Caftan Pant Set**
Casual elegance and comfort too. The
belted caftan top defines your shape.
has 31" inseam. Rust. Polyester/spand...
machine wash. Made in USA.
Misses S, M, L, XL:
LX725110   $99.95   $89.95
Plus 1X, 2X, 3X:
LX725111   $109.95  $99.95
On orders by Dec. 17.

**B. NEW Midnight Floral Tunic**
Sheer beauty! This sleeveless tunic ha...
look of an exquisite vest and top, thar...
the attached floral-print panel. Comes
black cami. Tunic is polyester; cami is
spandex. Machine wash. Imported.
Misses S, M, L, XL: LX724144   $7...
Plus 1X, 2X, 3X:     LX724145   $8...

**C. Colorful Hinged Bangle Watc...**
Matte finish gives a rich sheen to this
style-savvy timepiece. Clear crystal acce...
1 5/8" diam. case; 6 1/4" inside circum.
*Choose white, red, purple, brown or blac...*
LX67319      $34.95

**D. Peacock Dress** A fireworks-like
burst of color enlivens this eye-catchi...
summer dress, expressed in a scatter...
peacock feathers. Embellished with s...
trim to the hankie hem. 41" long at sh...
point. Polyester; hand wash. Imported...
Misses S, M, L, XL:
LX721624   $139.95
Plus 1X, 2X, 3X:
LX721625   $149.95

**E. NEW Heat by Beyoncé** Swee...
fruity and floral, but with underlying n...
of almond, sequoia, musk and tonka b...
Beyoncé Knowles' first fragrance is a
sensual powerhouse of a scent. 3.4 fl...
EDP spray.
LX720586   $54.95

**F. NEW Hand-Painted Leather ...
Peacock Bag** An accessory that
adds instant wow to your look, this on...
of-a-kind hand-painted bag is covered
and back with a fantasy representation
of peacock feathers. Three compartme...
2 side pockets and 2 interior pockets
make organization easy. Two zip closu...
compartments, one magnetic snap
compartment. Adjustable shoulder str...
10 1/2 x 3 1/2" w x 7" h.
LX724955   $89.95



Floral Tunic
from
$79.95





$34.95
White
Red
Purple
Brown
Black





Hand-painted
Leather

SA001148
SA001148

SA001149

SA001149



# MIDNIGHT VELVET ®

## TRENDS
### FALL 2015

Confident Style, Beautiful You

## MISSES & PLUS SIZES

MORE THAN **370** NEW ITEMS!

Leaf Jewelry,
sold on Facing
Fold Out

MidnightVelvet.com   800-383-5283

SA001150



B Necklace/Earring Set $19.95

PATRIZIA

**A. Jessamyn Acid Wash 2-Piece Dress** A delightfully vintage feel infuses this feminine 2-piece dress, thanks to a pretty yoked top, mirrored embroidery, ruffles and eyelet trim. Skirt is 35" long. Gold. Acid wash rayon; hand wash. Imported.
Misses S, M, L, XL:
**VV720978        $119.95**
Plus 1X, 2X, 3X:
**VV720979        $129.95**

**B. NEW Faux Stone Necklace/Earring Set** This colorful, bold look is guaranteed to catch every eye. Goldtone. Fabric backing. Necklace is 18" long plus 2" extender. Earrings are 1 1/2" long.
**VV724773        $19.95**

**C. Mauve Wedge by Spring Footwear** It's the details that make this wedge sandal such a great find. Beads "framed" in goldtone beads give an artistic look to the T-strap. 2" wedge heel. Back zip. Synthetic. Beige. European sizes 36(5), 37(6), 38(7), 39(8), 40(9), 41(10) and 42(11).
**VV720996    $79.95**



E Hand-painted Leather



F



G $34.95

Red

Brown

White

Purple

Black

SA001151



**H**
Floral Tunic
from
$79⁹⁵

**I**
*SAVE*
Caftan
Pant Set
from
$89⁹⁵

**D. Peacock Dress** A fireworks-like burst of color enlivens this eye-catching summer dress, expressed in a scattering of peacock feathers. Embellished with sequin trim to the hankie hem. 41" long at shortest point. Polyester; hand wash. Imported.
Misses S, M, L, XL:    VV721624    $139.95
Plus 1X, 2X, 3X:    VV721625    $149.95

**E. NEW Hand-Painted Leather Peacock Bag** An accessory that adds instant wow to your look, this one-of-a-kind hand-painted bag is covered front and back with a fantasy representation of peacock feathers. Three compartments, 2 side pockets and 2 interior pockets make organization easy. Two zip closure compartments, one magnetic snap compartment. Adjustable shoulder strap. 10" l x 3 1/2" w x 7" h.
VV724955    $89.95

**F. NEW Heat by Beyoncé** Sweet, fruity and floral, but with underlying notes of almond, sequoia, musk and tonka beans, Beyoncé Knowles' first fragrance is a sensual powerhouse of a scent. 3.4 fl. oz. EDP spray.
VV720586    $54.95

**G. Colorful Hinged Bangle Watch** Matte finish gives a rich sheen to this style-savvy timepiece. Clear crystal accents. 1 5/8" diam. case; 6 1/4" inside circum. *Choose white, red, purple, brown or black.*
VV67319    $34.95

**H. NEW Midnight Floral Tunic** Sheer beauty! This sleeveless tunic has the look of an exquisite vest and top, thanks to the attached floral print panel. Comes with black cami. Tunic is polyester; cami is rayon/spandex. Machine wash. Imported.
Misses S, M, L, XL:    VV724144    $79.95
Plus 1X, 2X, 3X:    VV724145    $89.95

**I. NEW Cowl Caftan Pant Set** Casual elegance and comfort too. The belted caftan top defines your shape. Pant has 31" inseam. Rust. Polyester/spandex; machine wash. Made in USA.
Misses S, M, L, XL:    VV725110    $99.95    $89.95
Plus 1X, 2X, 3X:    VV725111    $109.95    $99.95
On orders by Dec. 17.

PAINT YOUR
WORLD IN
COLOR