# EXHIBIT B

Case 1:16-cv-04461-PGG Document 69-2 Filed 05/05/17 Page 1 of 12



# BIACCI
Incorporation
USA - CANADA

**HANDPAINTED SAFARI FEATHER**
EACH PIECE IS INDIVIDUALLY HANDPAINTED BY OUR
SKILLED ARTIST ON FULL SOFT GRAIN COWHIDE

HOLIDAY 2008
SPRING 2009



P 42954 - Size - 16" X 12" X 1 /2"
Large zip top tote. Back has zip compartment and cell phone case. Indside has zip compartment.



P 41888 - Size - 15" X 9"
Underarm double zip compartment Tote.
Back has zip compartment and cell phone case.
Indside has zip compartment.



P 42921 - Size - 12" X 12"
Zip top Shoulder bag. Back has zip compartment and cell phone case. Indside has zip compartment.



P 42937 - Size - 11" X 11"
Flap over body handbag. Back Back has zip compartment / cell case. Indside has zip compartment.



P 4P101 - Size - 9" X 4 1/2"
Zip top wrist pouch



P 40055 - Size - 7" X 4"
Zip round Ladies wallet



P 42907 - Size - 11 1/2" X 10"
Zip top, front open compartment with tab closure. Back zip pocket & cell case.



P 45326 - Size - 9" X 8 1/2" x1"
Zip top body shoulder bag.



P 40163 - 7" x 4"
Ladies wallet.



P 4F1 - 6" x 5"
Frame pouch coin

Sisbro Creations
2287 Erin Centre Blvd
Mississauga ON L5M 5C1

Tel: (905) 819-1140
Fax: (905) 812-9556

email: info@sisbrocreations.com
website: www.sisbrocreations.com



**LEATHER HAND PAINTED**
FRINGES - WESTERN LOOK



BACK
CELL CASE
ZIP POCKET

BACK
CELL CASE
ZIP POCKET

STYLE NO - F 42967

STYLE NO - F 42940
ZIP TOP COMPARTMENT

STYLE NO - F 42968

BACK
CELL CASE
ZIP POCKET

STYLE NO - F 42966
UNDERARM BODY TOTE BAG

STYLE NO - F 42969
SHOULDER BODY BAG

BACK
CELL CASE
ZIP POCKET

Sisbro Creations
2287 Erin Centre Blvd
Mississauga ON L5M 5C1

Tel: (905) 819-1140
Fax: (905) 812-9556

email: info@sisbrocreations.com
website: www.sisbrocreations.com



OPEN VERSION

| | |
|---|---|
| **STYLE** | **R 40161** |
| **SIZE** | 7" x 4" |
| **DETAIL** | ☐Tri flap over mini organizer wallet<br>☐Three bill compartments<br>☐Ten card slots<br>☐ID Case<br>☐Coin pocket<br>☐Fully lined and padded |
| **AVAILABLE PRINTS** | ☐**Western butterfly floral with embellishments** |



| | |
|---|---|
| **STYLE** | P 42968 |
| **SIZE** | 8 1/2" X 5" |
| **DETAIL** | ☐Front three compartment wallet on string |
| | ☐Adjustable and detachable shoulder strap |
| | ☐Suitcase lock on front |
| | ☐Inside - zip pocket |
| | ☐Back - large zip pocket |
| | ☐Fully lined and padded |
| | ☐Convenient for traveling |
| | ☐Attractive evening bag |
| **AVAILABLE PRINTS** | ☐Peacock |
| | ☐Fringes Floral |
| | ☐Butterfly Floral Without Floral |
| | ☐Solid - Black-Tan-Red-Chocolate |



| | |
|---|---|
| **STYLE** | P 42865 |
| **SIZE** | 7" X 5 1/2" |
| **DETAIL** | ☐All purpose organizer body bag |
| | ☐Adjustable shoulder strap |
| | ☐Front flap over pocket |
| | ☐Back - rounded zip pocket with an additional zip compartment on pocket |
| | ☐Inside provision for credit cards |
| | ☐Fully lined and padded |
| | ☐All-round convenience for any occasion |
| **AVAILABLE PRINTS** | ☐Peacock |
| | ☐Butterfly Floral |
| | ☐Aztec Multi |

Discover Biacci | New Arrivals | Sales | About Us | FAQ | For Retailers | Contact us

## BIACCI COLLECTION

- Abstract
- Animal
- Floral
- Guitar
- Majestic Empire
- Village

### Peacock
Celebrating the majestic Peacock.


PK 40055


PK 40161


PK 41888


PK 42907


PK 42927


PK 42968


PK 43028


PK 45328


PK 4P101


PK 43168

Crossbody   Drawstring   Handbag   Hobo   Small Leather Goods   Tote



### Midnight Velvet

CLOTHING ACCESSORIES SHOES JEWELRY HEALTH & BEAUTY FOR THE HOME GIFTS SALE

SEARCH | Go

Your Account | Customer Service 800-383-5283 | Order Status | Shopping Bag: 0 item(s)

CONTESTS & CONVERSATIONS

Home Page > Hand-Painted Peacock Bag

**Hand-Painted Peacock Bag**
$109.95
★★★★★ Read Review
Only $20.00 per month with Midnight Velvet® Credit

The gorgeous colors of the peacock are hand-painted on this eye-catching leather bag. Fabric lining. 14" l x 2 3/4" w x 8 1/2" h.

Hand-Painted Peacock Bag    #VI66378    $109.95

Quantity: 1
Ship to: Me
Sign in to access your Address Book.

Add To Shopping Cart
Add to Wish List
Email to a Friend
SHARE

**Customer Reviews** | Shipping Restrictions & Policies

**Recent Reviews**

Write Your Own Review    Read All Reviews

**beautiful**
★★★
**Reviewer:** Anonymous, Bismarck, ND    **Date:** June 05, 2012

I loved this bag when I got it. perfect size. I wanted it for everyday use. In less than a month the painted cracked and wore off. I returned the bag.

Hand-Painted Peacock Bag from Midnight Velvet®

Case 1:12-cv-05565-SN   Document 1-2   Filed 07/19/12   Page 9 of 16

**Was this review helpful?** **Yes** **No** **0 of 0 people found this review helpful**

### cool purse

**Reviewer:** shirley, lompoc ca   **Date:** May 30, 2012

⭐⭐⭐

i love the colours, and size , lots of pockets etc what i don't like is there is no shoulder strap

**Was this review helpful?** **Yes** **No** **0 of 0 people found this review helpful**

### Fantastic Bag!

**Reviewer:** Janice, Washington, DC   **Date:** May 21, 2012

⭐⭐⭐⭐

This bag is simply beautiful, almost to beautiful to carry! The colors are very vivid, strikingly clear. Hopefully, this bag will hold up to light carrying. I love it! *A little tip for leather bags, never hang them up by the straps,it will cause the straps to stretch and eventually cause small tears...always lay bags flat between a soft cloth, to keep colors from bleeding onto your bags, or from non-use, place them apart and store in cool dry area.

**Was this review helpful?** **Yes** **No** **0 of 0 people found this review helpful**

### A great find

**Reviewer:** Jaime Perez, vineland,nj   **Date:** April 25, 2012

⭐⭐⭐⭐

I love it. It match hat i was wwearing for my anniversary perfect.

**Was this review helpful?** **Yes** **No** **0 of 0 people found this review helpful**

### Great Find

**Reviewer:** Mary G, Canton, MI   **Date:** April 19, 2012

⭐⭐⭐

I've been waiting for this hand bag to go on sale and it was worth the wait. Exceeded by expectations!

**Was this review helpful?** **Yes** **No** **0 of 0 people found this review helpful**

**Write Your Own Review**   **Read All Reviews**



Hand-Painted Peacock Bag from Midnight Velvet®

About Us
Customer Service/Help
Contact Us
Top Items

Online Catalog
Catalog Request
Sizing Chart

Gift Certificates
Wish List
Site Map
Clearance

Beauty Expert Blog
Privacy Policy
Terms of Use

Call Toll Free:
800-383-5283

Receive exclusive offers and get the latest from MidnightVelvet.com

Enter Email address    Sign Up

© 2012 Midnight Velvet

http://www.midnightvelvet.com/Hand-Painted-Peacock-Bag.pro?omSource=SLI[7/13/2012 2:14:48 PM]



# Seventh Avenue
ALWAYS FUN. ALWAYS UNIQUE. ALWAYS WITHIN YOUR REACH.

Your Account | Shopping Cart: 0 item(s)
Order Status | Customer Service/Help
800.356.9090

Buy Now, Pay Later

Español

| Bed & Bath | Furniture | Home Store | Electronics | Outdoor | Jewelry | Women's | Men's | Health & Beauty | Gifts | Sale |

Home Page » Hand-Painted Peacock Bag

**Image**

Zoom

## Hand-Painted Peacock Bag
$109.95

★★★★★ Read Review

The gorgeous colors of the peacock are hand-painted on this eye-catching leather bag. Fabric lining. 14" l x 2 3/4" w x 8 1/2" h.

Brought to you by MIDNIGHT VELVET, another member of our trusted catalog family

| Hand-Painted Peacock Bag | #ES66378 | $109.95 |

Quantity: 1
Ship to: Me

Sign in to access your Address Book.

[ADD TO SHOPPING CART]
[ADD TO WISH LIST]
[EMAIL TO A FRIEND]

SHARE

## You may also like...


Bag, Croco Messenger
Save 27% $39.95 $28.99
More Colors Available


Red Trimmed Zebra Print Handbag
$59.95


Bag, Tassel Bucket
$99.95


Leather Bag, East/West
$119.95
More Colors Available


Handbag, Hand-Painted Birds
Save 26% $79.95 $58.99

| Customer Reviews | Shipping Restrictions & Policies |

**Recent Reviews**

[WRITE YOUR OWN REVIEW] [READ ALL REVIEWS]

**Beautiful**
Reviewer: Pat, Riverside, CA    Date: May 31, 2011
★★★★★
This bag is beautiful - soft leather, and hand painting is gorgeous. I have gotten numerous compliments on how beautiful it is.

[WRITE YOUR OWN REVIEW]
[READ ALL REVIEWS]

Was this review helpful?  1 of 1 people found this review helpful

### Beautiful

**Reviewer:** Pat, Riverside, CA **Date:** May 03, 2011



I fell in love with this bag the moment I saw it in the catalog and had to have it. It's everything I expected and more - quality leather - beautiful painting and I've gotten more compliments on this bag then any I've every had, including designer ones.

Was this review helpful?   0 of 0 people found this review helpful

### A good find

**Reviewer:** Julie, Hutchinson,Ks. **Date:** June 17, 2010



I bought this purse for my sister.She loved the peacock feathers.

Was this review helpful?   0 of 0 people found this review helpful

---

**Email Sign-up**
Receive exclusive offers and get the latest from SeventhAvenue.com

Enter Email address

SIGN UP

**Our Company**
About Us
100% Guarantee
Site Map
Privacy Policy
Terms of Use
California Privacy Policy

**Shop**
Online Catalog
Catalog Request
Top Items
Gift Certificates
Wish List
Sizing Chart

**Customer Service/Help**
FAQs
Shipping Information
Track Your Order
Return Policy
Product Recall Information

**Call Seventh Avenue toll-free at**
1-800-356-9090



© 2012 Seventh Avenue