

Home | Order Status | View Cart | Checkout | Customer Service

**search** [enter keyword(s) or item number] GO

Apparel & Accessories | Tees & Sweatshirts | Sleepwear | Jewelry | Home & Garden | Unique Gifts | Personalized Gifts | What's New | Outlet Sale

**Shop by Category**
- Apparel & Accessories
- Tees & Sweatshirts
- Sleepwear
- Jewelry
- Home & Garden
- Unique Gifts
- Personalized Gifts
- What's New
- Outlet Sale

**Gift Finder**
- Valentine's Day
- St Patrick's Day
- Easter
- Mother's Day
- Father's Day
- 4th of July
- Fall Harvest & Halloween
- Christmas
- For Her
- For Him
- For Kids & Infants
- For Grandparents
- For Pet Lovers
- Hobbies & Interests
- Humor



Home : Search Results



Mouse over Image to Magnify
Click on Image to View Larger

### Peacock Painted Leather Bag

Beautifully handpainted genuine leather bag captures the allure of peacock feathers and surrounding flora in breathtaking hues with iridescent highlights. Images repeat on the back. Exterior zip pocket. Zip top opens to a fully lined interior with a zip wall pocket and open cell phone pocket. 8 1/2" x 9"; strap adjusts 28"-52". ****

**Peacock Painted Leather Bag**
Item #: W21233

**Price: $49.95**

**In Stock: (Yes)**

QTY: [1]  [ADD TO CART]

**People who bought Peacock Painted Leather Bag also bought**


Garden Lace Jacket
$69.95


Peacock Fantasy Top
$59.95


Waterbird Tunic
$59.95


Branches Peel and Stick Wall Art
$29.95
**Sale Price: $17.99**
**You Save: 40%**

ENTER TO WIN A $100 GIFT CARD! [enter email address] SUBMIT

Contact Us | Order Status | Size Chart
Free Catalog Request | Shipping Information | View All Items
Sign Up For eMail Offers | Our Guarantee | Affiliate Program
Gift Cards | Privacy Statement

  

Call Anytime Toll Free:
**Orders: 1-800-221-1133**
**Customer Service and Order Status: 1-877-754-7430**

Copyright © 2010 Catalog Favorites - All Rights Reserved

http://www.catalogfavorites.com/itemdy00.asp?T1=W21233&ref=us[7/12/2012 3:59:11 PM]

Peacock Painted Leather Bag - Casual Women's Clothing and Fashion Accessories – Exclusive Styles in Misses and Womens Plus Sizes | Serengeti

Case 1:16-cv-04015-RJS Document 69-13 Filed 05/05/17 Page 2 of 4

# Serengeti

Home | Order Status | View Cart | Checkout | Customer Service

search [keyword or item number] GO

## Shop by Category

- New Arrivals
- Dresses & Jumpers
- Jackets
- Knit Tops
- Loungewear
- Pants, Capris & Shorts
- Sets
- Shirts, Tunics & Vests
- Skirts
- Sweaters
- Sweatshirts & Tees
- Accessories
- Bags
- Jewelry
- Outlet Sale

## Shop by Size

- Misses Sizes
- Plus Sizes
- Petite Sizes

## Serengeti Gallery

- Casual Living
- Embellished Styles
- Floral Designs
- Serengeti Exclusives
- Spring Into Summer
- Fall Fashions Ahead
- Holiday Celebration
- Winter Wonderland



**Home** : **Bags**


Mouse over Image to Magnify
Click on Image to View Larger



### Peacock Painted Leather Bag

Beautifully handpainted genuine leather bag captures the allure of peacock feathers and surrounding flora in breathtaking hues with iridescent highlights. Images repeat on the back. Exterior zip pocket. Zip top opens to a fully lined interior with a zip wall pocket and open cell phone pocket. 8 1/2" x 9"; strap adjusts 28"-52".

****

**Peacock Painted Leather Bag**
Item #: W21233
**Price: $49.95**

**In Stock: (Yes)**

QTY: [1]   ADD TO CART

### People who bought Peacock Painted Leather Bag also bought


Mesh Cardigan
$44.95


Animal Print Shirt And Short Set
$49.95


Multi Compartment Black Leather Shoulder Bag
$44.95


Crystal Spray Top
$34.95

ENTER TO WIN A $100 GIFT CARD! [enter email address] SUBMIT

| Contact Us | Order Status | Size Chart | | | | Call Anytime Toll Free: |
| Free Catalog Request | Shipping Information | View All Items |  |  |  | Orders: 1-800-426-2852 |
| Sign Up For eMail Offers | Our Guarantee | Affiliate Program | | | | Customer Service and Order Status: |
| Gift Cards | Privacy Statement | | | | | 1-877-754-7441 |

# CATALOG FAVORITES

### A SHOWCASE OF CATALOG BEST-SELLERS

'Lake' T-Shirt, p.52

'D.A.D.D.' T-Shirt, p.10



Kelly-Green Sequined Sneakers, p.58



St. Patrick's Day Top, p.58



Genuine Four-Leaf-Clover & Silver Horseshoe Pendant, p.59

Paris Auto-Folding Umbrella, p.7



Set of 9 Black & White Bangle Bracelets, p.47

Houndstooth Bag & Scarf Set, p.13

*Late Winter 2012*

Over 100 New Favorites Gifts Inside!

**CatalogFavorites.com**

### Peacock Sequin Top
The shimmery peacock print of this off-shoulder top is paneled in front with featherlight "fur" and crisscrossed with tiny sequins. The arced hemline falls slightly longer in back. Three-quarter sleeves. Stretchy 60% polyester/35% rayon/5% spandex. Dry clean. Made in USA. *Sizes:* S, M, L, XL; Misses' 25" long, 1X, 2X, 3X; Women's 29" long (longest points).
**P82-465** Peacock Sequin Top **$89.95**

*Available in women's sizes 1X–3X!*

### 'What Happens with Sisters' T-Shirt
Sisters keep secrets that will never be told! The words on our screenprinted tee express this special bond. 100% preshrunk cotton. Made in USA/imported. *Sizes:* M, L, XL, XXL.
**V9-719** *What Happens with Sisters* T-Shirt (M–XL) **$17.95**; (XXL) Add $2



### Peacock Feather Ring
The proud plumage of the peacock gleams in enameled goldplate, glass, and shimmering crystal accents. Gift boxed. *Whole Sizes:* 6–10.
**J32-512** Peacock Feather Ring **$29.98**

### 'Ultime' Contour Massager
Presenting the latest in European–designed natural contour massagers! Shaped expressly for women, its stimulating, thumb-and-forefinger–simulating design delivers three speeds of variable, pleasurable relief and release. Batteries included. 8¼"-long curve.
**P20-995** *Ultime* Contour Massager **$34.95**



### Permanent Pro Hair Remover
Home electrolysis roller eradicates 4"-wide areas of unwanted hair permanently and painlessly. Emits safe, low-level electrical energy that reacts with conductive gel to destroy hair follicles at their base. Great for face, underarms, bikini line, and legs. Includes batteries, tweezers, 3 oz. gel, and zippered travel case. 2"W x 4½"L.
**K18-32** Permanent Pro Hair Remover **$99.99**



### Peacock Painted Leather Bag
Beautifully handpainted genuine leather bag captures the allure of peacock feathers and surrounding flora in breathtaking hues with iridescent highlights. Images repeat on the back. Exterior zip pocket. Zip top opens to a fully lined interior with a zip wall pocket and open cell phone pocket. 8½" x 9"; strap adjusts 28"–52".
**W21-233** Peacock Painted Leather Bag **$49.95**



### Liberté™ Contour Massager
Designed by women, for women: The shape and curve of Liberté™ gently massage a variety of muscles, offering personal satisfaction, taste, and discretion. Quiet, powerful motor offers three speeds of vibration. Uses 2 AA batteries (not included). 8" long, 1¼" diam.
**P26-754** Liberté™ Contour Massager **$34.95**

