# EXHIBIT J

BHASKAR BASU                                    November 21, 2016

Page 12

 1      A.      The Basu Group is currently in 1003
 2  Berkshire Drive in South Brunswick, New Jersey.
 3  That's the registered address for that business
 4  right now, and we are moving it to a different
 5  address in the coming months.
 6      Q.      You're going to be in this
 7  neighborhood or are you going to be in Washington
 8  State?
 9      A.      I personally will be in Washington.
10  That's why I gave you my residence in Washington,
11  but I'll have a registered address here in New
12  Jersey.
13      Q.      All right.  How long have you been
14  president of The Basu Group?
15      A.      Since 2005.
16      Q.      And what was your employment before
17  then?
18      A.      Until 2003, I was employed by Novell
19  Technology.  That was out of Cambridge,
20  Massachusetts.
21      Q.      That's the computer company?
22      A.      Right.
23      Q.      And before that?
24      A.      Before that, it was the Cambridge
25  Technology Partners because they changed names to

BHASKAR BASU                                              November 21, 2016

```
                                                              Page 1
 1                  UNITED STATES DISTRICT COURT

 2                  SOUTHERN DISTRICT OF NEW YORK

 3      -------------------------------------x

 4      THE BASU GROUP INC.,

 5                          Plaintiff,

 6           -against-                       Civil Action No.

 7      SEVENTH AVENUE, INC.,                16-cv-00461-PGG

 8                          Defendant.       ECF CASE

 9      -------------------------------------x

10

11

12

13              DEPOSITION OF:  BHASKAR BASU
                   Monday, November 21, 2016
14                     New York, New York
                     9:49 a.m. - 2:16 p.m.
15

16

17

18

19

20

21

22             Reported in stenotype by:
                     Rich Germosen,
23        CCR, CRCR, CRR, RMR, NYACR, NYRCR
         NCRA/NJ/NY/CA Certified Realtime Reporter
24          NCRA Realtime Systems Administrator
                     Job No. 188789
25
```

BHASKAR BASU                                              November 21, 2016

<div style="border:1px solid black; padding:10px;">

Page 2

1      Deposition of BHASKAR BASU, taken in the
2   above-entitled matter before RICH GERMOSEN, Certified
3   Court Reporter, (License No. 30XI00184700), Certified
4   Realtime Court Reporter-NJ, (License No. 30XR00016800),
5   NCRA/NY/CA Certified Realtime Reporter, NCRA Registered
6   Merit Reporter, New York Association Certified Reporter,
7   NCRA Realtime Systems Administrator, taken at the
8   offices of LADAS & PARRY, LLP, 1040 Avenue of the
9   Americas, New York, New York  10018-3738, on Monday,
10  November 21, 2016, commencing at 9:49 a.m.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

</div>

```
 1   A P P E A R A N C E S:
 2
 3
 4   MYERS WOLIN
 5   BY:  MICHAEL R. GILMAN, ESQ.
 6   100 Headquarters Plaza
 7   North Tower, 6th Floor
 8   Morristown, New Jersey  07960
 9   (973) 401.7157 / (866) 864.3947 (FAX)
10   michael.gilman@myerswolin.com
11   Attorneys for the Plaintiff
12
13   LADAS & PARRY, LLP
14   BY:  DAVID C. BREZINA, ESQ.
15   224 South Michigan Avenue
16   Suite 1600
17   Chicago, Illinois  60604
18   (312) 427.1300 / (312) 427.6663 (FAX)
19   david.brezina@ladas.net
20   Attorneys for the Defendant
21
22
23
24
25
```