# EXHIBIT K

Page 15

1        A.      No, there aren't any other offices.

2        Q.      What's the relationship of The Basu

3   Group to your parents' business?

4        A.      My parents' business is a

5   manufacturing business out of India.  So The Basu

6   Group is an importer from that factory out of India.

7        Q.      What's the name of the factory in

8   India?

9        A.      Societe Maison de Cuir.

10       Q.      And that's French for company of the

11  house of leather?

12       A.      Something along those lines, yes.

13       Q.      All right.  Does -- I'll just call

14  them Societe --

15       A.      Sure.

16       Q.      -- because that's the first word.

17       A.      Sure.

18       Q.      Does Societe sell to anyone other

19  than The Basu Group?

20       A.      No.  They're all selling their goods

21  to The Basu Group.

22       Q.      All right.  So any purchase by any

23  retailer --

24       A.      Is through us.

25       Q.      -- is through -- and The Basu Group?

Page 50

```
 1    room, in the same place?
 2           A.      Yes, I was.
 3           Q.      All right.
 4           A.      I was in Calcutta in India when we
 5    were designing this feather.
 6           Q.      All right.
 7                   MR. BREZINA:  I'll ask the court
 8    reporter to mark -- off the record.
 9                   (Whereupon, a discussion is held off
10    the record.)
11                   MR. BREZINA:  Let's go back on the
12    record.
13                   I'll ask the reporter to mark exhibit
14    five.  This is also a two-sided copy.
15                   MR. GILMAN:  Thank you.
16                   (Whereupon, document bearing Bates
17    stamp SA 001209, is received and marked as Basu
18    Exhibit 5 for Identification.)
19                   COURT REPORTER:  Number five.
20                   THE WITNESS:  Thank you.
21    BY MR. BREZINA:
22           Q.      And it is my belief that this is also
23    a plaintiff exhibit 33.
24                   MR. GILMAN:  It's one of those, yeah.
25    I don't remember which.
```

BHASKAR BASU                                          November 21, 2016

```
                                                      Page 1
 1                  UNITED STATES DISTRICT COURT

 2                 SOUTHERN DISTRICT OF NEW YORK

 3     ---------------------------------------x

 4     THE BASU GROUP INC.,

 5                           Plaintiff,

 6         -against-                    Civil Action No.

 7     SEVENTH AVENUE, INC.,            16-cv-00461-PGG

 8                           Defendant.  ECF CASE

 9     ---------------------------------------x

10

11

12

13              DEPOSITION OF:  BHASKAR BASU
                Monday, November 21, 2016
14                New York, New York
                  9:49 a.m. - 2:16 p.m.
15

16

17

18

19

20

21

22              Reported in stenotype by:
                     Rich Germosen,
23          CCR, CRCR, CRR, RMR, NYACR, NYRCR
          NCRA/NJ/NY/CA Certified Realtime Reporter
24          NCRA Realtime Systems Administrator
                     Job No. 188789
25
```

BHASKAR BASU                                          November 21, 2016

                                                            Page 2
 1            Deposition of BHASKAR BASU, taken in the

 2    above-entitled matter before RICH GERMOSEN, Certified

 3    Court Reporter, (License No. 30XI00184700), Certified

 4    Realtime Court Reporter-NJ, (License No. 30XR00016800),

 5    NCRA/NY/CA Certified Realtime Reporter, NCRA Registered

 6    Merit Reporter, New York Association Certified Reporter,

 7    NCRA Realtime Systems Administrator, taken at the

 8    offices of LADAS & PARRY, LLP, 1040 Avenue of the

 9    Americas, New York, New York  10018-3738, on Monday,

10    November 21, 2016, commencing at 9:49 a.m.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

BHASKAR BASU                                    November 21, 2016

```
                                                              Page 3
 1    A P P E A R A N C E S :

 2

 3

 4    MYERS WOLIN

 5    BY:  MICHAEL R. GILMAN, ESQ.

 6    100 Headquarters Plaza

 7    North Tower, 6th Floor

 8    Morristown, New Jersey  07960

 9    (973) 401.7157 / (866) 864.3947 (FAX)

10    michael.gilman@myerswolin.com

11    Attorneys for the Plaintiff

12

13    LADAS & PARRY, LLP

14    BY:  DAVID C. BREZINA, ESQ.

15    224 South Michigan Avenue

16    Suite 1600

17    Chicago, Illinois  60604

18    (312) 427.1300 / (312) 427.6663 (FAX)

19    david.brezina@ladas.net

20    Attorneys for the Defendant

21

22

23

24

25
```