# EXHIBIT L

BHASKAR BASU                                          November 21, 2016

```
                                                              Page 45
 1    specifics to be honest, but let's see, yeah, if we
 2    got this photo, it would have been from the
 3    internet, because we did not go to the Burning Man
 4    Festival that's mentioned over here.
 5           Q.      Was this inspiration used to create
 6    the art in exhibit two?
 7           A.      No, not entirely.  So what we did
 8    was, yeah, we got a lot of photographs and images
 9    that we could find, but then we also had the real
10    feather, and typically when I'm creating an artwork,
11    what I do is I glance across all these images to try
12    and capture, you know, the image that forms in my
13    mind.
14                  So, you know, as a child, whenever
15    I've drawn, and I did a lot of it when I was in
16    school and high school, etc., my approach to drawing
17    and my approach to art has always been from an angle
18    of interpretation or an angle of perception.  So I
19    use these images mostly for -- less for technical
20    accuracy and more for kind of like an interpretation
21    value.  What is the look and feel of that feather?
22    What's catching my attention?
23                  And so once I've looked at all these
24    different feathers and then I've got the real
25    feather, which was the primary guidance for us,
```

BHASKAR BASU                                               November 21, 2016

```
                                                              Page 46
 1    that's when we started drawing and creating these
 2    different guidelines to kind of create the feather,
 3    and we didn't get to something like this at our
 4    first attempt because we attempted various different
 5    types of, you know, or methods of drawing the
 6    feather and applying color to it to see what made it
 7    look more realistic, and there was a lot of trial
 8    and error before we actually ended up with this
 9    version.
10         Q.      When you say this --
11         A.      This version, the one that we
12    copyrighted.
13         Q.      Okay.  In exhibit two?
14         A.      In exhibit two, yes.
15         Q.      You mentioned the shoe in exhibit
16    four.  That's page 1293.  That was not your
17    company's shoe in 2007?
18         A.      No, no, no, not at all.  This wasn't
19    created by us.
20         Q.      Do you sell shoes now?
21         A.      We have sold some shoes in the past
22    and that is one of the various products that we
23    continue to explore.
24         Q.      But that's recent.  It's not --
25         A.      It's a recent past.
```

BHASKAR BASU                                              November 21, 2016

```
                                                          Page 48
 1    my inspiration.
 2         Q.        Those earrings you saw, those were
 3    like cut pieces from actual peacock feathers?
 4         A.        I don't -- it appears -- it appeared
 5    to be because -- but I didn't actually walk up to
 6    them and touch them or feel them per se, but they
 7    did appear to be realistic from a distance.
 8         Q.        All right.  And you used all the
 9    inspiration in exhibit four to inspire you to create
10    the art in exhibit two?
11         A.        Yeah.
12                   MR. GILMAN:  Objection.
13         A.        So, you know, it's hard for me to say
14    that I used all of them.  So the way we design is
15    when we focus on a subject, we try to gather as much
16    information as in pictures that we can.  We're
17    not -- from your earlier question, you were asking
18    me about the definition, etc.  For us, we're
19    creating art.  So the definition wasn't the
20    important thing.  For us, it was kind of getting the
21    look and feel of what we want to draw.
22                   So we get a lot of different pictures
23    and we kind of glance over them, and sometimes two
24    or three of them will catch more of our attention
25    than others.  So it's -- you know, it's hard for me
```

BHASKAR BASU                                            November 21, 2016

```
                                                          Page 58
 1    we have drawn over here have subtle differences, but
 2    generally they look the same.
 3           Q.       Referring back to the picture in
 4    exhibit two, was this -- was the original from which
 5    the photo was taken a sample on a flat piece of
 6    leather that was photographed?
 7           A.       That is correct, because, you know,
 8    when we created this artwork, we first tried it on
 9    paper several times trying different methods of
10    doing it.  We even tried a couple of different
11    leather swatches trying the different techniques of
12    drawing or of representation that we tried, but none
13    of those representations or interpretations appeared
14    to me the way I wanted it to look.  So we kept
15    trying until we came to this specific like what
16    you're seeing in exhibit two.
17                    So once we did the drawing in this
18    specific fashion where our application of a certain
19    color and then the highlighting that color with that
20    black line, the way it made the feather pop out is
21    where we zoned in on and said, Yes, that's the look
22    we want to move forward with, and that became our
23    initial guideline to how we wanted to do the
24    feather.  From then on, we started recreating that
25    for the different bags that you have or rather the
```

Page 59

1  different drawings that you have shown in exhibit
2  seven.
3       Q.    So the actual sample that was
4  photographed for exhibit two wasn't actually in a
5  handbag?
6       A.    It is the exact feather that we have
7  drawn, and like, you know, in terms of how we have
8  drawn it, it is pretty much the exact same feather
9  that we have drawn in each and every one of these
10 drawings, and if you look at it -- let's see, which
11 page was that?
12            So in exhibit seven, the very first
13 page with that image, which says TBG 00004, has that
14 feather over there, and then, let's see, I mean,
15 this is pretty much the look and feel that we have
16 tried to emulate and recreate everywhere we have
17 done our rest of our feather work.
18      Q.    All right.  But if you look at number
19 seven, there is the black and white drawing on the
20 left and the color one on the right; correct?
21      A.    Correct.
22      Q.    I count the number of branches.
23 They're not the same.  There is one more on the
24 right in the color version which is registered?
25      A.    You know, this is a hand drawing.  So

BHASKAR BASU                                              November 21, 2016

```
                                                                  Page 1
 1                  UNITED STATES DISTRICT COURT

 2                  SOUTHERN DISTRICT OF NEW YORK

 3      ----------------------------------------x

 4      THE BASU GROUP INC.,

 5                          Plaintiff,

 6         -against-                          Civil Action No.

 7      SEVENTH AVENUE, INC.,                 16-cv-00461-PGG

 8                          Defendant.        ECF CASE

 9      ----------------------------------------x

10

11

12

13               DEPOSITION OF:  BHASKAR BASU
                    Monday, November 21, 2016
14                     New York, New York
                      9:49 a.m. - 2:16 p.m.
15

16

17

18

19

20

21

22              Reported in stenotype by:
                       Rich Germosen,
23         CCR, CRCR, CRR, RMR, NYACR, NYRCR
        NCRA/NJ/NY/CA Certified Realtime Reporter
24         NCRA Realtime Systems Administrator
                      Job No. 188789
25
```

BHASKAR BASU                                              November 21, 2016

Page 2

1        Deposition of BHASKAR BASU, taken in the
2   above-entitled matter before RICH GERMOSEN, Certified
3   Court Reporter, (License No. 30XI00184700), Certified
4   Realtime Court Reporter-NJ, (License No. 30XR00016800),
5   NCRA/NY/CA Certified Realtime Reporter, NCRA Registered
6   Merit Reporter, New York Association Certified Reporter,
7   NCRA Realtime Systems Administrator, taken at the
8   offices of LADAS & PARRY, LLP, 1040 Avenue of the
9   Americas, New York, New York  10018-3738, on Monday,
10  November 21, 2016, commencing at 9:49 a.m.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

BHASKAR BASU											November 21, 2016

```
                                                              Page 3
 1   A P P E A R A N C E S:

 2

 3

 4   MYERS WOLIN

 5   BY:  MICHAEL R. GILMAN, ESQ.

 6   100 Headquarters Plaza

 7   North Tower, 6th Floor

 8   Morristown, New Jersey   07960

 9   (973) 401.7157 / (866) 864.3947 (FAX)

10   michael.gilman@myerswolin.com

11   Attorneys for the Plaintiff

12

13   LADAS & PARRY, LLP

14   BY:  DAVID C. BREZINA, ESQ.

15   224 South Michigan Avenue

16   Suite 1600

17   Chicago, Illinois   60604

18   (312) 427.1300 / (312) 427.6663 (FAX)

19   david.brezina@ladas.net

20   Attorneys for the Defendant

21

22

23

24

25
```