# EXHIBIT N

Case 1:16-cv-00461-PGG   Document 87-19   Filed 06/06/17   Page 1 of 2

| | |
|---|---|
| From: | Barrett, Tisha |
| To: | Ludwig, Paula |
| Cc: | Nofsinger, Darcia; Tomasiewicz, Joe |
| Subject: | RE: hand painted bags with feather design |

Removed manju. No peacock feathers. Pretty sure that was one of the ones in questioning from basu.

I'm in Chicago but can look for images when I return. I guess they wouldn't know southwestern. It's like stating the other Indians. That's why I always ask "feather or dot? " Maybe a dream catcher, or something. Just tell her that I'm out and we will respond by Friday. Ok?

Sent from Samsung Mobile

-------- Original message --------
From: Manju Mittal <manjumittal@anushamerchandising.com>
Date: 09/17/2013 9:37 AM (GMT-06:00)
To: "Ludwig, Paula" <Ludwig@sccompanies.com>
Cc: "Davies, Darcia" <Davies@sccompanies.com>,"Tomasiewicz, Joe" <Tomasiewicz@sccompanies.com>,"Barrett, Tisha" <Barrett_T@sccompanies.com>
Subject: hand painted bags with feather design


Dear Paula,


I am sending you some digitals here to confirm our understanding that if the below designs are considered with feather.

If she likes any of these, we can recol them and remake sample.


Regards,


Maanju