# EXHIBIT O

```
 1        is that, 3378?
 2   A.   That came on the photo, so that would either be Manju's
 3        or Shankar's.
 4   Q.   Okay.  Do you know what the meaning of the numbers at
 5        the bottom right are?
 6   A.   No.
 7   Q.   So you don't have any knowledge of what those numbers
 8        are?
 9   A.   Nope.
10   Q.   Can you guess at what those numbers are?
11   A.   It looks to me like it's a date, August 10, 2012.
12   Q.   Would you-- from working with Manju and her company in
13        the past, would you have any-- what would those numbers
14        mean to you? What would that date mean to you?  Would
15        it be a production date, first time they ever made the
16        bag?
17   A.   It means nothing to me.  It's a number on an image.
18   Q.   Okay. Put those away.
19             (Exhibit No. P15 and P16 were marked for
20        identification.)
21   BY MR. GILMAN:
22   Q.   While Ms. Ludwig is looking at those, P15 starts with
23        SA000409, and P16 starts at SA000413. Let me know when
24        you're ready.
25   A.   I'm ready.
```



1   Q.   Have you ever seen these documents before?
2   A.   These are e-mails.
3   Q.   Again, do you recall producing these e-mails or was it
4        Legal?
5   A.   Probably a combination of both.  I would have sent them
6        anything I had.
7   Q.   Can you now describe for the record what these e-mails
8        are saying to you?
9   A.   Well, Exhibit P15 is an e-mail from Manju on September
10       17, 2003, "Dear Paula, I'm sending you some digitals
11       here to confirm our understanding if that the below
12       designs are considered with feather.  If she likes
13       these, we can re-color them and remake sample.
14       Regards, Manju."  Then there's not a date for the
15       response, but Tisha had responded stating that she,
16       "Removed Manju, no peacock feathers.  Pretty sure that
17       was one of the ones in questioning from Basu.  I'm in
18       Chicago but can look for images when I return.  I guess
19       they wouldn't know southwestern.  It's like stating the
20       other Indians.  That's why I always ask feather or
21       dot.  Maybe a dreamcatcher or something.  Just tell her
22       I'm out and we will respond Friday.  Okay?"
23  Q.   And we discussed earlier you had mentioned a
24       conversation or an e-mail from Tisha while she was away
25       that maybe discussing it with her afterwards?

 

```
                    *** CONFIDENTIAL ***
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   _____x
                                     :
 3                                   :
     THE BASU GROUP, INC.,           :
 4                                   :
              Plaintiff,             :   Civil Action No.:
 5                                   :   16-cv-00461-PGG
                                     :   ECF CASE
 6        vs.                        :
                                     :
 7   SEVENTH AVENUE, INC.,           :
                                     :
 8            Defendant.             :
     _____x
 9




                Deposition of PAULA LUDWIG

              Friday, November 18, 2016

                      10:15 a.m.

                         At

              Seventh Avenue, Inc.
                 1112 7th Avenue
             Monroe, Wisconsin   53566




     Reported by Sheila K. Fairchild
```



1   DEPOSITION of PAULA LUDWIG, a witness in the
2   above-entitled action, was taken at the instance of the
3   Plaintiff, under and pursuant to the Rule 30 (b) (6),
4   Federal Rules of Civil Procedure, pursuant to notice,
5   before me, SHEILA K. FAIRCHILD, Professional Court
6   Reporter and Notary Public, in and for the State of
7   Wisconsin, at the offices of Seventh Avenue, Inc., 1112
8   7th Avenue, Monroe, Wisconsin, on the 18th day of
9   November, 2016, commencing at 10:15 a.m. and concluding
10  at 2:10 p.m.
11
12
13  APPEARANCES:
14  MYERS WOLIN, LLC
15      MICHAEL R. GILMAN
16      100 Headquarters Plaza
17      Morristown, New Jersey  07960
18      Appeared on behalf of the Plaintiff.
19
20  LADAS & PARKY, LLP
21      DAVID C. BREZINA
22      224 South Michigan Avenue, Suite 1600
23      Chicago, Illinois  60604
24      Appeared on behalf of the Defendant.
25




```
1    COLONY BRANDS ASSOCIATE GENERAL COUNSEL
2        TIMOTHY ENGLING
3        1112 7th Avenue
4        Monroe, Wisconsin   53566-1364
5        appeared on behalf of the Defendant.
6
7    ALSO PRESENT: Russell Davis, President Seventh Avenue,
8    Inc.
```


