# EXHIBIT P

1  A.  Approximately three hours.
2          (Exhibit No. P1 was marked for
3  identification.)
4  BY MR. GILMAN:
5  Q.  Let me show you what has now been marked as Plaintiff's
6  Exhibit 1, P1.  Have you ever seen this document before
7  today?
8  A.  No.
9  Q.  So could you identify it for the record, or are you
10 unable?
11 A.  It appears to be a complaint from the Basu Group to--
12 versus 7th Avenue.
13 Q.  Does 7th Avenue sell goods all over the United States?
14 A.  Yes.
15 Q.  Does 7th Avenue sell goods into the state of New York?
16 A.  Yes.
17 Q.  Does 7th Avenue sell goods into New York city?
18 A.  Yes.
19 Q.  How does 7th Avenue sell its goods into these areas?
20 Meaning do you have brick and mortar stores?  Is it
21 catalog?  Is it website? Is it a combination of those?
22 A.  Catalog and website.
23 Q.  No brick and mortar stores?
24 A.  Correct.
25 Q.  Has it ever had a brick and mortar store?

```
                    *** CONFIDENTIAL ***
1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    _____x
                                   :
3                                  :
     THE BASU GROUP, INC.,         :
4                                  :
             Plaintiff,            :   Civil Action No.:
5                                  :   16-cv-00461-PGG
                                   :   ECF CASE
6         vs.                      :
                                   :
7    SEVENTH AVENUE, INC.,         :
                                   :
8            Defendant.            :
     _____x
```

Deposition of PAULA LUDWIG

Friday, November 18, 2016

10:15 a.m.

At

Seventh Avenue, Inc.
1112 7th Avenue
Monroe, Wisconsin   53566

Reported by Sheila K. Fairchild



```
 1         DEPOSITION of PAULA LUDWIG, a witness in the
 2   above-entitled action, was taken at the instance of the
 3   Plaintiff, under and pursuant to the Rule 30 (b) (6),
 4   Federal Rules of Civil Procedure, pursuant to notice,
 5   before me, SHEILA K. FAIRCHILD, Professional Court
 6   Reporter and Notary Public, in and for the State of
 7   Wisconsin, at the offices of Seventh Avenue, Inc., 1112
 8   7th Avenue, Monroe, Wisconsin, on the 18th day of
 9   November, 2016, commencing at 10:15 a.m. and concluding
10   at 2:10 p.m.
11
12
13   APPEARANCES:
14   MYERS WOLIN, LLC
15        MICHAEL R. GILMAN
16        100 Headquarters Plaza
17        Morristown, New Jersey  07960
18        Appeared on behalf of the Plaintiff.
19
20   LADAS & PARKY, LLP
21        DAVID C. BREZINA
22        224 South Michigan Avenue, Suite 1600
23        Chicago, Illinois  60604
24        Appeared on behalf of the Defendant.
25
```




```
1   COLONY BRANDS ASSOCIATE GENERAL COUNSEL
2         TIMOTHY ENGLING
3         1112 7th Avenue
4         Monroe, Wisconsin   53566-1364
5         appeared on behalf of the Defendant.
6
7   ALSO PRESENT: Russell Davis, President Seventh Avenue,
8   Inc.
```

