# EXHIBIT Q

| | | |
|---|---|---|
| 1 | A. | Correct, they go direct to the vendors. |
| 2 | Q. | Okay. Have you ever heard of Shankar, S-H-A-N-K-A-R, |
| 3 | | Produce Co, PBT, period, Ltd., period? |
| 4 | A. | Yes. |
| 5 | Q. | Have you ever heard of Anusha, A-N-U-S-H-A, |
| 6 | | Merchandising? |
| 7 | A. | Correct. |
| 8 | Q. | Have you ever heard of Manju, M-A-N-J-U-- I'm going to |
| 9 | | say-- |
| 10 | A. | Mittal. |
| 11 | Q. | M-I-T-T-A-L? |
| 12 | A. | Yes. |
| 13 | Q. | Is that a him or her? |
| 14 | A. | She. |
| 15 | Q. | Have you ever heard of Anurag, A-N-U-R-A-G, Chokhany, |
| 16 | | C-H-O-K-H-A-N-Y? |
| 17 | A. | No. |
| 18 | Q. | To your knowledge, what is Shankar Produce? |
| 19 | A. | The factory that we're purchasing the red peacock |
| 20 | | handbag from. |
| 21 | Q. | And what is Anusha Merchandising? |
| 22 | A. | That's the name of the agency that brought the handbags |
| 23 | | to us, to offer them to us. |
| 24 | Q. | Did you ever deal directly with Shankar Produce? |
| 25 | A. | No. |



```
                    *** CONFIDENTIAL ***
  1   UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
  2   _____x
                                      :
  3                                   :
      THE BASU GROUP, INC.,           :
  4                                   :
              Plaintiff,              :    Civil Action No.:
  5                                   :    16-cv-00461-PGG
                                      :    ECF CASE
  6        vs.                        :
                                      :
  7   SEVENTH AVENUE, INC.,           :
                                      :
  8           Defendant.              :
      _____x
```

Deposition of PAULA LUDWIG

Friday, November 18, 2016

10:15 a.m.

At

Seventh Avenue, Inc.
1112 7th Avenue
Monroe, Wisconsin   53566

Reported by Sheila K. Fairchild



800.211.DEPO (3376)
EsquireSolutions.com

```
 1            DEPOSITION of PAULA LUDWIG, a witness in the
 2   above-entitled action, was taken at the instance of the
 3   Plaintiff, under and pursuant to the Rule 30 (b) (6),
 4   Federal Rules of Civil Procedure, pursuant to notice,
 5   before me, SHEILA K. FAIRCHILD, Professional Court
 6   Reporter and Notary Public, in and for the State of
 7   Wisconsin, at the offices of Seventh Avenue, Inc., 1112
 8   7th Avenue, Monroe, Wisconsin, on the 18th day of
 9   November, 2016, commencing at 10:15 a.m. and concluding
10   at 2:10 p.m.
11
12
13   APPEARANCES:
14   MYERS WOLIN, LLC
15        MICHAEL R. GILMAN
16        100 Headquarters Plaza
17        Morristown, New Jersey  07960
18        Appeared on behalf of the Plaintiff.
19
20   LADAS & PARKY, LLP
21        DAVID C. BREZINA
22        224 South Michigan Avenue, Suite 1600
23        Chicago, Illinois  60604
24        Appeared on behalf of the Defendant.
25
```





800.211.DEPO (3376)
EsquireSolutions.com

```
1    COLONY BRANDS ASSOCIATE GENERAL COUNSEL
2         TIMOTHY ENGLING
3         1112 7th Avenue
4         Monroe, Wisconsin   53566-1364
5         appeared on behalf of the Defendant.
6
7    ALSO PRESENT: Russell Davis, President Seventh Avenue,
8    Inc.
```

