# EXHIBIT T

SA000077
File Edit View History Bookmarks Tools Help
Seventh Avenue - Search R...
furniture.seventhavenue.com/search?p=Q&srid=S1-1IADP&lbc=seventhavenu
public domain peacocks
English Español
My Account | Customer Service 800-218-3945 | Order Status | Shopping Cart: 0 item(s)
SEVENTH AVENUE
Seventh Avenue Credit Learn More
SEARCH: peacock Go
Bed & Bath Furniture Home Store Electronics Outdoor Jewelry Women's Men's Kids' Health & Beauty Gifts Sale
Ways to Shop
On Sale (28)
Clearance (16)
Personalized (1)
Category
Home Store (35)
Bed & Bath (18)
Women's (8)
Furniture (5)
Gifts (3)
Outdoor (3)
Health & Beauty (1)
Price Range
Under $25 (22)
$25 - $50 (20)
$50 - $75 (10)
$75 - $100 (5)
$100 - $150 (11)
$150 - $200 (4)
Over $200 (2)
$ 0 to $ Max Go
Monthly Payment
$20.00 per month (22)
$25.00 per month (4)
Color
Blue (12)
Brown (8)
Peacock (8)
Red (7)
Gray (4)
Ariana (3)
Purple (3)
Black (2)
Pink (2)
White (2)
more +
Search returned 63 results for peacock
Sort by: popularity Results per page: 24 View: Grid | List
Showing Products 1 - 24 of 63
Page 1 2 3 of 3 | Next > View All
Search Suggestions: Peacock Decor | Peacock Comforter | Peacock Pictures | Peacock Table | Peacock Bedding
Peacock Accent Table
$129.99
$20.00 per month
Quick View
Set of 2 Peacock Canvas Art
$119.99
$149.99
$20.00 per month
On orders by October 19th
Quick View
Bengal Peacock Lighted Canvas Art
$19.99
Quick View
Embroidered Peacock Comforter Set
$129.99 - $149.99
$20.00 per month
Quick View
Peacock Mirror
$89.99
$99.99
$20.00 per month
On orders by October 19th
Quick View
Embroidered Plumes Comforter Set, Pillow and Window Treatments
$19.99 - $139.99
Peacock Throne
$299.99
$349.99
$25.00 per month
On orders by October 19th
Quick View
Peacock Tealight Holder
$69.99
$20.00 per month
Quick View
Chicago: 2:54 pm Friday, Sept 30th, 2016

File Edit View History Bookmarks Tools Help
SA Seventh Avenue - Search R...
SA000078
furniture.seventhavenue.com/search?p=Q&srid=S1-1IADP&lbc=seventhavenu
public domain peacocks
Shipping
Can Ship to PO Box (58)
Can Ship to Hawaii/Alaska (46)
Can Ship U.S. Military APO/FPO (46)
Gold Peacock Wall Mask
$49.99
Quick View
Peacock Wine Bottle Holder
$24.99
Quick View
Stained Glass Peacock Lamp
$159.99
$20.00 per month
Quick View
Marrakesh Comforter Set and Window Treatments
Save up to 75% $5.99 - $42.99
Peacock Fan
$79.99
Sale $129.99
$20.00 per month
Quick View
Peacock Pillar Plant Stand
$189.99
$25.00 per month
Quick View
Chic Peacock Pillow
$19.79
Save 43% $34.99
Quick View
Lit Peacock Feathers
$34.99
Quick View
Stained Glass Peacock Fireplace Screen
$199.99
Sale $349.99
$25.00 per month
High Heel Peacock Feather Ring Holder
$15.99
Quick View
Peacock Park Comforter Set and Window Treatments
Sale $24.99 - $109.99
Peacock Feathers Tee
Save up to 50% $24.99
Quick View
Chicago: 2:55 pm Friday, Sept 30th, 2016

File Edit View History Bookmarks Tools Help
SA Seventh Avenue - Search R...
SA000079
furniture.seventhavenue.com/search?p=Q&srid=S1-1IADP&lbc=seventhavenu
public domain peacocks
Quick View
Embroidered Plumes Window Treatments
$29.99 - $54.99
Peacock Vase with Scrolled Handles
$39.99
Quick View
Peacock Tunic Top
$59.99 - $69.99
$20.00 per month
Quick View
Jewel Boxes
$19.99
On orders by October 19th
More Styles Available
Quick View
Search Suggestions: Peacock Decor | Peacock Comforter | Peacock Pictures | Peacock Table | Peacock Bedding
Page 1 2 3 of 3 | Next > View All
Powered by SLISYSTEMS.
Buy now, pay later with Seventh Avenue Credit!
Fast approval • Payments from just $20 a month • Earn limit increases
Learn More
Make a Payment
Check Your Balance
Sign-up For Seventh Avenue Emails.
Receive exclusive offers and get the latest from SeventhAvenue.com
Enter Email address
Sign Up
About Us
100% Guarantee
Gift Certificates
Sizing Chart
Coupons
Seventh Avenue Credit
Wish List
Online Catalog
Catalog Request
Product Recall Information
Sweepstakes Winners
Customer Service/Help
800-218-3945
Your Account
Order Status
Shipping Information
Site Map
Privacy Policy
Accessibility Statement
California Privacy Policy
Return Policy
Terms of Use
Our Affiliated Sites: The Swiss Colony | Midnight Velvet | Ginny's | Country Door | Monroe and Main | The Tender Filet
© 2016 Seventh Avenue
Chicago: 2:55 pm Friday, Sept 30th, 2016

File Edit View History Bookmarks Tools Help
SA Seventh Avenue - Search R...
SA000081
furniture.seventhavenue.com/search?p=Q&snd=S1-6SEAP&lbc=seventhavenu
public domain peacocks
English Español
My Account | Customer Service 800-218-3945 | Order Status | Shopping Cart: 0 item(s)
SEVENTH AVENUE
Seventh Avenue Credit Learn More
SEARCH: peacock Go
Bed & Bath Furniture Home Store Electronics Outdoor Jewelry Women's Men's Kids' Health & Beauty Gifts Sale
Ways to Shop
On Sale (28)
Clearance (16)
Personalized (1)
Category
Home Store (35)
Bed & Bath (18)
Women's (8)
Furniture (5)
Gifts (3)
Outdoor (3)
Health & Beauty (1)
Price Range
Under $25 (22)
$25 - $50 (20)
$50 - $75 (10)
$75 - $100 (5)
$100 - $150 (11)
$150 - $200 (4)
Over $200 (2)
$ 0 to $ Max Go
Monthly Payment
$20.00 per month (22)
$25.00 per month (4)
Color
Blue (12)
Brown (8)
Peacock (8)
Red (7)
Gray (4)
Ariana (3)
Purple (3)
Black (2)
Pink (2)
White (2)
more +
Search returned 63 results for peacock
Sort by: popularity Results per page: 24 View: Grid | List
Showing Products 25 - 48 of 63
< Previous | Page 1 2 3 of 3 | Next > View All
Search Suggestions: Peacock Decor | Peacock Comforter | Peacock Pictures | Peacock Table | Peacock Bedding
Peacock Horizontal Floral Print
$29.79
Save 50% $59.99
Quick View
Stained Glass Wireless Wall Sconce
$119.99
$20.00 per month
More Colors Available
Quick View
Personalized Peacock Jewelry Box
$24.99
Quick View
Caterina Peacock Framed Art
$39.99
Save 59% $99.95
Quick View
Bedspread, Pillow and Window Treatments
Save up to 57% $9.99 - $44.99
More Options Available
Peacock Stained Glass Lamp
$99.99
Save 41% $169.95
$20.00 per month
Quick View
Set of 3 Peacock Ornaments
$9.79
Save 51% $19.99
Quick View
3-D Peacock Feather Wall Art
$59.99
$69.99
$20.00 per month
On orders by October 19th
Quick View
Chicago: 2:56 pm Friday, Sept 30th, 2016

File Edit View History Bookmarks Tools Help
SA Seventh Avenue - Search R...
SA000082
furniture.seventhavenue.com/search?p=Q&srid=S1-6SEAP&lbc=seventhavenu
public domain peacocks
Shipping
Can Ship to PO Box (58)
Can Ship to Hawaii/Alaska (46)
Can Ship U.S. Military APO/FPO (46)
Peacock Tunic
Sale $44.79 - $49.79
Quick View
Tulip & Peacock Table Lamp
$129.99
$20.00 per month
Quick View
Majestic Peacock Woven Tapestry Furniture Throw
$29.99 - $129.99
$20.00 per month
Quick View
Peacock Table Lamp
$149.99
$20.00 per month
Quick View
French Market Quilt Set
$51.79 - $84.79
$20.00 per month
Quick View
Compression Socks
$17.99
More Colors Available
Quick View
Solar Peacock
$34.99
Quick View
2-Drawer Peacock Mirror Box
$15.99
Save 46% $29.95
Quick View
Peacock Feather Canvas Art
$59.99
$20.00 per month
Bedspread Set
Save up to 49% $34.99 - $44.99
More Options Available
Quick View
Glitterati Comforter Set and Peacock Pillow
Save up to 67% $12.95 - $79.99
Solar Peacock Stake with Chimes
$29.99
Quick View
Chicago: 2:57 pm Friday, Sept 30th, 2016

SA000083
File Edit View History Bookmarks Tools Help
Seventh Avenue - Search R...
furniture.seventhavenue.com/search?p=Q&srid=S1-6SEAP&lbc=seventhavenu
public domain peacocks
Quick View
Quick View
Quick View
Set of 4 Golden Peacock Wine Glasses
$21.99
Save 63% $59.95
Quick View
Pavone Jeweled Pillow
$11.99
Save 59% $29.95
Quick View
Pleated Hoodie
Save up to 42% $31.79 - $34.79
More Colors Available
Quick View
Bejeweled Peacock Eyeglass Case
$19.99
Quick View
Search Suggestions: Peacock Decor | Peacock Comforter | Peacock Pictures | Peacock Table | Peacock Bedding
< Previous | Page 1 2 3 of 3 | Next > View All
Powered by SLI SYSTEMS.
Seventh Avenue Credit
Buy now, pay later with Seventh Avenue Credit!
Fast approval • Payments from just $20 a month • Earn limit increases
Learn More
Make a Payment
Check Your Balance
Sign-up For Seventh Avenue Emails.
Receive exclusive offers and get the latest from SeventhAvenue.com
Enter Email address
Sign Up
About Us
100% Guarantee
Gift Certificates
Sizing Chart
Coupons
Seventh Avenue Credit
Wish List
Online Catalog
Catalog Request
Product Recall Information
Sweepstakes Winners
Customer Service/Help
800-218-3945
Your Account
Order Status
Shipping Information
Site Map
Privacy Policy
Accessibility Statement
California Privacy Policy
Return Policy
Terms of Use
Seventh Avenue SECURITY SCANNED 30 Sep 16 TRUST GUARD
Our Affiliated Sites: The Swiss Colony | Midnight Velvet | Ginny's | Country Door | Monroe and Main | The Tender Filet
© 2016 Seventh Avenue
Chicago: 2:58 pm Friday, Sept 30th, 2016

File Edit View History Bookmarks Tools Help
Seventh Avenue - Search R...
SA000085
furniture.seventhavenue.com/search?p=Q&srid=S1-3SEAP&lbc=seventhavenu
public domain peacocks
English
Español
My Account | Customer Service 800-218-3945 | Order Status | Shopping Cart: 0 item(s)
SEVENTH AVENUE
Seventh Avenue Credit
Learn More ›
SEARCH:
peacock
Go
Bed & Bath
Furniture
Home Store
Electronics
Outdoor
Jewelry
Women's
Men's
Kids'
Health & Beauty
Gifts
Sale
Ways to Shop
On Sale (28)
Clearance (16)
Personalized (1)
Category
Home Store (35)
Bed & Bath (18)
Women's (8)
Furniture (5)
Gifts (3)
Outdoor (3)
Health & Beauty (1)
Price Range
Under $25 (22)
$25 - $50 (20)
$50 - $75 (10)
$75 - $100 (5)
$100 - $150 (11)
$150 - $200 (4)
Over $200 (2)
$ 0 to $ Max Go
Monthly Payment
$20.00 per month (22)
$25.00 per month (4)
Color
Blue (12)
Brown (8)
Peacock (8)
Red (7)
Gray (4)
Ariana (3)
Purple (3)
Black (2)
Pink (2)
White (2)
more +
Search returned 63 results for peacock
Sort by: popularity
Results per page: 24
View: Grid | List
Showing Products 49 - 63 of 63
< Previous | Page 1 2 3 of 3 View All
Search Suggestions: Peacock Decor | Peacock Comforter | Peacock Pictures | Peacock Table | Peacock Bedding
Peacock Park Window Treatments
Sale $24.99 - $39.99
Peacock Serene Framed Art
$39.99
Sale $79.99
Quick View
Stained Glass Mini Peacock-Feather Accent Lamp
$59.99
$20.00 per month
Quick View
Twist and Tie Dress
Save up to 57% $33.99 - $37.99
More Colors Available
Quick View
Bellissima Top
$44.99 - $49.99
Quick View
Peacock Blue Folding Bed
$279.95
$25.00 per month
Quick View
Delicious Red
Ginny's Brand Stand Mixer
$159.99
$20.00 per month
More Colors Available
Quick View
Ginny's Brand 10-piece Cookware Set
$119.95
$20.00 per month
More Colors Available
Quick View
Chicago: 2:58 pm Friday, Sept 30th, 2016

File Edit View History Bookmarks Tools Help
SA000086
Seventh Avenue - Search R...
furniture.seventhavenue.com/search?p=Q&srid=S1-3SEAP&lbc=seventhavenu
public domain peacocks
Shipping
Can Ship to PO Box (58)
Can Ship to Hawaii/Alaska (46)
Can Ship U.S. Military APO/FPO (46)
Pleated Hoodie
$54.95 - $59.95
$20.00 per month
More Colors Available
Quick View
Damask Chenille Bedspread and Sham
$19.95 - $109.95
More Colors Available
Crewel Plume Pillow
$29.99
Quick View
Ginny's Brand 6.5-Qt. Oval Digital Slow Cooker
$69.99
$20.00 per month
More Colors Available
Quick View
Pavone Skirted Coverlet, Shams and Pillow
Save up to 68% $10.99 - $32.99
Set of 2 Solar Coo-Coo Birds
$59.99
$20.00 per month
Quick View
Valance
$9.99
Save 56% $22.95
More Options Available
Quick View
Search Suggestions: Peacock Decor | Peacock Comforter | Peacock Pictures | Peacock Table | Peacock Bedding
< Previous | Page 1 2 3 of 3 View All
Powered by SLISYSTEMS.
Buy now, pay later with Seventh Avenue Credit!
Fast approval • Payments from just $20 a month • Earn limit increases
Seventh Avenue Credit
Chicago: 2:59 pm Friday, Sept 30th, 2016

File Edit View History Bookmarks Tools Help
LII Rule 33. Interrogatories to ...
Bengal Peacock Lighted Ca...
SA000552
www.midnightvelvet.com/For-the-Home/Wall-Decor/Wall-Art/bengal-peacock-lighted-canv
Rule 33 Fed R Civ P
MIDNIGHT VELVET®
Give yourself credit ›
My Account
Customer Service
800-549-0367
Order Status
Shopping Bag:
0 item(s)
SEARCH
Keyword or Item #
Go
CLOTHING
SHOES
HANDBAGS
ACCESSORIES
JEWELRY
FOR THE HOME
BEAUTY & FITNESS
GIFTS
SALE
STYLE IDEAS & MORE
Fun, Flirty and Fabulous Fringe - It's back with a vengeance! WATCH VIDEO
Home Page > For the Home > Wall Décor > Wall Art > Bengal Peacock Lighted Canvas Art
Bengal Peacock Lighted Canvas Art
$19.99
Read Review (3) | Write a review
Like a peacock that stops people in their tracks! You'd be hard-pressed to find a more unusually beautiful statement piece for your home—a series of color-changing LED lights make the feathers on this canvas art glow. The 13 LEDs use 2 AA batteries (not included). 23 1/2" l x 15 3/4" h x 3/4" d.
BROUGHT TO YOU BY SEVENTH AVENUE
Another member of our trusted catalog family
Bengal Peacock Lighted Canvas Art
#V8723043
$19.99
Size/wt.: A
ZOOM
Quantity: 1
Ship to: Me
Sign in to your Address Book
Add to Cart
Add to Wish ListEmail to a Friend
Customer Reviews
Shipping Restrictions
Sort By: Most Recent
Bengal Peacock Lighted Canvas Art
You May Also Like
Peacock Feather Canvas Art
$59.99
Set of 2 Peacock Canvas Art
Save 33%
$149.99
$99.99
Chicago: 6:29 pm Monday, Oct 31st, 2016

SA0000553

SA000554