SA000555



SA000556





SA000557

SA000558



SA000559





SA000560

SA000561





SA000562

SA000563



SA000564



SA000565



SA000070











SA000071













