# EXHIBIT U

SloDive

Search

- RSS
    - Email
    - RSS
- Google+
- Twitter
- Facebook

- About Us
- Contact Us
- Exclusive
- Contribute

- Home
- Freebies
- Photoshop
- Showcase
- Inspiration
- Web Development
- Design
- Exclusive PS Tuts

SloDive's Categories





# 20 Beautiful Peacock Feather Tattoo Designs

by Sunalini Rana | Tattoos | 3

Advertisement



SA-MV 17

SA-MV 18

Peacock feathers are very elegant and chic to look at. These come in varied sizes and shapes., and come out pretty elegant and are amazingly beautiful to look at. These tattoo pieces also help enhance the overall looks of the individual. The peacock feather tattoos attach a unique side to the individuals overall personality making it an interesting and colorful option to get the beautiful peacock feather.

Peacock feather tattoos with their enigmatic colors and details work a great deal in attracting the onlookers. These depict a lot many things for separate individuals. Peacock feathers can make one feel very light and happy as it has a lot of colors that contribute to the positive side of life. These feather tattoos can also be used as a side tattoo to give a good backing for any lettering tattoos or otherwise can be used as a major single tattoo as it can be made in several colors and interesting designs.

If you like this article, you might be interested in some of our other articles on Hebrew Tattoos, Female Tattoo Designs, Tattoos With Meaning, and Free Tattoo Designs.

## A Back Tattoo

*A Feather Tattoo For The Back*

## Upper Back Feather Tattoo

SA-MV 19



*A Feather Tattoo For The Upper Back*

## Color Feather For Arm

SA-MV 20



Case 1:16-cv-09461-PGG Document 87-27 Filed 05/05/17 Page 6 of 13

*A Colorful Feather For The Arm*

## Back Feather Tattoo

*A Tattoo For The Back*

**Advertisement**

SA-MV 21

Case 1:16-cv-00461-PGG Document 87-27 Filed 05/05/17 Page 7 of 13

## Side Feather Tattoo



*A Feather Tattoo For The Side*

## Peacock Feather For The Neck

SA-MV 23



Case 1:16-cv-09461-PGG Document 87-27 Filed 05/05/17 Page 9 of 13

*A Peacock Feather That Garlands*

## Ear Back Feather

SA-MV 24



Case 1:16-cv-03461-PGG Document 87-27 Filed 05/05/17 Page 10 of 13

[*A Peacock Feather For The Ear*](#)

## Elegant Peacock Feather

[*A Very Stylish Peacock Feather*](#)

## Traveling Buddha And Peacock Feather Tattoo

SA-MV 25



*A Tattoo Showing The Traveling Budha And Peacock Leaf*

## Et Tu Brute Feather Tattoo

SA-MV 26



Case 1:16-cv-02461-PGG Document 87-27 Filed 05/05/17 Page 12 of 13

*A Tattoo With Vibrant Colors*

## Green Peacock Feather

SA-MV 27

20 Beautiful Peacock Feather Tattoo Designs - SloDive Case 1:16-cv-04461-PGG Document 87-27 Filed 05/05/17 Page 13 of 13 http://slodive.com/inspiration/peacock-feather-tattoo/

SA-MV 28

1 of 27 10/8/2012 3:58 PM