A Green Color Peacock Feather

## Belly Feather Tattoo



A Feather Tattoo For The Belly

## Cool Back Feather Tattoo

SA-MV 29

Case 1:16-cv-00461-PGG Document 87-28 Filed 05/05/17 Page 2 of 13



*A Very Cool Back feather Tattoo*

## Back Shoulder Tattoo

SA-MV 30



[A Tattoo For The Shoulder](#)

## Quill Feather Tattoo

SA-MV 31



[A Stylish Feather Tattoo](#)

## Foot Feather Tattoo



*A Feather Tattoo For The beautiful Foot*

## Arm feather Tattoo

SA-MV 33



[A Feather Tattoo For The Arm](#)

## Peacock And Color Feathers



[A Colored Peacock With Feathers](#)

## Full Back Feather Tattoo



*A Feather Tattoo Fitting The Back*

**Smart Feather Tattoo**

SA-MV 36



*A Very Elegant And Smart Feather Tattoo*

Advertisement

**People Who Read This Article Also Read**

SA-MV 37



# BFC Creations
*Where thread comes to life*

**How to purchase designs**    **Club100**    **Main Design Menu**

Designs

Search

Projects

Gallery

Contact

Home

# Peacock Feathers

Peacock feathers are perfect for decorating. They can be very bright, or done with metallic threads or even one color. The one color designs are also perfect for variegated thread. These designs can be used on blouses, jackets, linens and I think some of them would look great going up the leg of a pair of jeans. Though one peacock feather is a great decoration all by itself I've given you some ideas for combining these designs into larger embroideries or to make borders. I've included a file that lists the metallic threads I used when stitching some of the samples.

Another Peacock design can be found here



SA-MV 45

Case 1:16-cv-00461-PGG   Document 87-28   Filed 05/05/17   Page 11 of 13





Check Sizes --------> US Metric

SA-MV 47

**View Cart**

Peacock Feathers
**Complete**
All Sizes
(45 Designs)
**Item# BFC462C $45**

FORMAT Select Format
**Add To Cart**

Peacock Feathers
**Small**
for 4x4 Hoop
(15 Designs)
**Item# BFC462S $30**

FORMAT Select Format
**Add To Cart**

Peacock Feathers
**Medium**
for 5x7 Hoop
(15 Designs)
**Item# BFC462M $30**

FORMAT Select Format
**Add To Cart**

Peacock Feathers
**Large**
for 6x10 Hoop
(15 Designs)
**Item# BFC462L $30**

FORMAT Select Format
**Add To Cart**

**Free Design**

**Download Free Design**

034378

**How to purchase designs**

**Main Design Menu**

SA-MV 48