# MATOSKA TRADING COMPANY



Browse Catalog | Search | What's New | Product Index | Shipping | Help | Home | Your Bag

Search our catalog: [Keyword or item #] [Find It!]    Browse by category: [Beading & Craft Supplies] [Go!]

## Peacock - Peacock



### SEARCH Feathers
[ ] [Go!]

### BROWSE Feathers
- Fluffs
- Goose
- Guinea Hen
- Hackles - Dyed
- Hackles - Natural
- Ostrich - Drabs
- Ostrich - Wings
- Pads
- Painted - Eagle
- Painted - Flicker
- Painted - Hawk
- Painted - Owl

[Browse]

### Join Our Mailing List
Learn about new products

Receive special "subscriber only" offers

[Join List]

### Peacock Feathers - Eyed Sticks - Natural

Beautiful peacock eye sticks. These are iridescent green with blue and bronze colored "eyes." Excellent quality. We have three types available:

- 35-40" — These are the complete feather and have a full quill. They have large eyes.
- 10-14" — These are just the top section and have been clipped. They have large eyes.
- 09-15" — These are just the top section and have been clipped. These have smaller eyes but tend to be larger than our "minis."

### SHIPPING NOTE FOR 35-40"
Longer feathers may ship separately from most other items due to size. Depending on what you order, you may incur a separate shipping charge for this item. If you order items too bulky to fit in a 4x4x48" box, we must ship your order in two parts. Rush shipping by UPS 3-Day, 2-Day, or Next Day will incur additional cost beyond the quoted shipping price due to oversize parcels.

For customers outside of the United States, long feathers cannot be shipped at the International First Class rate due to dimensions.

| Item # | Size / package | Price Level 1 | Price Level 2 | Price Level 3 | Order Qty |
|---|---|---|---|---|---|
| 4430-003-112 | 10-14" | $13.50 25 pack Qty (1+) | | | 0 |
| 4430-003-C12 | 10-14" | $38.00 100 pack Qty (1+) | | | 0 |
| 4430-003-135 | 35-40" | $16.50 25 pack Qty (1+) | | | 0 |
| 4430-003-C35 | 35-40" | $48.00 100 pack Qty (1+) | | | 0 |
| 4430-003-145 | 45-50" | $17.50 25 pack Qty (1+) | | | 0 |

SA-MV 52

| Item # | Size / package | Price Level 1 | Price Level 2 | Price Level 3 | Order Qty |
|---|---|---|---|---|---|
| 4430-003-C45 | 45-50" | $51.75 100 pack Qty (1+) | | | 0 |

Buy



### Peacock Feathers - Eyed Sticks - Miniature

Miniature peacock eyed tail feathers that average about 5-10 inches long. These are not cut off from the tops of the long tails but are instead complete feathers with a full quill. They come from the top of the tail towards the base and are essentially the coverlet feathers. The eyes are about 1 - 1½ inches wide. Note that the quality will be imperfect on some feathers because of where they occur on the bird. If you need nearly perfect feathers for your project, we recommend purchasing 25-50% more than the minimum required.

View a close-up

| Item # | Size / package | Price Level 1 | Price Level 2 | Price Level 3 | Order Qty |
|---|---|---|---|---|---|
| 4430-003-004 | 5-10" | $9.75 25 pack Qty (1+) | | | 0 |
| 4430-003-C04 | 5-10" | $28.50 100 pack Qty (1+) | | | 0 |

Buy

SA-MV 53



## Peacock Feathers - Swords

These are the side feathers from the tail and are generally called "swords." They are irridescent green with bronze and sometimes blue. The 14-16" size are just the tops and have been cut off. The 30-35" are the full feather with complete quill.

**NOTE: The 30-35" length feathers must ship separately from most other items due to size. Depending on what you order, you may incur a separate shipping charge for this item. If you order items too bulky to fit in a 4x4x48" box, we must ship your order in two parts.**

| Item # | Size / package | Price Level 1 | Price Level 2 | Price Level 3 | Order Qty |
|---|---|---|---|---|---|
| 4430-004-114 | 12-18" | $8.95 25 pack Qty (1+) | | | 0 |
| 4430-004-C14 | 12-18" | $28.00 100 pack Qty (1+) | | | 0 |
| 4430-004-130 | 30-35" | $12.75 25 pack Qty (1+) | | | 0 |
| 4430-004-C30 | 30-35" | $40.00 100 pack Qty (1+) | | | 0 |

Buy



## Peacock Feathers - Eyed Sticks - Dyed Black

Beautiful peacock eye sticks that have been dyed black. Excellent quality. These feathers may ship separately from other items due to size and may incur a separate shipping charge.

View a close-up
See the black stems

SA-MV 54

Case 1:16-cv-00461-PGG   Document 87-29   Filed 06/05/17   Page 4 of 13

| Item # | Size / package | Price Level 1 | Price Level 2 | Price Level 3 | Order Qty |
|---|---|---|---|---|---|
| 4431-001-035 | 30-35" | $19.50 25 pack Qty (1+) | | | 0 |
| 4431-001-C35 | 30-35" | $54.75 100 pack Qty (1+) | | | 0 |
| | | | | | Buy |



### Peacock Feathers - Eyed Sticks - Dyed Pink

Beautiful peacock eye sticks that have been dyed pink. The front side still has a lot of the same coloration as the natural, but the back of the feather takes a deep pink as do the stems. The photo shows the back side. Excellent quality. These feathers may ship separately from other items due to size and may incur a separate shipping charge.

View a close-up
See the pink stems

| Item # | Size / package | Price Level 1 | Price Level 2 | Price Level 3 | Order Qty |
|---|---|---|---|---|---|
| 4431-060-035 | 30-35" | $19.50 25 pack Qty (1+) | | | 0 |
| 4431-060-C35 | 30-35" | $54.75 100 pack Qty (1+) | | | 0 |
| | | | | | Buy |

SA-MV 55



## Peacock Feathers - Eyed Sticks - Dyed Red

Beautiful peacock eye sticks that have been dyed red. The front side still has a lot of the same coloration as the natural, but the back of the feather takes a deep red as do the stems. The photo shows the back side. Excellent quality. These feathers may ship separately from other items due to size and may incur a separate shipping charge.

View a close-up
See the red stems

| Item # | Size / package | Price Level 1 | Price Level 2 | Price Level 3 | Order Qty |
|---|---|---|---|---|---|
| 4431-081-035 | 30-35" | $14.50 25 pack Qty (1+) | | | 0 |
| 4431-081-C35 | 30-35" | $46.00 100 pack Qty (1+) | | | 0 |
| | | | | | Buy |

**1** | 2 | 3  Next >
page **1** of 3

09/13/12 10:08:39 AM Pacific Time
Copyright Matoska Trading Company, Inc.

Top of Page

SA-MV 56

Search

peacock designs

# Search results for "peacock designs" (184 Matches)

- Sponsored Links
- **Peacock Designs** Find **Peacock Designs** Online. Free Shipping $50 on 100,000 Items! www.target.com/FreeShipping
- **Peacocks** Art Art Sale: Extra 20% Off Everything! Save on All Prints, Framing & More. www.art.com/
- **Peacock patterns** Browse **Peacock patterns** Reviews, Deals, Coupons, and More. www.finecomb.com/
- **Peacock Patterns** Discover **Peacock Patterns** at the Site Devoted to Shopping. www.beso.com/

## Filter for peacock designs

Price Range
- $ 0 to 0 OK

Brand
- Robbins(24)
- Design Toscano(13)
- Cyan Design(9)
- Peacock(5)
- Park Designs(4)
- CafePress.com(1)

more

Store
- eBay(13)
- SCHOOLSin(12)
- School Outfitters(9)
- Design Toscano(6)
- LightingandLocks.com(6)
- Arcadian Lighting(2)

more

Department
- Bath(5)
- Bedding(1)
- Home Decor(21)
- Fireplaces(1)
- Rugs(23)
- Wall Decor and Covering(6)

more

Fabric or Material
- Fleece(1)
- Glass(5)
- Metal(3)
- Plastic(12)
- Polyester(1)
- Wood(9)

more

## Related Searches

- velvet peacock designs
- mehndi peacock designs
- christopher peacock designs
- peacock designs clothing
- rangoli peacock designs
- embroidery peacock designs
- henna peacock designs
- tribal peacock designs
- kolam peacock designs
- pink peacock designs

instead of $558

 Peacock Feathers Rectangle Rug, 5' x 8'$539 $446 - $558 in 4 Shops

 Design Toscano Mask of Venice Wall Sculpture: Peacock Mask$40 $40 in 2 Shops

 Design Toscano Regal 34 in. W x 12.5 in. D x 21 in. H Peacock Sculpture$143 $119 - $143 in 2 Shops

instead of $243

 Peacock Feathers Rectangle Rug, 3'3" x 5'3"$239 $194 - $243 in 4 Shops

 Design Toscano The Peacock's Sanctuary Sculpture$50 $50 in 2 Shops

 Art Cushion Pillow By Peacock Park Designs$35

at eBay

instead of $295

 2' x 3' Rectangular Surya Accent Rug IN8256-23 Peacock Green/Bay Leaf Color Hand Knotted in India "Mugal Collection"$248
$142 - $295 in 5 Shops

 Jason Set Of 4 Mod Peacock Large Placemats - Cork Backed & Heat Resistant$42
$42 in 1 Shop

 Design Toscano Jewels of the Peacock Handcrafted Metal Statue$40
$40 in 3 Shops
instead of $142

 Peacock Feathers Rectangle Rug, 2'6" x 4'2"$139
$113 - $142 in 4 Shops

 Peacock Design Series Chair Mat for Hard Floor - 36"W x 48"L$73

at SCHOOLSin

SA-MV 61



[Peacock Design Series Chair Mat w/ Lip for Low Pile Carpet (45" W x 53" L)$93](#)

at School Outfitters



[Peacock Design Series Chair Mat for Hard Floors (46" W x 60" L)$133](#)
$133 in 1 Shop
instead of $1,089



[Peacock Feathers Rectangle Rug, 7'9" x 10'6"$999](#)
$871 - $1,089 in 4 Shops



[Reproduction Wall Panel With Peacock Design 70"$1,128](#)

at eBay

instead of $423



[Peacock Feathers Round Rug, 5'6" Round$399](#)
$338 - $423 in 4 Shops
instead of $749



[Hand loomed Loft Stones Peacock Blue Wool Rug (7'6 x 9'6) (Blue 7'6 x 9'6 Wool)$458](#)
$458 - $749 in 7 Shops

SA-MV 62

 1'6" x 1'6" Corner Sample Surya Rug IN8256-1616 Peacock Green/Bay Leaf Color Hand Knotted in India "Mugal Collection"$52
$52 in 1 Shop

 Deco Breeze DBF0268 13 Inch Peacock Decorative Table Fan$71
$70 - $71 in 4 Shops

 5" X 7" Black Satin Picture Frame With Good Luck (peacock) Calligraphy Print$36
$36 in 1 Shop

 Home Decor Peacock Feather pattern Wall Sticker Wall Decal$8

at DinoDirect

 Peacock Cast Iron Shelf Bracket - Rust$23

at Signature Hardware

 Peacock Decorative Bowl$68

at Overstock.com

instead of $399

SA-MV 63

 Hand Loomed Loft Stones Peacock Blue Rug (5' x 8') (5' x 8' Wool)$270
$270 - $399 in 7 Shops

 Fiesta Medium Flower Vase-Peacock - (In Peacock)$59
$59 in 1 Shop

 Peacock Design Series Chair Mat for Low Pile Carpet (46" W x 60" L)$131

at School Outfitters

 Peacock Design Series Chair Mat w/ Lip for Low Pile Carpet - 36"W x 48"L$69

at SCHOOLSin

 Peacock various Designs Abstract Shower Curtain by CafePress$60

at CafePress.com

SA-MV 64



[Royal Cloth Pillow Small By Peacock Park Designs$35](#)

at eBay



[Peacock Area Rug - 7'6"X9'6" - Various Colors$1,049](#)

at Home Decorators Collection



[Peacock Scroll Three Tier Planter$100](#)

at Altmeyer's BedBathHome

instead of $899



[Hand loomed Loft Stones Peacock Blue Wool Rug (8' x 11') (Blue 8' x 11' Wool)$597](#)
[$597 - $899 in 7 Shops](#)



[Cyan Design 02883 Turquoise Glaze 9.75" Peacock Bowl$165](#)

at LightingDirect.com



[ES Robbins Peacock Design Chair Mat 118607$91](#)

SA-MV 65

at Wayfair

 Garnet Hill Signature Scalloped Cotton Percale Sheets Double - Flat Peacock Blue$50

at Garnet Hill

 Cyan Designs Peacock Bowl 02883$116

at LightingandLocks.com

 ES Robbins Corporation Peacock Design Chair Mat$91

at Walmart

 Peacock Design Series Chair Mat w/ Lip for Medium Pile Carpet (36" W x 48" L)$98

at School Outfitters

 Peacock Design Series Chair Mat w/ Lip for Medium Pile Carpet - 45"W x 53"L$120

at SCHOOLSin

SA-MV 66