[Cyan Design 02826 - Peacock on Stand #2 Sculpture$263](#)

at Arcadian Lighting

 [Peacock Design Hard Floor Chairmat 46 X 60 Rectangle, Crystal Edge$134](#)

at Global Industrial

 [Peacock Butterfly With Lavender Mallow Wall Sculpture by Bovano of Cheshire$100](#)

at Wind and Weather

 [Florese Peacock Paisley 100% Fine Ring Spun Cotton Towel Set$180](#)

at Luxor Linens

 [Joan Baker Art Design Hand Painted Glass 13" Vase Peacock$95](#)

at eBay

SA-MV 67



St/2 Decorative "peacock" Style Colorful Iron & Ceramic Trays/bowls$70 $53 - $70 in 2 Shops



Cast Iron Peacock Statue Figurine Cream 10"$18

at FantasticDecor

ES Robbins Design Series Peacock Carpet Foldable Chairmat 119074$100

at OfficeMax



Peacock Design Series Chair Mat w/ Lip for Medium Pile Carpet (45" W x 53" L)$109

at School Outfitters

Peacock Design Series Chair Mat for Medium Pile Carpet - 46"W x 60"L$130

at SCHOOLSin

SA-MV 68

 Peacock Area Rug - 2'6"X12' Runner - Various Colors$449

at Home Decorators Collection

 Hand tufted Brown Peacock Wool Area Rug (6' Round) (Brown Round-Oval-Square Wool)$154

at Overstock.com

 Dena Designs DF33 Monaco Peacocks Fuchsia Fabric By Yard$7

at CreativeMerchandiseStore

 Peacock Fragrance Lamp by Courtneys$30

at Courtneys

 Telfair Peacock$41

at Bellacor Inc.

SA-MV 69

 Kas Oriental Peacock Feathers$243 $194 - $243 in 5 Shops

 Joan Baker Art Design Hand Painted Glass 10" Vase Peacock$54 at eBay

 Garnet Hill Signature Scalloped Cotton Percale Sheets King - Flat Peacock Blue$70 at Garnet Hill

 Peacock Design Series Chair Mat w/ Lip for Low Pile Carpet (36" W x 48" L)$83 at School Outfitters

 Peacock Design Series Chair Mat w/ Lip for Medium Pile Carpet - 36"W x 48"L$81 at SCHOOLSin

SA-MV 70

Case 1:16-cv-04461-PGG   Document 70-30   Filed 06/05/17   Page 5 of 13



[ES Robbins Corporation Peacock Design Chair Mat](#) $91

at Walmart

- Sponsored Links
- **Peacock Designs** Find **Peacock Designs** Online. Free Shipping $50 on 100,000 Items! www.target.com/FreeShipping
- **Peacocks** Art Art Sale: Extra 20% Off Everything! Save on All Prints, Framing & More. www.art.com/
- **Peacock patterns** Browse **Peacock patterns** Reviews, Deals, Coupons, and More. www.finecomb.com/
- **Peacock** Prints on Canvas Premium Canvas Prints of **Peacocks** Choose From Over 2 Million Prints www.canvasart**designs**.com/**Peacock**
- **Peacock** Art See **Peacock** Inspired **Designs** On Posters, Prints, Wall Art & More. www.cafepress.com/
- Wedding Invitations Custom **Peacock** Feather Wedding Invites. Unique **Designs**! www.myweddingbasics.com/
- **Peacock** Looking for **Peacock**? Check 5,371 shops for great prices! www.forchristmas.com/**Peacock**

1 2 3 4 forward

Contact Privacy General terms and conditions Imprint

Copyright © 2012 by best-deal.com. - All rights reserved.

SA-MV 71

# Creative Complexion

Home
FishScraps Store
About Me
Archives
Subscribe
Free Downloads

05/23/2012

## Peacock Feather Clip Art - Printable Digital Graphics for Scrapbooks & Wedding Invitations

Fabulous - Peacock Tail Feather Clip Art - Plumes of Brightly colored bird feathers for Personal & Commercial use projects.
See Detailed Terms **Here



Peacock Feathers

5 fluffy vector peacock feather plumes of various shapes and sizes. Detailed digital clip art that has been created with care. These digital graphics are colored but, the black silhouette version can also be found in my shop. These clipart pieces can be used in graphics program such as Photoshop, gimp, word etc. They are perfect for using in your commercial and non commercial products such as:

Wedding invitations, Shop banners, blog banners, candy bar wrappers, wedding favors, Baby Shower Invites or thank you cards, Scrapbooks and much more.

**Details:**

SA-MV 73

Case 1:16-cv-00461-PGG    Document 87-30    Filed 05/05/17    Page 7 of 13



Feather Sample

Peacock Feather clipart is in individual PNG format range in size between 4-10 inches and are High Quality - 300dpi Great for large projects or resize for smaller ones.

in New Digital Graphics - Etsy | Permalink    ShareThis

Favorite

Reblog (0) |                                            | Tweet

**TrackBack**

TrackBack URL for this entry:
http://www.typepad.com/services/trackback/6a00d8341bfe2b53ef0168ebba0b46970c
Listed below are links to weblogs that reference Peacock Feather Clip Art - Printable Digital Graphics for Scrapbooks & Wedding Invitations :

**Comments**



Webdesign Belgium said...

Wonderful Design Blogs, Such a great list. Thanks for sharing all these blogs all are very useful to every one.

Reply 06/04/2012 at 03:02 AM



SA-MV 74










by Grace Blu Designs, Inc.


by Abbott Moon


by Heather ODonovan Interior Design


by Heather ODonovan Interior Design


by Sharon McCormick


by EASYdesigns


by colorlover




by Eclectic Interiors

by Christie Thomas

by Elizabeth Dinkel

by LDa Architecture & Interiors





SA-MV 85

# LAMPLIGHT FEATHER, INC.

Your Trusted Supplier of Premium Decorative Feathers since 1973. We have been online since 2001 as www.tonyhill.net

## PEACOCK FEATHERS
Peacock Eye Tail Feathers, Peacock Swords, Decoration Mixes
with links to wing quills, white peacock feathers, feather trim, plumage, pads, feather fans, artificial peacock birds and ornaments

Search Our Website

HOME　SHIPPING INFO　LAMPLIGHT ONLINE CATALOG　FAQ　CONTACT US

# PEACOCK FEATHERS FOR SALE

(click on picture to view catalog items)



**FREE SHIPPING!** On orders of $50 or more.

*USA SHIPMENTS ONLY
Restrictions apply. Please see our Shipping Information page

**LAMPLIGHT FEATHER, INC.**
P.O. Box 627, 11903 Main St.
Fort Jones, CA 96032
**Email us:**
Lamplightfeather@tonyhill.net
**Call Us:**
*Toll Free:* (800)806-5149
or (530)468-4099
**Fax:** (530)468-4101
**Office Hours:**
Monday - Friday 8 a.m. - 4 p.m. (pst)


Shop Our CATALOG

## Quick-Links
Home
Frequently Asked Questions
Ideas & Tips
Contact Us
Shipping Information
Payment Options
News & Information
Links Page
Shopping Cart
About Us


Long Natural Peacock Feathers, tails, **30-35 inch** from **$.62 each** & up


Long Natural Peacock Feathers, tails **35-40 inch** from **$.64 each** & up


Long Natural Peacock Feathers, tails **40-45 inch** from **$.66 each** & up


Long Natural Peacock Swords **30-45 inch** from **$.42 each** & up


**Short Stalk** Natural Peacock Feathers **8-15 inch (cut)** from **$.49 each** & up


**Mini** Natural Peacock Feathers **3-10 inch (complete quill)** from **$.35 each** & up


**Short** Natural peacock swords **12-15 inch (cut)** from **$.30 each** & up


Mottled Wing Quills from **$2.25 each** & up

SA-MV 86