Coque Feathers
Craft Feathers
Dyed Peacock Feathers
Dyed Plumage
Feather Birds
Feather Boas
Feather Fans
Feather Flowers
Feather Pads
Feather Trim/Feather Fringe
Goose & Duck Feathers
Guinea Feathers
Hat Feathers
Marabou Boas Heavy Weight
Marabou Boas Medium Weight
Natural Plumage
Ornaments & Decorations
Ostrich Feather Fringe
Ostrich Feathers
Ostrich Plumes
Parrot Feathers
Peacock Feathers
Rooster Feathers
Pheasant Feathers
Stripped Coque
Wedding Feathers
Wing Quills
Wreaths & Holiday Decorations
CLEARANCE ITEMS!!!





Lamplight Feather, Inc
**facebook**

Name:
Lamplight Feather,
Inc
Status:
How much easier
can you get? Order
Now straight...

Fans:
2553

StatCounter.com



## PEACOCK FEATHERS AND PRODUCTS FROM LAMPLIGHT FEATHER

Lamplight Feather started selling both long peacock eye tail feathers and peacock feather earrings back in 1973. These feathers were the "feather" in the companies original name: Lamplight Fly & Feather when feather sales tended to be a supplementary product to our main business of tying fishing flies for fresh and salt water anglers.

Peacock feathers are still available for sale on line from Lamplight Feather but now in a much wider variety of styles and types. These include full length, natural peacock eye tail feathers, natural peacock swords, and combos of both in our popular decorator mixes. Both the tail feathers and the swords are available as short stalk as well.

Stem dyed and bleached and dyed peacock eye tail feathers and swords are available in natural tan, red, black, gold, purple, burgundy, fuchsia, orange, turquoise, lime, green, blue, pink, yellow and other popular colors. We stock both long stalk and short stalk versions.

Natural white peacock feathers are rare and hard to find but available seasonally from Lamplight after the summer molt. They are very much in demand for wedding

SA-MV 87

decoration.  Call well ahead of your event to check on availability.

The dramatically marked wing quills are attractive hat feathers while the green and blue plumage are among our most popular craft feathers. Feather pads are also popular in millinery design. Peacock eye feathers and flues (herl) are used in bias tape sewn feather trim and feather fringe applications.

To find out more about Peafowl (*pavo cristatus*), their native range, habitat and some unique qualities of their feathers,  check our About Peacocks and Peacock Feathers info page.

**RETURN TO MAIN CATALOG**

Copyright © 2012 Lamplight Feather, Inc.. All rights reserved.

SA-MV 88

9/13/2012 12:16 PM



SA-MV 89



© 2012 Seventh Avenue

### Peacock Hand-Painted Leather Bag
**$69.95**

**Only $20.00 per month with Choose 'n Charge®**

A hand-painted work of art with a practical purpose, this leather side bag has a cellphone pocket and zip pocket. Fabric lined. Adjustable strap and zip closure. 8 1/4" l x 1 3/4" w x 9" h.

| | | |
|---|---|---|
| Peacock Hand-Painted Leather Bag | #DW79642 | $69.95 |

SA-MV 90



SA-MV 91

Hunger Games
TV Show
Sayings
Styles
Animals
Architecture
Comic

**NARROW BY SIZE**

All Sizes
Small
Medium
Large
XL
XXL

**NARROW BY PRICE**

All Prices
Around $10
Around $20
Around $40
Around $80
Around $120
$160 or more



**Green Peacock Feather Poster**
*32" x 24" Poster*

$19

[Add to Cart] | Details »

Available Sizes & Prices:
16" x 12" ($9)
24" x 18" ($14)

See this image as a:
Wall Decal, Mounted Print, Canvas Art, Framed Print



**Prissy Peacock Poster**
*16" x 14" Poster*

$9

[Add to Cart] | Details »

See this image as a:
Wall Decal, Mounted Print, Canvas Art, Framed Print



**17x11 Peacock print Poster**
*24" x 16" Poster*

$12

[Add to Cart] | Details »

See this image as a:
Wall Decal, Mounted Print, Canvas Art, Framed Print



**Seralagio Opera Poster**
*14" x 32" Poster*

$14

[Add to Cart] | Details »

Available Sizes & Prices:
18" x 40" ($19)
21" x 48" ($23)

See this image as a:
Wall Decal, Mounted Print, Canvas Art, Framed Print



**round peacock feather Wall Art Poster**
*32" x 32" Poster*

$23

[Add to Cart] | Details »

Available Sizes & Prices:
16" x 16" ($9)
24" x 24" ($16)

See this image as a:
Wall Decal, Mounted Print, Canvas Art, Framed Print



**--Peacock and Pumblossoms Poster**
*24" x 15" Poster*

$12

[Add to Cart] | Details »

See this image as a:
Wall Decal, Mounted Print, Canvas Art, Framed Print

**PEACOCK FEATHER Poster**
*24" x 24" Poster*

$16

[Add to Cart] | Details »

Available Sizes & Prices:
16" x 16" ($9)

See this image as a:
Wall Decal, Mounted Print, Canvas Art, Framed Print



**peacock Poster**
*21" x 32" Poster*

$18

[Add to Cart] | Details »

Available Sizes & Prices:
11" x 16" ($9)
16" x 24" ($12)

See this image as a:
Wall Decal, Mounted Print, Canvas Art, Framed Print



**Peacock feathers on a Poster**
*21" x 32" Poster*

$18

[Add to Cart] | Details »

Available Sizes & Prices:
11" x 16" ($9)
16" x 24" ($12)



**St. Jerome in his study, c.1475 (oil on panel) (de Poster**
*32" x 20" Poster*

$17

[Add to Cart] | Details »

Available Sizes & Prices:
24" x 15" ($12)



**"in a field of peacock feathers" Poster**
*18" x 24" Poster*

$14

[Add to Cart] | Details »

Available Sizes & Prices:
12" x 16" ($9)



**Peacock Art Poster**
*32" x 29" Poster*

$22

[Add to Cart] | Details »

Available Sizes & Prices:
16" x 14" ($9)
24" x 22" ($15)
40" x 36" ($30)

SA-MV 92

40" x 25" ($23)
48" x 31" ($31)

See this image as a:
Wall Decal, Mounted Print, Canvas
Art, Framed Print

See this image as a:
Wall Decal, Mounted Print, Canvas
Art, Framed Print

See this image as a:
Wall Decal, Mounted Print, Canvas
Art, Framed Print

See this image as a:
Wall Decal, Mounted Print, Canvas
Art, Framed Print



**Peacock Showing Display Poster**

*21" x 32" Poster*

$18

Add to Cart | Details »

Available Sizes & Prices:
11" x 16" ($9)
16" x 24" ($12)
27" x 40" ($24)

See this image as a:
Wall Decal, Mounted Print, Canvas
Art, Framed Print



**peocock feather Poster**

*24" x 24" Poster*

$16

Add to Cart | Details »

Available Sizes & Prices:
16" x 16" ($9)

See this image as a:
Wall Decal, Mounted Print, Canvas
Art, Framed Print



**Blue Peacock Poster**

*16" x 32" Poster*

$15

Add to Cart | Details »

Available Sizes & Prices:
20" x 40" ($20)

See this image as a:
Wall Decal, Mounted Print, Canvas
Art, Framed Print



**Peacock Poster**

*24" x 18" Poster*

$14

Add to Cart | Details »

Available Sizes & Prices:
16" x 12" ($9)

See this image as a:
Wall Decal, Mounted Print, Canvas
Art, Framed Print



**peacock Wall Art Poster**

*18" x 24" Poster*

$14

Add to Cart | Details »

Available Sizes & Prices:
12" x 16" ($9)

See this image as a:
Wall Decal, Mounted Print, Canvas
Art, Framed Print



**Wall Art Poster**

*32" x 21" Poster*

$18

Add to Cart | Details »

Available Sizes & Prices:
16" x 11" ($9)
24" x 16" ($12)
40" x 27" ($24)

See this image as a:
Wall Decal, Mounted Print, Canvas
Art, Framed Print



**Wall Art Poster**

*20" x 32" Poster*

$17

Add to Cart | Details »

Available Sizes & Prices:
15" x 24" ($12)
25" x 40" ($23)
30" x 48" ($30)

See this image as a:
Wall Decal, Mounted Print, Canvas
Art, Framed Print



**The Sense of Smell (oil on canvas) Poster**

*32" x 19" Poster*

$17

Add to Cart | Details »

Available Sizes & Prices:
24" x 14" ($12)
40" x 24" ($22)
48" x 29" ($29)

See this image as a:
Wall Decal, Mounted Print, Canvas
Art, Framed Print



SA-MV 93



*The Art Nouveau Blog*

Q  G+ Share  0  More ▾  Next Blog»

More Blog · Sign In

**We buy diamonds Top dollar** scrap gold, vintage jewelry, etc Top buyer for 20 years! BBB member www.RichardAnderlayers.com/cat

**Vintage Costume Jewelry** Rare Museum Quality Pieces Styling Services and Boutique www.bosecthsundr.com

**Chicago Permanent Make-Up** Chicago Permanent Cosmetics Center, Best Permanent MakeUp in Chicago www.
AdChoices ▷

**FACEBOOK**



Find us on
Facebook

The Art
Nouveau
Blog

👍 Like

438 people like The Art
Nouveau Blog.


Juliana    Deanna

 Facebook social plugin

**TWITTER**

Art Nouveau
**ArtNouv
eauBlog**

ArtNouveauBlog
Dragonfly woman...
fb.me/25mO3hf8U
49 days ago · reply ·
retweet · favorite

ArtNouveauBlog
Great window above
the door, great door!
fb.me/2aRGdT9Zd
84 days ago · reply ·
retweet · favorite

ArtNouveauBlog The
stairs are amazing!
fb.me/1E3SczmyD
93 days ago · reply ·
retweet · favorite

ArtNouveauBlog
Coming up soon on
the art nouveau



▷

SUNDAY, 22 MAY 2011

## Art Nouveau Peacock



**VISITOR NO...**

# 182,121

**ABOUT**

Welcome to the art
nouveau blog - we find
interesting art nouveau
images from around the
web for inspiration
purposes. All of these
come from bookmark
sites such as Tumblr and
Pinterest where the
originals are posted,
including sources. If
you have a query about
an image here please
let us know and leave a
comment. Thanks! x

**FOLLOWERS**

 Join this site
with Google Friend
Connect

**Members (113)**

 
 



Already a member?
Sign in

**POPULAR POSTS**

  Art
Nouveau House
Interior Architecture

Art
Nouveau Peacock

Art

🔴 3 Online  |  ⊿ Select Language ▲  |  Share

facebook  twitter  ((•)) /wiblya;

SA-MV 108

**RECENT COMMENTS**

**Martha Murphy wrote...**
Cyclamen-- one of my favorite flowers! I had to pin it and the octopus on pinterest. I am collecting ideas for an art nouveau quilt. Thanks -- I like your blog!

**Anonymous wrote...**
Hello--How do we find out where these pictures are shot? Many thanks!

**Anonymous wrote...**
I love the photo of the face on the exterior of a building - with ice frozen coming out of the mouth! The pic is under Art Nouveau and I would love to have a copy of it. Where might I be able to... Continue >>

**homesower wrote...**
It was often overdone, but at least it was always interesting. Minimalist modernism is so boring!

**zabytkiprzemysl@gr wrote...**
Ostatnie zdjęcie jest fascynujące. z mitá chęcia zrobiłabym sobie to samo, gdybym miała więcej odwagi :)

**Silver rings wrote...**
This ring is so attractive. Impeccable finishing and design.!

**Eva Halloween wrote...**
Stunning

**Anonymous wrote...**
WoW! Just... wow!! Beautiful and inspiring!

**Biddy Lee wrote...**
Hi! The second sample down, the terra cotta one, looks like a tile...is it a wallpaper, and if so, is it possible to buy a couple of rolls? It&#39;d be perfect!

**Biddy Lee wrote...**
Hello! the second &#39;paper down is exactly what we&#39;re looking for! Please, is it available to buy anywhere?biddylee1@gma








Floral Art Nouveau


Art Nouveau Mirrors


Art Nouveau Inspired Dresses
We would love to step out in some of these babies...


Art Nouveau House Exterior Architecture


Art Nouveau Fairy
Photo Source Art Nouveau has often featured depictions of fairies and the fairy form. Here are some great examples from across the web...th...


Art Nouveau Tattoos (some nudity)
Tattoos are not for everyone granted. But here are some quite amazing art nouveau ones!


Art Nouveau Book Plates

**MY OTHER BLOGS**


**I Heart Shabby Chic**
One


**Million Visitors to I Heart Shabby Chic!!** - We finally reached 1 million visitors to I Heart Shabby Chic!!! Thanks to all who like, follow, read, share, comment, bookmark, pin etc

3 Online   Select Language ▲   Share    facebook twitter (((•))) iwibiya
SA-MV 109



West Marine Men's Seaside Full Zip Jacket ...
$59.99 $64.99
**Shop Now**

West Marine Men's Crew Plaid Hoody Hoody, Cavi...
$59.99 $69.99
**Shop Now**

Free Shipping - 2 Easy Ways!







**ARCHIVE**

June (1)
May (1)
February (2)
January (3)
December (7)
September (1)
August (7)
July (3)
June (11)
May (6)

**LABELS**

- Album (1)
- Antique (12)
- Architecture (3)
- Art (18)
- Art Nouveau (42)
- Bedroom (1)
- Book (2)
- Box (1)
- Christmas (2)
- Clothing and Accessories (7)
- Cover (1)
- Crafts (2)
- Dress (1)
- Elven (2)
- Exteriors (1)
- Fairy (2)
- Fashion (1)
- Fireplaces (1)
- Flowers (3)
- Handmade (4)
- Home (6)
- House (5)

**Heather Jane Steeley M.A. Cream & Lace Shirt from Miss Selfridge** - I have searched high and low for this bleedin shirt over the last few weeks. It's been out of stock at Miss Selfridge and was even in the sale there and I ...
*6 months ago*

**ABOUT ME**



**Heather Jane Steeley**

I run a creative network of blogs please see my complete profile to view - or visit www.heatherjanesteele y.com

View my complete profile

**BLOG ARCHIVE**

June (1)
May (1)
February (2)
January (3)
December (7)
September (1)
August (7)
July (3)
June (11)
May (6)

**ME ON LINKEDIN**



**PAGES**

- Home

3 Online    Select Language ▲    Share

facebook   twitter   ((♪))   POWERED BY /wibiya

SA-MV 110

- Jewellery (9)
- Lighting (1)
- Media (1)
- Mirror (1)
- Mucha (2)
- Mural (1)
- Music (2)
- Past Times (1)
- Peacock (2)
- Pendant (2)
- Plates (1)
- Postcard (1)
- Record (1)
- Rings (2)
- Silver (7)
- Tattoos (1)
- Tins (2)
- Wallpaper (2)
- Winter (1)







SA-MV 111