## Customer Service
Customer Service & FAQs
Contact Us
My Account
Order Tracking
Shipping & Handling
Delivery Timetable
Returns & Exchanges
Store Credit Balance
Communication Preferences
International Orders
Feedback

## Our Catalogues
Catalogue Quick Shop
Online Catalogues
Request a Catalogue
Printable Order Form

### Deals & Promotions
Special Offers
Clearance

### Our Stores
Store Locations
Met Wholesale
Corporate Sales

## More Ways to Shop
Met Best Sellers
New at the Met
Holiday Shop
Shop by Culture
Shop by Special Exhibition
New York City

### Membership
Become a Member
Add Member Number
Make a Donation

## Gift Center
Gift Center
MetKids Gift Guide
Shop by Occasion
Gifts Under $50
Gifts for Men
Pick Your Style
Met Luxe

### Gift Services
eGift Certificates
Gift Wrap
Shipping to Multiple Addresses

## About Us
About The Met Store
About the Museum
Secure Shopping
Privacy Policy
Site Map

### Connect With Us
Pinterest
Facebook
 Like 28k 

### ORDER 24 HOURS 800-468-7386
US & Canada. International orders, see Customer Service.

Sign up to receive exclusive email offers.

Enter email



 Your purchase supports The Metropolitan Museum of Art and its programs.

SINCE 1870

Copyright © 2012 The Metropolitan Museum of Art. All rights reserved. 1000 Fifth Avenue, New York, NY 10028. | Terms & Conditions | Accessibility

     Visit metmuseum.org

McAfee SECURE
TESTED 08-OCT

DMA
Member

VERIFIED BY
GeoTrust
The Metropolita...
CLICK 08.10.12 20:58 UTC

Powered by
venda







# White Peacock Feather Women

In stock
Currently not available
Women's Spaghetti Strap Tank **More product details**
Choose a color

Choose a size    **Size chart**
Size hint
slimmer fit
normal fit
relaxed fit
S  Select size:
M        **Add to cart**
L
XL **$ 19.90**

**plus delivery costs**

**Save up to %**
**Delivery within 2-9 mailing days**
**30 Day Exchange Policy**

**Men**
**Women**
**Kids & Babies**
**Accessories**
**More products with this design**

Designs Women    Peau-Te Spaghetti Women's    Spaghetti Women's    Spaghetti Women's    Spaghetti
You might    Strap T    Strap T    Strap T    Strap T
More product

SA-MV 116



### White Peacock Feather Women

The peacock feather design is inspired by an art nouveau motif from the early 1900's, and is spirituaiy symbolic to Buddhists and other cultures. This design is lovely for Yoga Mornings, Beach Days, or Urban Evenings out. Lovely in gold metallic, silve

Show more ▾

Tags: Nouveautees.com Design ID: 1413917

 Warn us about this item  Add to my designs



### Nouveau-Tees.com

Nouveau Tees: eclectic graphics inspired by pop culture & vintage design, custom printed on urban apparel. Shop our unique vector designs: Japan, Absinthe, Nouveau, Buddhist, Yoga, Urban and more.

Interests
I love a mix of the old and new: I collect vintage clothing and elcectic ephemera...I love music like Cheb I Sabbah and Bombay Dub that combines the ancient with the modern...I frequent historical and progressive enclaves. Viva Bohemia!

Member since
Sep 3, 2006

Country

Website
http://www.Nouveau-Tees.com [or] http://www.NouveauTees.com ℃

Shops
designnouveautees ℃
nouveau-tees ℃







SA-MV 117

10/8/2012 4:04 PM













SA-MV 118



Show more designs

SA-MV 119



SA-MV 120

10/8/2012 4:04 PM



MY GALLERIES     LOG IN / SIGN UP

Shop   You+Art   Get Inspired   Craftsmanship   Apps

Photos To Art

Search for art

Subjects   Art Styles   Artists   Product Types   Collections   Best Sellers

Help | 🛒 ( 0 )

## 20% Off All Orders - Ends Today

Expires: 10/8/2012
Use code: JHKT26   See offer details

🏠 > SHOP > ANIMALS > WILD ANIMALS > BIRDS > BIRD SPECIES > **PEACOCKS**

# PEACOCKS (378 Items)


## VISUAL SEARCH

MATCH MY IMAGE
INSPIRE MY DISCOVERY

## NARROW RESULTS
◀ CLEAR ALL

**SUBJECTS**
◀ BIRD SPECIES
   PEACOCKS
     PEACOCKS (DECORATIVE ...
     PEACOCKS (FINE ART)
     PEACOCKS (VINTAGE ART...

**ART STYLES**
FINE ART
DECORATIVE ART
VINTAGE ART
PHOTOGRAPHY

**PRODUCT TYPES**
PRINTS
FRAMED ART
CANVAS
SPECIALTY PRODUCTS
LIMITED EDITIONS

**SIZES**
MINI
SMALL
MEDIUM
LARGE
OVERSIZED

**SHAPES**
PORTRAIT
LANDSCAPE
SQUARE
PANORAMIC
SLIM

**COLORS**


**PRICES**
LESS THAN $25

SORT BY: POPULARITY

View Per Page   16 | **32** | 48    1 2 3 4 5 ❯





**A Peacock Spreads...**
Photographic Print,
19 sizes available
$24.99 - $249.99



**Peacocks in the P...**
Olaf August Hermansen
Giclee Print, 19 sizes available
$34.99 - $269.99



**Cognac Jacquet c...**
Camille Bouchet
Giclee Print, 20 sizes available
$34.99 - $269.99



**Peacock on Sage I...**
Tiffany Hakimipour
Art Print, 16 x 20 inches
$17.99



**Fowl with Pearls**
Michael Sowa
Art Print, 16.5 x 23.5 inches
$14.99



**Matamoe (Peacocks...**
Paul Gauguin
Giclee Print, 20 sizes available
$34.99 - $269.99



**Tuscan Peacock**
Mary Bucket
Giclee Print, 2 sizes available
$49.99 - $124.99



**Peacock on Sage I**
Tiffany Hakimipour
Art Print, 16 x 20 inches
$17.99



**Antiquarian Birds...**
Art Print, 9 sizes available
$49.99 - $199.99



**Revolt in the Pou...**
Melchior De Hondecoeter
Giclee Print, 20 sizes available
$34.99 - $269.99



**Close-up of Peaco...**
Russell Burden
Photographic Print,
17 sizes available
$24.99 - $249.99



**Paon**
Adolphe Yvon
Giclee Print, 7 sizes available
$39.99 - $124.99

SA-MV 125

$25 - $75
$75 - $150
MORE THAN $150

**PHOTOS TO ART**
DECORATE WITH PHOTOS YOU LOVE




SHOP NOW



**Sweet Peacock**
Camilla D'Errico
Giclee Print, 20 sizes available
$34.99 - $269.99



**Peacock and Peahe...**
Giclee Print, 6 sizes available
$39.99 - $149.99



**Panneau de revête...**
Giclee Print, 12 sizes available
$34.99 - $149.99



**A White Peacock ...**
Joel Sartore
Photographic Print,
19 sizes available
$39.99 - $399.99



**Peacock Feathers ...**
Jamie & Judy Wild
Photographic Print,
19 sizes available
$24.99 - $249.99



**White Peacock at ...**
John Elk III
Photographic Print,
14 sizes available
$19.99 - $249.99



**Regal Peacock**
Giclee Print, 8 sizes available
$39.99 - $149.99



**Preening Peacock**
Megan Aroon Duncanson
Giclee Print, 4 sizes available
$39.99 - $124.99



**Ornamental Peacoc...**
Giclee Print, 19 sizes available
$34.99 - $269.99



**Peacock Feathers**
Tim Lynnan
Photographic Print,
18 sizes available
$34.99 - $199.99



**Spirited Peacock ...**
Anne Hempel
Premium Giclee Print,
7 sizes available
$34.99 - $179.99



**Peacock Mosaic E...**
Walter Bibikow
Photographic Print,
15 sizes available
$19.99 - $199.99



**The Peacock**
Kristen Stein
Giclee Print, 4 sizes available
$39.99 - $124.99



**Resting Peacock I**
Norman Wyatt Jr.
Art Print, 11 sizes available
$19.99 - $199.99



**Le Paon se plaign...**
Gustave Moreau
Giclee Print, 12 sizes available
$34.99 - $149.99



**A Close-up of a P...**
Todd Gipstein
Photographic Print,
19 sizes available
$39.99 - $399.99

MY GALLERIES                      ^

SA-MV 126



**Layla et Majnun**

Giclee Print, 12 sizes available

$34.99 - $149.99



**Brittany's Peacoc...**

Brittany Morgan
Stretched Canvas Print,
5 sizes available

$99.99 - $299.99



**Gilded Peacock I**

Art Print, 12 x 24 inches

$64.99



**Palace of Amsterd...**

Melchior De Hondecoete...
Giclee Print, 20 sizes available

$34.99 - $269.99

▲ Back To Top                                    View Per Page 16 | **32** | 48      **1** 2 3 4 5  ›

## WORKS BY INDEPENDENT



**Tuscan peacock**
Mary Rucker

**Pecock**
Rabid Khan

**Pecock 2**
Rabid Khan

**Peacock Feather Trio**
Tehtreli Kamisra

MY GALLERIES    ^

SA-MV 127

ORDER TOLL FREE
800-952-5592
MONDAY - SATURDAY
9AM - 10PM EST

CUSTOMER SERVICE
CONTACT US
ORDERING
SHIPPING & DELIVERY
RETURNS
INTERNATIONAL ORDERS
GIFT CERTIFICATES
FAQS

MY ACCOUNT
ACCESS MY ACCOUNT
TRACK MY ORDER

ABOUT ART.COM
OUR COMPANY
CAREERS
ARTIST RISING
BUSINESS & TRADE SALES
AFFILIATE PROGRAM

Sign Up For Art.com Email Updates
Enter email address          SUBMI
FOLLOW US



© Art.com Inc. All Rights Reserved. | Privacy Policy | Terms of Use | Terms of Sale

Art.com, You+Art, and Photos [to] Art are trademarks or registered trademarks of Art.com Inc.

Various aspects of this website are covered by issued US patent No. 7,973,796 and other pending patent applications.

MY GALLERIES                              ^

SA-MV 128



SA-MV 256



SA-MV 257



SA-MV 258