# EXHIBIT V

Case 1:16-cv-00461-PGG    Document 87-33    Filed 05/05/17    Page 2 of 10

SA001192



zentangle®    Anything is possible, one stroke at a time.

## New Tangle - PKok

Submitted by sandhyamanne on Thu, 11/28/2013 - 11:29



New Tangle - PKok

Here is a new tangle that I want to share, it is called PKok...this tangle as you can see is inspired from peacok feathers...I came up with this pattern while creating a Tangle Flake Zentangles for CZT Sandy Hunter's blog....
It is simple and yet looks elagent..check out the steps below...

SA001193



This tangle looks great along with other organic tangles like in the bottom tile...and otherwise too like in the first tile...
So, there it is now cant wait to see what you create with it....

Oh!! and don't forget to leave your comments below...

1 Comment                                    Sort by  Oldest

  Add a comment...

  Amrit Kaur · Works at AT&T Communication services India Pvt. Ltd.
this is so pretty!
Like · Reply · 👍 1 · Oct 22, 2015 3:28pm

Facebook Comments Plugin

Case 1:16-cv-00461-PGG   Document 870-33   Filed 05/05/17   Page 4 of 10

SA001196



< **PREV | NEXT** >

13    4    4

# Peacock Feather

Feather I drew for an embroidery design. It quickly became one of my favorites.

 by **Mary Rogers**



Canvas Print
$0.00

Framed Print
$0.00

Print
$22

  

Acrylic Print
$0.00

Metal Print
$0.00

**Buy the Original Drawing**

Price       $95
Dimensions  5.000 x 10.000 inches

This original drawing is currently for sale.   At the present time, originals are not offered for sale through the Fine Art America secure checkout system.   Please contact the artist directly to inquire about purchasing this original.

Click here to contact the artist.

*Peacock Feather* is a drawing by Mary Rogers which was uploaded on June 20th, 2010.

**More from Mary Rogers**    View Profile | Search

Peacock Feather Drawing... Case 1:16-cv-00461-PGG Document 870-38 Filed 06/05/17 Page 5 of 10 ...fineartamerica.com/...peacock-feather-mary-rogers.html

SA001197
Peacock Feather Drawing... Case 1:16-cv-00461-PGG Document 870-38 Filed 06/05/17 Page 5 of 10 ...fineartamerica.com/...peacock-feather-mary-rogers.html

SA001197

## OUR COMPANY

About Us
Our Products
Fulfillment Centers
In the Press
Announcements
Buyer Reviews
Blog
Start Shopping
White-Label Technology
Wholesale Prints

## ART

Paintings
Photographs
Drawings
Digital Art
Mixed Media
Originals

## SHOP

Canvas Prints
Framed Prints
Metal Prints
Acrylic Prints
Prints
Posters
Greeting Cards
iPhone Cases
Galaxy Cases
Throw Pillows
Duvet Covers
Shower Curtains
Tote Bags
T-Shirts
Men's Apparel
Women's Apparel
Round Beach Towels
Weekender Tote Bags
Portable Battery Chargers
Sample Kits
Gift Cards

## CREATE

Create Your Own Products

## SELLERS

Sell on Fine Art America
Membership Plans
iPhone App
iPad App
Android App
Shopify App

## CONTACT

Contact Us
FAQ
Discussion Forum
Return Policy
Returns
Terms of Use
Privacy Policy

## LOCATION SETTINGS

Hercules, CA (United States)
Currency: USD ($)
Units: Inches

## STAY CONNECTED

Sign up for our newsletter for exclusive deals, discount codes, and more:

[ Your E-Mail Address ]  Join

Unsubscribe at any time.

     

Server Status OK

Copyright © 2016 FineArtAmerica.com - All Rights Reserved



SA001199

DRAWING BLOG (HTTPS://WWW.CRAFTSY.COM/BLOG/DRAWING/)

# How to Draw a Peacock Feather — Simplified!

By **Veronica Winters (https://www.craftsy.com/blog/author/veronica-winters/)** on August 25, 2015

Pinterest () Facebook () Email () PrintFriendly () More ()148

Drawing peacock feathers in colored pencil is not as difficult as many beginners might think! Although it looks complicated, when you break it down to basic shapes, the subject becomes simple and fun to draw in color.



Drawing a peacock feather in colored pencil is great practice and fun!

## START WITH A PICTURE

A good setup is the key to an accurate drawing, and having a few peacock feathers (even if they're fake) can help quite a bit. Using a directional light that gives you some shadows, take a close-up picture of your subject.

Consider the color and tone of your background at this step. Light or dark? Empty or with some pattern in it? The peacock feathers look complicated enough, so place them against a non-intrusive background space, if you are a beginner.

## LEARN HOW TO DRAW BETTER ANIMALS



Get insider tricks for drawing realistic animals, including cats, dogs, cows & horses.

**Get My FREE Guide »**

(/guide/how-to-draw-animals/16344?_ct=rbew&_ctp=172579)

## UNDERSTANDING BASIC STRUCTURE

SA001200

Case 1:16-cv-004461-PGG Document 870-33 Filed 06/05/17 Page 3 of 10
SA001201



Let's look at the basic structure of a peacock feather. You can easily break down a complex feather into a few simple shapes. Always start sketching by placing a directional line first (here, it's vertical), and then drawing shapes along the line to get the right length and rotation of the object.

## STEP-BY-STEP DRAWING

### STEP 1:

Make an outline drawing using an HB graphite pencil (/supplies/art-supplies?fopts=pens-markers-pencils_graphite-pencils&_ct=rbew&_ctp=172579). Softer pencils might leave grease and residue, so a harder pencil is ideal. Tap the lines with a kneaded eraser to make them as light as possible and acheive that feathery look.

### STEP 2:

Start shading the darks. Mark the peacock feather's "eye" with a medium blue pencil (I used Prismacolor Premier indigo blue). Place soft but dark line outline on the feathers. Mark the second darkest spots on the feathers. Here, I use black grape colored pencil at the top of brown area.

Case 1:16-cv-00461-PGG Document 87-3 Filed 06/05/17 Page 9 of 10
SA001202





Case 1:16-cv-00461-PGG Document 87-33 Filed 05/05/17 Page 10 of 10

SA001203

### STEP 3:

Fill in the aquamarine part around the "eye." Add browns around it. I used warmer browns on the left peacock feather and cooler browns on the right. Finally, pick the greens according to your picture. I made my greens colorful by adding a little bit of brown and yellow shading over the greens.

### STEP 4:

Add a light cast shadow behind the feathers.

## REALISTIC TEXTURE

There are three components to making a peacock feather look realistic: the outline drawing, the color and the type of shading. Every object has a specific texture that you aim to depict through shading.

In this demonstration, the object is divided into several color groups, each having its specific stroke to show the texture of the feather's bristles. For instance, the aquamarine section has longer strokes going left and right. The brown section has shorter strokes, and the long green feathers consist of numerous tiny short strokes. Pay attention to texture and always think how you can convey it on paper.

## PEACOCK FEATHER DRAWING INSPIRATION