SA001204



In this drawing, the peacock feather is illuminated by a warm, electric light coming from the left, and thus it has warmer colors overall. The brown part has some warm yellows and the greens lean towards the warm color temperature, too. A lighter, flat background color makes it stand out.

SA001205



Case 1:16-cv-00461-PGG   Document 70-34   Filed 03/06/17   Page 3 of 10

SA001206

While the previous drawing was completed on white paper, I drew this one using lightfast colored pencils on Ampersand Pastelbord (http://www.ampersandart.com/pastel.html), which is a durable and archival surface with a gray color. It's quite tricky to draw on such boards for beginners, so I recommend drawing on smooth white paper before drawing on color paper of medium tone. Colored pencil colors tend to "react" to certain color papers and thus look more vibrant.

## LEARN HOW TO DRAW BETTER ANIMALS



Get insider tricks for drawing realistic animals, including cats, dogs, cows & horses.

**Get My FREE Guide »**

(/guide/how-to-draw-animals/16344?__ct=rbew&__ctp=172579)

 Pinterest  ()  Facebook  ()  Email  ()  PrintFriendly  ()  More  ()148

## 6 COMMENTS

 **Georgiann Livingston**
October 8th, 2015

Thank you for few lessons … Bless you.

Reply

 **Gladys Martinez**





SA000346

SA000347



A000348



SA000349



SA000350



SA000351

