

SA005352



SA000353



SA000072



MY GALLERIES    LOG IN / SIGN UP

Shop   You+Art   Get Inspired   Craftsmanship   Apps    Search for art

Photos To Art

Subjects   Art Styles   Artists   Product Types   Collections   Best Sellers

Help   (0)

**20% Off All Orders - Ends Today**   Expires: 10/8/2012 Use code: JHKT26   See offer details

> SHOP > ANIMALS > WILD ANIMALS > BIRDS > BIRD SPECIES > PEACOCKS

# PEACOCKS (378 Items)



VISUAL SEARCH

MATCH MY IMAGE
INSPIRE MY DISCOVERY

**NARROW RESULTS**
◄ CLEAR ALL

**SUBJECTS**
◄ BIRD SPECIES
  **PEACOCKS**
    PEACOCKS (DECORATIVE
    PEACOCKS (FINE ART)
    PEACOCKS (VINTAGE ART

**ART STYLES**
FINE ART
DECORATIVE ART
VINTAGE ART
PHOTOGRAPHY

**PRODUCT TYPES**
PRINTS
FRAMED ART
CANVAS
SPECIALTY PRODUCTS
LIMITED EDITIONS

**SIZES**
MINI
SMALL
MEDIUM
LARGE
OVERSIZED

**SHAPES**
PORTRAIT
LANDSCAPE
SQUARE
PANORAMIC
SLIM

**COLORS**


**PRICES**
LESS THAN $25



SORT BY: POPULARITY

View Per Page 16 | **32** | 48    1 2 3 4 5 ►


**A Peacock Spreads...**
Photographic Print,
19 sizes available
$24.99 - $249.99


**Peacocks in the P...**
Olaf August Hermansen
Giclee Print, 19 sizes available
$34.99 - $269.99


**Cognac Jacquet c...**
Camille Bouchet
Giclee Print, 20 sizes available
$34.99 - $269.99


**Peacock on Sage I...**
Tiffany Hakimipour
Art Print, 16 x 20 inches
$17.99


**Fowl with Pearls**
Michael Sowa
Art Print, 16.5 x 23.5 inches
$14.99


**Matamoe (Peacocks...**
Paul Gauguin
Giclee Print, 20 sizes available
$34.99 - $269.99


**Tuscan Peacock**
Mary Rucker
Giclee Print, 2 sizes available
$49.99 - $124.99


**Peacock on Sage I**
Tiffany Hakimipour
Art Print, 16 x 20 inches
$17.99


**Antiquarian Birds...**
Art Print, 9 sizes available
$49.99 - $199.99


**Revolt in the Pou...**
Melchior De Hondecoete
Giclee Print, 20 sizes available
$34.99 - $269.99


**Close-up of Peaco...**
Rusell Burden
Photographic Print,
17 sizes available
$24.99 - $249.99


**Paon**
Adolphe Yvon
Giclee Print, 7 sizes available
$39.99 - $124.99

Peacocks Posters and Prints ... www.art.com/.../peacock-posters.htm?RFID=054...
Case 1:16-cv-00461-PGG Document 70-35 Filed 08/16/17 Page 5 of 7
SA000073

$25 - $75
$75 - $150
MORE THAN $150

**PHOTOS TO ART**
DECORATE WITH PHOTOS YOU LOVE




SHOP NOW



Sweet Peacock
Camilla D'Errico
Giclee Print, 20 sizes available

$34.99 - $269.99



Peacock and Peahe...
Giclee Print, 6 sizes available

$39.99 - $149.99



Panneau de revête...
Giclee Print, 12 sizes available

$34.99 - $149.99



A White Peacock ...
Joel Sartore
Photographic Print,
19 sizes available

$39.99 - $399.99



Peacock Feathers ...
Jamie & Judy Wild
Photographic Print,
19 sizes available

$24.99 - $249.99



White Peacock at ...
John Eik III
Photographic Print,
14 sizes available

$19.99 - $249.99



Regal Peacock
Giclee Print, 8 sizes available

$39.99 - $149.99



Preening Peacock
Megan Aroon Duncanson
Giclee Print, 4 sizes available

$39.99 - $124.99



Ornamental Peacoc...
Giclee Print, 19 sizes available

$34.99 - $269.99



Peacock Feathers
Tim Laman
Photographic Print,
15 sizes available

$34.99 - $199.99



Spirited Peacock ...
Anne Hempel
Premium Giclee Print,
7 sizes available

$34.99 - $179.99

Peacock Mosaic E...
Walter Bibikow
Photographic Print,
15 sizes available

$19.99 - $199.99



The Peacock
Kristen Stein
Giclee Print, 4 sizes available

$39.99 - $124.99



Resting Peacock I
Norman Wyatt Jr.
Art Print, 11 sizes available

$19.99 - $199.99



Le Paon se plaign...
Gustave Moreau
Giclee Print, 12 sizes available

$34.99 - $149.99



A Close-up of a P...
Todd Ginstein
Photographic Print,
19 sizes available

$39.99 - $399.99

MY GALLERIES  ^

Peacocks Posters and Prints... Case 1:16-cv-00461-PGG Document 87-25 Filed 03/06/17 Page 6 of 7 ...peacocks-posters.htm?RFID=054...

SA000074





**Layla et Majnun**
Giclee Print, 12 sizes available
$34.99 - $149.99

**Brittany's Peacoc...**
Brittany Morgen
Stretched Canvas Print,
5 sizes available
$99.99 - $299.99

**Gilded Peacock I**
Art Print, 12 x 24 inches
$64.99

**Palace of Amsterd...**
Melchior De Hondecoete
Giclee Print, 20 sizes available
$34.99 - $269.99

▲ Back To Top    View Per Page 16 | **32** | 48    1 2 3 4 5 >

## WORKS BY INDEPENDENT



**Tuscan peacock**
Mary Rucker

**Pecock**
Rabul Jain

**Pecock 2**
Rabul Jain

**Peacock Feather Trio**
Deborah Lamstra

MY GALLERIES ⌃



SA001209