# Kaplan Breyer Schwarz, LLP
## Intellectual Property Attorneys

Michael R. Gilman, Esq.
Of Counsel
NY and CT Bars ONLY, Reg. Patent Attorney
Email: mgilman@kbsiplaw.com
Phone: 732-578-0103 x233

June 16, 2017

*Via ECF – Courtesy Copy Via Fax (212) 805-7986*
Honorable Judge Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Rm 2204
New York, NY 10007

Re: *The Basu Group, Inc. v. Seventh Avenue, Inc.*, 1:16-cv-00461 (PGG)
Plaintiff's Letter Regarding Re-Filed Documents

Dear Judge Gardephe:

We represent plaintiff in the above-referenced civil litigation.

We write herein to notify Your Honor that we re-filed certain documents via ECF this morning pursuant to directions received yesterday from the Clerk's office. Following is a table showing the Court's Original Docket Doc # against today's Re-Filed Docket Doc #.

| **Original Docket Doc #** | **Re-Filed Docket Doc #** |
| --- | --- |
| 66 | 86 |
| 67 | 87 |
| 68 | 87-1 |
| 68-1 | 87-2 |
| 68-2 | 87-3 |
| 68-3 | 87-4 |
| 68-4 | 87-5 |
| 68-5 | 87-6 |
| 69-1 | 87-7 |
| 69-2 | 87-8 |
| 69-3 | 87-9 |
| 69-4 | 87-10 |
| 69-5 | 87-11 |
| 69-6 | 87-12 |
| 69-7 | 87-13 |

**NEW JERSEY OFFICE:**
100 Matawan Road • Suite 120 • Matawan, New Jersey • 07747
Phone: (732) 578-0103 • Fax: (732) 578-0104

**New York Office:**
600 Third Avenue • 2nd Floor • New York, New York • 10016
Phone: (732) 578-0103 • Fax: (732) 578-0104

Please send all correspondence to the NJ office
www.kbsiplaw.com

| Original Docket Doc # | Re-Filed Docket Doc # |
|---|---|
| 69-8 | 87-14 |
| 69-9 | 87-15 |
| 69-10 | 87-16 |
| 69-11 | 87-17 |
| 69-12 | 87-18 |
| 69-13 | 87-19 |
| 69-14 | 87-20 |
| 69-15 | 87-21 |
| 69-16 | 87-22 |
| 69-17 | 87-23 |
| 69-18 | 87-24 |
| 69-19 | 87-25 |
| 69-20 | 87-26 |
| 70-1 | 87-27 |
| 70-2 | 87-28 |
| 70-3 | 87-29 |
| 70-4 | 87-30 |
| 70-5 | 87-31 |
| 70-6 | 87-32 |
| 70-7 | 87-33 |
| 70-8 | 87-34 |
| 70-9 | 87-35 |
| 71 | 88 |
| 78 | 89 |

Other than the change in the Court's Docket Doc # for today's re-filed documents, today's re-filed documents are exactly the same as the originally filed documents. As such, unless Your Honor requests otherwise, it is our intention not to burden chambers with another set of courtesy copies of today's re-filed documents..

Respectfully submitted,

Michael R. Gilman (MRG 7608)

c: Ralph H. Cathcart, Esq. and David Brezina, Esq. (via email, w/o attachments)

**NEW JERSEY OFFICE:**
100 Matawan Road • Suite 120 • Matawan, New Jersey • 07747
Phone: (732) 578-0103 • Fax: (732) 578-0104

**New York Office:**
600 Third Avenue • 2nd Floor • New York, New York • 10016
Phone: (646) 571-2300 • Fax: (732) 578-0104

**Please send all correspondence to the NJ office**
**www.kbsiplaw.com**