# Kaplan Breyer Schwarz, LLP
## Intellectual Property Attorneys

**Michael R. Gilman, Esq.**
Of Counsel
NY and CT Bars ONLY, Reg. Patent Attorney
Email: mgilman@kbsiplaw.com
Phone: 732-578-0103 x233

May 3, 2018

*Via ECF – Courtesy Copy Via Fax (212) 805-7986*
Honorable Judge Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Rm 2204
New York, NY 10007

Re: *The Basu Group, Inc. v. Seventh Avenue, Inc.*, 1:16-cv-00461 (PGG)
Parties' Joint Letter Regarding Trial Dates and Trial Appearance of Indian Artist

Dear Judge Gardephe:

Pursuant to Your Honor's instructions during the conference held on April 26, 2018 in the above-referenced civil litigation, this is the parties' joint letter addressing their positions on a date for the trial of this action and appearance at trial of the Indian artist alleged to have created the peacock art accused of infringement in this action.

**Trial Dates:**

The parties have been unable to reach agreement on a trial date. Following are the parties' separately proposed dates.

Plaintiff's Proposed Trial Dates: Plaintiff proposes the following alternative dates for trial of this action (which dates are in line with those suggested by the Court during the conference).

 a. July 23, 2018 – July 25, 2018, inclusive; or
 b. July 31, 2018 – August 2, 2018, inclusive.

Defendant's Proposed Trial Dates: Defendant proposes the following trial dates.

 a. The week of September 17, 2018, to provide for witness availability, in part because preliminary information indicates that certain potential witnesses from India will require significant time to obtain necessary travel visas.

---

**NEW JERSEY OFFICE:**                                                                                   **New York Office:**
100 Matawan Road • Suite 120 • Matawan, New Jersey • 07747          600 Third Avenue • 2nd Floor • New York, New York • 10016
Phone: (732) 578-0103 • Fax: (732) 578-0104                                            Phone: (732) 578-0103 • Fax: (732) 578-0104

Please send all correspondence to the NJ office
www.kbsiplaw.com

Honorable Judge Paul G. Gardephe
May 3, 2018
Page 2

**Indian Artist:**

The parties are still discussing whether the dispute over the Indian Artist's testimony can be narrowed or eliminated.

**Therefore, the parties respectfully request a 1 week extension, to May 10, 2018, to submit their joint letter on the issue of the Indian artist.**

Defendant's counsel, David Brezina, has read and agreed to this letter.

Respectfully submitted,

Michael R. Gilman (MRG 7608)

c: Ralph H. Cathcart, Esq. and David Brezina, Esq. (via email, w/o attachments)

**NEW JERSEY OFFICE:**
100 Matawan Road • Suite 120 • Matawan, New Jersey • 07747
Phone: (732) 578-0103 • Fax: (732) 578-0104

**New York Office:**
600 Third Avenue • 2nd Floor • New York, New York • 10016
Phone: (646) 571-2300 • Fax: (732) 578-0104

Please send all correspondence to the NJ office
www.kbsiplaw.com