Jul 12 2018 9:15PM    EUROPEAN#AMERICAN#BUSINES   2129723026    p.3
Case 1:16-cv-00461-PGG   Document 134   Filed 07/16/18   Page 1 of 1

Case 1:16-cv-00461-PGG   Document 128-2   Filed 07/12/18   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

IN THE MATTER OF AN APPLICATION
TO BRING DEMONSTRATIVE EXHIBITS
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL

------------------------------------------------------------ x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/16/18
```

This matter having come before the Court on Defendant Seventh Avenue Inc.'s application to bring Demonstrative Exhibits into the Courthouse for purposes of trial.

IT IS HEREBY ORDERED that the attorneys for Defendant Seventh Avenue, Inc. are authorized to bring Demonstrative Exhibits into the Courthouse for use in a proceeding or trial in the action captioned The Basu Group v. Seventh Avenue Inc., No. 16-cv-00461 (PGG).

The dates for which such authorization is provided are July 16 – July 19, 2018.

The attorneys for Defendant identified in this Order must present a copy of this Order when entering the Courthouse.

SO ORDERED:

Dated: July 15, 2018

_____
United States Judge